1  WILLIAM SLOAN COATS (SBN: 94864)
   email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (SBN: 193043)
   email: mweinstein@whitecase.com
3  SAM O'ROURKE (SBN: 205233)
   email: sorourke@whitecase.com
4  KYLE D. CHEN (SBN 239501)
   email: kchen@whitecase.com
5  WHITE & CASE LLP
   3000 El Camino Real
6  5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
7  Telephone:  (650) 213-0300
   Facsimile:   (650) 213-8158
8
   Attorneys for Plaintiffs
9  ASUSTEK COMPUTER, INC. and
   ASUS COMPUTER INTERNATIONAL
10

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                        SAN FRANCISCO DIVISION
14

15
   ASUSTEK COMPUTER, INC. and              Case No.  C 08 00884 EMC
16 ASUS COMPUTER INTERNATIONAL,
                                            **PROOF OF SERVICE**
17             Plaintiffs,

18        v.

19 TECHNOLOGY PROPERTIES
   LIMITED, PATRIOT SCIENTIFIC
20 CORPORATION, MCM PORTFOLIO
   LLC and ALLIACENSE LIMITED,
21
               Defendants.
22

23
24
25
26
27
28

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/20/2008 |
| NAME OF SERVER *(PRINT)* Douglas Forest | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Technology Properties Limited by Serving Maria Sanchez Agent for Service Of Process at
  C T Corporation 818 W. 7th Street, Los Angeles, CA 90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/20/2008
                  Date              *Signature of Server*

350 S. Figueroa St. Ste 196 Los Angeles CA 90071
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Attachment to Proof of Service of Summons

1. Summons in a Civil Case;

2. First Amended Complaint for Declaratory Judgment;

3. Original Complaint;

4. Order Setting Initial Case Management Conference and ADR Deadlines;

5. Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen (8/9/07)

6. Forms: (a) Case Management Conference Order, (b) Notice of Assignment of Case to a United States Magistrate Judge for Trial, (c) Consent to Proceed Before a United States Magistrate Judge; (c) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

7. Order of the Chief Judge in re: Electronic Filing in Cases with Unrepresented Parties;

8. Guidelines: U.S. District Court, Northern District of California, San Jose Division [note – case was filed in San Jose Division, re-assigned to San Francisco Division]

9. Handouts from San Jose Division:

   a. General Order No. 40 – Prohibition of Bias

   b. ECF Registration Information Handout

   c. General Order No. 45 – Electronic Case Filing

   d. Notice of Electronic Availability of Case File Information

   e. General Order No. 53 – Privacy

   f. Notice of Lawsuit and Request for Waiver of Services of Summons

   g. Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5)

   h. ADR Certification by Parties and Counsel

   i. Stipulation and [Proposed] Order Selecting ADR Process

   j. Notice of Need for ADR Phone Conference