WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
email: sorourke@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Plaintiffs
ASUSTEK COMPUTER, INC. and
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL, <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED, <br><br> Defendants. | Case No.  C 08 00884 EMC <br><br> **PROOF OF SERVICE** |

02/21/2008 10:57 IFAX plem2@whitecase.com → PALO ALTO FAX ☑005/005
FROM sd process 6192319143 (WED)FEB 20 2008 22:52/ST.22:51/No.7523014526 P 5

Case 5:08-cv-00884-JF  Document 10  Filed 02/26/2008  Page 2 of 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 2/20/08 10:20 am |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| Name of SERVER | TITLE |
|---|---|
| J. R. Goetz, Reg. 292 San Diego | |

Check one box below to indicate appropriate method of service

☒ **Served Personally upon the Defendant. Place where served:**
Served on Jim Turley, President
~~6183 Paseo Del Norte~~, Ste. 180
Carlsbad, CA 92011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/08
             Date

Signature of Server

4891 Pacific Hwy, Ste 102, San Diego, CA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.USCourtForms.com

Attachment to Proof of Service of Summons

1. Summons in a Civil Case;

2. First Amended Complaint for Declaratory Judgment;

3. Original Complaint;

4. Order Setting Initial Case Management Conference and ADR Deadlines;

5. Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen (8/9/07)

6. Forms: (a) Case Management Conference Order, (b) Notice of Assignment of Case to a United States Magistrate Judge for Trial, (c) Consent to Proceed Before a United States Magistrate Judge; (c) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

7. Order of the Chief Judge in re: Electronic Filing in Cases with Unrepresented Parties;

8. Guidelines: U.S. District Court, Northern District of California, San Jose Division [note – case was filed in San Jose Division, re-assigned to San Francisco Division]

9. Handouts from San Jose Division:

    a. General Order No. 40 – Prohibition of Bias

    b. ECF Registration Information Handout

    c. General Order No. 45 – Electronic Case Filing

    d. Notice of Electronic Availability of Case File Information

    e. General Order No. 53 – Privacy

    f. Notice of Lawsuit and Request for Waiver of Services of Summons

    g. Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5)

    h. ADR Certification by Parties and Counsel

    i. Stipulation and [Proposed] Order Selecting ADR Process

    j. Notice of Need for ADR Phone Conference