1  WILLIAM SLOAN COATS (SBN: 94864)
   email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (SBN: 193043)
   email: mweinstein@whitecase.com
3  SAM O'ROURKE (SBN: 205233)
   email: sorourke@whitecase.com
4  KYLE D. CHEN (SBN 239501)
   email: kchen@whitecase.com
5  WHITE & CASE LLP
   3000 El Camino Real
6  5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
7  Telephone: (650) 213-0300
   Facsimile:  (650) 213-8158

   Attorneys for Plaintiffs
   ASUSTEK COMPUTER, INC. and
   ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. C 08 00884 EMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS ASUSTEK COMPUTER, INC. AND ASUS COMPUTER INTERNATIONAL** |
|---|---|

PALOALTO 86700 v1 (2K)

NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL
CASE NO. C 08-00884 EMC

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Plaintiffs ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL
3  hereby substitute William Sloan Coats of the law firm of White & Case LLP, 3000 El Camino
4  Real, 5 Palo Alto Square, 9th Floor, Palo Alto, California 94306, telephone 650.213.0330, in
5  place and instead of Michael B. Salerno.

6  Pursuant to General Order No. 45 (Section IV), plaintiffs hereby notify the Court that the
7  following attorney is not counsel for plaintiffs in this action and should not be listed as counsel
8  for plaintiffs nor receive Notices of Electronic Filing through the ECF system in this action:
9  Michael B. Salerno

10  Mr. Salerno is not affiliated with this action and is not an attorney with White & Case
11  LLP.

12  Dated: February 28, 2008                   WHITE & CASE LLP

14                                              By: /s/ William Sloan Coats
                                                    ─────────────────────────
15                                                  Attorneys for Plaintiffs
                                                    ASUSTEK COMPUTER, INC. and
16                                                  ASUS COMPUTER
                                                    INTERNATIONAL

-1-

PALOALTO 86700 v1 (2K)

NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL
CASE NO. C 08-00884 EMC