| | |
|---|---|
| 1 | WILLIAM SLOAN COATS (SBN: 94864) |
| | email: wcoats@whitecase.com |
| 2 | MARK R. WEINSTEIN (SBN: 193043) |
| | email: mweinstein@whitecase.com |
| 3 | SAM O'ROURKE (SBN: 205233) |
| | email: sorourke@whitecase.com |
| 4 | KYLE D. CHEN (SBN 239501) |
| | email: kchen@whitecase.com |
| 5 | WHITE & CASE LLP |
| | 3000 El Camino Real |
| 6 | 5 Palo Alto Square, 9th Floor |
| | Palo Alto, CA  94306 |
| 7 | Telephone:  (650) 213-0300 |
| | Facsimile:   (650) 213-8158 |

Attorneys for Plaintiffs
ASUSTEK COMPUTER, INC. and
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL, | Case No.  C 08 00884 EMC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 3000 El Camino Real, Five Palo Alto Square, 9th Floor, Palo Alto, CA 94306.

On February 29, 2008, I served the foregoing document: **Notice of Substitution of Counsel for Plaintiffs Asustek Computer, Inc. and Asus Computer International**

on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Technology Properties Limited<br>Alliacense Limited<br>c/o C T Corporation<br>818 W. 7th Street<br>Los Angeles, CA  90017 | Jim Turley, President<br>Patriot Scientific Corporation<br>6183 Paseo Del Norte, Suite 180<br>Carlsbad, CA  92011 |

MCM Portfolio LLC
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE  19808

[ X ]   BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose directions the service was made. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 29, 2008 at Palo Alto, California.

_____
Michael T. Kenny