1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.: C 08 00884 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

**STIPULATION**

Pursuant to Civil L.R. 6-1(a), the undersigned attorneys for Plaintiffs Asustek Computer, Inc. and Asus Computer International (collectively, "Plaintiffs"), and Defendants Technology Properties Limited, Patriot Scientific Corporation, MCM Portfolio LLC, and Alliacense Limited (collectively, "Defendants") hereby stipulate to extend by 45 days the time for Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint, to and including April 25, 2008.

DATED: March __, 2008    THELEN REID BROWN RAYSMAN & STEINER LLP

By /s/ Ronald F. Lopez
RONALD F. LOPEZ
Counsel for Technology Properties Limited, MCM Portfolio LLC, and Alliacense Limited

DATED: March __, 2008    KIRBY NOONAN LANCE & HOGE

By /s/ Charles T. Hogue
CHARLES T. HOGUE
Counsel for Patriot Scientific Corporation

DATED: March __, 2008    WHITE & CASE LLP

By /s/ Mark R. Weinstein
MARK R. WEINSTEIN
Counsel for Asustek Computer, Inc. and Asus Computer International

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.: C 08 00884 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

**STIPULATION**

Pursuant to Civil L.R. 6-1(a), the undersigned attorneys for Plaintiffs Asustek Computer, Inc. and Asus Computer International (collectively, "Plaintiffs"), and Defendants Technology Properties Limited, Patriot Scientific Corporation, MCM Portfolio LLC, and Alliacense Limited (collectively, "Defendants") hereby stipulate to extend by 45 days the time for Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint, to and including April 25, 2008.

DATED: March __, 2008            THELEN REID BROWN RAYSMAN & STEINER LLP

By _____/s/ Ronald F. Lopez_____
RONALD F. LOPEZ
Counsel for Technology Properties Limited, MCM Portfolio LLC, and Alliacense Limited

DATED: March __, 2008            KIRBY NOONAN LANCE & HOGE

By _____/s/ Charles T. Hogue_____
CHARLES T. HOGUE
Counsel for Patriot Scientific Corporation

DATED: March __, 2008            WHITE & CASE LLP

By _____/s/ Mark R. Weinstein_____
MARK R. WEINSTEIN
Counsel for Asustek Computer, Inc. and Asus Computer International