UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.: C 08 00884 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

## STIPULATION

Pursuant to Civil L.R. 6-1(a), the undersigned attorneys for Plaintiffs Asustek Computer, Inc. and Asus Computer International (collectively, "Plaintiffs"), and Defendants Technology Properties Limited, Patriot Scientific Corporation, MCM Portfolio LLC, and Alliacense Limited (collectively, "Defendants") hereby stipulate to extend by 45 days the time for Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint, to and including April 25, 2008.

DATED: March __, 2008              THELEN REID BROWN RAYSMAN & STEINER LLP

By _____/s/ Ronald F. Lopez_____
RONALD F. LOPEZ
Counsel for Technology Properties Limited, MCM Portfolio LLC, and Alliacense Limited

DATED: March __, 2008              KIRBY NOONAN LANCE & HOGE

By _____/s/ Charles T. Hogue_____
CHARLES T. HOGUE
Counsel for Patriot Scientific Corporation

DATED: March __, 2008              WHITE & CASE LLP

By _____/s/ Mark R. Weinstein_____
MARK R. WEINSTEIN
Counsel for Asustek Computer, Inc. and Asus Computer International

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.: C 08 00884 EMC<br><br>**GENERAL ORDER 45 DECLARATION OF LISA C. McCURDY RE SIGNATURES OF RONALD F. LOPEZ, CHARLES T. HOGUE, AND MARK R. WEINSTEIN** |

SF #1443330 v1

GENERAL ORDER 45 DECLARATION RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.: C 08 00884 EMC

1  I, Lisa C. McCurdy, declare as follows:

2      1.    I am a member in good standing of the State Bar of California and an associate with Thelen Reid Brown Raysman & Steiner LLP, attorneys for defendants Technology Properties Limited, MCM Portfolio LLC, and Alliacense Limited in the above-entitled action. I have personal knowledge of the facts set forth herein and, if called to testify, could and would competently testify thereto. I make this declaration in support of the parties' Stipulation for Extension of Time to Respond to First Amended Complaint.

    2.    Pursuant to General Order 45 of this Court, I hereby verify that concurrence in the filing of the stipulation submitted concurrently herewith was obtained from Ronald F. Lopez, Charles T. Hogue, and Mark R. Weinstein, whose signatures are provided electronically.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on March 17, 2008 in San Francisco, California.

    /s/ Lisa C. McCurdy
    Lisa McCurdy

SF #1443330 v1                    - 1 -
GENERAL ORDER 45 DECLARATION RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No.: C 08 00884 EMC