# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

ASUSTEK COMPUTER, INC.

### SUMMONS IN A CIVIL CASE

CASE NUMBER: C 08 00884 EMC

V.

TECHNOLOGY PROPERTIES LIMITED and
ALLIACENSE LIMITED

TO: (Name and address of defendant)
Patriot Scientific Corporation
6183 Paseo Del Norte Suite 180
Carlsbad, CA  92011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
William Sloan Coats
Kyle D. Chen
White & Case LLP
3000 El Camino Real, 5 Palo Alto Sq., 9th Fl.
Palo Alto, CA  94306

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

FEB - 8 2008

DATE _____

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

American LegalNet, Inc.
www.USCourtForms.com

WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
email: sorourke@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Plaintiffs
ASUSTEK COMPUTER, INC. and
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.  C 08 00884 EMC<br><br>**PROOF OF SERVICE** |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/20/08    10:20 am |

**Name of SERVER**
J. R. Goetz, Reg. 292 San Diego

**TITLE**

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
Served on Jim Turley, President
~~6183 Paseo Del Norte, Ste 180~~
Carlsbad, CA 92011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/21/08
　　　　　　　　*Date*

*Signature of Server*

4891 Pacific Hwy, Ste 102, San Diego, CA
*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

## Attachment to Proof of Service of Summons

1.   Summons in a Civil Case;

2.   First Amended Complaint for Declaratory Judgment;

3.   Original Complaint;

4.   Order Setting Initial Case Management Conference and ADR Deadlines;

5.   Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen (8/9/07)

6.   Forms: (a) Case Management Conference Order, (b) Notice of Assignment of Case to a United States Magistrate Judge for Trial, (c) Consent to Proceed Before a United States Magistrate Judge; (c) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

7.   Order of the Chief Judge in re: Electronic Filing in Cases with Unrepresented Parties;

8.   Guidelines: U.S. District Court, Northern District of California, San Jose Division [note – case was filed in San Jose Division, re-assigned to San Francisco Division]

9.   Handouts from San Jose Division:

   a.   General Order No. 40 – Prohibition of Bias

   b.   ECF Registration Information Handout

   c.   General Order No. 45 – Electronic Case Filing

   d.   Notice of Electronic Availability of Case File Information

   e.   General Order No. 53 – Privacy

   f.   Notice of Lawsuit and Request for Waiver of Services of Summons

   g.   Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5)

   h.   ADR Certification by Parties and Counsel

   i.   Stipulation and [Proposed] Order Selecting ADR Process

   j.   Notice of Need for ADR Phone Conference