WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
email: sorourke@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Plaintiffs
ASUSTEK COMPUTER, INC. and
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. C 08 00884 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES**<br><br>**F.R.C.P. 7.1; Civil Local Rule 3-16** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Plaintiffs ASUSTeK Computer, Inc. and Asus Computer International hereby disclose that ASUSTeK is the parent corporation of ACI and that no publicly-held corporation owns 10% or more of their stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: March 21, 2008                    WHITE & CASE LLP


                                         By: /s/ Mark R. Weinstein

                                             Attorneys for Plaintiffs
                                             ASUSTEK COMPUTER, INC. and
                                             ASUS COMPUTER
                                             INTERNATIONAL

-1-

PALOALTO 87264 v1 (2K)

CERTIFICATION OF INTERESTED ENTITIES
CASE NO. C 08-00884 EMC