ROBERT E. KREBS, CA BAR NO. 57526
rkrebs@thelen.com
CHRISTOPHER L. OGDEN, CA BAR NO. 235517
cogden@thelen.com
PAPOOL S. CHAUDHARI, CA BAR NO. 241346,
pchaudhari@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113–1723
Tel. 408.292.5800, Fax 408.287.8040

RONALD F. LOPEZ, CA BAR NO. 111756
rflopez@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800, San Francisco, CA 94105–3606
Tel. 415.371.1200, Fax. 415.371.1211

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM PORTFOLIO LLC, and ALLIACENSE LIMITED.

CHARLES T. HOGE, CA BAR NO. 110696
choge@knlh.com
KIRBY NOONAN LANCE & HOGE, LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel. 619.231.8666, Fax. 619.231.9593

Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC, and ALLIACENSE LIMITED,<br><br>Defendants. | CASE NO. 08-CV-00884 EMC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES**<br><br>Date:   June 11, 2008<br>Time:   10:30 a.m.<br>Place:  Courtroom C, 15th Floor<br>Judge:  Hon. Edward M. Chen |

TO PLAINTIFFS ASUSTEK COMPUTER, INC. AND ASUS COMPUTER INTERNATIONAL AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 11, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom C, 15th Floor, Defendants TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC, and ALLIACENSE LIMITED will move, and hereby move, (1) for an order dismissing this action for lack of subject matter jurisdiction; (2) in the alternative, for an order transferring this action to the Eastern District of Texas; or (3) in the alternative, for an order staying this action pending an appeal involving the same issues that will arise in this action.

This Motion is made pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a), on the grounds that subject matter jurisdiction is not present and not warranted under the Court's discretion and therefore the case should be dismissed, that in the alternative, the present forum is not convenient and should be transferred to the Eastern District of Texas, and that in the alternative, the court should exercise its discretion to grant a stay pending the appeal of a related action, in the interest of judicial economy.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum, the Declarations of Ronald F. Lopez, Roger Cook, and Mike Davis including their exhibits, all pleadings and records on file in this action, any other matter of which the Court may take judicial notice, and any other written and oral argument and authorities that may be presented to the Court on this matter.

DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES
SV #341277 v1                                    1                                    Case No. 08-CV-00884 EMC

Respectfully submitted,
THELEN REID BROWN RAYSMAN & STEINER LLP

Dated: April 25, 2008    By:    /s/
ROBERT E. KREBS
RONALD F. LOPEZ
CHRISTOPHER L. OGDEN
PAPOOL S. CHAUDHARI
of THELEN REID BROWN RAYSMAN & STEINER LLP,
Attorneys for Defendants TECHNOLOGY PROPERTIES
LIMITED, MCM PORTFOLIO LLC, and ALLIACENSE
LIMITED.

CHARLES T. HOGE
of KIRBY NOONAN LANCE & HOGE, LLP,
Attorneys for Defendant PATRIOT SCIENTIFIC
CORPORATION.

DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES

SV #341277 v1                                2                           Case No. 08-CV-00884 EMC