ROBERT E. KREBS, CA BAR NO. 57526
rkrebs@thelen.com
CHRISTOPHER L. OGDEN, CA BAR NO. 235517
cogden@thelen.com
PAPOOL S. CHAUDHARI, CA BAR NO. 241346,
pchaudhari@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113–1723
Tel. 408.292.5800, Fax 408.287.8040

RONALD F. LOPEZ, CA BAR NO. 111756
rflopez@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800, San Francisco, CA 94105–3606
Tel. 415.371.1200, Fax. 415.371.1211

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM PORTFOLIO LLC, and ALLIACENSE LIMITED.

CHARLES T. HOGE, CA BAR NO. 110696
choge@knlh.com
KIRBY NOONAN LANCE & HOGE, LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel. 619.231.8666, Fax. 619.231.9593

Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC, and ALLIACENSE LIMITED,<br><br>Defendants. | CASE NO. 08-CV-00884 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES**<br><br>Date:  June 11, 2008<br>Time:  10:30 a.m.<br>Place:  Courtroom C, 15th Floor<br>Judge:  Hon. Edward M. Chen |

1  Having reviewed Defendants Technology Properties Limited, Patriot Scientific
2  Corporation, MCM Portfolio LLC, and Alliacense Limited's Motion to Dismiss on Grounds of
3  Lack of Subject Matter Jurisdiction, or in the Alternative to Transfer to the Eastern District of
4  Texas, or in the Alternative to Stay Pending Appeal in a Related Case Involving the Same Issues,

6  IT IS HEREBY ORDERED that this case be dismissed due to lack of subject matter
7  jurisdiction; or in the alternative,

9  IT IS HEREBY ORDERED that this case be transferred to the Eastern District of Texas; or
10 in the alternative,

12 IT IS HEREBY ORDERED that this case be stayed pending the appeal in a related Case
13 No. 2:05-cv-00494-TJW.

15 DATED THIS _____ day of _____, 2008

17                                      By:_____
                                            HON. EDWARD M. CHEN
18                                          UNITED STATES MAGISTRATE JUDGE