**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

<u>C 08-00877 JF</u>      <u>Acer, Inc. Et al v. Technology Properties Limited et al</u>

<u>C 08-00882 JL</u>      <u>HTC Corporation et al v. Technology Properties Limited et al</u>

> **I find that the above case is related to the case assigned to me. __JF____**

<u>C 08-00884 EMC</u>      <u>Asustek Computer Inc. V. Technology Properties Limited et al</u>

> **I find that the above case is related to the case assigned to me. __JF____**

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:__4/22/08_____          _____

                                 Judge Jeremy Fogel

Dated:_____          _____

-1-

Magistrate Judge James Larson

**CLERK'S NOTICE**

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _____               By: _____
                                                        **Deputy Clerk**

### CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____4/29/08_____     **By:** _____/s/_____

**Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____(date)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASUSTEK COMPUTER INC. et al,

          Plaintiff,

  v.

TECHNOLOGY PROPERTIES LIMITED et al,

          Defendant.

_____/

Case Number: CV08-00884 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael B. Salerno
UC Hastings College of the Law
Center For State/Local Gov Law
200 McAllister St
San Francisco, CA 94102

Dated: May 1, 2008

                                    Richard W. Wieking, Clerk
                                    By: Tiffany Salinas-Harwell, Deputy Clerk