UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER,<br>        Plaintiff,<br>V.<br>TECHNOLOGY PROPERTIES,<br>        Defendant. | Case Number CV-08-884-JF<br><br>Case Management Conference<br><br>May 30, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on May 30, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

May 8, 2008

For the Court
Richard W. Wieking, Clerk

By: __/s/_____
Diana Munz
Courtroom Deputy Clerk