Robert E. Krebs, State Bar No. 57526
rkrebs@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Ronald F. Lopez, State Bar No. 11756
rflopez@thelen.com
Sushila Chanana, State Bar No. 254100
schanana@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3606
Tel. 415.371.1200
Fax. 415.371.1211

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
MCM PORTFOLIO LLC, and ALLIACENSE
LIMITED

Charles T. Hoge, State Bar No. 110696
choge@knlh.com
Kirby Noonan Lance & Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel.: (619) 231-8666
Fax: (619) 231-9593

ATTORNEY FOR DEFENDANT
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC, and ALLIACENSE LIMITED,<br><br>Defendants. | CASE NO. 08-CV-00884-JF<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION**<br><br>**Date:** August 1, 2008<br>**Time:** 9:00 a.m.<br>**Department**: Courtroom 3, 5th Floor<br>**Judge**: Honorable Jeremy Fogel |

TO PLAINTIFFS ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants' Motion to Dismiss, or to Transfer, or to Stay Proceeding, originally scheduled to heard on June 11, 2008 at 10:30 a.m. at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom C, 15th Floor, shall now be heard on August 1, 2008 at 9:00 a.m. at 280 S. First Street, San Jose, CA 95113, Courtroom 3, 5th Floor, the same date and time that a similar motion will be heard for a related case, *Acer, Inc. et al v. Technology Properties Limited et al* ("*Acer*"; cv-00877-JF).

On April 29, 2008, the Court entered a Related Case Order ("Order") determining that this case and the following two cases are related: (1) *Acer*; and (2) *HTC Corporation et al v. Technology Properties Limited et al* (C 08-00882 JL) (Docket No. 30). A motion to dismiss or in the alternative to transfer the *Acer* action has also been filed. The hearing for these motions in the *Acer* case is scheduled for August 1, 2008 (*Acer*, Docket No. 19).

                    Respectfully submitted,
                    THELEN REID BROWN RAYSMAN & STEINER LLP

Dated: May 19, 2008              /s/
                    ROBERT E. KREBS
                    RONALD F. LOPEZ
                    SUSHILA CHANANA
                    of THELEN REID BROWN RAYSMAN & STEINER LLP,
                    Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM PORTFOLIO LLC and ALLIACENSE LIMITED.

                    CHARLES T. HOGE
                    of KIRBY NOONAN LANCE & HOGE, LLP,
                    Attorneys for Defendant PATRIOT SCIENTIFIC CORPORATION.