1 | Robert E. Krebs, State Bar No. 57526
Christopher L. Ogden, State Bar No. 235517
2 | Thelen Reid Brown Raysman & Steiner LLP
3 | 225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
4 | Tel. 408.292.5800
Fax 408.287.8040
5 |
6 | Ronald F. Lopez, State Bar No. 11756
Sushila Chanana, State Bar No. 254100
7 | Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
8 | San Francisco, CA 94105–3606
Tel. 415.371.1200
9 | Fax. 415.371.1211

10 |
ATTORNEYS FOR DEFENDANTS
11 | TECHNOLOGY PROPERTIES LIMITED,
MCM Portfolio LLC, and ALLIACENSE
12 | LIMITED

13 |
Charles T. Hoge, State Bar No. 110696
14 | Kirby Noonan Lance & Hoge
350 Tenth Avenue, Suite 1300
15 | San Diego, CA 92101
Tel.: (619) 231-8666
16 | Fax: (619) 231-9593

17 |
ATTORNEY FOR DEFENDANT
18 | PATRIOT SCIENTIFIC CORPORATION

William Sloan Coats, III, State Bar No. 94864
Mark R. Weinstein, State Bar No. 193043
Kyle D. Chen, State Bar No. 239501
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Fl
Palo Alto, CA 94306
Tel.: 650-213-0300
Fax: 650-213-8158

ATTORNEYS FOR PLAINTIFFS ASUSTEK
COMPUTER INC. and ASUS COMPUTER
INTERNATIONAL

19 | UNITED STATES DISTRICT COURT
20 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
21 | SAN JOSE DIVISION

22 | ASUSTEK COMPUTER INC., et al. | Case No. CV-08-884-JF
23 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
24 | vs. |
25 | TECHNOLOGY PROPERTIES LIMITED, et al. |
26 | Defendants. |
27 |
28 |

1    WHEREAS, on February 8, 2008, ASUSTeK Computer Inc. ("ASUSTeK") (and
2  ASUS Computer International by the First Amended Complaint filed on February 13, 2008,
3  Docket No. 3) (collectively, "Plaintiffs") filed a complaint against Defendants Technology
4  Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (as
5  well as MCM Portfolio LLC by the First Amended Complaint filed on February 13, 2008, Docket
6  No. 3) (collectively, "Defendants") for declaratory judgment of patent noninfringement and
7  invalidity of U.S. Patent Nos. 5,809,336 ("the '336 patent"); 5,784,584 ("the '584 patent");
8  5,440,749 ("the '749 patent"); 6,438,638 ("the '638 patent"); and 6,976,623 ("the '623 patent);

9    WHEREAS, on April 25, 2008, one or more Defendants filed complaints for patent
10  infringement against ASUSTeK as to the '336 patent, the '749 patent, the '638 patent, and the
11  '623 patent in the Eastern District of Texas, Case No. 2-08cv-177 (TJW); as to the '584 patent in
12  Case No. 2-08cv-174 (TJW); and as to U.S. Patent Nos. 7,295,443 and 7,162,549 in Case No. 2-
13  08cv-175 (TJW) (collectively, "Texas Actions");

14    WHEREAS, the Court entered a Related Case Order determining that the present
15  case and the following two cases are related: (1) *Acer, Inc. et al v. Technology Properties Limited
16  et al* (C 08-00877 JF); and (2) *HTC Corporation et al v. Technology Properties Limited et al* (C
17  08-00882 JL) (Docket No. 30) ("Related Matters");

18    WHEREAS, Defendants in each of the Related Matters have filed motions to
19  dismiss or in the alternative to transfer to the Eastern District of Texas, with all such motions
20  currently set for hearing on August 1, 2008 ("Motions to Dismiss");
21
22    WHEREAS, the parties' Case Management Conference is currently scheduled for
23  May 30, 2008 (Docket No. 31);

24    WHEREAS, Defendants have requested a continuance of the Case Management
25  Conference ("CMC") so that discovery and other related obligations would be deferred until after
26  the Court rules upon Defendants' Motions to Dismiss; and

27  ///
28

WHEREAS Plaintiffs have agreed to a continuance of the CMC, while the Defendants have agreed to an extension of time for ASUSTeK to respond to the Texas Actions until August 15, 2008;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

The Case Management Conference currently set for May 30, 2008 shall be continued to a date determined by the Court following the August 1, 2008 hearing on the Motions to Dismiss.

Respectfully submitted,

Dated: May 21, 2008          THELEN REID BROWN RAYSMAN & STEINER LLP

By: /s/ Robert E. Krebs
    Robert E. Krebs

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM Portfolio LLC, and ALLIACENSE LIMITED

Dated: May 21, 2008          KIRBY NOONAN LANCE & HOGE

By: /s/ Charles T. Hoge
    Charles T. Hoge

Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

Dated: May 21, 2008          WHITE & CASE LLP

By: /s/ Kyle D. Chen
    Kyle D. Chen

Attorneys for Plaintiffs ASUSTeK COMPUTER INC., and ASUS COMPUTER INTERNATIONAL

///

///

1 | PURSUANT TO STIPULATION IT IS SO ORDERED:

4 | Dated: _____

                                                 _____
                                                 The Honorable Jeremy Fogel
                                                 United States District Court Judge