**E-filed 5/23/08**

| | |
|---|---|
| Robert E. Krebs, State Bar No. 57526 | William Sloan Coats, III, State Bar No. 94864 |
| Christoper L. Ogden, State Bar No. 235517 | Mark R. Weinstein, State Bar No. 193043 |
| Thelen Reid Brown Raysman & Steiner LLP | Kyle D. Chen, State Bar No. 239501 |
| 225 West Santa Clara Street, Suite 1200 | White & Case LLP |
| San Jose, CA 95113-1723 | 3000 El Camino Real |
| Tel. 408.292.5800 | 5 Palo Alto Square, 9th Fl |
| Fax 408.287.8040 | Palo Alto, CA 94306 |
| | Tel.: 650-213-0300 |
| Ronald F. Lopez, State Bar No. 11756 | Fax: 650-213-8158 |
| Sushila Chanana, State Bar No. 254100 | |
| Thelen Reid Brown Raysman & Steiner LLP | ATTORNEYS FOR PLAINTIFFS ASUSTEK |
| 101 Second Street, Suite 1800 | COMPUTER INC. and ASUS COMPUTER |
| San Francisco, CA 94105–3606 | INTERNATIONAL |
| Tel. 415.371.1200 | |
| Fax. 415.371.1211 | |

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
MCM Portfolio LLC, and ALLIACENSE
LIMITED

Charles T. Hoge, State Bar No. 110696
Kirby Noonan Lance & Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel.: (619) 231-8666
Fax: (619) 231-9593

ATTORNEY FOR DEFENDANT
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC., et al. | Case No. CV-08-884-JF |
| Plaintiffs, | **STIPULATION AND [**P~~ROPOSED~~**]** |
| vs. | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| TECHNOLOGY PROPERTIES LIMITED, et al. | |
| Defendants. | |

1    WHEREAS, on February 8, 2008, ASUSTeK Computer Inc. ("ASUSTeK") (and
2 ASUS Computer International by the First Amended Complaint filed on February 13, 2008,
3 Docket No. 3) (collectively, "Plaintiffs") filed a complaint against Defendants Technology
4 Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (as
5 well as MCM Portfolio LLC by the First Amended Complaint filed on February 13, 2008, Docket
6 No. 3) (collectively, "Defendants") for declaratory judgment of patent noninfringement and
7 invalidity of U.S. Patent Nos. 5,809,336 ("the '336 patent"); 5,784,584 ("the '584 patent");
8 5,440,749 ("the '749 patent"); 6,438,638 ("the '638 patent"); and 6,976,623 ("the '623 patent);

9    WHEREAS, on April 25, 2008, one or more Defendants filed complaints for patent
10 infringement against ASUSTeK as to the '336 patent, the '749 patent, the '638 patent, and the
11 '623 patent in the Eastern District of Texas, Case No. 2-08cv-177 (TJW); as to the '584 patent in
12 Case No. 2-08cv-174 (TJW); and as to U.S. Patent Nos. 7,295,443 and 7,162,549 in Case No. 2-
13 08cv-175 (TJW) (collectively, "Texas Actions");

14    WHEREAS, the Court entered a Related Case Order determining that the present
15 case and the following two cases are related: (1) *Acer, Inc. et al v. Technology Properties Limited*
16 *et al* (C 08-00877 JF); and (2) *HTC Corporation et al v. Technology Properties Limited et al* (C
17 08-00882 JL) (Docket No. 30) ("Related Matters");

18    WHEREAS, Defendants in each of the Related Matters have filed motions to
19 dismiss or in the alternative to transfer to the Eastern District of Texas, with all such motions
20 currently set for hearing on August 1, 2008 ("Motions to Dismiss");
21
22    WHEREAS, the parties' Case Management Conference is currently scheduled for
23 May 30, 2008 (Docket No. 31);

24    WHEREAS, Defendants have requested a continuance of the Case Management
25 Conference ("CMC") so that discovery and other related obligations would be deferred until after
26 the Court rules upon Defendants' Motions to Dismiss; and

27 ///
28

WHEREAS Plaintiffs have agreed to a continuance of the CMC, while the Defendants have agreed to an extension of time for ASUSTeK to respond to the Texas Actions until August 15, 2008;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

The Case Management Conference currently set for May 30, 2008 shall be continued to a date determined by the Court following the August 1, 2008 hearing on the Motions to Dismiss.

Respectfully submitted,

Dated: May 21, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

By: /s/ Robert E. Krebs
    Robert E. Krebs

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM Portfolio LLC, and ALLIACENSE LIMITED

Dated: May 21, 2008        KIRBY NOONAN LANCE & HOGE

By: /s/ Charles T. Hoge
    Charles T. Hoge

Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

Dated: May 21, 2008        WHITE & CASE LLP

By: /s/ Kyle D. Chen
    Kyle D. Chen

Attorneys for Plaintiffs ASUSTeK COMPUTER INC., and ASUS COMPUTER INTERNATIONAL

///

///

1  PURSUANT TO STIPULATION IT IS SO ORDERED:

4  Dated: ___5/23/08_____

   _____
   The Honorable Jeremy Fogel
   United States District Court Judge