Robert E. Krebs, State Bar No. 57526
Christoper L. Ogden, State Bar No. 235517
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Ronald F. Lopez, State Bar No. 11756
Sushila Chanana, State Bar No. 254100
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3606
Tel. 415.371.1200
Fax. 415.371.1211

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
MCM Portfolio LLC, and ALLIACENSE LIMITED

Charles T. Hoge, State Bar No. 110696
Kirby Noonan Lance & Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel.: (619) 231-8666
Fax: (619) 231-9593

ATTORNEY FOR DEFENDANT
PATRIOT SCIENTIFIC CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASUSTEK COMPUTER INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, et al.<br><br>Defendants. | Case No. CV-08-884-JF<br><br>**DEFENDANTS' ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1.  Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2.  Discussed the available dispute resolution options provided by the Court and private entities; and

3.  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 27, 2008

By  /s/ Daniel E. Leckrone
Daniel E. Leckrone, President
TECHNOLOGY PROPERTIES LIMITED,

By  /s/ Daniel E. Leckrone
Daniel E. Leckrone, Manager
MCM Portfolio LLC

By  /s/ Daniel M. Leckrone
Daniel M. Leckrone, President
ALLIACENSE LIMITED

By  /s/ Carlton Johnson, Jr., Esq.
Chairman of the Executive Committee; Board Member
PATRIOT SCIENTIFIC CORPORATION

Dated: May 27, 2008   THELEN REID BROWN RAYSMAN & STEINER LLP

By  /s/ Ronald F. Lopez
Robert E. Krebs
Ronald F. Lopez
Christoper L. Ogden
Sushila Chanana
ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
MCM Portfolio LLC, and ALLIACENSE LIMITED

KIRBY NOONAN LANCE & HOGE

By  /s/ Charles T. Hoge
Charles T. Hoge
ATTORNEY FOR DEFENDANT
PATRIOT SCIENTIFIC CORPORATION