ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

June 9, 2008

Samuel Citron O'Rourke
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
650.213-0332

Ronald Frank Lopez
Sushila Chanana
Thelen Reid & Brown Raysman &
Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
415-369-7339
415-369-7652

Re: HTC Corporation v. Technology Properties Limited
Case No. C 08-00882 JF MED

And related case

Re: Asustek Computer v. Technology Properties Limited
Case No. C 08-00884 JF MED

Dear Counsel:

The ADR Program would like to convene a conference call with Daniel Bowling, ADR Program Staff Attorney, to discuss the Mediation referral. We would like to schedule this for **Wednesday, June 18, 2008 at 1:00 p.m PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator