1  Robert E. Krebs, State Bar No. 57526          William Sloan Coats, III, State Bar No. 94864
   Christoper L. Ogden, State Bar No. 235517      Mark R. Weinstein, State Bar No. 193043
2  Thelen Reid Brown Raysman & Steiner LLP        Kyle D. Chen, State Bar No. 239501
   225 West Santa Clara Street, Suite 1200        White & Case LLP
3  San Jose, CA  95113-1723                       3000 El Camino Real
   Tel. 408.292.5800                              5 Palo Alto Square, 9th Fl
4  Fax 408.287.8040                               Palo Alto, CA 94306
                                                  Tel.: 650-213-0300
5                                                 Fax: 650-213-8158
   Ronald F. Lopez, State Bar No. 11756
6  Sushila Chanana, State Bar No. 254100
   Thelen Reid Brown Raysman & Steiner LLP        ATTORNEYS FOR PLAINTIFFS ASUSTeK
7  101 Second Street, Suite 1800                  COMPUTER INC., and ASUS COMPUTER
   San Francisco, CA 94105–3606                   INTERNATIONAL
8  Tel. 415.371.1200
   Fax. 415.371.1211
9

10 ATTORNEYS FOR DEFENDANTS
   TECHNOLOGY PROPERTIES LIMITED,
11 MCM Portfolio LLC, and ALLIACENSE
   LIMITED
12

13 Charles T. Hoge, State Bar No. 110696
   Kirby Noonan Lance & Hoge
14 350 Tenth Avenue, Suite 1300
   San Diego,  CA  92101
15 Tel.:  (619) 231-8666
   Fax:  (619) 231-9593
16

17 ATTORNEY FOR DEFENDANT
   PATRIOT SCIENTIFIC CORPORATION
18

19                       UNITED STATES DISTRICT COURT

20              FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                            SAN JOSE DIVISION

22 ASUSTEK COMPUTER INC., et al.          Case No. CV-08-884-JF

23              Plaintiff,                **STIPULATION AND [PROPOSED]
                                          ORDER TO EXTEND MEDIATION
24       vs.                              DEADLINE TO OCTOBER 27, 2008**

25 TECHNOLOGY PROPERTIES LIMITED,
   et al.
26
                Defendant.
27

28

1    WHEREAS, on May 23, 2008, plaintiffs ASUSTeK Computer Inc. and ASUS

2  Computer International (collectively "ASUS" or "Plaintiffs") and defendants Technology

3  Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited

4  (collectively, "Defendants") stipulated to mediation as the ADR process in the above-captioned

5  action;

6    WHEREAS, on May 28, the Court entered the parties' proposed order to mediate

7  within ninety (90) days of entry of the order, i.e., a deadline to mediate by August 26, 2008;

8    WHEREAS, the parties agree that it would be beneficial to conduct the mediation

9  after the August 26, 2008 deadline;

10

11    WHEREAS, this Stipulation is made pursuant to the  conference call that took

12  place on June 18, 2008 among the ADR facilitator for the Court and counsel for the parties in

13  accordance with the Northern District ADR Local Rules;

14    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND

15  RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

16    (1)    The August 26, 2008 mediation deadline is hereby extended to Monday,

17  October 27, 2008.

18    Respectfully submitted,

19  Dated: June 18, 2008    THELEN REID BROWN RAYSMAN &
    STEINER LLP

20
    By: /s/ Robert E. Krebs
21    Robert E. Krebs

22    Attorneys for Defendants TECHNOLOGY
    PROPERTIES LIMITED, MCM Portfolio
23    LLC, and ALLIACENSE LIMITED

24  Dated: June 18, 2008    KIRBY NOONAN LANCE & HOGE

25    By: /s/ Charles T. Hoge
    Charles T. Hoge
26

27    Attorney for Defendant PATRIOT
    SCIENTIFIC CORPORATION

28

2

1    Dated: June 18, 2008                          WHITE & CASE LLP

2                                                  By: /s/ Kyle D. Chen
                                                        Kyle D. Chen
3
                                                     Attorneys for Plaintiffs ASUSTeK
4                                                    COMPUTER INC., and ASUS COMPUTER
                                                     INTERNATIONAL
5

6

7    PURSUANT TO STIPULATION IT IS SO ORDERED:

8

9

10   Dated: _____

11

12                                                 _____
                                                   The Honorable Jeremy Fogel
13                                                 United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3