Robert E. Krebs, State Bar No. 57526
Christoper L. Ogden, State Bar No. 235517
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Ronald F. Lopez, State Bar No. 11756
Sushila Chanana, State Bar No. 254100
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3606
Tel. 415.371.1200
Fax. 415.371.1211

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
MCM Portfolio LLC, and ALLIACENSE
LIMITED

Charles T. Hoge, State Bar No. 110696
Kirby Noonan Lance & Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel.: (619) 231-8666
Fax: (619) 231-9593

ATTORNEY FOR DEFENDANT
PATRIOT SCIENTIFIC CORPORATION

William Sloan Coats, III, State Bar No. 94864
Mark R. Weinstein, State Bar No. 193043
Kyle D. Chen, State Bar No. 239501
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Fl
Palo Alto, CA 94306
Tel.: 650-213-0300
Fax: 650-213-8158

ATTORNEYS FOR PLAINTIFFS ASUSTeK
COMPUTER INC., and ASUS COMPUTER
INTERNATIONAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC., et al.<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, et al.<br><br>Defendant. | Case No. CV-08-884-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE TO OCTOBER 27, 2008** |

WHEREAS, on May 23, 2008, plaintiffs ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS" or "Plaintiffs") and defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively, "Defendants") stipulated to mediation as the ADR process in the above-captioned action;

WHEREAS, on May 28, the Court entered the parties' proposed order to mediate within ninety (90) days of entry of the order, i.e., a deadline to mediate by August 26, 2008;

WHEREAS, the parties agree that it would be beneficial to conduct the mediation after the August 26, 2008 deadline;

WHEREAS, this Stipulation is made pursuant to the conference call that took place on June 18, 2008 among the ADR facilitator for the Court and counsel for the parties in accordance with the Northern District ADR Local Rules;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

(1) The August 26, 2008 mediation deadline is hereby extended to Monday, October 27, 2008.

Respectfully submitted,

Dated: June 18, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By: /s/ Robert E. Krebs
    Robert E. Krebs

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM Portfolio LLC, and ALLIACENSE LIMITED

Dated: June 18, 2008

KIRBY NOONAN LANCE & HOGE

By: /s/ Charles T. Hoge
    Charles T. Hoge

Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

1 | Dated: June 18, 2008                    WHITE & CASE LLP

2 |                                         By: /s/ Kyle D. Chen
                                                Kyle D. Chen
3 |
                                            Attorneys for Plaintiffs ASUSTeK
4 |                                         COMPUTER INC., and ASUS COMPUTER
                                            INTERNATIONAL
5 |

6 |

7 | PURSUANT TO STIPULATION IT IS SO ORDERED:

8 |

9 |

10 | Dated: ___7/2/08_____

11 |

12 |                                         _____
                                             The Honorable Jeremy Fogel
13 |                                         United States District Court Judge

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE TO OCT. 27, 2008**
Case No. CV-00884-JF