WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Plaintiffs
ASUSTeK COMPUTER, INC. and ASUS
COMPUTER INTERNATIONAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED,<br>Defendants. | Case No.  C 08 00884 JF<br>(related to C 08 00877 JF and C 08 00882)<br><br>**DECLARATION OF MARK LAMBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE, TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES** |

PALOALTO 89882 (2K)

LAMBERT DECL. IN SUPORT OF PLAINTIFFS' OPP. TO DEFENDANTS MOTION TO DISMISS, TRANSFER OR STAY - CASE NO. C 08-00884 JF (and related cases)

1  I, Mark F. Lambert, declare:

2  1.  I am an attorney with the law firm of White & Case LLP, counsel of record in this action for plaintiffs ASUSTeK Computer, Inc. and ASUS Computer International. I am admitted to practice before this Court. I have personal knowledge of the facts contained within this declaration and, if called as a witness, would and could testify competently thereto.

2.  Attached hereto as Exhibit A are face pages for United States Patent Numbers 5,440,749 (the "'749 Patent"), 5,809,336 (the "'336 Patent"), 5,784,584 (the "'584 Patent"), 6,598,148 (the "'148 Patent") and 5,530,890 (the "'890 Patent"), 6,438,638 (the "'638 Patent"), 6,976,623 (the "'623 Patent"), 7,295,443 (the "'443 Patent"), and 7,162,549 (the "'549 Patent") (collectively the "patents-in-suit").

I declare under penalty of perjury that the foregoing is true and correct. Executed in Palo Alto, California on July 11, 2008

Dated: July 11, 2008                    WHITE & CASE LLP


                                        By: /s/ Mark F. Lambert

-1-

# EXHIBIT A

Case 5:08-cv-00884-JF   Document 45-2   Filed 07/11/2008   Page 1 of 10



US005440749A

# United States Patent [19]

## Moore et al.

[11] Patent Number: 5,440,749

[45] Date of Patent: Aug. 8, 1995

[54] **HIGH PERFORMANCE, LOW COST MICROPROCESSOR ARCHITECTURE**

[75] Inventors: Charles H. Moore, Woodside; Russell H. Fish, III, Mt. View, both of Calif.

[73] Assignee: Nanotronics Corporation, Eagle Point, Oreg.

[21] Appl. No.: 389,334

[22] Filed: Aug. 3, 1989

[51] Int. Cl.$^6$ ............................................. G06F 9/22
[52] U.S. Cl. .................... 395/800; 364/931;
364/925.6; 364/937.1; 364/965.4; 364/232.8; 364/244.3
[58] Field of Search ................ 395/425, 725, 775, 800

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 | 9/1971 | Heath | 364/DIG. 1 |
| 4,003,033 | 1/1977 | O'Keefe et al. | 364/200 |
| 4,037,090 | 7/1977 | Raymond | 364/200 |
| 4,042,972 | 8/1977 | Grunes et al. | 364/200 |
| 4,050,058 | 9/1977 | Garlic | 395/800 |
| 4,067,059 | 1/1978 | Derchak | 364/DIG. 1 |
| 4,079,455 | 3/1978 | Ozga | 395/800 |
| 4,110,822 | 8/1978 | Porter | 364/200 |
| 4,125,871 | 11/1978 | Martin | 364/DIG. 2 |
| 4,128,873 | 12/1978 | Lamiaux | 364/200 |
| 4,255,785 | 3/1981 | Chamberlin | 395/375 |
| 4,354,228 | 10/1982 | Moore et al. | 364/200 |
| 4,376,977 | 3/1983 | Brunshorst | 364/DIG. 1 |
| 4,382,279 | 5/1983 | Mgon | 364/200 |
| 4,403,303 | 9/1983 | Howes et al. | 364/900 |
| 4,450,519 | 5/1984 | Guttag et al. | 364/200 |
| 4,463,421 | 7/1984 | Laws | 395/325 |
| 4,538,239 | 8/1985 | Magar | 364/759 |
| 4,541,045 | 9/1985 | Kromer | 395/375 |
| 4,562,537 | 12/1985 | Barnett et al. | 395/375 |
| 4,577,282 | 3/1986 | Caudel et al. | 395/800 |
| 4,607,332 | 8/1986 | Goldberg | 364/900 |
| 4,626,988 | 12/1986 | George et al. | 364/200 |
| 4,649,471 | 3/1987 | Briggs | 395/325 |
| 4,665,495 | 5/1987 | Thaden | 345/185 |
| 4,709,329 | 11/1987 | Hecker | 395/275 |
| 4,713,749 | 12/1987 | Magar et al. | 395/375 |
| 4,714,994 | 12/1987 | Oklobdzija et al. | 395/375 |
| 4,720,812 | 1/1988 | Kao et al. | 395/700 |
| 4,772,888 | 9/1988 | Kimura | 340/825.5 |
| 4,777,591 | 10/1988 | Chang et al. | 395/800 |
| 4,787,032 | 11/1988 | Culley et al. | 364/200 |
| 4,803,621 | 2/1989 | Kelly | 395/400 |
| 4,860,198 | 8/1989 | Takenaka | 364/DIG. 1 |
| 4,870,562 | 9/1989 | Kimoto | 364/DIG. 1 |
| 4,931,986 | 6/1990 | Daniel et al. | 395/550 |
| 5,036,460 | 7/1991 | Takahira | 395/425 |
| 5,070,451 | 12/1991 | Moore et al. | 395/375 |
| 5,127,091 | 6/1992 | Bonfarah | 395/375 |

### OTHER PUBLICATIONS

Intel 80386 Programmer's Reference Manual, 1986.

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward Castro Huddleson & Tatum

[57] **ABSTRACT**

A microprocessor (50) includes a main central processing unit (CPU) (70) and a separate direct memory access (DMA) CPU (72) in a single integrated circuit making up the microprocessor (50). The main CPU (70) has a first 16 deep push down tack (74), which has a to item register (76) and a next item register (78), respectively connected to provide inputs to an arithmetic logic unit (ALU) (80) by lines (82) and (84). An output of the ALU (80) is connected to the top item register at (82) is also connected by line (88) to an internal data bus (90). CPU (70) is pipeline free. The simplified CPU (70) requires fewer transistors to implement than pipelined architectures, yet produces performance which matches or exceeds existing techniques. The DMA CPU (72) provides inputs to the memory controller (118) on line (148). The memory controller (118) is connected to a RAM by address/data bus (150) and control lines (152). The DMA CPU (72) enables the CPU (70) to execute instructions four times faster than the RAM speed by fetching four instructions in a single memory cycle.

29 Claims, 19 Drawing Sheets



US005809336A

# United States Patent [19]

## Moore et al.

[11] Patent Number: **5,809,336**

[45] Date of Patent: **Sep. 15, 1998**

[54] **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Patriot Scientific Corporation**, San Diego, Calif.

[21] Appl. No.: **484,918**

[22] Filed: **Jun. 7, 1995**

**Related U.S. Application Data**

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.$^6$ ........................................................ **G06F 1/04**
[52] U.S. Cl. ............................................................ **395/845**
[58] Field of Search .................................... 395/500, 551, 395/555, 845

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,967,104 | 6/1976 | Brantingham | 364/709.09 |
| 3,980,993 | 9/1976 | Bredart et al. | 395/550 |
| 4,003,028 | 1/1977 | Bennett et al. | 395/742 |
| 4,042,972 | 8/1977 | Gruner et al. | 395/389 |
| 4,050,096 | 9/1977 | Bennett | 395/494 |
| 4,112,490 | 9/1978 | Pohlman et al. | 395/287 |
| 4,315,308 | 2/1982 | Jackson | 395/853 |
| 4,338,675 | 7/1982 | Palmer | 364/748 |
| 4,398,265 | 8/1983 | Puhl et al. | 395/882 |
| 4,453,229 | 6/1984 | Schaire | 395/250 |
| 4,503,500 | 3/1985 | Magan | 395/800 |
| 4,539,655 | 9/1985 | Trussell et al. | 395/280 |
| 4,553,201 | 11/1985 | Pollack | 395/183.22 |
| 4,627,082 | 12/1986 | Pelgrom et al. | 377/63 |
| 4,670,837 | 6/1987 | Sheets | 395/550 |
| 4,680,698 | 7/1987 | Edwards et al. | 395/800 |
| 4,761,763 | 8/1988 | Hicks | 395/286 |
| 5,414,862 | 5/1995 | Suzuki et al. | 395/750 |

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward LLP

[57] **ABSTRACT**

A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and ring oscillator variable speed system clock each include a plurality of electronic devices of like type, which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.

**10 Claims, 19 Drawing Sheets**





US005784584A

# United States Patent [19]
## Moore et al.

[11] Patent Number: 5,784,584
[45] Date of Patent: Jul. 21, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Patriot Scientific Corporation**, San Diego, Calif.

[21] Appl. No.: **484,935**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.[6] ................................................. **G06F 9/30**
[52] U.S. Cl. ................................................. **395/376**
[58] Field of Search ........................... 395/376, 382, 395/384, 588, 800.23

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,967,326  10/1990  May ........................... 395/800
5,127,091  6/1992  Bonfaral et al. ........................... 395/375

Primary Examiner—David Y. Eng
Attorney, Agent, or Firm—Cooley Godward LLP

[57] **ABSTRACT**

A high-performance microprocessor system using instruction that access operands and instructions located relative to the current instruction group rather than located relative to the current instructions, as is the convention, is disclosed herein. The microprocessor system includes a central processing unit, memory, and a bus connecting the central processing unit and memory. An instruction fetching unit, connected to the bus, is provided for fetching instruction groups from the memory for use by the central processing unit and for storage within an instruction register. An instruction supplying unit operates to supply, in succession from the instruction register to the central processing unit, one or more instructions from each of the instruction groups. The system further includes an instruction decoder for configuring the instruction supplying unit to select, from the instruction register, operands associated with instructions from particular instruction groups.

**29 Claims, 19 Drawing Sheets**



(12) **United States Patent**
Moore et al.

(10) Patent No.: **US 6,598,148 B1**
(45) Date of Patent: **Jul. 22, 2003**

(54) **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

(75) Inventors: **Charles H. Moore**, Woodside, CA (US); **Russell H. Fish, III**, Dallas, TX (US)

(73) Assignee: **Patriot Scientific Corporation**, Poway, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/124,623**

(22) Filed: **Jul. 29, 1998**

(Under 37 CFR 1.47)

**Related U.S. Application Data**

(62) Division of application No. 08/484,918, filed on Jun. 7, 1995, now Pat. No. 5,809,336, which is a division of application No. 07/389,334, filed on Aug. 3, 1989, now Pat. No. 5,440,749.

(51) Int. Cl.[7] ............................................... G06F 15/00
(52) U.S. Cl. ....................................................... 712/32
(58) Field of Search ............................ 712/32; 711/104, 711/105

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,680,698 A * 7/1987 Edwards et al. ............... 712/37
5,379,438 A * 1/1995 Bell et al. ..................... 712/37

* cited by examiner

Primary Examiner—David Y. Eng
(74) Attorney, Agent, or Firm—Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

A microprocessor integrated circuit including a processing unit disposed upon an integrated circuit substrate is disclosed herein. The processing unit is designed to operate in accordance with a predefined sequence of program instructions stored within an instruction register. A memory, capable of storing information provided by the processing unit and occupying a larger area of the integrated circuit substrate than the processing unit, is also provided within the microprocessor integrated circuit. The memory may be implemented using, for example dynamic or static random-access memory. A variable output frequency system clock, such as generated by a ring oscillator, is also disposed on the integrated circuit substrate.

**13 Claims, 19 Drawing Sheets**



US005530890A

# United States Patent [19]
## Moore et al.

[11] Patent Number: 5,530,890
[45] Date of Patent: Jun. 25, 1996

[54] **HIGH PERFORMANCE, LOW COST MICROPROCESSOR**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Nanotronics Corporation**, Eagle Point, Oreg.

[21] Appl. No.: **480,206**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.$^6$ .................................................... **G06F 9/22**
[52] U.S. Cl. ................. **395/800**; 364/931; 364/925.6; 364/937.1; 364/965.4; 364/232.8; 364/244.3
[58] Field of Search .................................. 395/375, 500, 395/775, 800

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 | 9/1971 | Heath | 395/181 |
| 4,003,033 | 1/1977 | O'Keefe et al. | 395/287 |
| 4,037,090 | 7/1977 | Raymond | 364/706 |
| 4,042,972 | 8/1977 | Grunes et al. | 395/375 |
| 4,050,058 | 9/1977 | Garlic | 395/800 |
| 4,067,058 | 1/1978 | Derchak | 395/740 |
| 4,079,455 | 3/1978 | Ozga | 395/800 |
| 4,110,822 | 8/1978 | Porter | 395/375 |
| 4,125,871 | 11/1978 | Martin | 395/550 |
| 4,128,873 | 12/1978 | Lamiaux | 395/183.06 |
| 4,253,785 | 3/1981 | Chamberlin | 375/375 |
| 4,354,228 | 10/1982 | Moore et al. | 395/800 |
| 4,376,977 | 3/1983 | Brunshorst | 395/375 |
| 4,382,279 | 5/1983 | Mgon | 395/800 |
| 4,403,303 | 9/1983 | Howes et al. | 395/500 |
| 4,450,519 | 5/1984 | Guttag et al. | 395/800 |
| 4,463,421 | 7/1984 | Laws | 395/325 |
| 4,538,239 | 8/1985 | Magar | 364/759 |

(List continued on next page.)

### OTHER PUBLICATIONS

C. Whitby-Strevans, "The transputer", *The 12th Annual International Symposium on Computer Architecture, Conference Proceedings*, Jun. 17–19, 1985, pp. 292–300.

D. W. Best et al., "An Advanced-Architecture CMOS/SOS Microprocessor", *IEEE Micro*, vol. 2, No. 3, Aug. 1982, pp. 11–25.

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward Castro Huddleson & Tatum

[57] **ABSTRACT**

A microprocessor (50) includes a main central processing unit (CPU) (70) and a separate direct memory access (DMA) CPU (72) in a single integrated circuit making up the microprocessor (50). The main CPU (70) has a first 16 deep push down stack (74), which has a top item register (76) and a next item register (78), respectively connected to provide inputs to an arithmetic logic unit (ALU) (80) by lines (82) and (84). An output of the ALU (80) is connected to the top item register (76) by line (86). The output of the top item register at (82) is also connected by line (88) to an internal data bus (90). A loop counter (92) is connected to a decrementer (94) by lines (96) and (98). The loop counter (92) is bidirectionally connected to the internal data bus (90) by line (100). Stack pointer (102), return stack pointer (104), mode register (106) and instruction register (108) are also connected to the internal data bus (90) by lines (110), (112), (114) and (116), respectively. The internal data bus (90) is connected to memory controller (118) and to gate (120). The gate (120) provides inputs on lines (122), (124), and (126) to X register (128), program counter (130) and Y register (132) of return push down stack (134). The X register (128), program counter (130) and Y register (132) provide outputs to internal address bus (136) on lines (138), (140) and (142). The internal address bus provides inputs to the memory controller (118) and to an incrementer (144). The incrementer (144) provides inputs to the X register, program counter and Y register via lines (146), (122), (124) and (126). The DMA CPU (72) provides inputs to the memory controller (118) on line (148). The memory controller (118) is connected to a RAM by address/data bus (150) and control lines (152).

**10 Claims, 19 Drawing Sheets**





(12) **United States Patent**  
Jones et al.

(10) Patent No.: **US 6,438,638 B1**  
(45) Date of Patent: **Aug. 20, 2002**

(54) **FLASHTOASTER FOR READING SEVERAL TYPES OF FLASH-MEMORY CARDS WITH OR WITHOUT A PC**

(75) Inventors: **Larry Lawson Jones**, Palo Alto; **Sreenath Mambakkam**, San Jose; **Arockiyaswamy Venkidu**, Menlo Park, all of CA (US)

(73) Assignee: **OnSpec Electronic, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 267 days.

(21) Appl. No.: **09/610,904**

(22) Filed: **Jul. 6, 2000**

(51) Int. Cl.[7] .......................... **G06F 13/00**; G06F 1/16
(52) U.S. Cl. ........................... **710/301**; 710/303
(58) **Field of Search** ................. 710/300, 301, 710/302, 303

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,296,692 A | * | 3/1994 | Shino | .......................... | 235/486 |
| 5,394,206 A | * | 2/1995 | Cocca | .......................... | 354/21 |
| 5,576,698 A | * | 11/1996 | Card et al. | .............. | 340/825.52 |
| 5,589,719 A | * | 12/1996 | Fiset | .......................... | 307/131 |
| 5,640,541 A | * | 6/1997 | Bartram et al. | ............. | 395/500 |
| 5,729,204 A | * | 3/1998 | Fackler et al. | ......... | 340/825.04 |
| 5,786,769 A | * | 7/1998 | Coteus et al. | ................ | 340/687 |
| 5,815,426 A | * | 9/1998 | Jigour et al. | .................. | 365/51 |
| 5,828,905 A | * | 10/1998 | Rao | ........................... | 395/883 |
| 5,877,975 A | * | 3/1999 | Jigour et al. | .................. | 365/52 |
| 5,905,888 A | * | 5/1999 | Jones et al. | .................. | 395/652 |
| D416,541 S | * | 11/1999 | Hirai et al. | ................ | D13/147 |
| 5,995,376 A | * | 11/1999 | Schultz et al. | ............... | 361/788 |
| 6,006,295 A | * | 12/1999 | Jones et al. | .................... | 710/62 |
| 6,026,007 A | * | 2/2000 | Jigour et al. | .................. | 365/51 |
| 6,075,706 A | | 6/2000 | Learmonth et al. | ......... | 361/737 |
| 6,264,506 B1 | | 7/2001 | Yasufuku et al. | ........... | 439/638 |
| 6,353,870 B1 | * | 3/2002 | Mills et al. | .................. | 710/301 |

OTHER PUBLICATIONS

Lexar Media Weg Pages—Parallel Port, Universal Readers, FAQ, Jumpshot, Jun. 5, 2000.*
Microtouch Smart Media to PCMCIA Adapter Product Sheet, Jun. 8, 2000.*

* cited by examiner

*Primary Examiner*—Peter Wong
*Assistant Examiner*—Tim Vo
(74) *Attorney, Agent, or Firm*—Stuart T. Auvine

(57) **ABSTRACT**

A flash-memory-card reader reads and writes multiple types of flash-memory cards, including CompactFlash, and the smaller SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick. A converter chip converts the different card signals for transfer to a host personal computer (PC). Serial-to-parallel data conversion is performed for the smaller card formats with serial data interfaces, but not for CompactFlash with a parallel-data interface. A single slot has a 50-pin connector for CompactFlash cards or passive adapters. The passive adapters have the CompactFlash form factor and a smaller connector fitting smaller flash cards. Passive adapters have no components but simply wire the smaller connector to the CompactFlash connector. A pin mapping allows card-type detection by sensing the LSB address pins of the CompactFlash interface. A larger CompactFlash reader has multiple slots for each card type. The reader is connected to the PC by a cable, or located within the PC chassis in a drive bay. A stand-alone reader copies images from the flash-memory card to a removable disk media. Pressing a button initiates image transfer.

**28 Claims, 11 Drawing Sheets**



(12) **United States Patent**  (10) Patent No.:   US 6,976,623 B1
Mambakkam et al.  (45) Date of Patent:   Dec. 20, 2005

(54) **FLASH JUKE BOX**

(75) Inventors: **Sreenath Mambakkam**, San Jose, CA (US); **Arockiyaswamy Venkidu**, Menlo Park, CA (US); **Larry Lawson Jones**, Stockton, CA (US)

(73) Assignee: **OnSpec Electronic, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/065,771**

(22) Filed: **Nov. 18, 2002**

(51) Int. Cl.$^7$ .............................................. G06K 7/06
(52) U.S. Cl. ...................... **235/441**; 361/737
(58) Field of Search ................ 700/231; 235/435, 235/439, 440, 441, 492; 710/62, 301, 302, 710/63, 64; 361/737

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,821,518 A | * | 6/1974 | Miller ........................ | 235/441 |
| 5,561,628 A | * | 10/1996 | Terada et al. ........... | 365/185.04 |
| 5,594,233 A | * | 1/1997 | Kenneth et al. .......... | 235/492 |
| 5,679,007 A | * | 10/1997 | Potdevin et al. ........... | 439/76.1 |
| 5,680,579 A | * | 10/1997 | Young et al. .............. | 711/157 |
| 5,750,973 A | * | 5/1998 | Kaufman et al. .......... | 235/441 |
| 5,929,427 A | * | 7/1999 | Harada et al. ............. | 235/492 |
| 6,010,066 A | * | 1/2000 | Itou et al. .................. | 235/379 |
| 6,097,605 A | * | 8/2000 | Klatt et al. ................. | 361/737 |
| 6,438,638 B1 | * | 8/2002 | Jones et al. ................ | 710/301 |
| 6,681,991 B1 | * | 1/2004 | Li ............................... | 235/439 |
| 6,722,572 B2 | * | 4/2004 | Ono et al. .................. | 235/492 |
| 6,859,369 B2 | * | 2/2005 | Mambakkam et al. ...... | 361/737 |
| 2001/0019077 A1 | * | 9/2001 | Bushchmann ............... | 235/439 |
| 2002/0080142 A1 | * | 6/2002 | Takase et al. ............... | 345/530 |
| 2002/0178307 A1 | * | 11/2002 | Pua et al. ..................... | 710/62 |
| 2003/0041203 A1 | * | 2/2003 | Jones et al. ................. | 710/301 |
| 2003/0046469 A1 | * | 3/2003 | Lui et al. .................... | 710/301 |
| 2003/0060085 A1 | * | 3/2003 | Reece ......................... | 439/630 |
| 2003/0084220 A1 | * | 5/2003 | Jones et al .................. | 710/301 |
| 2003/0084221 A1 | * | 5/2003 | Jones et al. ................. | 710/302 |
| 2003/0095386 A1 | * | 5/2003 | Le at al. ..................... | 361/737 |
| 2003/0168511 A1 | * | 9/2003 | Lin ............................. | 235/441 |
| 2003/0178486 A1 | * | 9/2003 | Teng et al. .................. | 235/441 |
| 2003/0229745 A1 | * | 12/2003 | Shih ........................... | 710/301 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 0 744 708 A2 | * | 11/1996 | |
| JP | 5-108905 A | * | 4/1993 | |
| JP | 2000-200652 A | * | 7/2000 | |
| JP | 2000-235463 A | * | 8/2000 | |

* cited by examiner

*Primary Examiner*—Jared J. Fureman
(74) *Attorney, Agent, or Firm*—Greenberg Traurig, LLP

(57) **ABSTRACT**

A memory card reading apparatus is described including a plurality of memory card interfaces, with at least of subset of the plurality memory card interfaces configured to interface with a memory card of a first type, the plurality of memory card interfaces accessible in parallel. In one embodiment, at least on of the memory card interfaces is configured to interface with a plurality of different memory card types. In another embodiment, a first subset of the plurality of memory card interfaces are configured to interface with a memory card of a first type and a second subset of the plurality of memory card interfaces are configured to interface with a memory card of a second type, wherein the first and second subset of memory card interfaces are accessible in parallel.

**19 Claims, 3 Drawing Sheets**



US007295443B2

(12) **United States Patent**  (10) Patent No.: **US 7,295,443 B2**
Mambakkam et al.  (45) Date of Patent: *Nov. 13, 2007

(54) **SMARTCONNECT UNIVERSAL FLASH MEDIA CARD ADAPTERS**

(75) Inventors: **Sreenath Mambakkam**, San Jose, CA (US); **Arockiyaswamy Venkidu**, Menlo Park, CA (US); **Larry Lawson Jones**, Palo Alto, CA (US)

(73) Assignee: **Onspec Electronic, Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/492,556**

(22) Filed: **Jul. 24, 2006**

(65) **Prior Publication Data**

US 2006/0264110 A1    Nov. 23, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/887,635, filed on Jul. 8, 2004, now Pat. No. 7,095,618, which is a continuation-in-part of application No. 10/064,966, filed on Sep. 4, 2002, now Pat. No. 6,859,369, which is a continuation-in-part of application No. 10/167,925, filed on Jun. 11, 2002, which is a continuation of application No. 09/610,904, filed on Jul. 6, 2000, now Pat. No. 6,438,638.

(51) **Int. Cl.**
*H05K 7/05* (2006.01)
(52) **U.S. Cl.** ............. **361/737**; 439/638; 439/946

(58) **Field of Classification Search** ............ 361/737, 361/752, 730, 736; 439/945, 946, 638; 235/492
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,296,692 A    3/1994    Shino

(Continued)

FOREIGN PATENT DOCUMENTS

DE    20109810 U    8/2001

(Continued)

OTHER PUBLICATIONS

Supplementary Search Report for EP Application No. 01952974.2, 3 pages, Sep. 21, 2004.

(Continued)

*Primary Examiner*—Dean A. Reichard
*Assistant Examiner*—Dameon E. Levi
(74) *Attorney, Agent, or Firm*—Greenberg Traurig, LLP

(57) **ABSTRACT**

A multi-memory media adapter comprised of a first planar element having an upper surface and a lower surface, a second planar element having an upper surface and a lower surface, and formed from a single material. The two planar elements form at least one port, each port capable of receiving one or more types of a memory media card. The adapter has at least one set of contact pins protruding from the lower surface of the first planar element or the upper surface of the second planar element such that the at least one set of contact pins are disposed within the port. The at least one set of contact pins are capable of contacting the contacts of a memory media card inserted into the port. For one embodiment a controller chip is embedded within the single material forming the multi-memory media adapter.

**14 Claims, 5 Drawing Sheets**





US007162549B2

(12) **United States Patent**  (10) Patent No.: **US 7,162,549 B2**
Mambakkam et al.  (45) Date of Patent: **Jan. 9, 2007**

(54) **MULTIMODE CONTROLLER FOR INTELLIGENT AND "DUMB" FLASH CARDS**

(75) Inventors: **Sreenath Mambakkam**, San Jose, CA (US); **Larry Lawson Jones**, Palo Alto, CA (US); **Arockiyaswamy Venkidu**, Menlo Park, CA (US); **Nicholas Antonopoulos**, San Jose, CA (US)

(73) Assignee: **Onspec Electronics, Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/264,466**

(22) Filed: **Oct. 4, 2002**

(65) **Prior Publication Data**

US 2003/0093606 A1    May 15, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/063,021, filed on Mar. 12, 2002, and a continuation-in-part of application No. 10/002,567, filed on Nov. 1, 2001, now abandoned, and a continuation-in-part of application No. 10/039,685, filed on Oct. 29, 2001, now Pat. No. 6,832,281.

(60) Provisional application No. 60/386,396, filed on Jun. 4, 2002.

(51) Int. Cl.
*G06F 3/00* (2006.01)
*G06F 13/00* (2006.01)
*G06F 11/00* (2006.01)
*G11C 29/00* (2006.01)

(52) **U.S. Cl.** .............................. **710/16**; 710/8; 710/17; 710/19; 710/74; 714/1; 714/42; 714/773

(58) **Field of Classification Search** ............... 710/63, 710/62, 65, 72–74, 8, 12; 714/1, 42, 773
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,296,692 | A |   | 3/1994  | Shino              |
|-----------|---|---|---------|--------------------|
| 5,740,349 | A | * | 4/1998  | Hasbun et al. ............. 714/8 |
| 5,786,769 | A |   | 7/1998  | Coteus et al.      |
| 5,802,553 | A | * | 9/1998  | Robinson et al. .......... 711/103 |
| 5,815,426 | A |   | 9/1998  | Jigour et al.      |
| 5,844,910 | A | * | 12/1998 | Niijima et al. ............ 714/710 |
| 5,887,145 | A |   | 3/1999  | Harari et al.      |

(Continued)

FOREIGN PATENT DOCUMENTS

JP   08-235028   *   9/1996

(Continued)

OTHER PUBLICATIONS

JPO Machine Translation of JP11-53485.*

(Continued)

*Primary Examiner*—Kim Huynh
*Assistant Examiner*—Alan S. Chen
(74) *Attorney, Agent, or Firm*—Greenberg Traurig, LLP; John P. Ward

(57) **ABSTRACT**

A controller chip for coupling a computer system with a flash storage system is disclosed. The controller chip comprises an interface mechanism for determining whether the Flash storage system includes a controller and an adapter for providing the appropriate interface to the computer system to allow the computer system to communicate with the Flash storage system. In a preferred embodiment, the flash storage system comprising at least a portion of a medium ID section; and a flash section, wherein the medium ID section contains specifications of the medium ID. Through the use of this system a plurality of different adapters and a flash storage system can be managed while utilizing the same hardware components.

**22 Claims, 35 Drawing Sheets**

