1  WILLIAM SLOAN COATS (SBN: 94864)
   email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (SBN: 193043)
   email: mweinstein@whitecase.com
3  KYLE D. CHEN (SBN 239501)
   email: kchen@whitecase.com
4  WHITE & CASE LLP
   3000 El Camino Real
5  5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
6  Telephone: (650) 213-0300
   Facsimile:  (650) 213-8158
7
   Attorneys for Plaintiffs
8  ASUSTeK COMPUTER, INC. and ASUS
   COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.  C 08 00884 JF<br>    (related to C 08 00877 JF and<br>    Case No. C 08 00882)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE**<br><br>The Honorable Jeremy Fogel |

1    AND NOW on this ___ day of _____, 2008, upon consideration of Plaintiffs'

2  Request for Judicial Notice under F.R.E. 201 of Certain Documents Filed in *Technology*

3  *Properties Limited, Inc., v. Fujitsu Limited et al*, Case No.: 2:05-cv-00494-TJW, IT IS HEREBY

4  ORDERED that Plaintiffs' request is GRANTED and JUDICIAL NOTICE IS TAKEN of the

5  following documents:

| Docket No. | Date Filed | Description of Document Filed |
|---|---|---|
| 1. | 10/24/2005 | COMPLAINT FOR PATENT INFRINGEMENT |
| 314. | 09/12/2007 | ORDER - granting Pltf and Dft Stipulation of Partial Judgment of Non-Infringement of US Patent No. 5,784,584 pursuant to F.R.C.P. 54 (b). Signed by Judge T. John Ward on 9/12/07. |
| 337. | 09/27/2007 | NOTICE OF APPEAL to USCA Federal Circuit as to Order by Technology Properties Limited, Inc., Patriot Scientific Corporation. |
| 369. | 12/20/2007 | ORDER FOR DISMISSAL - All remaining claims between the parties shall be dismissed with each party bearing its own costs and attorneys' fees. Pltf's claims against Dft NECELAM are dismissed with prejudice and NECELAM's counterclaims are dismissed without prejudice. Signed by Judge T. John Ward on 12/20/07. |
| 370. | 06/19/2008 | MANDATE of USCA as to Notices of Appeal. Judgment issued as Mandate on 6/16/08 affirming the decision of the District Court. |

**BY THE COURT:**

By: _____

Hon. Jeremy Fogel
U.S. District Court Judge