United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

Asustek Computer Inc.,                           08-00884 JF MED

             Plaintiff(s),            **Notice of Appointment of Mediator**

   v.

Technology Properties Limited,

           Defendant(s).

TO COUNSEL OF RECORD:

     The court notifies the parties and counsel that the Mediator assigned to this case

is:

> **Jack Slobodin**
> 424 Ridge Gate Road
> Orinda, CA 94563
> 510-847-9986
> jlslobodin@yahoo.com

     Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

governs the Mediation program.  The mediator will schedule a joint phone conference

with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

The court permits the mediator to charge each party its pro rata share of the cost of the

phone conference.

27
28

**Notice of Appointment of Mediator**
08-00884 JF MED                              - 1 -

1      Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: July 18, 2008

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:     Alice M. Fiel

7

8                                              _____
                                               ADR Case Administrator
9                                              415-522-3148
                                               Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00884 JF MED                    - 2 -