1  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
2  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
4  San Jose, CA  95113-1723
   Tel. 408.292.5800
5  Fax 408.287.8040

6  RONALD F. LOPEZ, CA BAR NO. 111756
   rflopez@thelen.com
7  SUSHILA CHANANA, CAR BAR NO. 254100
   schanana@thelen.com
8  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
9  San Francisco, CA 94105-3606
   Tel. 415.371.1200
10 Fax. 415.371.1211

11 Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM PORTFOLIO LLC,
   and ALLIACENSE LIMITED.
12
   CHARLES T. HOGE, CA BAR NO. 110696
13 choge@knlh.com
   KIRBY NOONAN LANCE & HOGE, LLP
14 350 Tenth Avenue, Suite 1300
   San Diego, CA 92101
15 Tel. 619.231.8666, Fax. 619.231.9593

16 Attorneys for Defendant PATRIOT SCIENTIFIC CORPORATION

17
                    **UNITED STATES DISTRICT COURT**
18               **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN JOSE DIVISION**
19

20
   ASUSTEK COMPUTER, INC. and              08-CV-00884 JF
21 ASUS COMPUTER INTERNATIONAL,
                                           **DECLARATION OF SUSHILA**
22         Plaintiffs,                     **CHANANA IN SUPPORT OF**
              v.                           **DEFENDANTS' MOTION**
23
   TECHNOLOGY PROPERTIES LIMITED,          Date:    August 1, 2008
24 PATRIOT SCIENTIFIC CORPORATION,         Time:    9:00 a.m.
   MCM PORTFOLIO LLC, AND                  Place:   Courtroom 3, 5th Floor
25 ALLIACENSE LIMITED,                     Judge:   Hon. Jeremy Fogel

26         Defendants.

27

28

I, Sushila Chanana, declare and state as follows:

1.       I am an attorney with the law firm of Thelen Reid Brown Raysman & Steiner LLP, counsel of record to Technology Properties Limited.  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I could and would testify competently thereto. This declaration is submitted in support of the previously-filed Motion to Dismiss, or in the Alternative, to Transfer Venue, or in the Alternative, To Stay ("Motion").

2.       Upon information and belief, Charles H. Moore, an inventor listed on the Moore Microprocessor Portfolio ("MMP") patents,[1] resides in Nevada.

3.       I searched the Texas Secretary of State website, http://www.sos.state.tx.us/corp/index.shtml, and found a document entitled, "Texas Franchise Tax Public Information Report," filed on September 9, 2007, which stats that Asus Computer International's "principal place of business" in Texas is 1921 Cedar Bend Dr. Ste B-100, Austin, TX 78758. " Attached as **Exhibit A** is a true and correct copy of this document from the website, accessed on July 18, 2008.

4.       I searched the Texas Secretary of State website, http://www.sos.state.tx.us/corp/index.shtml, and found that Asus Computer International's current "Entity Status" in Texas is "In existence."  Attached as **Exhibit B** is a true and correct copy of this document from the website, accessed on July 18, 2008.

5.       Attached as **Exhibit C** is a true and correct copy of the complaint from *Asustek Computer, Inc. v. Shanghai Easter Fudart Transport Service Co. LTD et al*, Case No., CV-02768-HB, Docket No. 1, obtained from PACER, in which Plaintiff, Asustek Computer, Inc.

---

[1]       The MMP patents include U.S. patent Nos., 5,440,749, 5,809,336, 5,784,854, and 5,530,890.

1  ("Asustek"), states, "[P]laintiff [Asustek] was and still is a corporation organized and existing

2  under and by virtue of the laws of one of the State of the United States, with an office and place of

3  business at c/o Expeditors, Inc., 1313 Don Haskins Drive, El Paso, Texas 79936."

4          6.       Attached as **Exhibit D** is a true and correct copy of the complaint from *Asustek*

5  *Computer, Inc. v. Shanghai Eastern Fudart Transport Services Co., Ltd. et al*, Case No., CV-

6  02770-CM, Docket No. 1, obtained from PACER, in which Plaintiff, Asustek Computer, Inc.

7  ("Asustek"), states, "[P]laintiff [Asustek] was and still is a corporation organized and existing

8  under and by virtue of the laws of one of the State of the United States, with an office and place of

9

10  business at c/o Expeditors, Inc., 1313 Don Haskins Drive, El Paso, Texas 79936."

11          7.       Attached as **Exhibit E** is a true and correct copy of *Micron Tech., Inc. v. Mosaid*

12  *Techs., Inc.*, 5:06-cv-04496-JF, Docket No 100.

13

14          8.       Attached as **Exhibit F** is a true and correct copy of *Technology Properties Limited,*

15  *and MCM Portfolio, LLC v. Asustek Computer, Inc.*, Case No., 2:08-CV-00175-TJW-CE, filed in

16  the E. D. of Texas on April 25, 2008.

17          9.       Attached as **Exhibit G** is a true and correct copy of *Technology Properties Limited,*

18  *MCM Portfolio, LLC and Patriot Scientific Corporation v. Asustek Computer, Inc.*, Case No.,

19  2:08-CV-00177-TJW-CE, filed in the E. D. of Texas on April 25, 2008.

20

21          10.      Attached as **Exhibit H** is a true and correct copy of *Technology Properties Limited,*

22  *Inc. and Patriot Scientific Corporation vs. Asustek Computer, Inc.*, Case No., 2:08-cv-227-DF,

23  filed in the E. D. of Texas on June 4, 2008.

24          11.      Attached as **Exhibit I** is a true and correct copy of *Technology Properties Limited,*

25  *and Patriot Scientific Corporation v. HTC Corporation, HTC America, Inc. and Asustek*

26  *Computer, Inc.*, Case No., 2:08-CV-00174-TJW, filed in the Eastern District of Texas ("E. D. of

27  Texas").

28

1    I declare under penalty of perjury under the laws of the United States of America the

2   foregoing statements are true and correct; and all statements of belief are believe to be true and

3   correct.

4    EXECUTED this 18 day of July 2008 in San Francisco, California.

5

6    /s/ Sushila Chanana
     Sushila Chanana

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SUSHILA CHANANA IN SUPPORT OF DEFENDANTS' MOTION**

# EXHIBIT A

05-102
(11-06/26)

a T Code ■ 13196

3333

This report MUST be filed to
satisfy franchise tax requirements

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT ▶

| c Taxpayer identification number | d Report year |
|---|---|
| 32007164919 | 2007 |

Corporation name and address

ASUS COMPUTER INTERNATIONAL
44370 NOBEL DRIVE
FREMONT, CA 94538

| e PIR / IND | 1 | 4 |
|---|---|---|

Secretary of State file number or, if none,
Comptroller unchartered number

| Item k on Franchise Tax Report, Form 05-142 | g ■  800101747 |
|---|---|

*Please mark through any incorrect information, and type or print the correct information.*

The following information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

☐ Check here if there are currently **no changes** to the information preprinted in Section A of this report. Then, complete Sections B and C.

*3200716491907*

Corporation's principal office

44370 NOBEL DRIVE, FREMONT, CA 94538

Principal place of business

1921 CEDAR BEND DR STE B-100, AUSTIN, TX 78758

**Please sign below!** Officer and director information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers and directors change throughout the year.

## SECTION A. Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
|---|---|---|---|
| IVAN HO | CEO | X  Yes | |
| MAILING ADDRESS | | | |
| C/O 44370 NOBEL DRIVE        FREMONT        CA 94538 | | | |
| NAME | TITLE | DIRECTOR  Yes | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS | | | |
| NAME | TITLE | DIRECTOR  Yes | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS | | | |
| NAME | TITLE | DIRECTOR  Yes | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS | | | |
| NAME | TITLE | DIRECTOR  Yes | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS | | | |

## SECTION B. List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation or limited liability company | State of inc/organization | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| NONE | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of inc/organization | Texas SOS file number | Percentage Interest |

## SECTION C. List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation or limited liability company | State of inc/organization | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| ASUSTEK COMPUTER INC. | TW | N/A | 100.00 |

Registered agent and registered office currently on file. *(See instructions if you need to make changes.)*

Agent:  GOODWIN MANAGEMENT, INC.
Office: 11149 RESEARCH BLVD #100
        AUSTIN          TX   78759

☐ Check here if you need forms to change the registered agent or registered office information.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this, or a related, corporation or limited liability company.

TXCA0601L  01/12/07

| sign here ▶ | Officer, director or other authorized person | Title  CEO | Date  4/12/07 | Daytime phone (Area code and number)  510-739-3777 | IN |
|---|---|---|---|---|---|

# EXHIBIT B



### FIND ENTITY NAME SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** asus computer

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 800101747 | ASUS Computer International Corporation | Foreign For-Profit Corporation | In existence | Fictitious | In use |
| ○ | 800101747 | ASUS Computer International Corporation | Foreign For-Profit Corporation | In existence | Fictitious | Inactive |
| ○ | 109237300 | ACI COMPUTERS, INC. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 144466000 | ACE COMPUTERS INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 11584906 | ASI COMPUTER TECHNOLOGIES, INC. | Foreign For-Profit Corporation | Terminated | Fictitious | Inactive |
| ○ | 131704800 | ASSESSMENT COMPUTER TECHNOLOGY, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 146968200 | ASA COMPUTER CONSULTANTS, INC. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 800106609 | ASI COMPUTER TECHNOLOGIES, INC. | Foreign For-Profit Corporation | In existence | Legal | In use |
| ○ | 800443340 | ASI Computer Systems, Inc. | Foreign For-Profit Corporation | In existence | Legal | In use |
| ○ | 23960400 | A-Z COMPUTER SERVICE, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |

Records 1 to 10 of 14 scroll    Next >>    **OR**  proceed to page [        ] of 2 pages   GO

Return to Order    New Search

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# EXHIBIT C

JUDGE BAER

08 CV 2768

McDERMOTT & RADZIK, LLP
Edward C. Radzik (ER-2473)
Matthew T. Loesberg (ML-3708)
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400
File: 66-07-55 ECR/MTL



MAR 17 2008

U.S.D.C. S... N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ASUSTEK COMPUTER, INC.,

                Plaintiff,

      -against-

SHANGHAI EASTERN FUDART
TRANSPORT SERVICES CO., LTD., CHINA
EASTERN AIRLINES CO., LTD., CHINA CARGO
AIRLINES, DART EXPRESS (TAIWAN) LTD.,
ULTRA AIR CARGO, INC.,
TRUXTON LOGISTICS CORP. and
M&M TRANSPORT,

                Defendants.

-------------------------------------------------------------X

**ECF**

**COMPLAINT**

08 CIV 2768 (HB)

      Plaintiff, ASUSTEK COMPUTER, INC., by its attorneys, McDERMOTT & RADZIK,

LLP, complaining of the defendants, alleges upon information and belief, as follows:

      **FIRST:**      Plaintiff's claim involves international transportation as defined in the

Convention for the Unification of Certain Rules Relating to International Transportation by Air

("Warsaw Convention"), Oct. 29, 1929, 49 Stat. 3000 (1934), 137 L.N.T.S. 11, *reprinted in note*

*following* 49 U.S.C. §40105, its amending Protocols and/or the Montreal Convention, and as

such arises under a treaty of the United States and this Court has jurisdiction pursuant to 28 U.S.C. §1331.

**SECOND:**    Alternatively, this claim is governed exclusively by Federal Common Law and the Airline Deregulation Act, 49 U.S.C. §41713(b)(1); and, as such federal subject matter jurisdiction is founded upon the laws of the United States pursuant to 28 U.S.C. §1331.

**THIRD:**    At all times mentioned herein, plaintiff was and still is a corporation organized and existing under and by virtue of the laws of one of the States of the United States, with an office and place of business at c/o Expeditors, Inc., 1313 Don Haskins Drive, El Paso, Texas 79936.

**FOURTH:**    At all times hereinafter mentioned, defendant, SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD., was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at 5481 W. Imperial Highway, Suite 216, Los Angeles, California 90045 and was and now is engaged in business as a common carrier of merchandise by air and/or land for hire.

**FIFTH:**    At all times hereinafter mentioned, defendant, DART EXPRESS (TAIWAN) LTD., was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at Room A & D, 20/F, International Trade Building, No. 388 Hubin South Road, 361004, Xiamen, China and was and now is engaged in business as a common carrier of merchandise by air and/or for hire.

**SIXTH:**    At all times hereinafter mentioned, defendants, CHINA EASTERN AIRLINES CO., LTD. and CHINA CARGO AIRLINES, were and now are corporations organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at 5481 W. Imperial Highway, Suite 216, Los Angeles, California 90045 and

2

were and now are engaged in business as a common carriers of merchandise by air and/or land for hire.

SEVENTH: At all times hereinafter mentioned, defendant, ULTRA AIR CARGO, INC., was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at 555 S. Isis Avenue, Inglewood, California 90301 and was and now is engaged in business as a common carrier of merchandise by air and/or land for hire.

EIGHTH: At all times hereinafter mentioned, defendant, TRUXTON LOGISTICS CORP., was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at P.O. Box 83104, Los Angeles, California 90045 and was and now is engaged in business as a common carrier of merchandise by air and/or land for hire.

NINTH: At all times hereinafter mentioned, defendant, M&M TRANSPORT, was and now is a corporation organized and existing under and by virtue of the laws of one of the States of the United States, with an office and place of business at 1325 James Dudly, El Paso, Texas 79956 and was and now is engaged in business as a common carrier of merchandise by air and/or land for hire.

TENTH: On or about June 3, 2006, there were shipped by or on behalf of plaintiff then in actual good order and condition, a cargo consisting of computer main boards (hereinafter "the goods") consigned to plaintiff for which the defendants acknowledged receipt under House Air Waybills Nos. EFD0093896 and EFD0094069 among others and Master Air Waybills Nos. 781-46880411 and 781-46881155, said defendants agreed to carry the said goods from Shanghai,

3

China to El Paso, Texas via Los Angeles, California, Florida and then and there deliver them in the same actual good order and condition as when delivered to the said defendants.

**ELEVENTH:**     Thereafter, the defendants lost the goods and failed to deliver them to plaintiff or its representatives, all in violation of the said defendants' duties as common carriers of merchandise by air and/or land for hire and/or as cargo handlers.

**TWELFTH:** The plaintiff is the shipper, consignee and/or owner of the goods hereinafter described and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and the plaintiff is entitled to maintain this action.

**THIRTEENTH:**     Plaintiff has performed all conditions precedent it is required to perform.

**FOURTEENTH:**     By virtue of the premises, plaintiff has sustained damage in the sum of $332,714.00 as nearly as same can now be determined, no part of which has been paid although duly demanded.

**WHEREFORE,** plaintiff demands judgment against the defendants jointly and severally up to the sum of $332,714.00, with interest from June 3, 2005, together with costs and disbursements of this action.

Dated: New York, New York
    March 12, 2008

4

McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff

By:

Matthew T. Loesberg (ML-3708)
Wall Street Plaza
88 Pine Street
New York, New York  10005
212-376-6400
File:  66-07-55 ECR/MTL

5

# EXHIBIT D



McDERMOTT & RADZIK, LLP
Edward C. Radzik (EC-2473)
Matthew T. Loesberg (ML-3708)
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400
File: 66-07-56 ECR/MTL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASUSTEK COMPUTER, INC.,

                              Plaintiff,

              -against-                              **ECF**

SHANGHAI EASTERN FUDART                             **COMPLAINT**
TRANSPORT SERVICES CO., LTD., CHINA
EASTERN AIRLINES CO., LTD., CHINA CARGO             08 CIV *02770 (CCM)*
AIRLINES, AIR CHINA,
DART EXPRESS (TAIWAN) LTD.,
ULTRA AIR CARGO, INC.,
TRUXTON LOGISTICS CORP. and
LOS ANGELES EL PASO EXPRESS LEE, INC.,

                              Defendants.

-----------------------------------------------------------------X

Plaintiff, ASUSTEK COMPUTER, INC., by its attorneys, McDERMOTT & RADZIK,

LLP, complaining of the defendants, alleges upon information and belief, as follows:

**FIRST:**      Plaintiff's claim involves international transportation as defined in the

Convention for the Unification of Certain Rules Relating to International Transportation by Air

("Warsaw Convention"), Oct. 29, 1929, 49 Stat. 3000 (1934), 137 L.N.T.S. 11, *reprinted in note*

*following* 49 U.S.C. §40105, its amending Protocols and/or the Montreal Convention, and as

such arises under a treaty of the United States and this Court has jurisdiction pursuant to 28 U.S.C. §1331.

**SECOND:**    Alternatively, this claim is governed exclusively by Federal Common Law and the Airline Deregulation Act, 49 U.S.C. §41713(b)(1); and, as such federal subject matter jurisdiction is founded upon the laws of the United States pursuant to 28 U.S.C. §1331.

**THIRD:**    At all times mentioned herein, plaintiff was and still is a corporation organized and existing under and by virtue of the laws of one of the States of the United States, with an office and place of business at c/o Expeditors, Inc., 1313 Don Haskins Drive, El Paso, Texas 79936.

**FOURTH:**    At all times hereinafter mentioned, defendant, SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD., was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at 5481 W. Imperial Highway, Suite 216, Los Angeles, California 90045 and was and now is engaged in business as a common carrier of merchandise by air and/or land for hire.

**FIFTH:**    At all times hereinafter mentioned, defendant, DART EXPRESS (TAIWAN) LTD., was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at Room A & D, 20/F, International Trade Building, No. 388 Hubin South Road, 361004, Xiamen, China and was and now is engaged in business as a common carrier of merchandise by air and/or for hire.

**SIXTH:**    At all times hereinafter mentioned, defendants, CHINA EASTERN AIRLINES CO., LTD. and CHINA CARGO AIRLINES, were and now are corporations organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at 5481 W. Imperial Highway, Suite 216, Los Angeles, California 90045 and

2

were and now are engaged in business as common carriers of merchandise by air and/or land for hire.

**SEVENTH:**  At all times hereinafter mention, defendant, AIR CHINA, was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at 150 East 52nd Street, 31st Floor, New York, New York 10022.

**EIGHTH:**  At all times hereinafter mentioned, defendant, ULTRA AIR CARGO, INC., was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at 555 S. Isis Avenue, Inglewood, California 90301 and was and now is engaged in business as a common carrier of merchandise by air and/or land for hire.

**NINTH:**  At all times hereinafter mentioned, defendant, TRUXTON LOGISTICS CORP., was and now is a corporation organized and existing under and by virtue of the laws of a foreign sovereign, with an office and place of business at P.O. Box 83104, Los Angeles, California 90045 and was and now is engaged in business as a common carrier of merchandise by air and/or land for hire.

**TENTH:**  At all times hereinafter mentioned, defendant, LOS ANGELES EL PASO EXPRESS LEE, INC., was and now is a corporation organized and existing under and by virtue of the laws of one of the States of the United States, with an office and place of business at 1700 Delta Drive, El Paso, Texas 79901 and was and now is engaged in business as a common carrier of merchandise by air and/or land for hire.

**ELEVENTH:** On or about July 25, 26 and 27, 2006, there were shipped by or on behalf of plaintiff then in actual good order and condition, a cargo consisting of computer main boards (hereinafter "the goods") consigned to plaintiff for which the defendants acknowledged receipt

under House Air Waybills Nos. EFD0096259, EFD0096260, EFD0096273, EFD0096274, EFD0096085, EFD0096086 among others and Master Air Waybills Nos. 781-47738154, 781-47630273 and 999-87919963, said defendants agreed to carry the said goods from Shanghai, China to El Paso, Texas via Los Angeles, California, Florida and then and there deliver them in the same actual good order and condition as when delivered to the said defendants.

TWELFTH:    Thereafter, the defendants lost the goods and failed to deliver them to plaintiff or its representatives, all in violation of the said defendants' duties as common carriers of merchandise by air and/or land for hire and/or as cargo handlers.

THIRTEENTH:    The plaintiff is the shipper, consignee and/or owner of the goods hereinafter described and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and the plaintiff is entitled to maintain this action.

FOURTEENTH:    Plaintiff has performed all conditions precedent it is required to perform.

FIFTHTEENTH:    By virtue of the premises, plaintiff has sustained damage in the sum of $820,451.00 as nearly as same can now be determined, no part of which has been paid although duly demanded.

WHEREFORE, plaintiff demands judgment against the defendants jointly and severally up to the sum of $820,451.00, with interest from June 3, 2005, together with costs and disbursements of this action.

Dated: New York, New York
      March 12, 2008

4

McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff

By:

Matthew T. Loesberg (ML-3708)
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400
File: 66-07-56 ECR/MTL

5

# EXHIBIT E

1

2                                                      **E-Filed 6/17/08**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   MICRON TECHNOLOGY, INC.,              Case Number C 06-4496 JF (RS)

13                   Plaintiff,            ORDER[1] DENYING MOTION TO
                                           TRANSFER
14           v.
                                           [re: docket no.43 ]
15   MOSAID TECHNOLOGIES, INC.,

16                   Defendant.

17

18

19       Defendant Mosaid Technologies, Inc. ("Mosaid") moves to transfer the instant action to

20   the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a). The Court has considered the

21   briefing submitted by the parties and amicus curiae as well as the oral arguments presented at the

22   hearing on May 30, 2008. For the reasons discussed below, the motion will be denied.

23                                    I. BACKGROUND

24       Micron Technology Inc. ("Micron") filed this action for declaratory relief against Mosaid

25   on July 24, 2006. The next day, Mosaid filed a patent infringement suit in the Eastern District of

26   Texas against Micron and Powerchip Semiconductor Corporation ("Powerchip"). On July 27,

27   _____

28       [1] This disposition is not designated for publication in the official reporter.

Case No. C 06-4496 JF (RS)
ORDER DENYING MOTION TO TRANSFER
(JFEX2)

1  2006, Mosaid moved to dismiss Micron's declaratory relief action for lack of subject matter

2  jurisdiction. After a hearing on October 20, 2007, the Court granted Mosaid's motion.

3         Following an intervening change in the controlling law, the United States Court of

4  Appeals for the Federal Circuit reversed and remanded on February 29, 2008. *Micron*

5  *Technology, Inc. v. Mosaid Technologies, Inc.*, 518 F.3d 897 (Fed. Cir. 2008). The Federal

6  Circuit also applied 28 U.S.C. § 1404(a) to determine the proper forum for the instant case and

7  concluded that the Northern District of California is the more appropriate forum. *Micron*, 518

8  F.3d at 901, 902–03, 905. The Federal Circuit considered several "'convenience factors'" as part

9  of its analysis: "the convenience and availability of witnesses, the absence of jurisdiction over all

10  necessary or desirable parties, and the possibility of consolidation with related litigation." *Id.* at

11  905 (citing *Genentech* 998 F.2d at 938). The court found that neither the availability of

12  witnesses nor jurisdiction over parties weighed in favor of either forum, and "the record [did] not

13  show any ongoing litigation requiring consolidation." *Id.* Notably, the Federal Circuit stated "it

14  would be an abuse of discretion to transfer the action." *Id.* Mosaid's motion for rehearing

15  subsequently was denied. On April 23, 2008, Mosaid brought the instant motion to transfer the

16  instant case for consolidation with the concurrently pending action in the Eastern District of

17  Texas.

18                                    **II. DISCUSSION**

19         Section 1404(a) provides that "for the convenience of parties and witnesses, in the

20  interest of justice, a district court may transfer any civil action to any other district or division

21  where it might have been brought." 28 U.S.C. § 1404(a). As noted by the Federal Circuit, "the

22  general rule favors the forum of the first-filed action" but "the trial courts have discretion to

23  make exceptions to this general rule in the interest of justice or expediency." *Micron*, 518 F.3d

24  at 904 (citing *Genentech Inc. v. Eli Lilly & Co.*, 998 F.2d 931, 937 (Fed. Cir. 1993)).

25         Mosaid argues that notwithstanding the unambiguous direction in the Federal Circuit's

26  opinion, that court's § 1404(a) analysis has been superseded by subsequent developments in the

27  litigation in the Eastern District of Texas. Because the scope of the Texas action is broader than

28  that of the instant case—including additional patents and an additional defendant—and because

2

1   that action has progressed further toward trial, Mosaid claims that judicial efficiency now weighs

2   in favor of transferring the instant case to the Eastern District of Texas notwithstanding the

3   Federal Circuit's reasoning.

4          However, having conferred with the assigned judge in the Texas action, this Court

5   concludes that the Texas action is not so advanced as to justify revisiting the Federal Circuit's

6   § 1404 analysis.  While the parties have conducted significant discovery and have resolved

7   certain procedural issues, the Texas court has not conducted a *Markman* hearing.  Both the Texas

8   court and this Court have substantial experience adjudicating patent cases, and it appears that any

9   discovery taken in the Texas action is transferable to this Court.

10         Micron asserts fourteen patents in the instant case; in the Texas action, Mosaid has

11  asserted infringement by Micron of eight of these fourteen patents as well as infringement of four

12  additional patents.  With the exception of one patent not asserted against Powerchip, Mosaid has

13  asserted identical claims against Micron and Powerchip.  Because different patents are at issue in

14  both actions, the parties will have to dedicate additional time and resources if the cases are

15  consolidated irrespective of the forum in which the consolidated case ultimately is tried.

16  Moreover, Powerchip has moved to intervene in the instant action, which further weakens

17  Mosaid's argument that the Eastern District of Texas is the more appropriate forum because it is

18  the only forum in which all patents are before the court.

19         Because the Court concludes that the circumstances have not changed significantly since

20  the Federal Circuit conducted its § 1404 analysis, the motion to transfer will be denied.  In

21  keeping with its comments during oral argument, the Court will use its best efforts to expedite

22  claim construction and the setting of an early trial date.

23

24

25

26

27

28

3

1

**IV. ORDER**

2          For the reasons set forth above, the motion to transfer is DENIED.

3    IT IS SO ORDERED.

4

5    DATED: June 17, 2008.

6

7                                                    _____
                                                     JEREMY FOGEL
8                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            4

1   This Order has been served upon the following persons:

2   Gregory S. Arovas     garovas@kirkland.com

3   Lina M. Brenner    lmbrenner@duanemorris.com, bmcoffey@duanemorris.com

4   Henry C. Bunsow    bunsowh@howrey.com, lim@howrey.com

5   Korula T. Cherian    cheriank@howrey.com, lim@howrey.com

6   Sean DeBruine    sdebruine@akingump.com, btseng@akingump.com,
    sbrowder@akingump.com, skapralov@akingump.com, westdocketing@akingump.com

7   Robert E. Freitas    rfreitas@orrick.com, marlantico@orrick.com

8   Dan C. Hu    hu@tphm.com

9   Jonathan M. James    jjames@perkinscoie.com, cmason@perkinscoie.com,
10  dgraziano@perkinscoie.com, docketphx@perkinscoie.com

11  Anthony S. Kim    kimt@Howrey.com, guthartg@howrey.com

12  Bao Thuc Nguyen    bnguyen@kirkland.com

13  Diana Marie Sangalli    dsangalli@tphm.com, mbliler@tphm.com

14  Thomas W Sankey    twsankey@duanemorris.com

15  Jeannine Yoo Sano    sanoj@howrey.com

16  Kimberly Anne Schmitt    kschmitt@kirkland.com

17  Stefani Elise Shanberg    sshanberg@perkinscoie.com, sshanberg@wsgr.com,
    fgarcia@wsgr.com, shuckaby@wsgr.com
18
    Michael C. Spillner    mspillner@orrick.com, mortiz@orrick.com
19
    Christian Chadd Taylor    ctaylor@kirkland.com, jcsmith@kirkland.com
20
    Robert Scott Wales    WalesS@howrey.com, kalaheled@howrey.com
21
    Kenneth Brian Wilson    kwilson@perkinscoie.com, bollberding@perkinscoie.com,
22  docketsflit@perkinscoie.com, lbailey@perkinscoie.com

23

24

25

26

27

28

5

1   David M. LaSpaluto
    Perkins Coie Brown & Bain P.A.
2   2901 North Central Avenue
    P.O. Box 400
3   Phoenix, AZ 85001-0400

4   Christopher M. Schultz
    Perkins Coie Brown & Bain P.A.
5   2901 North Central Avenue
    P.O. Box 400
6   Phoenix, AZ 85001-0400

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-4496 JF (RS)
ORDER DENYING MOTION TO TRANSFER
(JFEX2)

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### July 31, 2006

**CASE NUMBER:  CV 06-04496 JCS**
**CASE TITLE:  MICRON TECHNOLOGY, INC.-v-MOSAID TECHNOLOGIES INCORPORATED**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable WILLIAM H. ALSUP**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/31/06

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 7/31/06AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA

# EXHIBIT F



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

(1) TECHNOLOGY PROPERTIES
LIMITED and
(2) MCM PORTFOLIO, LLC,

            Plaintiffs,

vs.

ASUSTeK COMPUTER, INC.,

            Defendant.

CASE NO. 2 - 08 C V - 1 7 5

**Jury Trial Demanded**

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiffs, Technology Properties Limited ("TPL") and MCM Portfolio, LLC ("MCM"),

(collectively "Plaintiffs"), allege the following in support of their Complaint for Patent

Infringement and Demand for Jury Trial ("Complaint") against Defendant ASUSTeK Computer,

Inc. ("ASUSTeK").

### PARTIES

1.    Plaintiff, Technology Properties Limited ("TPL") is a corporation duly organized

and existing under the laws of the State of California and maintains its principal place of

business in Cupertino, California.

2.    Plaintiff, MCM Portfolio, LLC ("MCM") is a Limited Liability Company with its

principal place of business in Cupertino, California.

3.    Upon information and belief, Defendant ASUSTeK Computer, Inc. is a Taiwan

corporation with its principal place of business in Taipei, Taiwan, R.O.C.

1

**JURISDICTION**

4.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

§§ 1331, 1338(a) because this action arises under the patent laws of the United States, including

35 U.S.C. §§ 101, *et seq.* and 271, *et seq.* This Court has personal jurisdiction over Defendant

bécause it infringes Plaintiffs' patents by offering on its website infringing products to its users

and/or customers who reside in, or may be found in, the Eastern District of Texas. Further,

Defendant has actually transacted business with users of its websites in the Eastern District of

Texas.

**VENUE**

5.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1400(b)

because Defendant resides in this district, has committed acts of infringement in this district

and, through its websites, has a regular and established place of business in this district.

**GENERAL ALLEGATIONS**

6    On November 13, 2007, United States Patent No. 7,295,443 ('443 Patent")

entitled "Smartconnect Universal Flash Media Card Adapters" was duly and legally issued.

MCM is the owner of the '443 Patent. TPL is the exclusive licensee of the '443 Patent. TPL

has the sole and exclusive right and obligation to license and enforce the '443 Patent. A true

and correct copy of the '443 Patent is attached hereto as Exhibit A.

7    On January 9, 2007, United States Patent No. 7,162.549 ('549 Patent") entitled

"Multimode Controller for Intelligent and "Dumb" Flash Cards" was duly and legally issued.

MCM is the owner of the '549 Patent. TPL is the exclusive licensee of the '549 Patent. TPL

has the sole and exclusive right and obligation to license and enforce the '549 Patent. A true

and correct copy of the '549 Patent is attached hereto as Exhibit B.

## COUNT 1

(Patent Infringement Against ASUSTeK Computer, Inc.)

8. Paragraphs 1-7 of the Complaint set forth above are incorporated herein by reference.

9. Upon information and belief Defendant ASUSTeK has infringed and continues to infringe under 35 U.S.C. § 271 the '443 Patent and the '549 Patent (collectively "the patents-in-suit).

10. ASUSTeK's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from ASUSTeK the damages sustained by Plaintiffs as a result of ASUSTeK's infringement of the patents-in-suit. ASUSTeK's infringement of Plaintiffs' exclusive rights under the patents-in-suit will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

11. Plaintiffs allege, on information and belief, that ASUSTeK's acts of infringement were willful and deliberate.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendant as follows:

A. For judgment that Defendant ASUSTeK Computer, Inc. has infringed and continues to infringe the patents-in-suit;

B. For permanent injunctions under 35 U.S.C. § 283 against Defendant and its directors, officers, employees, agents, subsidiaries, parents, attorneys, and all persons acting in concert, on behalf of, in joint venture, or in partnership with Defendant from further acts of

infringement;

C    For damages to be paid by Defendant adequate to compensate Plaintiffs for its

infringement, including interests, costs and disbursements as the Court may deem appropriate

under 35 U.S.C. § 284;

D.    For judgment finding that Defendant's infringement was willful and deliberate,

entitling Plaintiffs to increased damages under 35 U.S.C. § 284;

E.    For judgment finding this to be an exceptional case against Defendant and

awarding Plaintiffs attorney fees under 35 U.S.C. § 285; and,

F    For such other and further relief at law and in equity as the court may deem just

and proper.

### DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure Rule 38, Plaintiffs hereby demand a jury

trial on all issues triable by jury.

Dated: April 25, 2008                    Respectfully submitted,


By: _____

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

4

Robert E. Krebs
California Bar No. 57526
Email: rkrebs@thelen.com
Christopher L. Ogden
California Bar No. 235517
Email: cogden@thelen.com
Thelen Reid Brown Raysman & Steiner, LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Ronald F. Lopez
California Bar No. 11756
Email: rflopez@thelen.com
Thelen Reid Brown Raysman & Steiner, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

ATTORNEYS FOR PLAINTIFFS
TECHNOLOGY PROPERTIES LIMITED, INC
and MCM PORTFOLIO, LLC



US007295443B2

(12) **United States Patent**
Mambakkam et al.

(10) Patent No.: **US 7,295,443 B2**
(45) Date of Patent: **\*Nov. 13, 2007**

(54) **SMART CONNECT UNIVERSAL FLASH MEDIA CARD ADAPTERS**

(75) Inventors: **Sreenath Mambakkam**, San Jose, CA (US); **Arockiyaswamy Venkidu**, Menlo Park, CA (US); **Larry Lawson Jones**, Palo Alto, CA (US)

(73) Assignee: **Onspec Electronic, Inc.**, Cupertino, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/492,556**

(22) Filed: **Jul. 24, 2006**

(65) **Prior Publication Data**

US 2006/0264110 A1    Nov. 23, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/887,635, filed on Jul. 8, 2004, now Pat. No. 7,095,618, which is a continuation-in-part of application No. 10/064,966, filed on Sep. 4, 2002, now Pat. No. 6,859,369, which is a continuation-in-part of application No. 10/167,925, filed on Jun. 11, 2002, which is a continuation of application No. 09/610,904, filed on Jul. 6, 2000, now Pat. No. 6,438,638.

(51) Int. Cl.
H05K 7/05       (2006.01)

(52) U.S. Cl. .......... **361/737**; 439/638; 439/946

(58) Field of Classification Search ......... 361/737, 361/752, 730, 736; 439/945, 946, 638; 235/492
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,296,692 A    3/1994 Shino

(Continued)

FOREIGN PATENT DOCUMENTS

DE        20109810 U    8/2001

(Continued)

OTHER PUBLICATIONS

Supplementary Search Report for EP Application No. 01952974.2 3 pages Sep. 21, 2004.

(Continued)

Primary Examiner—Dean A. Reichard
Assistant Examiner—Dameon E. Levi
(74) Attorney, Agent, or Firm—Greenberg Traurig, LLP

(57) **ABSTRACT**

A multi-memory media adapter comprised of a first planar element having an upper surface and a lower surface, a second planar element having an upper surface and a lower surface, and formed from a single material. The two planar elements form at least one port, each port capable of receiving one or more types of a memory media card. The adapter has at least one set of contact pins protruding from the lower surface of the first planar element or the upper surface of the second planar element such that the at least one set of contact pins are disposed within the port. The at least one set of contact pins are capable of contacting the contacts of a memory media card inserted into the port. For one embodiment a controller chip is embedded within the single material forming the multi-memory media adapter.

14 Claims, 5 Drawing Sheets







US 7,295,443 B2

Page 2

U.S. PATENT DOCUMENTS

| 5,394,206 | A | 2 1995 | Cocca |
| 5,471,038 | A | 11 1995 | Eisele et al |
| 5,576,698 | A | 11 1996 | Card et al |
| 5,584,043 | A | 12 1996 | Burkart |
| 5,589,719 | A | 12 1996 | Fiset |
| 5,640,541 | A | 6 1997 | Bartram et al. |
| 5,679,007 | A | 10 1997 | Potdevin et al |
| 5,729,204 | A | 3 1998 | Fackler et al |
| 5,752,857 | A | 5 1998 | Knights |
| 5,786,769 | A | 7 1998 | Coteus et al |
| 5,802,553 | A | 9 1998 | Robinson et al |
| 5,815,426 | A | 9 1998 | Jigour et al |
| 5,828,905 | A | 10 1998 | Rao |
| 5,844,910 | A | 12 1998 | Niijima et al |
| 5,877,975 | A | 3 1999 | Jigour et al |
| 5,887,145 | A | 3 1999 | Harari et al |
| 5,892,213 | A | 4 1999 | Ito |
| 5,905,888 | A | 5 1999 | Jones et al |
| 5,928,347 | A | 7 1999 | Jones |
| 5,930,496 | A | 7 1999 | MacLaren et al |
| D416,541 | S | 11 1999 | Hirai et al |
| 5,995,376 | A | 11 1999 | Schultz et al |
| 6,002,605 | A | 12 1999 | Iwasaki et al |
| 6,006,295 | A | 12 1999 | Jones et al |
| 6,009,492 | A | 12 1999 | Matsuoka |
| 6,015,093 | A | 1 2000 | Barrett et al |
| 6,026,007 | A | 2 2000 | Jigour et al |
| 6,067,234 | A | 5 2000 | Kim et al |
| 6,075,706 | A | 6 2000 | Learmonth et al |
| 6,088,802 | A | 7 2000 | Bialick et al |
| 6,097,605 | A | 8 2000 | Klatt et al |
| 6,102,715 | A | 8 2000 | Centofante |
| 6,132,223 | A | 10 2000 | Seeley et al |
| 6,145,046 | A | 11 2000 | Jones et al |
| 6,170,029 | B1 | 1 2001 | Kelley et al |
| 6,175,517 | B1 | 1 2001 | Jigour et al |
| 6,182,162 | B1 | 1 2001 | Estakhri et al |
| 6,189,055 | B1 | 2 2001 | Eisele et al |
| 6,199,122 | B1 | 3 2001 | Kobayashi |
| 6,202,932 | B1 | 3 2001 | Rapeli |
| 6,203,378 | B1 | 3 2001 | Shobara et al |
| 6,264,506 | B1 | 7 2001 | Yasufuku et al |
| 6,266,724 | B1 | 7 2001 | Harari et al |
| 6,279,069 | B1 | 8 2001 | Robinson et al |
| 6,292,863 | B1 | 9 2001 | Terasaki et al |
| 6,330,688 | B1 | 12 2001 | Brown |
| 6,353,870 | B1 | 3 2002 | Mills et al |
| 6,402,558 | B1 * | 6 2002 | Hung-Ju et al | 439 638 |
| 6,405,323 | B1 | 6 2002 | Lin et al |
| 6,408,352 | B1 | 6 2002 | Hosaka et al |
| 6,413,108 | B2 | 7 2002 | Centofante |
| 6,438,638 | B1 * | 8 2002 | Jones et al | 710 301 |
| 6,470,284 | B1 | 10 2002 | Oh et al. |
| 6,490,163 | B1 | 12 2002 | Pua et al |

| 6,578,125 | B2 | 6 2003 | Toba |
| 6,581,830 | B1 | 6 2003 | Jelinek et al |
| 6,599,147 | B1 | 7 2003 | Mills et al |
| 6,658,516 | B2 | 12 2003 | Yao |
| 6,684,283 | B1 | 1 2004 | Harris et al |
| 6,718,274 | B2 | 4 2004 | Huang et al |
| 6,738,259 | B2 | 5 2004 | Le et al |
| 6,746,280 | B1 * | 6 2004 | Lu et al. | 439 630 |
| 6,751,694 | B2 | 6 2004 | Liu et al |
| 6,761,313 | B2 | 7 2004 | Hsieh et al |
| 6,761,320 | B1 | 7 2004 | Chen |
| 6,832,281 | B2 | 12 2004 | Jones et al |
| 6,839,864 | B2 | 1 2005 | Mambakkam et al |
| 6,859,369 | B2 * | 2 2005 | Mambakkam et al | 361 737 |
| 7,062,584 | B1 | 6 2006 | Worrell et al |
| 7,095,618 | B1 * | 8 2006 | Mambakkam et al | 361 737 |
| 2002 0032813 | A1 | 3 2002 | Hosaka et al |
| 2002 0178307 | A1 | 11 2002 | Pua et al |
| 2002 0185533 | A1 | 12 2002 | Shich et al |
| 2003 0038177 | A1 | 2 2003 | Morrow |
| 2003 0041203 | A1 * | 2 2003 | Jones et al | 710 301 |
| 2003 0084220 | A1 | 5 2003 | Jones et al |
| 2003 0093606 | A1 | 5 2003 | Mambakkam et al |
| 2004 0027879 | A1 | 2 2004 | Chang |
| 2004 0073736 | A1 | 4 2004 | Oh et al |

FOREIGN PATENT DOCUMENTS

| EP | 0775964 | A2 | 9 1996 |
| EP | 0987876 | A2 | 8 1997 |
| EP | 1043884 | A1 | 10 2000 |
| EP | 1139208 | A1 | 10 2001 |
| JP | 6195524 | | 7 1994 |
| JP | 08235028 | A | 9 1996 |
| JP | 11053485 | A | 2 1999 |
| TW | 490889 | B | 6 2002 |

OTHER PUBLICATIONS

Antec, Inc., PhotoChute3 USB product manual pp 1-18 available at least by Apr. 26 1999

Burge Leland L et al. "A Ubiquitous Stable Storage for Mobile Computing Devices," ACM, Proceedings of the 2001 ACM Symposium on Applied Computing pp 491-494 Mar 2001

CompactFlash Association "CF+ and Compact Flash Specification" Rev 1 4 5 pages Jul. 1999

CQ Publishing of Japan, "Interface pp 52-131 Dec 1 1999 (article and English translation)

Twice com "Digital Imaging Well Exposed at RetailVision 1 page Apr 26, 1999.

Lexar Media Web Pages—Parallel Port Universal Readers, FAQ, Jumpshot, Jun 5, 2000 (copy not available; previously submitted in parent U.S Appl No 09/610,904)

Microtouch Smart Media to PCMCIA Adapter Product Sheet Jun 8 2000 (copy not available; previously submitted in parent U.S Appl No 09/610 904)

* cited by examiner



(PRIOR ART)

*FIG. 1*

(PRIOR ART)

*FIG. 2*



*FIG. 3*

CONNECTOR PINS

| PIN | SMART MEDIA | MMC/ SD | MEMORY STICK |
|-----|-------------|---------|--------------|
| 1 | D0/-WPSW | | |
| 2 | D1 | -WP | |
| 3 | D2 | -CD | |
| 4 | D3 | MCMD | |
| 5 | D4 | | -CD |
| 6 | D5 | | BS |
| 7 | D6 | | SDIO |
| 8 | D7 | | |
| 9 | LVD | | |
| 10 | -WE | D0 | |
| 11 | -RE | D1 | |
| 12 | -ALE | D2 | |
| 13 | -CLE | D3 | |
| 14 | READY | | |
| 15 | -CE | | |
| 16 | -WP | | |
| 17 | -WPSW | | |
| 18 | GROUND | GROUND | GROUND |
| 19 | POWER | | |
| 20 | | POWER | POWER |
| 21 | | CLK | MCLK |

*FIG. 4*

| PIN | XD | MMC/SD (REGULAR SIZE) | MEMORY STICK (REGULAR SIZE) | SMART MEDIA | MINISD | RS MMC | MEMORY STICK DUO |
|---|---|---|---|---|---|---|---|
| 1 | GROUND | GROUND | GROUND | GROUND | GROUND | GROUND | GROUND |
| 2 | -CD1 | | | | | | |
| 3 | RDY | MCMD | BS | RDY | MCMD | MCMD | BS |
| 4 | -RE | SD0 | SDIO (MSD0) | -RE | SDD0 | SDD0 | SDIO (MSD0) |
| 5 | -CS | SD1 | MSD1 | -CS | SDD1 | SDD1 | MSD1 |
| 6 | CLE | SD2 | MSD2 | CLE | SDD2 | SDD2 | MSD2 |
| 7 | ALE | SD3 | MSD3 | ALE | SDD3 | SDD3 | MSD3 |
| 8 | -WE | CLK | CLK | -WE | CLK | CLK | CLK |
| 9 | WP | -WP | | WP | | | |
| 10 | D0 | -CD2 | | D0 | | | |
| 11 | D1 | | -CD3 | D1 | | | |
| 12 | D2 | | | D2/-CD4 | | | |
| 13 | D3 | | | D3 | -CD5 | | |
| 14 | D4 | | | D4 | | -CD6 | |
| 15 | D5 | | | D5 | | | -CD7 |
| 16 | D6 | | | D6/-WPSW | | | |
| 17 | D7 | | | D7/LVD | | | |
| 18 | POWER | POWER | POWER | POWER | POWER | POWER | POWER |

*FIG. 5*



*FIG. 6*



700

710    720    730

FRONT



711

MEMORYSTICK
SECTION

721

SMARTMEDIA/
XD SECTION

731

MMC/ SD
SECTION

CLASSIC

SMARTMEDIA

MMC 8-BIT

DUO

XD

SD

TOP

**FIG. 7**



700A

711    710    731    730

720    721

**FIG. 7A**

US 7,295,443 B2

1

# SMARTCONNECT UNIVERSAL FLASH MEDIA CARD ADAPTERS

## CROSS-REFERENCES TO RELATED APPLICATIONS

Under 35 U.S.C. §120, this application is a continuation application of U.S application Ser. No. 10/887,635 filed Jul 8, 2004, now U.S Pat. No. 7,095,618, which is a continuation-in-part application of U.S. application Ser. No. 10/064,966, which was filed on Sep 4, 2002, now U.S. Pat. No 6,859,369 which is a continuation-in-part application of U.S application Ser. No. 10/167,925, which was filed on Jun. 11, 2002, now U.S. Pat. No. 7,222,205, which is a continuation application of U.S. application Ser. No. 09/610,904 which was filed Jul. 6, 2000, now U.S. Pat. No. 6,438,638, and is titled "Flashtoaster for reading several types of flash-memory cards with or without a PC." U.S patent application Ser. No. 10/064,966 is also a continuation-in-part application of U.S. application Ser. No. 10,039,685 which was filed Oct. 29, 2001, now U.S. Pat. No. 6,832,281 and is titled "Flashtoaster for reading several types of flash memory cards with or without a PC" and a continuation-in-part application of U.S. application Ser. No. 10/002,567 which was filed Nov. 1, 2001 and is titled "Active Adapter Chip for Use in a Flash Card Reader." The priority of the above-referenced applications is hereby claimed and the entirety of the above-referenced applications are incorporated herein by this reference and all of the above-referenced applications are assigned to the assignee of the present invention.

## COPYRIGHT NOTICE/PERMISSION

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## FIELD

The present invention relates generally to flash media adapters, and more specifically to an improved configuration of the same.

## BACKGROUND OF THE INVENTION

In U.S. patent application Ser. No. 10/002,567 entitled "Active Adapter Chip for Use in a Flash Card Reader" filed Nov. 1, 2001, and assigned to the assignee of the present application, a universal active adapter chip is disclosed that can be used to construct a flash media system or various active flash media adapters using the CompactFlash card or PCMCIA (PC Card) form factor. A standard reader that reads CompactFlash cards or PC cards can then read any of the other flash-memory cards that plug into the CompactFlash or PC Card adapter. The adapters come with a conversion chip that makes each of the flash media work just like a CompactFlash or PC Card media, as applicable.

FIG. 1 shows a multi-standard card reader system 142. In the field of multi-standard adapters, multi-memory media adapter 140 may be an active adapter or, alternatively, may be a passive adapter. Reader 142 can adapt on the host side to either CompactFlash card 149, PCMCIA card 153, or IDE card 151. On the media side, the reader can adapt to a

2

MultiMediaCard 141, or a Secure Digital card 143, which have the same form factor but slightly different pin-out; a SmartMedia card 145, which has a different pin-out; or a Memory Stick 147. In general, the reader 142 can adapt to any generic flash media 146 that has a similar or smaller form factor.

It is possible to place the connector such that all the media sit in one opening. FIG. 2 is a cutaway side view of a PCMCIA adapter card 200 of the type that is available as a standard commercial product today. FIG. 2 illustrates several drawbacks in the typical configuration of a PCMCIA adapter. Adapter 200 includes two PCBs, namely PCB 210 and PCB 220. The two PCBs are separated by a mounting frame (typically plastic), not shown. The mounting frame acts as a spacer between PCB 210 and PCB 220 which holds the two PCBs together at a specified distance and functions in other capacities as described below. The space between the two PCBs creates the opening (port) 211 into which the flash media cards are inserted. PCB 230 is straddle-mounted between PCB 210 and PCB 220. PCB 230 contains the active components including controller chip 231 that perform handshaking and data transfer. PCB 230 is connected to a PCMCIA connector 240. PCB 230 is mounted between PCB 210 and PCB 220 with interconnects 212. PCB 210 has two sets of floating contact pins: contact pin set 214 includes nine contact pins and contact pin set 215 includes ten contact pins which provide interfaces for MMC/SD and Memory-Stick flash media respectively. PCB 220 has two sets of floating contact pins 224 and 225, each including 11 pins, which together provide the interface for SmartMedia flash media.

The mounting frame that holds PCB 210 and 220 together is configured such that each type of flash media is inserted in a particular location within the connector. In FIG. 2, opening 211 is a simplified view. Typically the opening is stepped with different widths and heights in different locations that index the flash media cards into specific locations upon insertion. This allows each flash medium to be properly aligned with the corresponding contact pin set(s). Additionally, stops are typically provided to stop the insertion at the correct depth, again, to guarantee connection to the right contact pin set.

This typical approach has several serious drawbacks.

### Manufacturing

The straddle-mount configured flash media adapter is very expensive to manufacture for several reasons. Often such devices require manual labor for manufacturing and testing, or the use of very expensive soldering robots, instead of standard production techniques. A further problem is the additive effect of manufacturing tolerances, such as primary connector (i.e., PCMCIA) to PCB, to straddle mount connector to secondary PCB to contacts on PCB, resulting in as many as two, three, or in some cases even four tolerances adding up, which makes requirements for tolerances either absurdly expensive or causes a big yield problem in manufacturing. Additionally, PCB 230 must be thin enough so that it can be mounted between PCB 210 and PCB 220 in the space allocated for the insertion of the various flash media. That is, PCB 230, together with the interconnects 212 that mount it between PCB 210 and PCB 220 must be no larger than opening 211. The manufacture of thin PCBs to accommodate this design point adds to the expense and complexity of manufacturing the flash media adapter.

### Contact Pins

The floating contact pins are subject to damage and deterioration. The various flash media cards have different

thickness and even the same flash media may have different thickness if produced by different manufacturers. The flash media cards exert pressure upon the floating contact pins, which eventually causes their resiliency to be reduced. When subsequently, a thinner flash media card is inserted into the flash media adapter, the corresponding contact pins may not make connection with the flash media card. Additionally, if a flash media card is inserted incorrectly (e.g., upside down) removal of the flash media card may damage the contact pins.

Interface

Some devices don't have the 68-pin PCMCIA interface. For example, some recent notebook computer models only have the electrically equivalent 50-pin CF interface. Typical adapter cards such as PCMCIA adapter card **200** are incompatible with a 50-pin CF interface.

### SUMMARY

An embodiment of the present invention provides a multi-memory media adaptor comprised of a first planar element having an upper surface and a lower surface and a second planar element having an upper surface and a lower surface. The two planar elements are formed from a single piece of molded plastic and disposed so as to form a port capable of receiving a memory media card. The adapter has at least one set of contact pins protruding from the lower surface of the first planar element or the upper surface of the second planar element such that the at least one set of contact pins are disposed within the port. The at least one set of contact pins are capable of contacting the contacts of a memory media card inserted into the port.

Other features and advantages of embodiments of the present invention will be apparent from the accompanying drawings, and from the detailed description that follows below.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention may be best understood by referring to the following description and accompanying drawings that are used to illustrate embodiments of the invention. In the drawings:

FIG. 1 illustrates a multi-standard card reader system;

FIG. 2 is a cutaway side view of a PCMCIA adapter card of the type that is available as a standard commercial product today;

FIG. 3 is a cutaway side view of an integrated standard connector adapter card according to one embodiment of the present invention;

FIG. 4 is a table of pin mappings for the SmartMedia, MMC/SD and Memory Stick to a 21-pin connector in accordance with one embodiment of the present invention;

FIG. 5 is a table of pin mappings for the xD standard MMC/SD standard Memory Stick, SmartMedia, miniSD, RSMMC, and MS Duo to an 18-pin connector in accordance with one embodiment of the present invention;

FIG. 6 illustrates an integrated standard connector adapter card according to one embodiment of the present invention, in front view, top view, and bottom view;

FIG. 7 illustrates an integrated standard connector adapter card according to one embodiment of the present invention, in front view and top view; and

FIG. 7A illustrates an alternative embodiment of an adapter **700A** in accordance with one embodiment of the invention.

### DETAILED DESCRIPTION

An embodiment of the present invention provides a multi-memory media adapter card configured to reduce or eliminate some of the drawbacks of typical adapter card configuration. In accordance with various embodiments of the present invention, the top and bottom PCBs of prior art configurations are replaced by molded plastic elements that provide greater structural integrity. The straddle-mounted controller board is replaced with a PCB adjacent to the bottom element and having a surface mounted standard connector that may be a PCMCIA or a CompactFlash connector. The contact pins are formed so as to better maintain their resiliency and avoid damage upon removal of the memory media card. In one embodiment, a light pipe is locked in place between the top and bottom elements of the adapter card so as to conduct light from a signal lamp on the PCB through the port.

It is an intended advantage of one embodiment of the present invention to reduce the manufacturing cost and complexity of an adapter card. It is another intended advantage of one embodiment of the present invention to provide an adapter card with greater structural integrity. It is another intended advantage of one embodiment of the present invention to provide an adapter card with contact pins that retain their resiliency to a greater degree than floating contact pins. It is another intended advantage of one embodiment of the present invention to provide an adapter card with contact pins that are less likely to be damaged upon removal of a memory media card. It is another intended advantage of one embodiment of the present invention to provide an adapter card with a surface mounted standard connector including PCMCIA and CompactFlash connectors.

In the following description, numerous specific details are set forth. However, it is understood that embodiments of the invention may be practiced without these specific details. In other instances, well-known circuits, structures and techniques have not been shown in detail in order not to obscure the understanding of this description.

Reference throughout the specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present invention. Thus, the appearance of the phrases "in one embodiment" or "in an embodiment" in various places throughout the specification are not necessarily all referring to the same embodiment. Furthermore, the particular features, structures, or characteristics may be combined in any suitable manner in one or more embodiments.

Similarly, it should be appreciated that in the foregoing description of exemplary embodiments of the invention, various features of the invention are sometimes grouped together in a single embodiment, figure, or description thereof for the purpose of streamlining the disclosure and aiding in the understanding of one or more of the various inventive aspects. This method of disclosure, however, is not to be interpreted as reflecting an intention that the claimed invention requires more features than are expressly recited in each claim. Rather, as the following claims reflect, inventive aspects lie in less than all features of a single foregoing disclosed embodiment. Thus, the claims following the Detailed Description are hereby expressly incorporated into this Detailed Description, with each claim standing on its own as a separate embodiment of this invention.

FIG. 3 is a cutaway side view of an integrated standard connector adapter card according to one embodiment of the present invention. Adapter card **300**, shown in FIG. 3,

5

includes a top planar element 310 and a bottom planar element 320, both of which may be PCBs. Alternatively, the top planar element 310 and the bottom planar element 320 may be formed from molded plastic. A spacer, not shown, holds the two planar elements apart, forming port 311 into which memory media cards are inserted. In order to meet the low height requirements (thickness of PCMCIA or CF cards), the ports are registered on one opening and contacts are distributed on both sides. Additionally, the port 311 may be formed with card stops to prevent improper insertion of memory media cards.

For one embodiment, both planar elements and the spacer between them are created from molded plastic. For such an embodiment, the molded plastic provides greater resistance to pressure applied to the outer surfaces of adapter card 300. This helps to prevent planar element 310 and planar element 320 from contacting each other and possibly damaging internal components.

Adapter 300 also includes a number of sets of contact pins shown collectively as contact pin set 315, protruding from the lower surface of planar element 310 and from the upper surface of planar element 320. The contact pins electrically couple to corresponding contacts on a memory media card inserted into port 311. For an embodiment in which the planar elements 310 and 320 are formed from molded plastic, contact pin sets 315 may be formed from injected contacts with protruding pins. This provides a more robust contact pin than the floating contact pins of the prior art, thereby lessening the likelihood that the resiliency of the contact pin will be reduced to the point that the pin no longer contacts the inserted memory media card. Alternatively, or additionally, the contact pins may be angled or shaped such that damage due to the abrupt removal of an improperly (or properly) inserted card is reduced or eliminated. For example the terminal end of the contact pin may be angled or curved toward the planar surface from which the contact pin protrudes, or may be spherically shaped.

Adapter 300 includes planar element 330 that has standard connector 340 mounted thereon. Planar element 330 is adjacent to bottom planar element 320. Standard connector 340, which may be for example, a compact flash, PCMCIA, USB, or serial ATA connector is surface-mounted to planar element 330. Interconnects 312 that electrically connect the standard connector 340 to contact pins 315 are also located on planar element 330. In accordance with an embodiment of the present invention, the need for a straddle-mounted PCB, and its associated manufacturing costs and complexity, is eliminated. Moreover, by eliminating the layers of a straddle-mount configuration, registration accuracy is improved. For one embodiment, a single PCB may comprise bottom planar element 320 and planar element 330.

For one embodiment, a multi-memory media adapter having only 21 pins is used to accommodate various commercially available flash memory media. FIG. 4 is a table of pin mappings for the SmartMedia, MMC/SD, and Memory Stick to a 21-pin connector in accordance with one embodiment of the present invention.

Pin 18 is a ground pin for each connector. Pin 19 is a power pin for SmartMedia, while pin 20 is a power pin for MMC/SD, and Memory Stick.

The SmartMedia interface has a parallel data bus of 8 bits. These are mapped to pins 1-8. While no separate address bus is provided, address and data are multiplexed. Control signals for latch enables, write enable and protect, output enable, and ready handshake are among the control signals.

For the Memory Stick and MMC/SD flashmemory-card interfaces, parallel data or address busses are not present.

6

Instead, serial data transfers occur through serial data pin DIO, which is mapped to pin 7 for the Memory Stick and pin 10 (DO) for the MMC/SD flash-memory-card interfaces. Data is clocked in synchronization to clock MCLK and CLK for Memory Stick and MMC/SD, respectively on pin 2L ABS, for Memory Stick, occupies pin 6, and a command signal CMD, for MMC/SD occupies pin 4. The Memory Stick interfaces require only 4 pins plus power and ground while MMC/SD requires 8 pins plus power and ground.

Thus, it is possible to accommodate SmartMedia, MMC/SD and Memory Stick with a 21-pin connector (i.e., instead of 41 pins) by multiplexing the available pins. For one embodiment, the controller chip (e.g., controller chip 231) differentiates the pin configuration for each flash memory media type.

For an alternative embodiment, a multi-memory media adapter, having only 18 pins, is used to accommodate various commercially available flash memory media including media that have recently become commercially available. Such recent additions include a miniSD card (i.e., an MMC/SD card with a smaller form factor), an MS Duo (i.e., a Memory Stick card with a smaller form factor) a Reduced Size MultiMedia Card (RSMMC) and an xD card (a controller-less flash media, similar in function to SmartMedia).

FIG. 5 is a table of pin mappings for the xD, standard MMC/SD, standard Memory Stick, SmartMedia, miniSD, RSMMC, and MS Duo to an 18-pin connector in accordance with one embodiment of the present invention.

For such an embodiment, pin 1 is a ground pin and pin 18 is a power pin for each connector. The data lines for the SmartMedia and xD flash-memory cards have a parallel data bus of 8 bits denoted as DO-D7 that occupy pins 10-17. These data bus lines are multiplexed to serve as card-detect lines for the remaining media types. While no separate address bus is provided, address and data are multiplexed. Control signals for latch enables, write enable and protect, output enable, and ready handshake are among the control signals.

The data lines of the miniSD and RSMMC and the Memory Stick (and MS Duo) flash-memory-card interfaces are denoted as SDDO-SDD3 and MSDO-MSD3, respectively, and occupy pins 4-7.

Thus, it is possible to accommodate xD, standard MMC/SD, standard Memory Stick, SmartMedia, miniSD, RSMMC, and MS Duo with an 18-pin connector by multiplexing the available pins. Again, the controller chip may differentiate the pin configuration for each flash memory media type.

FIG. 6 illustrates an integrated standard connector adapter card according to one embodiment of the present invention in front view, top view and bottom view. Adapter card 600 shown in FIG. 6, includes two housings, namely housing 610 and housing 620. For one embodiment of the invention, the pins are in a single row. As shown from the top view of adapter card 600, a top-front set of pins 611 in housing 610 can be used to interface to an xD card, a top-rear set of pins 612 in housing 610 can be used to interface to a Smartmedia card. A top-front set of pins 621 in housing 620 can be used to interface an RSMMC card. As shown in the bottom view of adapter card 600, a bottom-front set of pins 613 in housing 610 can be used to interface to an MMC/SD card, a bottom-rear set of pins 614 in housing 610 can be used to interface to a standard size Memory Stick card. A bottom-front set of pins 622 in housing 620 can be used to interface a miniSD card. A bottom-rear set of pins 623 in housing 620 can be used to interface a Memory Stick MS Duo.

FIG. 7 illustrates an integrated standard connector adapter card according to one embodiment of the present invention.

US 7,295,443 B2

7

in front view and top view. Adapter card **700**, shown in FIG. 7, includes three housings, namely section **710** (Memory Stick), section **720** (SM/xD), and section **730** (MMC/SD). This arrangement allows pins to be laid out in a planar fashion, thus effecting saving in layout and allowing for assignment of one drive for each section. The spacing is designed so that only one media can be inserted at a time. For one embodiment, the Memory Stick could be on the top portion of section **710** (with MS Duo on the bottom portion), while SmartMedia is on the top portion of section **720** with xD on the bottom portion of section **720**. According to one such embodiment, the MMC (including the recently designed 8-bit MMC) could be on the top-rear portion of the MMC/SD section **730**, while the SD could be on the bottom-rear portion of the MMC/SD section **730**, RSMMC could be on the top-front portion of the MMC/SD section **730** and miniSD could be on the bottom-front portion of the MMC/SD section **730**.

The sections **710**, **720**, and **730** of adapter **700** are positioned vertically. Note the external pins **711**, **721**, and **731**, are directed from each section **710**, **720**, and **730**, respectively, such that there is no intersection of the external connections.

FIG. 7A illustrates an alternative embodiment of an adapter **700A** in accordance with one embodiment of the invention. As shown in FIG. 7A, adapter **700** includes sections **710**, **720**, and **730** with sections **710** and **730** positioned vertically, but section **720** stacked horizontally upon section **730**. In such an embodiment, external pins **711**, **721**, and **731** may be positioned as shown to avoid intersection or congestion of the external connections.

As described above in reference to FIG. 3, an adapter in accordance with one embodiment of the invention includes a planar element that may have a controller chip attached to a standard connector (e.g., PCMCIA, USB, WiFi, Firewire, IDE, CF, or serial ATA connector) mounted thereon. In accordance with an alternative embodiment of the invention the controller chip is integrated into the housing of the adapter. For example, the adapter may be formed of a single piece of molded plastic, with the controller chip and an associated memory device (e.g., ROM) embedded into the molded plastic. For such an embodiment, the continuous molded plastic that forms the adapter also forms the device package for the controller die.

General Matters

Embodiments of the present invention provide an improved configuration for a multi-memory media adapter card. For one embodiment, the adapter may comprise an injected plastic part, forming the mechanical port as well as holding any and all contacts in its structure, thus eliminating the multiple tolerances of conventional configurations (i.e., two PCBs sandwiching a mechanical frame). For one embodiment, two half shells with integrated contacts are snapped together, allowing for a simple but accurate mounting, by means of guides for snapping them together. In particular, the total assembly of the port may be composed of two parts, a top and bottom, each with contacts and plastic, each containing part or all of the port opening, hence reducing the number of added tolerances to a maximum of one or two. By reducing the number of sub-assemblies from three or more to two or less, an easier, more precise manufacturing can be done, with only slightly higher tooling cost. However, due to the fact that it is a high-volume commodity-type device, the higher tooling costs would be more than offset by the lower part cost, the better yield, etc. Further, by embedding the contacts in a plastic injection

8

such problems as metal fatigue, travel, etc., can be controlled much better, improving dramatically the life-cycle time for the port side connectors. For one embodiment of the invention, the controller and associated memory device are integrated into the adapter, rendering the adapter a complete card reader.

For one embodiment, a light pipe may be locked in place between the two half shells to conduct light from a signal lamp (e.g., LED) on the PCB to the user side of the opening, similar to networking lights sometimes integrated into networking connectors.

For one embodiment, the straddle-mount configuration is replaced with a surface mounted standard connector. This reduces the manufacturing costs and complexities associated with the straddle-mount configuration.

For one embodiment of the invention, the controller and associated memory device are integrated into the adapter rendering the adapter a complete card reader.

Embodiments of the present invention have been described in reference to flash media such as xD standard MMC/SD, standard Memory Stick, SmartMedia, miniSD, RSMMC, and MS Duo. In general, embodiments of the invention are applicable to any generic flash media.

While the invention has been described in terms of several embodiments, those skilled in the art will recognize that the invention is not limited to the embodiments described, but can be practiced with modification and alteration within the spirit and scope of the appended claims. The description is thus to be regarded as illustrative instead of limiting.

What is claimed is:

1. A multi-memory media adapter comprising:
a first planar element having an upper surface and a lower surface, the first planar element comprising molded plastic;
a second planar element having an upper surface and a lower surface, the first planar element and the second planar element disposed such that a port is formed between the lower surface of the first planar element and the upper surface of the second planar element, the port capable of receiving a memory media card, the second planar element comprising molded plastic;
at least one set of contact pins protruding from the lower surface of the first planar element or the upper surface of the second planar element such that the at least one set of contact pins are disposed within the port, the at least one set of contact pins capable of contacting a set of memory media card contacts, wherein the at least one set of contact pins are integrated within the molded plastic of the first planar element or the second planar element; and
a controller chip to map at least a subset of the at least one set of contact pins to a set of signal lines or power lines, based on an identified type of a memory media card.

2. The multi-memory media adapter of claim 1 wherein the memory media card is one of a group comprising of xD MMC/SD, Memory Stick, miniSD, RSMMC, and MS Duo.

3. The multi-memory media adapter of claim 1 having a system connector surface-mounted thereon, the system connector electrically coupled to the at least one set of contact pins.

4. The multi-memory media adapter of claim 3 wherein the system connector is selected from the group comprising of a PCMCIA, USB, WiFi, Firewire, IDE, serial ATA connector, an IDE, and a CompactFlash connector.

US 7,295,443 B2

9

5. The multi-memory media adapter of claim 1 wherein the set of contact pins are formed from injected contacts within the molded plastic of the first planar element or the second planar element.

6. The multi-memory media adapter of claim 1 wherein the contact pins are formed such that a terminal end of a contact pin of the set of contact pins is configured to be oriented away from the set of memory media card contacts during removal of the memory media card.

7. The multi-memory media adapter of claim 1 having at least 18 contact pins configured to accommodate at least one of a group comprising: an xD, MMC/SD, Memory Stick, miniSD, RSMMC, and MS Duo.

8. The multi-memory media adapter of claim 1 wherein the controller chip is embedded in the molded plastic of the first planar element or the second planar element of the multi-media memory adapter.

9. A system comprising:

a multi-memory media adapter to read data from a plurality of memory media cards, the multi-memory media adapter having at least one port formed between an upper portion and a lower portion of the multi-memory media adapter, the port to receive a memory media card of the plurality of memory media cards;

a set of contact pins protruding from the upper portion or the lower portion, the set of contact pins to contact a set of memory media card contacts, wherein the set of

10

contact pins are integrated within molded plastic of the upper portion or the lower portion; and

a controller integrated into the multi-memory media adapter to map at least a subset of the set of contact pins to a set of signal lines or power lines, based an identified type of the memory media card.

10. The system of claim 9 wherein the memory media card is at least one of a group comprising of xD, MMC/SD, Memory Stick, miniSD, RSMMC, and MS Duo.

11. The system of claim 9 further comprising a system connector, the system connector electrically coupled to the set of contact pins.

12. The system of claim 11 wherein the system connector is selected from the group comprising of a PCMCIA, USB, WiFi, Firewire, IDE, serial ATA connector, an IDE, and a CompactFlash connector.

13. The system of claim 9 wherein the contact pins are integrated within the molded plastic and formed from injected contacts within the molded plastic of the first upper portion or the lower portion.

14. The system of claim 9 having at least eighteen contact pins configured to accommodate at least one of a group comprising: an xD, MMC/SD, Memory Stick, miniSD, RSMMC, and MS Duo.

*    *    *    *    *



US007162549B2

(12) **United States Patent**
Mambakkam et al.

(10) Patent No.: **US 7,162,549 B2**
(45) Date of Patent: **Jan. 9, 2007**

(54) **MULTIMODE CONTROLLER FOR INTELLIGENT AND "DUMB" FLASH CARDS**

(75) Inventors: **Sreenath Mambakkam**, San Jose, CA (US); **Larry Lawson Jones**, Palo Alto, CA (US); **Arockiyaswamy Venkidu**, Menlo Park, CA (US); **Nicholas Antonopoulos**, San Jose, CA (US)

(73) Assignee: **Onspec Electronics, Inc.**, Cupertino, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/264,466**

(22) Filed: **Oct. 4, 2002**

(65) **Prior Publication Data**

US 2003/0093606 A1    May 15, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/063,021, filed on Mar. 12, 2002, and a continuation-in-part of application No. 10/002,567, filed on Nov. 1, 2001, now abandoned, and a continuation-in-part of application No. 10/039,685, filed on Oct. 29, 2001, now Pat. No. 6,832,281.

(60) Provisional application No. 60/386,396, filed on Jun. 4, 2002.

(51) Int. Cl.
G06F 3/00    (2006.01)
G06F 13/00    (2006.01)
G06F 11/00    (2006.01)
G11C 29/00    (2006.01)

(52) U.S. Cl. ............... 710/16; 710/8; 710/17; 710/19; 710/74; 714/1; 714/42; 714/773

(58) Field of Classification Search ........ 710/63, 710/62, 65, 72–74, 8, 12; 714/1, 42, 773
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,296,692 A | | 3/1994 | Shino | |
| 5,740,349 A | * | 4/1998 | Hasbun et al. | 714/8 |
| 5,786,769 A | | 7/1998 | Coteus et al. | |
| 5,802,553 A | * | 9/1998 | Robinson et al. | 711/103 |
| 5,815,426 A | | 9/1998 | Jigour et al. | |
| 5,844,910 A | * | 12/1998 | Niijima et al. | 714/710 |
| 5,887,145 A | | 3/1999 | Harari et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

JP    08-235028    *    9/1996

(Continued)

OTHER PUBLICATIONS

JPO Machine Translation of JP11-53485 *

(Continued)

*Primary Examiner*—Kim Huynh
*Assistant Examiner*—Alan S. Chen
(74) *Attorney, Agent, or Firm*—Greenberg Traurig, LLP; John P. Ward

(57) **ABSTRACT**

A controller chip for coupling a computer system with a flash storage system is disclosed. The controller chip comprises an interface mechanism for determining whether the flash storage system includes a controller and an adapter for providing the appropriate interface to the computer system to allow the computer system to communicate with the flash storage system. In a preferred embodiment, the flash storage system comprising at least a portion of a medium ID section; and a flash section, wherein the medium ID section contains specifications of the medium ID. Through the use of this system a plurality of different adapters and a flash storage system can be managed while utilizing the same hardware components.

**22 Claims, 35 Drawing Sheets**



# US 7,162,549 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,928,347 A | 7 1999 | Jones |
| D416,541 S | 11 1999 | Hirai et al |
| 5,995,376 A | 11 1999 | Schultz et al |
| 6,006,295 A | 12 1999 | Jones et al |
| 6,075,706 A | 6 2000 | Learmonth et al |
| 6,088,802 A | 7 2000 | Bialick et al |
| 6,145,046 A | 11 2000 | Jones |
| 6,175,517 B1 | 1 2001 | Jigour et al |
| 6,182,162 B1 | 1 2001 | Estakhri et al |
| 6,199,122 B1 * | 3 2001 | Kobayashi | 710 36 |
| 6,266,724 B1 | 7 2001 | Harari et al |
| 6,279,069 B1 | 8 2001 | Robinson et al |
| 6,292,863 B1 | 9 2001 | Terasaki et al |
| 6,330,688 B1 * | 12 2001 | Brown | 714 7 |
| 6,353,870 B1 | 3 2002 | Mills et al |
| 6,405,323 B1 | 6 2002 | Lin et al |
| 6,408,352 B1 | 6 2002 | Hosaka et al |
| 6,438,638 B1 * | 8 2002 | Jones et al | 710 301 |
| 2001 0014934 A1 | 8 2001 | Toba |

| | | | |
|---|---|---|---|
| 2002 0111771 A1 * | 8 2002 | Huang et al | 702 186 |
| 2002 0185533 A1 * | 12 2002 | Shieh et al | 235 441 |
| 2003 0038177 A1 * | 2 2003 | Morrow | 235 441 |
| 2003 0041203 A1 * | 2 2003 | Jones et al | 710 301 |
| 2003 0041284 A1 * | 2 2003 | Mambakkam et al | 714 15 |
| 2003 0046469 A1 | 3 2003 | Liu et al | |
| 2003 0084220 A1 | 5 2003 | Jones et al | |
| 2003 0084221 A1 * | 5 2003 | Jones et al | 710 302 |
| 2003 0093606 A1 * | 5 2003 | Mambakkam et al | 710 305 |
| 2004 0027879 A1 * | 2 2004 | Chang | 365 200 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 11-53485 | * | 2 1999 |
| WO | WO 00 23936 | * | 4 2000 |

### OTHER PUBLICATIONS

JPO Machine Translation of JP08-235028 *

* cited by examiner



FIG. 1A (PRIOR ART)



FIG. 1B (PRIOR ART)

FIG. 1C (PRIOR ART)



SMART MEDIA

SM TO 10'
PCMCIA    ← 24

SD    26

MMC    28

18

MEM STICK

CF TO 10
PCMCIA    ← CF 16

14

FIG. 2A
(PRIOR ART)



MEM STK TO PCMCIA

11    15    ←

FIG. 2B



<u>100</u>

# FIG. 2C



FIG. 3A



FIG. 3B



FIG. 4A



HH = CF

FIG. 4B



LH = MMC/SD

# FIG. 4C



HL = MEM STK

# FIG. 4D



LL = SMRT MEDIA

# FIG. 4E

| Pin | CF | Smart Media | MMC/SD | Memory Stick |
|-----|------|------------|--------|-------------|
| 1 | Ground | Ground | Ground | Ground |
| 2 | D3 | D3 | — | — |
| 3 | D4 | D4 | — | — |
| 4 | D5 | D5 | — | — |
| 5 | D6 | D6 | — | — |
| 6 | D7 | D7 | — | — |
| 7 | -CE1 | -SMCS | — | — |
| 8 | A10 | — | — | — |
| 9 | -OE | -OE | — | — |
| 10 | A9 | — | — | — |
| 11 | A8 | — | — | — |
| 12 | A7 | — | — | — |
| 13 | Power | Power | Power | Power |
| 14 | A6 | CLE | | |
| 15 | A5 | ALE | | |
| 16 | A4 | READY | | |
| 17 | A3 | -WP | | |
| 18 | A2 | LVD | SCLK | SCLK |
| 19 | A1 | | DIO | DIO |
| 20 | A0 | | CMD | BS |
| 21 | D0 | D0 | | |
| 22 | D1 | D1 | | |
| 23 | D2 | D2 | | |
| 24 | — | | — | — |
| 25 | -CD2 | -CD2 | -CD2 | -CD2 |
| 26 | -CD1 | -CD1 | -CD1 | -CD1 |
| 27 | D11 | — | — | — |
| 28 | D12 | — | — | — |
| 29 | D13 | — | — | — |
| 30 | D14 | — | — | — |
| 31 | D15 | — | — | — |
| 32 | -CE2 | — | — | — |
| 33 | — | — | — | — |
| 34 | tie high | — | — | — |
| 35 | tie high | — | — | — |
| 36 | -WE | -WE | — | — |
| 37 | INTRQ | — | — | — |
| 38 | Power | Power | Power | Power |
| 39 | — | — | — | — |
| 40 | — | — | — | — |
| 41 | RESET | — | — | — |
| 42 | — | — | — | — |
| 43 | — | — | — | — |
| 44 | -REG | — | — | — |
| 45 | — | — | — | — |
| 46 | — | — | — | — |
| 47 | D8 | — | — | — |
| 48 | D9 | — | — | — |
| 49 | D10 | — | — | — |
| 50 | Ground | Ground | Ground | Ground |

# FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



# FIG. 11



# FIG. 12A



HH = CF

# FIG. 12B



LH = MMC/SD

# FIG. 12C



HL = MEM STK

# FIG. 12D



LL = SMRT MEDIA

# FIG. 12E



FIG. 13



FIG. 14



FIG. 15



# FIG. 16



FIG. 17

| Sl. No | Flash adapter (Input) | Interface (Output) |
|---|---|---|
| 1 | MultiMediaCard (MMC) | CompactFlash |
| 2 | MultiMediaCard (MMC) | IDE |
| 3 | MultiMediaCard (MMC) | PCMCIA |
| 4 | Secure Digital Card (SD) | CompactFlash |
| 5 | Secure Digital Card (SD) | IDE |
| 6 | Secure Digital Card (SD) | PCMCIA |
| 7 | SmartMedia (SM) | CompactFlash |
| 8 | SmartMedia (SM) | IDE |
| 9 | SmartMedia (SM) | PCMCIA |
| 10 | Memory Stick (MS) | CompactFlash |
| 11 | Memory Stick (MS) | IDE |
| 12 | Memory Stick (MS) | PCMCIA |
| 13 | CompactFlash (CF) | IDE |
| 14 | CF + SM + MS + MMC + SD | IDE |
| 15 | CF Console with adapters for SM, MS, MMC, SD | IDE |

FIG. 18



FIG. 19

| Pin | CF | Smart Media | MMC/SD | Memory Stick |
|---|---|---|---|---|
| 1 | Ground | Ground | Ground | Ground |
| 2 | D3 | D3 | — | — |
| 3 | D4 | D4 | — | — |
| 4 | D5 | D5 | — | — |
| 5 | D6 | D6 | — | — |
| 6 | D7 | D7 | — | — |
| 7 | -CE1 | -SMCS | — | — |
| 8 | A10 | — | — | — |
| 9 | -OE | -OE | — | — |
| 10 | A9 | — | — | — |
| 11 | A8 | — | — | — |
| 12 | A7 | — | — | — |
| 13 | Power | Power | Power | Power |
| 14 | A6 | CLE | | |
| 15 | A5 | ALE | | |
| 16 | A4 | READY | | |
| 17 | A3 | -WP | | |
| 18 | A2 | LVD | SERCLK | SERCLK |
| 19 | A1 | | DATAIO | DATAIO |
| 20 | A0 | | CMD | BITSET |
| 21 | D0 | D0 | | |
| 22 | D1 | D1 | | |
| 23 | D2 | D2 | | |
| 24 | — | — | — | — |
| 25 | -CD2 | -CD2 | -CD2 | -CD2 |
| 26 | -CD1 | -CD1 | -CD1 | -CD1 |
| 27 | D11 | — | — | — |
| 28 | D12 | — | — | — |
| 29 | D13 | — | — | — |
| 30 | D14 | — | — | — |
| 31 | D15 | — | — | — |
| 32 | -CE2 | — | — | — |
| 33 | — | — | — | — |
| 34 | tie high | — | — | — |
| 35 | tie high | — | — | — |
| 36 | -WE | -WE | — | — |
| 37 | INTRQ | — | — | — |
| 38 | Power | Power | Power | Power |
| 39 | — | — | — | — |
| 40 | — | — | — | — |
| 41 | RESET | — | — | — |
| 42 | — | — | — | — |
| 43 | — | — | — | — |
| 44 | -REG | — | — | — |
| 45 | — | — | — | — |
| 46 | — | — | — | — |
| 47 | D8 | — | — | — |
| 48 | D9 | — | — | — |
| 49 | D10 | — | — | — |
| 50 | Ground | Ground | Ground | Ground |

# FIG. 20

SmartStack

Flash Chip #1

Flash Chip #2

Flash Chip #n

3102a

3102b

3102n

Connector

3104

FIG. 21



3100

FIG. 22

| Media Type | CE1 | CE2 | A3 | A5 | A6 | CD1 | CD2 |
|---|---|---|---|---|---|---|---|
| CompactFlash | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| Memory Stick | 1 | 0 | 1 | 1 | 1 | 0 | 0 |
| MMC/SD card | 0 | 1 | 1 | 1 | 1 | 0 | X |
| SmartStack NAND | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SmartStack NOR | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Reserved | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Reserved | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| Reserved | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Reserved | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| Reserved | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Smart Media | 0 | 0 | 1 | 1 | 1 | 0 | 0 |

FIG. 23

| S[3:0] | Flash Chip |
|--------|------------|
| 0 | 1 |
| 1 | 2 |
| 2 | 3 |
| 3 | 4 |
| 4 | 5 |
| 5 | 6 |
| 6 | 7 |
| 7 | 8 |
| 8 | 9 |
| 9 | 10 |
| A | 11 |
| B | 12 |

## FIG. 24

| Pin | CompactFlash Signal | SmartStack Signal |
|-----|---------------------|-------------------|
| 14 | A6 | S0 |
| 7 | -CE1 | S1 |
| 32 | -CE2 | S2 |
| 20 | A0 | S3 |

## FIG. 24A



FIG. 25

| Byte 0 | Byte 1 | Byte 2 | Byte 3 | Description |
|--------|--------|--------|--------|-------------|
| C3 | B6 | 00 | Xx | Reserved |
| C3 | B6 | 01 | AAH | Secure area starts here. If Byte 3 is AA, this is the last block, else it is 00 to denote a continuation in the next block. |
| C3 | B6 | 02 | AAH | Secure area ends here. |
| C3 | B6 | 03 | AAH | Biometric area starts here. If Byte 3 is AA, this is the last block, else it is 00. |
| C3 | B6 | 04 | AAH | Biometric area ends here. |
| C3 | B6 | 05-54H | Xx | Reserved |
| C3 | B6 | 55H | Xx | Start of Firmware block, fw is < 16K. If Byte 3 is 00, then there are more blocks to follow. |
| C3 | B6 | 56H-A9H | Xx | Reserved |
| C3 | B6 | AAH | AAH | End of Firmware block. Byte 3 is AA to denote end block. |
| C3 | B6 | ABH-FEH | Xx | Reserved |
| C3 | B6 | FFH | FF | Blank block |

FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32

1

## MULTIMODE CONTROLLER FOR INTELLIGENT AND "DUMB" FLASH CARDS

### RELATED APPLICATIONS

This application is claiming, under 35 USC §119(e) the benefit of provisional patent application Ser No 60/386,396 filed on Jun 4 2002.

Further the present application is a continuation-in-part of applications Ser No 10/039,685 filed Oct 29 2001 now US Pat No 6,832,281 entitled "Flashtoaster for Reading Several Types of Flash Memory Cards With or Without a PC," Ser No 10/002,567 filed Nov 1, 2001 now abandoned, entitled "Active Adapter Chip for Use in a Flash Card Reader and Ser No 10/063,021 filed Mar 12, 2002, entitled "Memory Module Which Includes a Form Factor Connector."

### FIELD OF THE INVENTION

The present invention relates generally to controllers and more particularly to controllers for Flash cards.

### BACKGROUND OF THE INVENTION

Digital cameras have become one of the most popular of electronic devices. In a recent year more digital cameras were sold than traditional film cameras. Images from digital cameras can be downloaded and stored on personal computers. Digital pictures can be converted to common formats such as JPEG and sent as e-mail attachments or posted to virtual photo albums on the Internet. Video as well as still images can be captured, depending on the kind of digital camera.

Digital cameras typically capture images electronically and ultimately store the images as bits (ones and zeros) on a solid-state memory. Flash memory is the most common storage for digital cameras. Flash memory contains one or more electrically-erasable read-only-memory (EEPROM) integrated circuit chips that allow reading, writing, and block erasing.

Early digital cameras required the user to download or transfer the images from the flash memory within the digital camera to a personal computer (PC). A standard serial cable was most widely used. However, the limited transfer rate of the serial cable and the large size of the digital images made such serial downloads a patience-building experience. Serial downloads could easily take half an hour for only a few dozen images.

Digital camera manufacturers solved this problem by placing the flash memory chips on a small removable card. The flash-memory card could then be removed from the digital camera, much as film is removed from a standard camera. The flash-memory card could then be inserted into an appropriate slot in a PC, and the image files directly copied to the PC.

FIG 1A shows a flash memory card and adapter for transferring images from a digital camera to a PC. A user takes pictures with digital camera 14 that are stored in image files on flash memory chip(s). The flash memory chip is contained in CompactFlash card 16, which can be removed from digital camera 14 by pressing a card-eject button. Thus CompactFlash card 16 contains the image files.

While some smaller hand-held computers or personal-digital-assistants (PDA) have slots that receive Compact-Flash cards, most PCs do not. Laptop or notebook PCs have PC-card (earlier known as PCMCIA, Personal Computer

2

Memory Card International Association) slots that can receive PCMCIA cards. Many functions have been placed on PCMCIA cards, such as modems, Ethernet, flash memory, encryption keys, and even miniature hard drives.

CF-to-PCMCIA adapter 10 is a passive adapter that contains an opening that receives CompactFlash card 16. FIG 1B shows CF-to-PCMCIA adapter 10 with Compact-Flash card 16 inserted. Such CF-to-PCMCIA adapters 10 sell for as little as $5–10 CompactFlash is a trademark of SanDisk Corp of Sunnyvale, Calif.

FIG 1C shows a PC connected to a PCMCIA reader. Most laptop and notebook PCs contain one or two PCMCIA slots 22 that CF-to-PCMCIA adapter 10 can fit into. Then the user merely has to copy the image files from CompactFlash card 16 (not shown) to the hard disk of PC 20. Since high-speed parallel buses are used, transfer is rapid, about the same speed as accessing the hard disk. Thus a half-hour serial-cable transfer can be reduced to less than a minute with the $5 CF-to-PCMCIA adapter.

Desktop PCs usually do not have PCMCIA slots. Then PCMCIA reader 12 can be used. PCMCIA reader 12 accepts CF-to-PCMCIA adapter 10 and connects to PC 20 (not shown) through a parallel or high-speed Universal Serial Bus (USB) cable.

Multiple Flash-Card Formats

Although the CompactFlash card format is relatively small, being not much more than an inch square, other smaller cards have recently emerged. FIG 2A illustrates various formats of flash-memory cards used with digital cameras. Many digital cameras still use CompactFlash card 16, which can be inserted into CF-to-PCMCIA adapter 10 for transfer to a PC. Other smaller, thinner formats have emerged and are used with some manufacturer's digital cameras. For example, SmartMedia card 24 is less than half an inch long, yet has enough flash memory capacity for dozens of images. SmartMedia-to-PCMCIA adapter 10' is available commercially for about $60. The higher cost is believed to be due to a converter chip within adapter 10. Also different adapters 10 are required for different memory capacities of SmartMedia card 24. SmartMedia is a trademark of the SSFDC Forum of Tokyo, Japan.

Other kinds of flash-memory cards that are being championed by different manufacturers include MultiMediaCard (MMC) 28 and the related Secure Digital Card (SD) 26. MMC is controlled by MultiMediaCard Association that includes SanDisk Corp, Infineon Technologies, and others, while SD is controlled by the SD Group that includes Matsushita Electric Industrial Co, SanDisk Corporation, and Toshiba Corp, among others. Another emerging form factor from Sony Corporation is Memory Stick card 18. Memory Stick has a PCMCIA/Floppy adapter while MMC has a floppy adapter.

The different physical shapes and pin arrangements of cards 24, 26, 28 and Memory Stick card 18 prevent their use in CF-to-PCMCIA adapter 10. Indeed, most of these cards 24, 26, 28 have less than a dozen pins, while CompactFlash card 16 has a larger 50-pin interface. Furthermore, serial data interfaces are used in the smaller cards 24, 26, 28 while a parallel data bus is used with CompactFlash card 16.

FIG 2B shows a Memory Stick-to-PCMCIA adapter using an active converter chip 11. Memory Stick card 18 (not shown) fits into an opening in Memory Stick-to-PCMCIA adapter 15, allowing adapter 15 and the Memory Stick to be plugged into a standard PCMCIA slot on a PC.

| 3 | 4 |

However, adapter 15 has an integrated circuit (IC) converter chip 11 within it. Converter chip 11 may be needed to convert the serial data format of Memory Stick card 18 to the parallel data format of a 68-pin PCMCIA slot. Inclusion of converter chip 11 in adapter 15 significantly increases the cost and complexity of adapter 15 compared to CF-to-PCMCIA adapter 10 which is a passive adapter without a converter chip.

While the advances in flash-memory card technology are useful, the many different card formats present a confusing array of interface requirements to a PC. Different adapters are needed for each of the card formats. PCMCIA card reader 12 can be replaced with other format readers, such as a SmartMedia Card reader and even some multi-standard readers are available, such as a reader from Lexar Media that reads CompactFlash or SmartMedia in addition to PCMCIA.

The PCMCIA card interface (68-pins) has been around for a number of years and has been used extensively as an expansion slot for notebooks and other mobile computing devices. It is envisaged to use this popular interface to connect various devices such as SmartMedia, Memory Stick, MultimediaCard, Secure Digital card, Memory Stick V2 (also called the Duo), USB expansion slot, etc., to a computing system, printer, PDA or other system, which has a mating 68-pin connector.

When such adapters (68-pin or any other pin/interface based adapter) are used to interchangeably connect to the computing system, a method of storing these adapters near the slot is desired (see FIG. 2C).

FIG. 2C illustrates a conventional bay 100 for storing the adapters (front view). The bay 100 includes an interface port 102 and slots 103, 104 and 106 for storing adapters. The interface port 102 is the port to which dissimilar interfaces are connected via adapters. For example, a CompactFlash (or PCMCIA) interface can connect to a computing system acting as the interface port for which other interfaces, such as SmartMedia, Memory Stick, Duo, USB, 1394, etc., can use adapters. The storage bay keeps all the adapters together.

In this type of bay, the upper slots are mounted right side up but the bottom slots require user to invert the adapter before inserting it into the slot. Since the slots are mounted on either side of a PCB (printed circuit board) the bottom slots are also very difficult to access. A new adapter for the upcoming smaller footprint Memory Stick (also called the Duo) is desired so as to mate it with 68-pin PCMCIA interface or 50-pin CompactFlash interface or any other similar interface. Therefore it is desirable to have a scheme wherein:

1. All slots are designed such that the flash media can be inserted face up into each slot.

2. There is comfortable separation space between the upper and lower row of slots.

What is desired is a universal adapter for flash-memory cards of several different formats. An adapter that accepts SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick cards is desired. A flash-card reader with a single slot that accepts any format card using the adapter is desired. Special detection logic on the flash reader is desired to distinguish between the many flash-card formats. A low-cost passive adapter is desired that does not need an expensive converter chip. A multi-format reader is desired for a PC. A stand-alone flash reader is desired that can copy image files from flash cards without a PC.

What is further desired is an active adapter that can be used for interchangeably connecting different memory/ memories to a device. For example, such a device could be a printer, a PDA device, or other device, which includes a slot for accepting a connector for a CompactFlash disk. It is known, for example, that many printers have a connector for a CompactFlash. Accordingly, what is needed is an active adapter, which addresses the above-identified problems.

It is also known that flash media is utilized in a variety of environments. Heretofore, the flash media is provided as a separate media to a device. In so doing, an array of different types of modules must be provided to allow for a connection to a device such as a digital camera, MP3 player or flash reader. It is desirable to provide a memory module that could be utilized with a variety of devices. The memory module must be compatible with existing standards and be capable of operating as a module.

Accordingly, what is also needed is a system and method for providing a plurality of memories to such a device without requiring multiple connectors or a controller within the memory module. The system should be cost effective, a simple modification and easily implementable into an existing device. What is further clearly needed is a controller that can work with multiple types of flash memory cards that have controllers, and also with flash memory cards that do not have controllers.

Furthermore, a controller IC, a system and a method are needed to work with multiple types of flash memory cards that have controllers, and also with flash memory cards that do not have controllers.

## SUMMARY OF THE INVENTION

A controller chip for coupling a computer system with a flash storage system is disclosed. The controller chip comprises an interface mechanism for determining whether the Flash storage system includes a controller and an adapter for providing the appropriate interface to the computer system to allow the computer system to communicate with the Flash storage system.

In a preferred embodiment, the flash storage system comprising at least a portion of a medium ID section; and a flash section wherein the medium ID section contains specifications of the medium ID. Through the use of this system a plurality of different adapters and a flash storage system can be managed while utilizing the same hardware components.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A shows a flash memory card and adapter for transferring images from a digital camera to a PC.

FIG. 1B shows a CF-to-PCMCIA adapter with Compact-Flash card inserted.

FIG. 1C shows a PC connected to a PCMCIA reader.

FIG. 2A illustrates various formats of flash-memory cards used with digital cameras.

FIG. 2B shows a Memory Stick-to-PCMCIA adapter using an active converter chip 11.

FIG. 2C illustrates a conventional bay for storing the adapters (front view).

FIG. 3A shows a universal CompactFlash adapter that accepts SmartMedia, MultiMediaCard, Secure Digital and Memory Stick flash-memory cards.

FIG. 3B shows a CompactFlash reader that reads Smart-Media, MultiMediaCard, Secure Digital and Memory Stick flash-memory cards through passive adapters to the Com-pactFlash form factor.

FIGS. 4A–4E detail detection of the type of flash-memory card by the CompactFlash reader.

5

FIG. 4A is an illustration of the CompactFlash reader interface in which the CE2 and CI-2 pins are highlighted

FIG. 4B illustrates a CompactFlash card inserted into the connector for card-type detection

FIG. 4C illustrates a MultiMediaCard or Secure Digital card inserted into the connector for card-type detection

FIG. 4D illustrates a Memory Stick card inserted into the connector for card-type detection

FIG. 4E illustrates a SmartMedia card inserted into the connector for card-type detection.

FIG. 5 is a table of pin mappings for the SmartMedia MMC/SD and Memory Stick to CompactFlash adapters.

FIG. 6 is a diagram of a multi-slot embodiment of the flash-card reader

FIG. 7 shows a flash-memory reader within a PC

FIG. 8 shows a PC chassis with a flash-card reader in one of the drive bays

FIG. 9 is a diagram of a stand-alone flash reader that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC

FIG. 10 is a diagram of the converter chip for the flash-memory reader

FIG. 11 shows a CompactFlash reader that reads Smart-Media, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards through passive IDE adapters to the CompactFlash form factor

FIGS. 12A–12E detail detection of the type of flash-memory card by the CompactFlash reader

FIG. 12A illustrates the CompactFlash reader interface with the CE1 and CE2 pins highlighted

FIG. 12B illustrates a CompactFlash card inserted into the connector for card-type detection

FIG. 12C illustrates a MultiMediaCard or Secure Digital card inserted into the connector for card-type detection

FIG. 12D illustrates a Memory Stick card inserted into the connector for card-type detection

FIG. 12E illustrates a SmartMedia card inserted into the connector for card-type detection

FIG. 13 is a diagram of a multi-slot embodiment of the flash-card reader, which utilizes the IDE converter chip

FIG. 14 shows a flash-memory reader within a PC, which utilizes the IDE converter chip

FIG. 15 is a diagram of a stand-alone Flash reader with an IDE converter chip that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC

FIG. 16 is a diagram of the IDE converter chip for the flash-memory reader

FIG. 17 shows a CompactFlash reader system that reads SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards on the input side and interfaces to CompactFlash, IDE and PCMCIA on an output side

FIG. 18 is a table showing the translator in between the flash media and the plurality of interfaces

FIG. 19 is a block diagram of an active adapter chip in accordance with the present invention

FIG. 20 is a table of pin mappings for the SmartMedia MMC/SD and Memory Stick to CompactFlash adapters

FIG. 21 illustrates a SmartStack module

FIG. 22 illustrates examples of the kinds of applications that can utilize the SmartStack module, such as a flash reader, digital camera or MP3 player

FIG. 23 is a table that illustrates how a particular card will be detected by a device

FIG. 24 is a table that illustrates addressing of the SmartStack module

6

FIG. 24A illustrates the relationship between SmartStack module address lines (S0    S3) and their equivalent pins in a CompactFlash card

FIG. 25 illustrates a SmartStack module which includes the write protect mechanism, security area and biometric area

FIG. 26 is a table that illustrates the setting of a secure area of data for the SmartStack module

FIG. 27 illustrates adding a RAM to SmartStack module to improve performance

FIG. 28 illustrates daisy-chaining a plurality of Smart-Stack modules in accordance with the present invention

FIG. 29 illustrates a SmartStack module which is an expansion bay

FIG. 30 illustrates a system that is adaptable to a single media type

FIG. 31 shows a cost-improved flash medium

FIG. 32 shows various implementations of ID 4030

## DETAILED DESCRIPTION

The present invention relates to an improvement in flash-memory card readers, and more particularly for interfacing several different types of flash memory cards to a device that includes a processor. It also relates generally to memory modules and more particularly to a memory module, which is coupled via a single connector. The following description is presented to enable one of ordinary skill in the art to make and use the invention as provided in the context of a particular application and its requirements. Various modifications to the preferred embodiment will be apparent to those with skill in the art, and the general principles defined herein may be applied to other embodiments. Therefore, the present invention is not intended to be limited to the particular embodiments shown and described, but is to be accorded the widest scope consistent with the principles and novel features herein disclosed

Description of a Flash Reader for Reading Several Types of Flash-Memory Cards with or without a PC

The inventors have realized that a universal adapter can be constructed using the CompactFlash card form factor. A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the Compact-Flash adapter. The adapters are simple, inexpensive passive adapters without a conversion chip

The inventors have found a pin mapping from the smaller flash-card formats to CompactFlash that allows for easy detection of the type of flash-memory card inserted into the adapter. Detection of the type of flash-memory card is thus performed automatically by electronic detection by the CompactFlash reader. The CompactFlash reader is modified to perform this card-type detection. Signal conversion such as serial-to-parallel is performed by the CompactFlash reader rather than by the adapter. Adapter costs are reduced while CompactFlash reader cost is increased only slightly. The CompactFlash reader can use a single CompactFlash slot to read multiple flash-card types, including SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash

In another embodiment, the CompactFlash reader is somewhat larger, and has multiple slots. The adapter is not needed in this embodiment. Instead, a slot is provided for each of the flash-memory card formats—SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and Compact-Flash. A PCMCIA slot can also be added. This Compact-

US 7,162,549 B2

7

Flash reader can be connected to the PC by a USB cable, or it can be located within the PC chassis.

In a third embodiment, the CompactFlash reader is a stand-alone device that can operate without a PC. A removable disk media such as a R/W CD-ROM is included. The CompactFlash reader copies images from the flash-memory card to the removable disk media. A simple interface is used, such as having the user presses a button to initiate image transfer.

Universal Passive Adapters—FIGS. 3A–B

FIG. 3A shows a universal CompactFlash adapter that accepts SmartMedia, MultiMediaCard, Secure Digital and Memory Stick flash-memory cards. Digital camera 14 stores images on flash memory that is in one of several card types. CompactFlash card 16 uses a 50-pin connector and transfers image data in a 16-bit parallel format.

SmartMedia card 24 is a smaller flash-memory card with a 22-pin interface and transfers data in an 8-bit parallel format. SmartMedia adapter 30 converts the 22-pin Smart-Media interface to fit within the 50-pin CompactFlash interface. When SmartMedia card 24 is plugged into Smart-Media adapter 30, both can be plugged into a CompactFlash slot on a CompactFlash reader. Of course, ordinary CompactFlash readers will not be able to read SmartMedia card 24 since the CompactFlash reader requires special signal conversion.

MultiMediaCard 28 and Secure Digital card 26 are flash-memory cards with similar 9-pin interfaces. Serial data transfer is used through a single Data I/O pin. MMC/SD adapter 32 has an opening with a 9-pin connector to receive either MultiMediaCard 28 or Secure Digital card 26. Once MultiMediaCard 28 or Secure Digital card 26 is inserted into MMC/SD adapter 32, then MMC/SD adapter 32 can be inserted into a CompactFlash slot on a special CompactFlash reader. The CompactFlash reader then detects the card type and performs serial-to-parallel conversion.

Memory Stick card 18 is also a flash-memory card with 10-pin, serial-data interfaces. But is narrower and longer than MultiMediaCard 28 or Secure Digital card 26. Memory Stick adapter 34 has an opening with a 10-pin connector to receive Memory Stick card 18. Once Memory Stick card 18 is inserted, Memory Stick adapter 34 can itself be inserted into a CompactFlash slot on a special CompactFlash reader. The CompactFlash reader then detects the card type and performs serial-to-parallel conversion.

FIG. 3B shows a CompactFlash reader 42 that reads SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards through passive adapters to the CompactFlash form factor. CompactFlash reader 42 has an opening or slot with 50-pin connector 44 that accepts CompactFlash card 16. Converter chip 40 performs handshaking with CompactFlash card 16 and performs data transfer. Compact Flash reader 42 also connects to a PC over USB connector 46. Converter chip 40 also controls the USB interface to the host PC, allowing image files to be transferred to the PC from CompactFlash card 16.

CompactFlash reader 42 can also read other kinds of flash-memory cards. For example, Memory Stick adapter 34 allows Memory Stick card 18 to be read. Memory Stick adapter 34 has an opening that Memory Stick card 18 fits into while Memory Stick adapter 34 itself fits into 50-pin connector 44, since Memory Stick adapter 34 has the same form factor as a CompactFlash card.

8

SmartMedia card 24 can also be read by CompactFlash reader 42 using SmartMedia adapter 30. Likewise, Multi-MediaCard 28 or Secure Digital card 26 can be read using MMC/SD adapter 32.

Adapters 30, 32, 34 are passive adapters that only connect pins from the smaller flash-memory cards to the 50-pin CompactFlash connector. An active converter chip is not required, greatly reducing cost and complexity.

Detection of Card Type—FIGS. 4A-E

FIGS. 4A-E detail detection of the type of flash-memory card by the CompactFlash reader. Since the same Compact-Flash slot is used for many kinds of flash-memory cards, a detection method is useful so that the user doesn't have to explicitly indicate what type of flash-memory card is inserted into the CompactFlash reader.

The inventors have carefully examined the pins of the interfaces to the various flash-memory cards and have discovered that type-detection can be performed by examining two pins. Pins CE1 and CE2 are the chip enable pins of the 50-pin CompactFlash interface. These pins are normally inputs to the CompactFlash card and thus are driven by the CompactFlash reader. When the reader does not drive CE1, CE2 to the inserted CompactFlash card, the CE1, CE2 pins float or are pulled high by pull-up resistors.

Address pins are not present on the other kinds of flash-memory cards. Instead, the address and data are multiplexed for MMC/SD and Memory Stick cards, the address is sent serially. Using the adapters, pins from the other flash-memory cards can be connected to the CompactFlash pins. Pins CE1 and CE2 are used to detect the type of card. For SmartMedia cards, the addresses are sent by using a special control sequence followed by 3or 4 bytes of starting address.

In FIG. 4A, the CE2, CE1 pins of the CompactFlash reader interface are highlighted. Converter chip 40 in the CompactFlash reader normally drives all 11 address pins in the CompactFlash interface when reading a CompactFlash card plugged into connector 44. The CE1 pin from the CompactFlash card plugs into connector cup 56 while the CE2 pin from the CompactFlash card plugs into connector cup 58 of 50-pin connector 44.

Card-type detector 50 has two pull-up resistors added to lines CE1, CE2. Resistor 52 pulls line CE1 high to power (Vcc) when neither converter chip 40 nor a card plugged into connector 44 drives line CE1. Likewise, resistor 54 pulls line CE2 high when line CE2 is not being actively driven. During detection mode, converter chip 40 is programmed to not drive lines CE1, CE2 and instead use then as inputs to the detector logic.

In FIG. 4B, a CompactFlash card is inserted into the connector for card-type detection. CompactFlash card 16 is plugged into connector 44. Since CE1 and CE2 are inputs to CompactFlash card 16, they are not driven by CompactFlash card 16. During detection mode, converter chip 40 also does not drive pins CE1, CE2. Thus lines CE1, CE2 are left floating and are each pulled high by resistors 52, 54.

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs. Both inputs are high. The detection logic in converter chip 40 recognizes the HH state of CE1, CE2 as indicating that a CompactFlash card is plugged into connector 44. Converter chip 40 then exits detection mode and configures its interface to connector 44 for the 50-pin CompactFlash interface as shown later in FIG. 5.

In FIG. 4C, a MultiMediaCard or Secure Digital card is inserted into the connector for card-type detection. MMC/

9                                                    10

SD card 28 (not shown) is plugged into MMC SD adapter 32, which is plugged into connector 44

Converter chip 40 does not drive five pins CE1, CE1 during detection mode. Thus pin CE2 floats and is pulled high by resistor 54.

The CE1 pin is driven low by the MMC card.

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs. While CE1 is low, CE2 is high. The detection logic in converter chip 40 recognizes the LH state of CE1, CE2 as indicating that a MMC or SD card is plugged into connector 44. Converter chip 40 then exits detection mode and configures its interface to connector 44 for the 9-pin MMC/SD interface as shown later in FIG. 5.

In FIG. 4D, a Memory Stick card is inserted into the connector for card-type detection. Memory Stick card 18 (not shown) is plugged into Memory Stick adapter 30 which is plugged into connector 44. The adapter 30 does not connect pins CE1, CE2 from the CompactFlash interface to any pins on the Memory Stick card. Adapter 30 internally connects pin CE2 from the CompactFlash interface to the ground pin on the CompactFlash interface.

The Memory Stick card does not drive either pin CE2, CE1, although adapter 34 drives pin CE2 low. Likewise, converter chip 40 does not drive pins CE2, CE1 during detection mode. Pin CE1 floats and is pulled high by resistor 52.

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs. While CE1 is high, CE2 is low. The detection logic in converter chip 40 recognizes the HI state of CE1, CE2 as indicating that a Memory Stick card is plugged into connector 44. Converter chip 40 then exits detection mode and configures its interface to connector 44 for the Memory Stick interface as shown later in FIG. 5.

In FIG. 4E, a SmartMedia card is inserted into the connector for card-type detection. SmartMedia card 24 (not shown) is plugged into SmartMedia adapter 34 which is plugged into connector 44

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs. Both pins CE1, CE2 are low. The detection logic in converter chip 40 recognizes the LL state of CE1, CE2 as indicating that a SmartMedia card is plugged into connector 44.

**Pin Mapping—FIG. 5**

FIG. 5 is a table of pin mappings for the SmartMedia, MMC/SD, and Memory Stick to CompactFlash adapters. The pin numbers for the smaller interfaces for SmartMedia, MMC/SD, and Memory Stick are not shown but can be in any order or designation. The adapter connects the proper pin on the smaller interface to the CompactFlash pin number shown in FIG. 5. Simple wiring such as individual wires, flat cables, printed-circuit board (PCB), or wiring traces can be used.

The ground pins on the smaller interfaces are connected to CompactFlash pins 1 and 50. Power pins are connected to CompactFlash pins 13, 38. Pins 25, 26 are the card-detect signals for CompactFlash which the adapters connect to the card-detect signals on all smaller interfaces.

The CompactFlash connectors use pins 2–6, 21–23, 27–31, and 47–49 for the 16-bit parallel data bus to the CompactFlash card. Pins 8, 10–12, and 14–20 form a

separate 11-bit address bus. The separate data and address buses provide for rapid random addressing of CompactFlash cards. Other control signals include pins 6, 32 chip enables, pin 9 output enable, pin 36 write enable, interrupt pin 37, reset pin 41, and register REG pin 44. REG pin 44 is the Attribute Memory Select, defined based on the CF mode of operation, i.e. PCMCIA I/O mode, IDE or PCMCIA Memory Mode. Several pins in the 50-pin interface are not connected

The smaller SmartMedia interface also has a parallel data bus of 8 bits. These are mapped to pins 2–6, and 21–23 of the CompactFlash interface to match the CompactFlash D0-7 signals. While no separate address bus is provided, address and data are multiplexed. Control signals for latch enables, write enable and protect, output enable and ready handshake are among the control signals. Output enable—OE and write enable—WE are mapped to the same function pins 9, 36 of the CompactFlash interface. The total number of pins in the SmartMedia interface is 22

The Memory Stick and MMC/SD flash-memory-card interfaces are smaller still, since parallel data or address busses are not present. Instead serial data transfers occur through serial data pin DIO, which is mapped to pin 19 (CE2). Data is clocked in synchronization to clock SCLK on pin 18. A command signal CMD or BS occupies pin 20 (CE1). The MMC/SD and Memory Stick interfaces require only 6 pins plus power and ground

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs to determine the card type. The pull-up resistors of FIG. 4A together with wiring inside the adapter and the card's behavior determines whether CE1, CE2 are pulled low by the adapter or pulled high by the pull-up resistors

**Multi-Slot Multi-Flash-Card Reader—FIG. 6**

FIG. 6 is a diagram of a multi-slot embodiment of the flash-card reader. While the single-slot embodiment of FIG. 3B results in the smallest physical design, somewhat larger flash-card readers can be made that have separate slots for each type of flash-memory card, rather than a single slot. This negates the need for the adapters or with some slots with multiple connectors

Four connectors are provided in flash reader 42: a 50-pin CompactFlash connector 62 that fits CompactFlash card 16, a 9 pin MMC/SD connector 64 that fits MultiMediaCard 28 or a Secure Digital card 26, a 22-pin SmartMedia connector 66 that fits SmartMedia card 24, and a 10-pin Memory Stick connector 68 that fits Memory Stick card 18. Each of the four connectors 62, 64, 66, 68 route their signals to converter chip 40. Converter chip 40 detects when a flash-memory card has been inserted into one of the connectors 62, 64, 66, 68 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type

Converter chip 40 executes various routines to perform handshaking with the flash-memory cards and accept data either serially or in parallel. The data is buffered and then sent to the host PC 20 through USB connector 46. Converter chip 40 generates the appropriate USB-interface signals to transfer the data to host PC or any computing system 20

Having separate connectors 62, 64, 66, 68 with separate slots in flash reader 42 allows for card-to-card transfers. For example, images or other files from Memory Stick card 18 could be transferred to CompactFlash card 16 by converter chip 40 reading serial data from Memory Stick card inserted

US 7,162,549 B2

11

into connector 68, converting to parallel, and writing to connector 62 and CompactFlash card 16. Each of the flash-memory cards in connectors 62, 64, 66, 68 can be assigned a different drive letter by the operating system, such as E:, F:, G:, and H:.

In this embodiment, flash reader 42 is contained in an external housing that connects to host PC 20 through a USB cable. Of course, other cables and interfaces such as IEEE 1394 FireWire may be substituted.

Flash Reader Within PC—FIGS. 7–8

FIG. 7 shows a flash-memory reader within a PC. Four slots and four connectors are provided in flash reader 42. A 50-pin CompactFlash connector 62 fits CompactFlash card 16, a 9-pin MMC/SD connector 64 fits MultiMediaCard 28 or a Secure Digital card 26, a 22-pin SmartMedia connector 66 fits SmartMedia card 24, and a 10-pin Memory Stick connector 68 fits Memory Stick card 18.

Each of the four connectors 62, 64, 66, 68 route their signals to converter chip 40. Converter chip 40 detects when a flash-memory card has been inserted into one of the connectors 62, 64, 66, 68 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type. Each of the flash-memory cards in connectors 62, 64, 66, 68 can be assigned a different drive letter by the operating system, such as E:, F:, G:, and H:.

Converter chip 40 executes various routines to perform handshaking with the flash-memory cards and accept data, either serially or in parallel. The data is buffered and then sent to the CPU 21 in PC 20 through an internal USB bus. Converter chip 40 generates the appropriate USB-interface signals to transfer the data to CPU 21.

FIG. 8 shows a PC chassis with a flash-card reader 42 in one of the drive bays. PC 20 is enclosed by a chassis or case that has several drive bays allowing the user or manufacturer to insert peripherals such as hard and floppy disk drives, CD-ROM and DVD drives, and tape drives. HDD bay 72 contains a hard-disk drive, while FDD bay 74 contains a floppy disk drive. These are connected by cables to cards inserted into a USB, ATA, or other expansion bus connectors on the motherboard.

Flash reader 42 is inserted into one of the drive bays. The four slots face forward, allowing the user to insert flash-memory cards into flash reader 42 much as a floppy disk is inserted into the floppy-disk drive in FDD bay 74.

Flash reader 42 can be installed by the user from a kit purchased at a store, or it can be pre-installed by an original-equipment manufacturer (OEM) or retailer. The user can easily transfer digital images from a digital camera, regardless of the type of flash-card used by the camera, due to the many different formats of flash-memory cards read by flash reader 42. While Digital cameras are used as an illustration, the concept applies to movement of data.

Flash Reader—FIG. 9

FIG. 9 is a diagram of a stand-alone flash reader 80 that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC. Digital photographers may not always have their PCs nearby. While extra flash-memory cards can be purchased and swapped in the digital camera, these flash-memory cards are somewhat expensive, especially when many high-resolution images are captured. Especially during a long trip away from the PC, the user may be limited by the capacity of the flash-memory cards.

Flash reader 80 has four slots and four connectors are provided in Flash reader 80. A 50-pin CompactFlash con-

12

nector 62 fits CompactFlash card 16, a 9-pin MMC/SD connector 64 fits MultiMediaCard 28 or a Secure Digital card a 22-pin SmartMedia connector 66 fits SmartMedia card 24, and a 10-pin Memory Stick connector 68 fits Memory Stick card 18.

Each of the four connectors 62, 64, 66, 68 route their signals to converter chip 40. Converter chip 40 detects when a flash-memory card has been inserted into one of the connectors 62, 64, 66, 68 by sensing card select lines CD0, CD1 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type.

Converter chip 40 executes various routines to perform handshaking with the flash-memory cards and accept data, either serially or in parallel. The data is buffered and then sent either to host PC 20 through USB connector 46 or to removable mass storage 70. Converter chip 40 generates the appropriate USB-interface signals to transfer the data to host PC 20. Converter chip 40 also generates the control signals for removable mass storage 70, allowing the image data read from the flash-memory card to be written to removable disk 76. Removable disk 76 could be a standard or a high-density floppy diskette, a tape drive, a write-able CD-R/W disk, or other proprietary media such as LS120 by Imation of Oakdale, Minn., or ZIP drives by Iomega Corp of Roy, Utah.

Each of the flash-memory cards in connectors 62, 64, 66, 68 can be assigned a different drive letter by the operating system, such as E:, F:, G:, and H:. Removable mass storage 70 can also be signed a drive letter.

When Flash reader 80 is not attached to host PC 20, image files may still be copied to removable mass storage 70. Flash reader 80 may be carried along on a trip by the user allowing the user to download image files to removable disk 76. Since removable disk 76 ordinarily has a much higher capacity than the flash-memory cards, many pictures may be captured when no access to host PC 20 is available. Flash reader 80 can be provided with battery power or with its own AC converter.

Flash reader 80 is provided with a simple user interface including light-emitting diode LED 78 and button 79. When the user inserts a flash-memory card into one of connectors 62, 64, 66, 68 and removable disk 76 is inserted into removable mass storage 70, the user presses button 79. This activates converter chip 40, which determines which of connectors 62, 64, 66, 68 have a memory card inserted, and copies the image files to removable mass storage 70. LED 78 can be programmed to blink during the copying process, and remain lit when the copying is complete, or vice-versa. This provides a simple visual indication to the user of the copying progress. Errors can be indicated with additional LED indicator lamps, or other blinking arrangements or colors.

Converter Chip—FIG. 10

FIG. 10 is a diagram of the converter chip 40 for the flash-memory reader. Converter chip 40 can be implemented as a commercially available micro-controller chip that is programmed to read and write I/O pins that are connected to the flash-memory-card connectors and USB interface. Several different control and transfer routines are written and programmed into RAM/ROM 94. CPU 92 then executes these routines. A high-level scanning routine can sense when a flash-memory card is inserted. CPU 92 can then begin execution of another routine specific to that type of flash-memory card. Transfer and handshake sub-routines can then be called.

US 7,162,549 B2

13

General-purpose input-output GPIO 99 provides registers or I/O ports that drive external I/O pins of converter chip 40, or read the logic-levels or voltages on input pins to converter chip 40. CPU 92 can read registers in GPIO 99 that are written by control signals that are coupled to I/O pins of converter chip 40 from connectors 62, 64, 66, 68 (not shown). Control signals to the flash-memory cards can be switched high or low by writing a 1 or a 0 to a register for that control signal in GPIO 99.

Timers 96 are useful for asserting control signals for a required amount of time. For example, a control signal may need to be asserted for a specified number of microseconds. CPU 92 can write a 1 to a register in GPIO 99 and start a timer in timers 96. Timer 6 can send an interrupt to CPU 96 when the specified time has elapsed, or CPU 92 can continuously or periodically poll timers 96 to determine when the specified time has elapsed. Then CPU 92 can write a 0 to the register in GPIO 99, causing the control signal to transition from 1 to 0.

Shifter 98 is connected to the data and clock signals from connectors 64, 68. When data is read from the flash-memory card, a clock is pulsed to synchronize the data transfer. Shifter 98 clocks in one bit (serial) or word (parallel) of data for each clock pulse.

A cyclical-redundancy-check (CRC) can be performed on the data to detect errors. CPU 92 can request re-transmission of data from the flash-memory card when an error is detected.

Data read by shifter 98 can be sent over internal bus 90 to be stored in a buffer in RAM/ROM 94. Later, CPU 92 can execute a routine to transfer this data from RAM/ROM 94 to USB interface 100. USB interface 100 then transmits the data over an external USB link to a host PC. When a removable mass storage is present, some of the I/O pins from GPIO 99 can connect to the removable mass storage, or a separate disk controller can be included on converter chip 40.

Advantages of a Flash Reader for Reading Several Types of Flash-Memory Cards with or without a PC

A universal adapter for flash-memory cards accepts cards of several different formats. The adapter accepts SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick cards. The flash-card reader with a single slot accepts any format card using the adapter. Special detection logic on the flash reader distinguishes between the many flash-card formats. The low-cost passive adapter does not need an expensive converter chip. A multi-format reader is ideal for use with a PC. However, a stand-alone flash reader can copy image files from flash cards without a PC. Additionally, preparation of media for use in devices (format and erase operations) can be done using this reader.

A universal adapter is constructed using the Compact-Flash card form factor. A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the CompactFlash adapter. The adapters are simple, inexpensive passive adapters without a conversion chip.

The disclosed pin mapping from the smaller flash-card formats to CompactFlash allows for easy detection of the type of flash-memory card inserted into the adapter. Detection of the type of flash-memory card is thus performed automatically by electronic detection by the CompactFlash reader. The CompactFlash reader is modified to perform this card-type detection. Signal conversion such as serial-to-parallel is performed by the CompactFlash reader rather than by the adapter. Adapter costs are reduced while Compact-

14

Flash reader cost is increased only slightly. The Compact-Flash reader can use a single CompactFlash slot to read multiple flash-card types, including SmartMedia, MultiMedia, and Secure Digital, Memory Stick, and CompactFlash.

Alternate Embodiments of a Flash Reader for Reading Several Types of Flash-Memory Cards with or without a PC

Several other embodiments are contemplated by the inventors. Different flash-card formats can be supported such as Smart Cards and more or less than the four slots shown in the multi-card flash reader can be included. Other adapters can be used for newer flash formats for the single-slot CompactFlash reader. Any device that needs Control Bus, Clock, Data Bus and Address Bus can be designed to fit into this slot. Examples of such devices include (but are not limited to) DSL Modems, Fingerprint security devices, Miniature Hard disks, etc.

While the invention has been described as connecting to a personal computer PC host, the host may also be an Apple computer such as the iMAC or G3. The host may also be a SUN computer, or any host computer using USB or IDE interfaces. The invention can also apply to Personal Digital Assistants (PDAs) such as by Palm Computer or other handheld appliances such as a Cell phone with USB capability.

The term "CompactFlash reader" has been used for simplicity since digital images are often read from the flash-memory card and then written to the PC. However the CompactFlash reader is capable of reading files from the PC or from another flash-memory card and writing the file to the flash-memory card. Thus the CompactFlash reader is really a reader/writer.

In another embodiment, the CompactFlash reader is somewhat larger, and has multiple slots. The adapter is not needed in this embodiment. Instead, a slot is provided for each of the flash-memory card formats—SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and Compact-Flash. A PCMCIA slot can also be added. This Compact-Flash reader can be connected to the PC by a USB cable or it can be located within the PC chassis.

In a third embodiment, the CompactFlash reader is a stand-alone device that can operate without a PC. A removable disk media such as a R/W CD-ROM is included. The CompactFlash reader copies images from the flash-memory card to the removable disk media. A simple interface is used; such as having the user presses a button to initiate image transfer. Additionally a display of the file copy process can be done on a display device such as an LCD screen. The foregoing description of the embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. It is intended that the scope of the invention be limited not by this detailed description, but rather by the claims appended hereto.

Description of Improved Flash Reader for Reading Several Types of Flash-Memory Cards with or without a PC

A universal adapter was disclosed that can be constructed using the CompactFlash card form factor. A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the CompactFlash adapter. The adapters are simple, inexpensive passive adapters without a conversion chip.

Although the above-identified compact flash reader operates effectively for its stated purpose, it cannot be utilized with an Integrated Devices Electronics (IDE) interface

15

16

effectively in certain circumstances. It is desirable that a compact flash reader be utilized with an IDE interface for several reasons. Firstly, the IDE interface is a proven interface and an easy interface to design to, for devices such as digital cameras, printers, etc. which may want to embed this chip in their devices. Secondly, the IDE interface is extremely fast and will boost the transfer rates of the devices. IDE ports are freely available on most systems (since only 2 or at the most 3 of the total of 4 IDE ports are used up). Finally, attaching to the front panel of an IDE interface is possible for 100% of all PCs/Macs, etc. whereas an internal expansion slot for USB is utilized in many newer systems.

A system and method in accordance with the present invention allows an IDE interface to replace the USB interface. This will allow a flash reader to be built that could be put into the front panel of a PC in a manner that is similar to placing a CDROM into the front panel. To further describe the features of the present invention, refer now to the following description.

Universal Passive Adapters

FIG. 11 shows a CompactFlash reader that reads Smart-Media, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards through passive IDE adapters to the CompactFlash form factor. CompactFlash reader 42 has an opening or slot with 50-pin connector 44 that accepts CompactFlash card 16. An IDE converter chip 140 performs handshaking with CompactFlash card 16 and performs data transfer. CompactFlash reader 42 also connects to a PC over IDE connector 146. The IDE converter chip 140 also controls the IDE interface to the host PC, allowing image files to be transferred to the PC from CompactFlash card 16.

Other kinds of flash-memory cards can also be read by CompactFlash reader 42. For example, MemoryStick adapter 34 allows Memory Stick card 18 to be read. Memory Stick adapter 34 has an opening that Memory Stick card 18 fits into while Memory Stick adapter 34 itself fits into 50-pin connector 44, since adapter 34 has the same form factor as a CompactFlash card.

SmartMedia card 24 can also be read by CompactFlash reader 42, using SmartMedia adapter 30. Likewise, Multi-MediaCard 28 or Secure Digital card 26 can be read using MMC/SD adapter 32.

Adapters 30, 32, 34 are passive adapters that only connect pins from the smaller flash-memory cards to the 50-pin CompactFlash connector. An active converter chip is not required, greatly reducing cost and complexity.

Detection of Card Type

FIGS. 12A–E detail detection of the type of flash-memory card by the CompactFlash reader. Since the same Compact-Flash slot is used for many kinds of flash-memory cards, a detection method is useful so that the user doesn't have to explicitly indicate what type of flash-memory card is inserted into the CompactFlash reader.

The inventors have carefully examined the pins of the interfaces to the various flash-memory cards and have discovered that type-detection can be performed by examining two pins, Pins CE1 and CE2 are the chip enable pins for addressing the 50-pin CompactFlash interface. These pins are normally inputs to the CompactFlash card and thus are driven by the CompactFlash reader. When the reader does not drive CE1, CE2 to the inserted CompactFlash card, the CE1, CE2 pins float or are pulled high by pull-up resistors.

Address pins are not present on the other kinds of flash-memory cards. Instead, the address and data are multiplexed.

For MMC/SD and Memory Stick, the address is sent serially. Using the adapters pins from the other flash-memory cards can be connected to the CompactFlash pins. Pins CE1 and CE2 are used to detect the type of card. For SmartMedia, the addresses are sent by using a special control sequence followed by 3 or 4 bytes of starting address.

In FIG. 12A, the CE1, CE2 pins of the CompactFlash reader interface are highlighted. The IDE converter chip 140 in the CompactFlash reader normally drives all 11 address pins in the CompactFlash interface when reading a Compact-Flash card plugged into connector 44. The CE1 pin from the CompactFlash card plugs into connector cup 156, while the CE2 pin from the CompactFlash card plugs into connector cup 158 of 50-pin connector 44.

Card-type detector 150 has two pull-up resistors added to lines CE1, CE2. Resistor 152 pulls line CE1 high to power (Vcc) when neither the IDE converter chip 140 nor a card plugged into connector 44 drives line CE1. Likewise, resistor 154 pulls line CE2 high when line CE2 is not being actively driven. During detection mode, the IDE converter chip 140 is programmed to not drive lines CE1, CE2 and instead use them as inputs to the detector logic.

In FIG. 12B, a CompactFlash card is inserted into the connector for card-type detection. CompactFlash card 16 is plugged into connector 44. Since CE1 and CE2 are inputs to CompactFlash card 16, they are not driven by CompactFlash card 16. During detection mode, the IDE converter chip 140 also does not drive lines CE1, CE2. Thus lines CE1, CE2 are left floating and are each pulled high by resistors 152, 154.

Detection logic in the IDE converter chip 140 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs. Both inputs are high. The detection logic in the IDE converter chip 140 recognizes the HH state of CE1, CE2 as indicating that a CompactFlash card is plugged into connector 44. The IDE converter chip 140 then exits detection mode and configures its interface to connector 44 for the 50-pin CompactFlash interface as shown in FIG. 5.

In FIG. 12C, a MultiMediaCard or Secure Digital card is inserted into the connector for card-type detection. Multi-MediaCard 28 (not shown) and Secure Digital card 26 (not shown) are plugged into MMC/SD adapter 32 which is plugged into connector 44 (not shown).

The IDE converter chip 140 does not drive pins CE2, CE1 during detection mode. Thus pin CE2 floats and is pulled high by resistor 154. The CE1 pin is driven low by the MMC card.

Detection logic in the IDE converter chip 140 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs. While CE1 is low, CE2 is high. The detection logic in the IDE converter chip 140 recognizes the LH state of CE1, CE2 as indicating that a MMC or SD card is plugged into connector 44. The IDE converter chip 140 then exits detection mode and configures its interface to connector 44 for the 9-pin MMC/SD interface as shown in FIG. 5.

In FIG. 12D, a Memory Stick card is inserted into the connector for card-type detection. Memory Stick card 18 (not shown) is plugged into Memory Stick adapter 34 which is plugged into connector 44. The adapter 34 does not connect pins CE1, CE2 from the CompactFlash interface to any pins on the Memory Stick card. Adapter 34 internally connects pin CE2 from the CompactFlash interface to the ground pin on the CompactFlash interface.

The Memory Stick card does not drive either pin CE2 CE1 although adapter 34 drives pin CE2 low. Likewise the IDE converter chip 140 does not drive pins CE2 CE1 during detection mode. Pin CE1 floats and is pulled high by resistor 152.

Detection logic in the IDE converter chip 140 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1 CE2 as inputs. While CE1 is high CE2 is low. The detection logic in the IDE converter chip 140 recognizes the HI state of CE1 CE2 as indicating that a Memory Stick card is plugged into connector 44. The IDE converter chip 140 then exits detection mode and configures its interface to connector 44 for the Memory Stick interface as shown in FIG. 5.

In FIG. 12E a SmartMedia card is inserted into the connector for card-type detection. SmartMedia card 24 (not shown) is plugged into SmartMedia adapter 30 which is plugged into connector 44.

Detection logic in the IDE converter chip 140 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present detection logic then reads pins CE1 CE2 as inputs. Both pins CE1, CE2 are low. The detection logic in the IDE converter chip 140 recognizes the LL state of CE1 CE2 as indicating that a SmartMedia card is plugged into connector 44. Again, this mapping shall be exemplary only, and many variations may be used instead, without departing from the spirit of the invention.

Pin Mapping

Referring back to FIG. 5, a table of pin mappings for the SmartMedia, MMC/SD and Memory Stick to Compact-Flash adapters is shown. The pin numbers for the smaller interfaces for SmartMedia, MMC/SD, and Memory Stick are not shown but can be in any order or designation. The adapter connects the proper pin on the smaller interface to the CompactFlash pin number shown in FIG. 5. Simple wiring such as individual wires, flat cables, printed-circuit board (PCB), or wiring traces can be used.

The ground pins on the smaller interfaces are connected to CompactFlash pins 1 and 50. Power pins are connected to CompactFlash pins 13, 38. Pins 25, 26 are the card detect signals for CompactFlash which the adapters connect to the card-detect signals on all smaller interfaces.

The CompactFlash connectors use pins 2, 6, 21, 23, 27–31, and 47–49 for the 16-bit parallel data bus to the CompactFlash card. Pins 8, 10–12, and 10–20 form a separate 11-bit address bus. The separate data and address buses provide for rapid random addressing of CompactFlash cards. Other control signals include pins 6, 32 chip enables, pin 9 output enable, pin 36 write enable, interrupt pin 37 reset pin 41 and register REG pin 44. REG pin 44 is the Attribute Memory Select, defined based on the CF mode of operation, i.e. PCMCIA I/O mode, IDE or PCMCIA Memory Mode. Several pins in the 50-pin interface are not connected.

The smaller SmartMedia interface also has a parallel data bus of 8 bits. These are mapped to pins 2–6, and 21–23 of the CompactFlash interface to match the CompactFlash D0:7 signals. Since no separate address bus is provided, address and data are multiplexed. Control signals for latch enables write enable and protect, output enable, and ready handshake are among the control signals. Output Enable (OE) and Write Enable (WE) are mapped to the same function pins 9, pin 36 of the CompactFlash interface. The total number of pins in the SmartMedia interface is 22.

The Memory Stick and MMC/SD flash-memory-card interfaces are smaller still, since parallel data or address busses are not present. Instead, serial data transfers occur through serial data pin DATAIO, which is mapped to pin 19 (A1 Data is clocked in synchronization to clock SERCLK on pin 18. A command signal CMD or BITSET occupies pin 20 (A0). The MMC/SD and Memory Stick interfaces require only 6 pins plus power and ground. Others are unused.

Detection logic in the IDE converter chip 140 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs to determine the card type. The pull-up resistors of FIG. 12A together with wiring inside the adapter and the card's behavior determines whether CE1, CE2 are pulled low by the adapter or pulled high by the pull-up resistors.

Multi-Slot Multi-Flash-Card Reader

FIG. 13 is a diagram of a multi-slot embodiment of the flash-card reader, which utilizes the IDE converter chip 140. While the single-slot embodiment of FIG. 11 results in the smallest physical design, somewhat larger flash-card readers can be made that have separate slots for each type of flash-memory card rather than a single slot. This negates the need for the adapters.

Four connectors are provided in flash reader 42: a 50-pin CompactFlash connector 162 that fits CompactFlash card 16, a 9 pin MMC/SD connector 164 that fits MultiMediaCard 28 or a Secure Digital card, a 22-pin SmartMedia connector 166 that fits SmartMedia card 24, and a 10-pin Memory Stick connector 168 that fits Memory Stick card 18.

Each of the four connectors 162, 164, 166, 168 route their signals to the IDE converter chip 140. The IDE converter chip 140 detects when a flash-memory card has been inserted into one of the connectors 162, 164, 166, 168 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type.

The IDE converter chip 140 executes various routines to perform handshaking with the flash-memory cards and accept data either serially or in parallel. The data is buffered and then sent to the host PC 20 through IDE connector 146. The IDE converter chip 140 generates the appropriate IDE-interface signals to transfer the data to host PC 20.

Having separate connectors 162, 164, 166, 168 with separate slots in flash reader 42 allows for card-to-card transfers. For example, images or other files from Memory Stick card 18 could be transferred to CompactFlash card 16 by the IDE converter chip 140 reading serial data from Memory Stick inserted into connector 168, converting to parallel and writing to connector 162 and CompactFlash card 16. Each of the flash-memory cards in connectors 162, 164, 166, 168 can be assigned a different drive letter by the operating system, such as E:, F:, G:, and H:.

In this embodiment, flash reader 42 is contained in an external housing that connects to host PC 20 through an IDE cable. Of course, other cables and interfaces such as IEEE 1394 FireWire may be substituted.

Flash Reader within PC

FIG. 14 shows a flash-memory reader within a PC, which utilizes the IDE converter chip. Four slots and four connectors are provided in flash reader 42. A 50-pin CompactFlash connector 162 fits CompactFlash card 16, a 9-pin MMC/SD connector 164 fits MultiMediaCard 28 or a Secure Digital card a 22-pin SmartMedia connector 166 fits SmartMedia card 24, and a 10-pin Memory Stick connector 168 fits Memory Stick card 18.

Each of the four connectors 162, 164, 166, 168 route their signals to the IDE converter chip 140. The IDE converter chip 140 detects when a flash-memory card has been inserted into one of the connectors 162, 164, 166, 168 and configures itself to read files from the inserted card type. Each of the flash-memory cards in connectors12 164, 166, 168 can be assigned a different drive letter by the operating system, such as E: F:, G: and H:

The IDE converter chip 140 executes various routines to perform handshaking with the flash-memory cards and accept data either serially or in parallel. The data is buffered and then sent to the CPU 21 in PC 20 through an internal IDE-interface bus. The IDE converter chip 140 generates the appropriate IDE-interface signals to transfer the data to CPU 21.

Flash Reader

FIG. 15 is a diagram of a stand-alone Flash reader with an IDE converter chip that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC. Digital photographers may not always have their PC's nearby. While extra flash-memory cards can be purchased and swapped in the digital camera, these flash-memory cards are somewhat expensive, especially when many high-resolution images are captured. Especially during a long trip away from the PC, the user may be limited by the capacity of the flash-memory cards.

Flash reader 180 has four slots and four connectors are provided in Flash reader 180. A 50-pin CompactFlash connector 162 fits CompactFlash card 16, a 9-pin MMC/SD connector 164 fits MultiMediaCard 28 or a Secure Digital card, a 22-pin SmartMedia connector 166 fits SmartMedia card 24, and a 10-pin Memory Stick connector 168 fits Memory Stick card 18.

Each of the four connectors 162, 164, 166, 168 route their signals to the IDE converter chip 140. The IDE converter chip 140 detects when a flash-memory card has been inserted into one of the connectors 162, 164, 166, 168 by sensing card select lines CD0, CD1 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type.

The IDE converter chip 140 executes various routines to perform handshaking with the flash-memory cards and accept data either serially or in parallel. The data is buffered and then sent either to host PC 20 through IDE connector 146 or to removable mass storage 170. The IDE converter chip 140 generates the appropriate signals to transfer the data to host PC 20. The IDE converter chip 140 also generates the control signals for removable mass storage 170, allowing the image data read from the flash-memory card to be written to removable disk 176. Removable disk 176 could be a standard or a high-density floppy diskette, a tape drive, a write-able CD-R/W disk, or other proprietary media such as LS120 by Imation of Oakdale, Minn., or ZIP drives by Iomega Corp of Roy, Utah.

Each of the flash-memory cards in connectors 162, 164, 166, 168 can be assigned a different drive letter by the operating system, such as E: F:, G: and H:. Removable mass storage 170 can also be assigned a drive letter.

When Flash reader 180 is not attached to host PC 20, image files may still be copied to removable mass storage 170. Flash reader 180 may be carried along on a trip by the user, allowing the user to download image files to removable disk 176. Since removable disk 176 ordinarily has a much higher capacity than the flash-memory cards, many pictures may be captured when no access to host PC 20 is available.

Flash reader 180 can be provided with battery power or with its own AC converter. Optionally an LCD display can be used to preview file names and pictures.

Flash reader 180 is provided with a simple user interface including light-emitting diode LED 178 and button 179. When the user inserts a flash-memory card into one of connectors 162, 164, 166, 168 and removable disk 176 is inserted into removable mass storage 170, the user presses button 179. This activates the IDE converter chip 140, which determines which of connectors 162, 164, 166, 168 has a memory card inserted, and copies the image files to removable mass storage 170. LED 178 can be programmed to blink during the copying process, and remain lit when the copying is complete, or vice-versa. This provides a simple visual indication to the user of the copying progress. Errors can be indicated with additional LED indicator lamps, or other blinking arrangements or colors.

IDE Converter Chip 140 FIG. 16 is a diagram of the IDE converter chip 140 for the flash-memory reader. The IDE converter chip 140 can be implemented as a commercially available micro-controller chip that is programmed to read and write I/O pins that are connected to the flash-memory-card connectors and the IDE interface. Several control and transfer routines are written and programmed into RAM/ROM 194. CPU 192 then executes these routines. A high-level scanning routine can sense when a flash-memory card is inserted. CPU 192 can then begin execution of another routine specific to that type of flash-memory card. Transfer and handshake sub-routines can then be called.

General-purpose input-output GPIO 199 provides registers or I/O ports that drive external I/O pins of the IDE converter chip 140, or read the logic-levels or voltages on input pins to the IDE converter chip 140. CPU 192 can read registers in GPIO 199 that are written by control signals that are coupled to I/O pins of the IDE converter chip 140 from connectors 162, 164, 166, 168. Control signals to the flash-memory cards can be switched high or low by writing a 1 or a 0 to a register for that control signal in GPIO 199.

Timers 196 are useful for asserting control signals for a required amount of time. For example a control signal may need to be asserted for a specified number of microseconds. CPU 192 can write a 1 to a register in GPIO 199 and start a timer in timers 196. Timer 196 can sent an interrupt to CPU 192 when the specified time has elapsed, or CPU 192 can continuously or periodically poll timers 196 to determine when the specified time has elapsed. Then CPU 192 can write a 0 to the register in GPIO 199, causing the control signal to transition from 1 to 0.

Shifter 198 is connected to the data and clock signals from connectors 164 (not shown), 168. When data is read from the flash-memory card, a clock is pulsed to synchronize the data transfer. Shifter 198 clocks in one bit (serial) or word (parallel) of data for each clock pulse. A cyclical-redundancy-check (CRC) can be performed on the data to detect errors. CPU 192 can request re-transmission of data from the flash-memory card when an error is detected.

Data read by shifter 198 can be sent over internal bus 190 to be stored in a buffer in RAM/ROM 194. Later CPU 192 can execute a routine to transfer this data from RAM/ROM 194 to IDE interface 200. IDE interface 200 then transmits the data over an external IDE link to a host PC. When a removable mass storage is present, some of the I/O pins from GPIO 199 can connect to the removable mass storage, or a separate disk controller can be included on IDE converter chip 140.

21

As is well known, IDE interface only supports one drive per connector. Accordingly, in a system and method in accordance with the present invention, special IDE commands must be provided to allow the interface to be expanded. Typically, there are two slots in a PC: a Master slot and a Slave slot. Accordingly, in a preferred embodiment, two new commands from the CPU 192 are needed: a first command to awaken the device by the converter chip and a second command to identify the device.

The first command which awakens a device such as a CompactFlash+SmartMedia+MemoryStick+MultiMediaCard+Secure Digital Card reader would be described as follows:

```
               …0 mm 0 0 0 0 mm 0xFF, where:
                        —mm is set to 1 to awaken the device
                        and 0 to make the device
go to sleep (by default it would be asleep). This can be
achieved by asserting a pin on the chip (i.e. i3W) at power up
so it would stay inactive until it sees the  wake-up  command
                        —mm is 0xF0 if the device is
                        connected as Master and 0xF0 if
is a Slave
               The second command for reading/writing to the
               RAM/ROM 193 loads a
plurality of registers as follows:
               —0 nn y 0 0 0 mm 0x1 D where:
                        —nn is the number of bytes to
                        write/read
                        y is 1 for read and 0 for a write
                        —mm is 0xE0 if the device is
                        connected as Master slot and
0x10 if the device is connected as a Slave slot
```

Accordingly, through the present invention, the Master and Slave slots are expanded to handle multiple devices via the IDE converter.

Advantages of Improved Flash Reader for Reading Several Types of Flash-Memory Cards with or without a PC

A universal adapter for flash-memory cards accepts cards of several different formats. The adapter accepts SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick cards. The flash-card reader with a single slot accepts any format card using the adapter. Special detection logic on the flash reader distinguishes between the many flash-card formats. The low-cost passive adapter does not need an expensive converter chip. A multi-format reader is ideal for use with a PC. However, a stand-alone flash reader can copy image files from flash cards without a PC. Additionally, preparation of media for use in devices (format and erase operations) can be done using this reader.

A universal adapter is constructed using the Compact-Flash card form factor. A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the CompactFlash adapter. The adapters are simple, inexpensive passive adapters without a conversion chip.

The disclosed pin mapping from the smaller flash-card formats to CompactFlash allows for easy detection of the type of flash-memory card inserted into the adapter. Detection of the type of flash-memory card is thus performed automatically by electronic detection by the CompactFlash reader. The CompactFlash reader is modified to perform this card-type detection. Signal conversion such as serial-to-parallel is performed by the CompactFlash reader rather than by the adapter. Adapter costs are reduced while Compact-Flash reader cost is increased only slightly. The Compact-Flash reader can use a single CompactFlash slot to read

22

multiple flash-card types, including SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash.

Alternate Embodiments of Improved Flash Reader for Reading Several Types of Flash-Memory Cards with or without a PC

Several other embodiments are contemplated by the inventors. Different flash-card formats can be supported such as Smart Cards and more or less than the four slots shown in the multi-card flash reader can be included. Other adapters can be used for newer flash formats for the single-slot CompactFlash reader. Any device that needs Control Bus, Clock, Data Bus and Address Bus can be designed to fit into this slot. Examples of such devices include (but are not limited to) DSL Modems, Fingerprint security devices, Miniature Hard disks, Digital Cameras, Video Cameras etc.

While the invention has been described as connecting to a personal computer PC host, the host may also be an Apple computer such as the iMAC or G3. The host may also be a SUN computer or any host computer using IDE interfaces. The invention can also apply to Personal Digital Assistants (PDAs) such as by Palm Computer or other handheld appliances, such as a Cell phone with IDE capability.

The term "CompactFlash reader" has been used for simplicity, since digital images are often read from the flash-memory card and then written to the PC. However, the CompactFlash reader is capable of reading files from the PC or from another flash-memory card and writing the file to the flash-memory card. Thus the CompactFlash reader is really a reader/writer.

In a second embodiment, the CompactFlash reader is a stand-alone device that can operate without a PC. A removable disk media such as a R/W CD-ROM is included. Images from the flash-memory card are copied to the removable disk media by the CompactFlash reader. A simple interface is used; such as having the user press a button to initiate image transfer.

In other alternate embodiments, the CompactFlash reader/multi-flash reader can be designed into a self-hosted appliance such as an MP3 player or a keyboard or a monitor or a stereo appliance. Additionally, the CompactFlash/multi-flash reader can also be designed into handheld data collection scanner devices. The CompactFlash/multi-flash reader can also be designed into personal digital assistant devices, pocket personal computer devices that use, for example, Microsoft Palm operating systems. The compact Flash/multi-flash reader can also be designed into hand terminal devices, personal communicator devices, advanced two-way pager devices, audio recorder and player devices.

In addition, the compact Flash/multi-flash could be designed into monitoring devices for various purposes. The devices include, but are not limited to, any device which requires a PC or paper readout, projector devices, industrial computer devices, printer devices, human input devices, medical devices and digital picture frame devices. These monitoring devices, for example, could be pacemakers, fetal monitors, insulin monitors, chemical monitors, seismic monitors, or the like.

Description of Active Adapter Chip for use in a Flash Card Reader

Although the above-identified CompactFlash readers operate effectively for the stated purpose, they cannot be utilized effectively in certain circumstances. The flash readers only allow for interface to USB on the output side and therefore cannot act as a translator between other interfaces such as IDE, CompactFlash or PCMCIA interfaces. In addition, the conventional method for storing the memory

23

necessarily means that the some of the slots are inverted. A system and method in accordance with the present invention provides an active adapter that overcomes the above-identified problems

Universal Active Adapter

FIG. 17 shows a CompactFlash reader system 242 that reads SmartMedia 245, MultiMediaCard 241, Secure Digital 243 and Memory Stick flash-memory cards 247 on the input side and interfaces to CompactFlash 249, IDE 251 and PCMCIA 253 on an output side. In a preferred embodiment the CompactFlash reader 242 has an opening or slot with a 50-pin connector that accepts a CompactFlash card 24a. An active adapter 240 performs handshaking with a Compact-Flash card 24a and performs data transfer. The active adapter 240 also controls the interface to the host PC, allowing image files to be transferred to the PC from any of the CompactFlash, IDE interface. Accordingly, the active adapter 240 in accordance with the present invention can read a variety of flash-memory cards.

CompactFlash reader 242 can also read other kinds of flash-memory cards. For example, active adapter 240 allows Memory Stick card 247 to be read. Active adapter 240 has an opening that Memory Stick card 247 fits into, while active adapter 240 itself fits into 50-pin connector, since active adapter 240 has the same form factor as a Compact-Flash card.

The SmartMedia card can also be read by CompactFlash reader 242 using active adapter 240. Likewise, MultiMe-diaCard or Secure Digital card can be read using active adapter 240. The active adapter 240 acts as translation between flash media and the plurality of interfaces. FIG. 18 is a table showing the translator in between the flash media and the plurality of interfaces. To describe the features of the active adapter chip 240A, refer now to the following.

Active Adapter Chip 240A

FIG. 19 is a block diagram of active adapter chip 240A in accordance with the present invention. As before mentioned the active adapter 240 is designed to connect a Memory Stick, SmartMedia, MMC or SD card to a CF slot. On an input side, the active adapter chip 240A includes a test port 250, an EEPROM interface 252, a flash interface 254, a Memory Stick interface 256 and a clock generator 258. A processor 260 is coupled to all interfaces 252, 254 and 256 via a bus 261. A mask ROM 264 and RAM 266 are also coupled to the bus 261. On an output side, timers 268, UART 270, IRQ 272, GPIO 274 and a CF, IDE, PCMCIA interface 276 are coupled to the bus 261. The features of the active adapter chip 240A will be described herein below.

Input Side

MMC/SD Memory Stick Interface 256

This interface provides support for MMC/SD and Memory Stick cards. The MultiMediaCard (MMC), Secure Digital Card (SD Card) and MemoryStick are serial access devices. These devices typically require in-bound/out-bound data to be appended with CRC information. The processor provides support in hardware to generate the CRC and to convert serial to parallel and parallel to serial bit streams. A programmable clock speed is provided to set the clock speed based on the media's capabilities.

EEPROM Interface 252

This port is used to read a serial EEPROM that contains programs for the internal processor.

24

CompactFlash/Smart Media Interface 254

This is the port for connecting a parallel device such as CompactFlash or SmartMedia cards. ECC generation and checking is provided for SmartMedia.

Clock Generator 258

This is the oscillator for the chip's internal clock.

UART Port 270

The UART port supports 7200 to 115.2K baud. Is useful as a debug port and can also be used to access the EEPROM for reads/writes from the serial port.

Output Side

Timers 268

The timers are used for time-dependent functions. For example, when power is turned on to a flash card there must be a delay before the card is accessed.

GPIO and IRQ 272

The GPIOs 274 and IRQ 172 are general-purpose input/output lines. They are used to control various Flash Card functions such as turning power on and off, detecting when a card is plugged in, detecting if a card is write protected, etc. For example, GPIO {11:10} can be used to generate an interrupt to the internal processor when there is change of state on one of these pins. This is used to detect the removal of a flash card.

CF/PCMCIA/IDE Interface 276

This interface is used to connect to a CompactFlash, PCMCIA, or IDE port. CompactFlash is a subset of PCMCIA, the only real difference being the CompactFlash uses a smaller connector than PCMCIA. IDE is the standard disk connection inside a PC. CompactFlash/PCMCIA or IDE mode is selected when the chip is reset. If -OE is low during reset then IDE mode is selected.

Processing System (Processor 260 and ROM 264 and RAM 264)

Processor 260

The processor (preferably a 16-bit processor) along with the RAM and ROM controls the interface 276. The processor 260 detects the type of flash card plugged into the CF/Smart Media or MMC/SD/Memory Stick ports, configures itself accordingly and then translates commands received on the CF/PCMCIA/IDE interface 260 and passes them to the attached flash card.

Pin Mapping

FIG. 20 is a table of pin mappings for the SmartMedia, MMC/SD and Memory Stick to CompactFlash adapters. The pin numbers for the smaller interfaces for SmartMedia, MMC/SD and Memory Stick are not shown but can be in any order or designation. The adapter connects the proper pin on the smaller interface to the CompactFlash pin number shown in FIG. 20. Simple wiring such as individual wires, flat cables, printed-circuit board (PCB) or wiring traces can be used.

The ground pins on the smaller interfaces are connected to CompactFlash pins 1 and 50. Power pins are connected to CompactFlash pins 13, 38. Pins 25, 26 are the card detect signals for CompactFlash which the adapters connect to the card-detect signals on all smaller interfaces.

The CompactFlash connectors use pins 2–6, 21–23, 27–31, and 47–49 for the 16-bit parallel data bus to the CompactFlash card. Pins 8, 10–12, and 10–20 form a separate 11-bit address bus. The separate data and address buses provide for rapid random addressing of CompactFlash

25

26

cards. Other control signals include pins 7, 32 byte enables, pin 9 output enable, pin 36 write enable, interrupt pin 37, reset pin 41. Several pins in the 50-pin interface are not connected.

The smaller SmartMedia interface also has a parallel data bus of 8 bits. These are mapped to pins 2–6 and 21–23 of the CompactFlash interface to match the CompactFlash D0:7 signals. While no separate address bus is provided, address and data are multiplexed. Control signals for latch enables, write enable and protect output enable, and ready handshake are among the control signals. Output Enable (OE) and Write Enable (WE) are mapped to the same function pins 9, 36 of the CompactFlash interface. The total number of pins in the SmartMedia interface is 22.

The Memory Stick and MMC/SD flash-memory-card interfaces are smaller still, since parallel data or address busses are not present. Instead, serial data transfers occur through serial data pin DATAIO, which is mapped to pin 17 (A3). Data is clocked in synchronization to clock SERCLK on pin 18. A command signal CMD or BITSEL occupies pin 20 (A0). The MMC/SD and Memory Stick interfaces require only 6 pins plus power and ground.

Detection logic in the active adapter chip 240A reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins CE1, CE2 as inputs to determine the card type. The wiring inside the adapter and the card's behavior determines whether CE1, CE2 are pulled low or pulled high by the active adapter chip 240A.

**Advantages of the Active Adapter Chip for use in a Flash Card Reader**

An active adapter chip for flash-memory cards in accordance with the present invention accepts cards of several different formats. The active adapter chip accepts SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick cards.

The active adapter is constructed using the CompactFlash card form factor. A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the CompactFlash adapter.

The disclosed pin mapping from the smaller flash-card formats to CompactFlash allows for easy detection of the type of flash-memory card inserted into the adapter. Detection of the type of flash-memory card is thus performed automatically by electronic detection by the CompactFlash reader. Signal conversion such as serial-to-parallel is performed by the CompactFlash reader rather than by the adapter. Adapter costs are reduced while CompactFlash reader cost is increased only slightly. The CompactFlash reader can use a single CompactFlash slot to read multiple flash-card types, including SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash and can also interface on the output side to a plurality of standards including but not limited to CF, MMD/SC, IDE and PCM-CIA standards.

**Alternate Embodiments for Active Adapter Chip for use in a Flash Card Reader**

The inventors contemplate several other embodiments. Different flash-card formats can be supported such as Smart Cards, and more or less than the four slots shown in the multi-card flash reader can be included. Any device that needs Control Bus, Clock, Data Bus and Address Bus can be designed to fit into these slots. Examples of such devices include (but are not limited to) DSL Modems, Fingerprint security devices, Miniature Hard disks, Digital Cameras, Video Cameras, printers and the like.

While the invention has been described as connecting to a personal computer PC host, the host may also be an Apple computer such as the iMAC or G3. The host may also be a SUN computer, or any host computer using a variety of interfaces. The invention can also apply to personal digital assistants (PDAs) such as by Palm Computer, printers or other handheld appliances, such as a cell phone with a variety of interface capabilities.

The term "CompactFlash reader" has been used for simplicity, since digital images are often read from the flash-memory card and then written to the PC. However the CompactFlash reader is capable of reading files from the PC or from another flash-memory card and writing the file to the flash-memory card. Thus the CompactFlash reader is really a reader/writer.

In other alternate embodiments, the CompactFlash reader/multi-flash reader can be designed into a self-hosted appliance such as an MP3 player, printer, or a keyboard or a monitor or a stereo appliance. Additionally, the CompactFlash/multi-flash reader can also be designed into handheld data collection scanner devices. The CompactFlash/multi-flash reader can also be designed into personal digital flash reader, pocket personal computer devices that use, for example Microsoft Palm operating systems. The compact Flash/multi-flash reader can also be designed into hand terminal devices, personal communicator devices, advanced two-way pager devices, audio recorder and player devices.

**Description of Memory Module which Includes a Form Factor Connector**

A plurality of flash media are coupled to a single form factor connector to provide a module, i.e., referred to as a SmartStack module that can be coupled directly to the device. The SmartStack module does not include a controller and is controlled from the host side. The form factor connector would typically be a CompactFlash (CF) form factor or some other form factor that are used in a variety of devices. The SmartStack memory module in a preferred embodiment includes a write protect switch that will allow for certain portions of the memory within the SmartStack module not to be written to. In addition, a portion of the flash memory will be allocated to the secure area for storing information to implement various forms of security. Another portion of the flash memory is allocated to store optional biometric information such as a user's fingerprint or retinal scan information, etc.

To more fully describe the present invention, refer now to the following description in conjunction with accompanying figures. FIG. 21 illustrates a SmartStack module 3100. The SmartStack module 3100 comprises a plurality of memory devices (i.e., flash chips 3102a, 3102b through 3102n) coupled to a connector 3104. In a preferred embodiment, the flash chips are coupled together such that there is redundancy for each section.

In a preferred embodiment the SmartStack module would have the same form factor as a CompactFlash (CF) card. The module could then be plugged into any CF slot. FIG. 22 illustrates examples of the kinds of applications that can utilize the SmartStack module 3100, such as a flash reader 3202, digital camera 3204 or MP3 player 3206. In a preferred embodiment, only SmartStack module 3202 based CF readers can read/write to SmartStack media, and inserting a SmartStack module into standard CF readers will not damage the SmartStack. As is seen, the SmartStack module does not include a controller and is controlled from the host side. Since the module itself is devoid of any controller it can be expanded easily to add additional memory.

US 7,162,549 B2

27

Card Detection

FIG. 23 is a table which illustrates how a particular card will be detected by a device. In this embodiment, when the SmartStack module (i.e. SmartStack NAND or SmartStack NOR) is plugged into the slot, the card detect pins (CD1 and CD2) will be low. For compatibility with a device that can read a SmartStack module card, the card enable pins (CE1 and CE2) will also be low. As is also seen, the other memory modules will have a different pin configuration for detection.

Addressing

FIG. 24 is a table that illustrates addressing of the SmartStack module. In a preferred embodiment, the Smart-Stack module will be programmed in a manner that is similar to a conventional memory module. The only difference will be the chip selects.

FIG. 24A illustrates the relationship between the Smart-Stack module address lines (S0 — S3) and their equivalent pins in a CompactFlash card.

Security and Biometric Information

FIG. 25 illustrates a SmartStack module 3300 which includes the write protect mechanism 3302, security area 3304 and biometric area 3306. The write protect mechanism can be locked or unlocked to allow for writing to the module. The write protect mechanism in a preferred embodiment may be read by software to prevent writing in the user area. It may be necessary to allocate space for security and biometric on each of the individual flash media, in which case the same table will be used to create this information. As is seen in this embodiment, the secure area 3304 and biometric area 3306 are allocated on 3102a'. One of ordinary skill in the art recognizes that the areas 3302 and 3304 could be located in any or all of the flash chips 3102a' 3102n' and that would be within the spirit and scope of the present invention that which illustrates the setting of a secure area of data for the SmartStack module. For providing a secure area in the SmartStack module, in a preferred embodiment the following method will be followed: the first two bytes, byte 0 and byte 1, will be set to C3 B6. The next byte, byte 2, defines the function. In addition, byte 5 (block status flag) will always be set to 0xF0 (or 0x0F) to indicate a failed block so that an operating system or firmware will not write over it accidentally.

An additional improvement for performance would be to add random access memory (RAM) to the stack. FIG. 27 illustrates adding a RAM 3402 to SmartStack module 3400 to improve performance. By adding the RAM 3402 to the module 3400, data can be cached thereto thereby allowing for faster access to data in the module.

Additionally the SmartStack module can be designed to function like daughter boards on a base board so the capacity can be modularly increased. The SmartStack module can also be designed such that you can plug one card at the end of the previous one to form a chain (or daisy chain).

FIG. 28 illustrates daisy-chaining a plurality of Smart-Stack modules 500 and 502 in accordance with the present invention. Accordingly, in this embodiment, one SmartStack module 500 would include a female connector 506 on one end and a male (expansion port) connector 508 on the other to allow more cards to be plugged in. In an alternate embodiment the expansion card can be itself devised to have several expansion ports (female connectors) into which users can plug in SmartStack modules. The SmartStack module can optionally enable the user to have the capability of being able to review the pictures before committing it (saving it) to the flash media itself.

28

FIG. 29 illustrates a SmartStack module 600, which is an expansion bay. In this embodiment, additional SmartStack modules can be plugged into male connection slots 602 and the female connector 604 would connect to a SmartStack enabled CompactFlash Host.

Multimode Controller for Intelligent and "Dumb" Flash Cards

Most flash card system controllers can only work together with one type of flash medium. FIG. 30 illustrates a system that is adaptable to a single media type. However, as is known to the inventor and described above, in some cases some controllers may work with multiple media types at the same time.

Host computer 4000 may be any of a variety of computers, such as a PC, notebook, PDA, etc., having an interface connection 4001 that connects to controller IC 4010. For purposes of simplicity and clarity, the connection details are not shown. As described earlier, the interface connection may be any of a wide variety of types, such as IDE, USB, or (not shown above) Ethernet. Or it may be a system bus (PCI, etc.), or any other kind of suitable network interface or connectivity offered by computer 4000. Said interface is converted by controller IC 4010 into an interface 4011 to the flash medium 4020. Many aspects of that interface 4011 (and possible adapters, not shown here for clarity) have been described in great detail in previous sections above.

Host computer 4000 also typically has driver software 4002 and adapter chip 4010 contains firmware 4012. Flash medium 4020 typically may consist of a controller section 4021 and a flash section 4022. In most cases, these sections are at least two separate ICs, although in some cases they may be integrated into one IC. However, in all cases, there is a significant added cost for the controller section, whether it comprises a separate chip or is integrated into a single IC with the flash.

Typically, the purpose of controller 4021 is to present a flawless medium to the system, in a specific format, so the computer 4000 sees an error-free storage medium 4020 rather than a flash 4022 that may have certain defects that must be mapped away.

FIG. 31 shows an improved flash medium 4020b. Flash medium 4020b still has a flash section or IC 4022, but the controller section 4021 has been removed. Shown now in detail is a medium ID 4030, some aspects of which have been discussed in earlier sections above, and which in some cases may be split between the flash medium and the media adapter cards, as also described earlier. That medium ID 4030 includes in some cases certain basic specifications of the medium, such as the memory type, the total capacity, etc. Originally the controller 4021 (FIG. 30) was used to provide that kind of information; however, as discussed just above, the primary reason for including a controller section in a flash medium is for error correction. This task is now shifted either to firmware 4012b of the host computer, which now, on top of its normal access section software, also manages error correction and bad block mapping of chip(s) 4022 and stores these parameters in flash medium 4020b itself. Or in some cases this function may be shifted to driver software 4002b in the host computer 4000.

Often error mapping and other functions may be handled in combination between those two software elements (firmware 4012b and driver software 4002b), or in some cases it may be shifted entirely to firmware 4012b, which allows the driver software 4002 to remain a standard removable medium driver rather than including specialized firmware. Shifting control entirely to firmware 4012b allows

US 7,162,549 B2

29

for transparent use of the flash much as the original controller 4021 (FIG. 30) did. Thus an operating system would not be able to distinguish one from the other, and no special drivers, patches, etc., would have to be installed by the user.

Identification 4030 makes use of those pins discussed in the sections above (see FIG. 5, for example), and in all those cases discussed above, a mechanical-electrical medium adapter may be used on bus 4011 for different electromechanical connection interfaces, etc.

FIG. 32 shows various implementations of ID 4030. For example, ID 4030a uses simple pull-ups and pull-downs, as discussed earlier. ID 4030b uses, rather than simple pull-ups and pull-downs, voltage dividers, in this example consisting of R2/R3 and R4/R5. By using voltage dividers, a limited number of pins, such as, for example, two, can be stretched into offering 16 or even more different types of cards or IDs based on the fact that, rather than one bit per pin (high or low), multiple voltage levels (and hence multiple bits) per pin can now be supported, using voltage dividers, and therefore many more card combinations can be identified through a limited number of pins. On the controller side, comparators may be used to regenerate digital signals (not shown for clarity).

ID 4030c achieves the same result by having a small E² programmable ROM as a digital ID. This could be a mask program or E²-type serial memory, which is available very inexpensively. The E² could be programmed at the factory or in the field through firmware 4012b. Many types of low pin count serial buses are known to the inventor and to those skilled in the art (such as Single Wire™ by Dallas Semiconductor, I²C, etc.), counting from 1–4 pins including power in some cases. The advantage of using the E² would be, for example, to allow use of a flash chip 4022 that even has a bad boot sector, because a new boot sector address could be incorporated into 4030c, rather than having to rely on the main storage 4022 to be error free.

As the industry moves to higher and higher single-chip capacity, the chances of having bad sectors in the boot section increase. By moving the boot sector address into an auxiliary device, such as ID 4030c, the yield of usable chips 4022 can be dramatically increased, and therefore costs can be further reduced.

Also, elimination of the controller 4021 helps to further reduce the cost of medium 4022. By having a combined firmware 4012b that can handle both media cards 4022 with controllers of all formats discussed above and of others not discussed, as well as controller-less media cards such as 4020b, with an ID 4030, backward compatibility is guaranteed in the market.

Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill in the art without departing from the spirit and scope of the appended claims.

What is claimed is:

1. A controller chip comprising:

an interface mechanism capable of receiving flash storage systems with controllers and flash storage systems without controllers, a flash storage system to be coupled to a computer system;

a detector to determine whether the flash storage system includes a controller for error correction; and

a flash adapter to interface the computer system with the flash storage system, the flash adapter comprising:

30

a first interface to be coupled to the computer system;

a second of interface to be coupled to the flash storage system, wherein the flash storage system comprises a flash section and at least a medium ID; and

a firmware in the flash adapter, in an event where the flash storage system does not have a controller for error correction, to perform operations to manage error correction of the flash section in the flash storage system that is coupled to the flash adapter by the second interface, including bad block mapping of the flash section.

2. The controller chip of claim 1, wherein the medium ID contains specifications of the flash storage system.

3. The controller chip of claim 2, wherein the flash adapter further comprises at least another portion of the medium ID.

4. The controller chip of claim 2, wherein the medium ID comprises a pull-up resistor and a pull-down resistor.

5. The controller chip of claim 2, wherein the medium ID further comprises a voltage divider.

6. The controller chip of claim 2, wherein the medium ID further comprises an EEPROM device to store the specifications of the flash storage system.

7. A method comprising:

using a controller chip to interface a flash storage system with or without a controller to a computing device, the controller chip comprising a flash adapter, wherein the flash storage system comprises a flash section and at least a medium ID;

determining whether the flash storage system includes a controller for error correction; and

in an event where the flash storage system does not have a controller for error correction, using firmware in the flash adapter to perform operations to manage error correction of the flash section, including bad block mapping of the flash section in the flash storage system that is coupled to the flash adapter section.

8. The method of claim 7, further comprising: storing specifications of the flash storage system in the medium ID.

9. The method of claim 7, further comprising updating the specifications in the medium ID during bad block mapping of the flash section, wherein the medium ID comprises one or more EEPROM devices to store the specifications.

10. The method of claim 7, further comprising examining the medium ID to identify a type of the flash storage system, wherein the medium ID comprises at least one of a pull-up resistor, a pull-down resistor, and a voltage divider.

11. A system comprising:

a computing device;

a flash storage system comprising a flash section and at least a portion of a medium ID; and

a controller chip coupled between the computing device and the flash storage system to interface the flash storage system to the computing device, the controller chip comprising an interface mechanism capable of receiving flash storage systems with controller and controllerless flash storage systems, a detector to determine whether the flash storage system includes a controller for error correction and a flash adapter which comprises firmware to perform, in an event where the flash storage system does not have a controller for error correction, operations to manage error correction of the flash section, including bad block mapping of the flash section in the flash storage system that is coupled to the flash adapter section.

12. The system of claim 11, wherein the medium ID contains specifications of the flash storage system.

US 7,162,549 B2

31

13. The system of claim 12, wherein the flash adapter further comprises at least another portion of the medium ID.

14. The system of claim 12, wherein the medium ID comprises a pull-up resistor and a pull-down resistor.

15. The system of claim 12, wherein the medium ID comprises a voltage divider.

16. The system of claim 12, wherein the medium ID comprises an EEPROM device to store the specifications of the flash storage system.

17. The controller chip of claim 1, wherein the flash adapter further comprises a plurality of interfaces for receiving a plurality of flash storage systems.

18. The controller chip of claim 1, wherein the bad block mapping includes addressing a new boot sector to allow use of the storage system with a bad boot sector.

32

19. The method of claim 7, wherein the flash adapter further comprises a plurality of interfaces for receiving a plurality of flash storage systems.

20. The method of claim 7, wherein the bad block mapping includes addressing a new boot sector to allow use of the storage system with a bad boot sector.

21. The system of claim 11, wherein the flash adapter further comprises a plurality of interfaces for receiving a plurality of flash storage systems.

22. The controller chip of claim 11, wherein the bad block mapping includes addressing a new boot sector to allow use of the storage system with a bad boot sector.

\* \* \* \* \*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

**I. (a) PLAINTIFFS**

Technology Properties Limited and MCM Portfolio, LLC

**(b)**   County of Residence of First Listed Plaintiff _____
(EXCEPT IN U S  PLAINTIFF CASES)

**(C)**   Attorney's (Firm Name  Address  and Telephone Number)

S  Calvin Capshaw
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
P O  Box 3999 (75606-3999)
Longview, TX 75601
(903) 236-9800

**DEFENDANTS**   2 - 08 C V - 1 7 5
ASUSTek Computer, Inc

TWICE

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government
    Plaintiff

☐ 2 U S  Government
    Defendant

☒ 3 Federal Question
    (U S  Government Not a Party)

☐ 4 Diversity
    (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One
(For Diversity Cases Only)      Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Nation | ☐ 3 | ☐ 3 | Foreign Country | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl  Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>x 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt  Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc  Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1 395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State State Statutes |

**V. ORIGIN**   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   
☐ 2 Removed from State Court   
☐ 3 Remanded from Appellate Court   
☐ 4 Reinstated or Reopened   
☐ 5 another district (specify)    Transferred from   
☐ 6 Multidistrict Litigation   
☐ 7 Judge from Magistrate Judgment    Appeal to District

**VI. CAUSE OF ACTION**
(Cite the U.S  Civil Statute Under which you are filing (Do not cite jurisdictional statutes unless diversity)
35 U.S.C. § 271
(Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER FR C P  23     DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES   ☐ NO

**VIII. RELATED CASE(S)** (See Instructions):
IF ANY   See the attached page.

DATE    April 25, 2008     SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG  JUDGE _____

## Related Cases

1. Technology Properties Limited, Inc., et al v. Fujitsu Limited, et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:05-cv-00494 (TJW)

2. Technology Properties Limited, Inc., et al v. HTC Corporation, et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

3. Technology Properties Limited, Inc., et al v. HTC Corporation, et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008

4. Technology Properties Limited, Inc., et al v. ASUSTek Computer, Inc.; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

5. Technology Properties Limited, Inc., et al v. ASUSTek Computer, Inc.; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

6. Technology Properties Limited, Inc., et al v. Acer, Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

7. Technology Properties Limited, Inc., et al v. Acer, Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 25 2008

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | |
|---|---|
| (1) TECHNOLOGY PROPERTIES LIMITED<br>(2) MCM PORTFOLIO, LLC and<br>(3) PATRIOT SCIENTIFIC CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>ASUSTeK COMPUTER, INC.,<br><br>Defendant. | CASE NO. **2 - 0 8 C V - 1 7 7**<br>TJW/CC<br><br>**Jury Trial Demanded** |

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiffs, Technology Properties Limited ("TPL"), MCM Portfolio, LLC ("MCM"), and Patriot Scientific Corporation ("Patriot") (collectively "Plaintiffs"), allege the following in support of their Complaint for Patent Infringement and Demand for Jury Trial ("Complaint") against Defendant ASUSTeK Computer, Inc. ("ASUSTeK").

## PARTIES

1.    Plaintiff, Technology Properties Limited ("TPL") is a corporation duly organized and existing under the laws of the State of California and maintains its principal place of business in Cupertino, California.

2.    Plaintiff, MCM Portfolio, LLC ("MCM") is a Limited Liability Company with its principal place of business in Cupertino, California.

1

3.    Plaintiff, Patriot Scientific Corporation ("Patriot") is a corporation duly organized and existing under the laws of the State of Delaware and maintains its principal place of business in Carlsbad, California.

4.    Upon information and belief, Defendant ASUSTeK Computer, Inc is a Taiwan corporation with its principal place of business in Taipei, Taiwan, R.O.C.

## JURISDICTION

5.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. §§ 101, *et seq.* and 271, *et seq.* This Court has personal jurisdiction over Defendant because it infringes Plaintiffs' patents by offering on its website infringing products to its users and/or customers who reside in, or may be found in, the Eastern District of Texas. Further, Defendant has actually transacted business with users of its websites in the Eastern District of Texas.

## VENUE

6.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1400(b) because Defendant resides in this district, has committed acts of infringement in this district and, through its websites, has a regular and established place of business in this district.

## GENERAL ALLEGATIONS

7.    On September 15, 1998, United States Patent No. 5,809,336 ('336 Patent") entitled "High Performance Microprocessor Having Variable Speed System Clock" was duly and legally issued. All rights and interest in the '336 Patent are co-owned by TPL and Patriot Scientific Corporation. TPL has the sole and exclusive right and obligation to license and

enforce the '336 Patent  A true and correct copy of the '336 Patent is attached hereto as Exhibit A

8       On August 8, 1995, United States Patent No. 5,440,749 ('749 Patent") entitled "High Performance, Low Cost Microprocessor Architecture" was duly and legally issued.  All rights and interest in the '749 Patent are co-owned by TPL and Patriot .  TPL has the sole and exclusive right and obligation to license and enforce the '749 Patent.  A true and correct copy of the '749 Patent is attached hereto as Exhibit B

9       On August 20, 2002, United States Patent No. 6,438,638 ('638 Patent") entitled "Flashtoaster For Reading Several Types Of Flash-Memory Cards With Or Without A PC" was duly and legally issued. MCM is the owner of the '638 Patent.  TPL is the exclusive licensee of the '638 Patent. TPL has the sole and exclusive right and obligation to license and enforce the '638 Patent  A true and correct copy of the '638 Patent is attached hereto as Exhibit C.

10.     On December 20, 2005, United States Patent No. 6,976,623 ('623 Patent") entitled "Flash Juke Box" was duly and legally issued. MCM is the owner of the '623 Patent. TPL is the exclusive licensee of the '623 Patent.  TPL has the sole and exclusive right and obligation to license and enforce the '623 Patent.  A true and correct copy of the '623 Patent is attached hereto as Exhibit D

## COUNT 1

(Patent Infringement Against ASUSTeK Computer, Inc.)

1       Paragraphs 1-10 of the Complaint set forth above are incorporated herein by reference.

2.      Upon information and belief Defendant ASUSTeK has infringed and continues to infringe under 35 U.S.C. § 271 the '336 Patent, the '749 Patent, '638 Patent, and the '623 Patent

(collectively "the patents-in-suit).

3.    ASUSTeK's acts of infringement have caused damage to Plaintiffs    Under 35

U.S.C. § 284, Plaintiffs are entitled to recover from ASUSTeK the damages sustained by

Plaintiffs as a result of its infringement of the patents-in-suit.  ASUSTeK's infringement of

Plaintiffs' exclusive rights under the patents-in-suit will continue to damage Plaintiffs' business,

causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this

Court under 35 U.S.C. § 283

4.    Plaintiffs allege, on information and belief, that ASUSTeK's acts of infringement

were willful and deliberate.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against

Defendant as follows:

A.    For judgment that Defendant ASUSTeK Computer, Inc. has infringed and

continues to infringe the patents-in-suit;

B.    For permanent injunctions under 35 U.S.C. § 283 against Defendant and its

directors, officers, employees, agents, subsidiaries, parents, attorneys, and all persons acting in

concert, on behalf of, in joint venture, or in partnership with Defendant from further acts of

infringement;

C.    For damages to be paid by Defendant adequate to compensate Plaintiffs for its

infringement, including interests, costs and disbursements as the Court may deem appropriate

under 35 U.S.C. § 284;

D.    For judgment finding that Defendant's infringement was willful and deliberate,

entitling Plaintiffs to increased damages under 35 U.S.C. § 284;

E    For judgment finding this to be an exceptional case against Defendant and awarding Plaintiffs attorney fees under 35 U.S.C. § 285; and,

F    For such other and further relief at law and in equity as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure Rule 38, Plaintiffs hereby demand a jury trial on all issues triable by jury.

Dated: April 25, 2008                    Respectfully submitted,

By: _Elizabeth L DeRieux_
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Robert E. Krebs
California Bar No. 57526
Email: rkrebs@thelen.com
Christopher L. Ogden
California Bar No. 235517
Email: cogden@thelen.com
Thelen Reid Brown Raysman & Steiner, LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Ronald F. Lopez
California Bar No. 11756
Email: rflopez@thelen.com
Thelen Reid Brown Raysman & Steiner, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

ATTORNEYS FOR PLAINTIFFS
TECHNOLOGY PROPERTIES LIMITED, INC.
and MCM PORTFOLIO, LLC

By: _Charles T Hoge_ _by permission_
    Robert M. Parker
    State Bar No. 15498000
    Email: rmparker@pbatyler.com
    Robert Christopher Bunt
    State Bar No. 00787165
    Email: rcbunt@pbatyler.com
    Parker, Bunt & Ainsworth, P.C.
    100 East Ferguson, Ste. 1114
    Tyler, TX 75702
    Telephone: (903) 531-3535
    Facsimile: (903) 533-9687

    Charles T. Hoge
    California Bar No. 110696
    Email: choge@knlh.com
    Kirby Noonan Lance & Hoge, LLP
    350 Tenth Avenue, Suite 1300
    San Diego, CA 92101
    Telephone: (619) 231-8666
    Facsimile: (619) 231-9593

    ATTORNEYS FOR PLAINTIFF
    PATRIOT SCIENTIFIC CORPORATION

6

US005809336A

# United States Patent [19]

## Moore et al.

[11] Patent Number: 5,809,336

[45] Date of Patent: Sep. 15, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Patriot Scientific Corporation**, San Diego, Calif.

[21] Appl. No.: **184,918**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.⁶ ............................................ G06F 1/04
[52] U.S. Cl. ............................................ 395/845
[58] Field of Search ............... 395/500, 551, 395/555, 845

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,967,104 | 6/1976 | Brantingham | 364/709.09 |
| 3,980,993 | 9/1976 | Bredart et al. | 395/550 |
| 4,003,028 | 1/1977 | Bennett et al. | 395/742 |
| 4,042,972 | 8/1977 | Gruner et al. | 395/389 |
| 4,050,096 | 9/1977 | Bennett | 395/494 |
| 4,112,490 | 9/1978 | Pohlman et al. | 395/287 |
| 4,315,308 | 2/1982 | Jackson | 395/853 |
| 4,338,675 | 7/1982 | Palmer | 364/748 |
| 4,398,265 | 8/1983 | Puhl et al. | 395/882 |
| 4,453,229 | 6/1984 | Schaire | 395/250 |
| 4,503,500 | 3/1985 | Magar | 395/800 |
| 4,539,655 | 9/1985 | Trussell et al. | 395/280 |
| 4,553,201 | 11/1985 | Pollack | 395/183.22 |
| 4,627,082 | 12/1986 | Pelgrom et al. | 377/63 |
| 4,670,837 | 6/1987 | Sheets | 395/550 |
| 4,680,698 | 7/1987 | Edwards et al. | 395/800 |
| 4,761,763 | 8/1988 | Hicks | 395/286 |
| 5,414,862 | 5/1995 | Suzuki et al. | 395/750 |

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward LLP

[57] **ABSTRACT**

A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and ring oscillator variable speed system clock each include a plurality of electronic devices of like type which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.

**10 Claims, 19 Drawing Sheets**







*FIG._1*



*FIG._2*



**FIG._3**



*FIG._4*



**FIG._5**



*FIG._6*



*FIG._7*



*FIG._8*



*FIG._9*



*FIG._10*



*FIG._11*



*FIG.–12*



*FIG._13*



*FIG._14*



*FIG._15*



**FIG._16**



**FIG._18**



*FIG._17*



*FIG._19*



FIG._20



*FIG._21*



*FIG._22*



*FIG._23*

5,809,336

1

# HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a division of U.S. application Ser. No. 07/389,334 filed Aug. 3, 1989, now U.S. Pat. No. 5,440,749.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a simplified reduced instruction set computer (RISC) microprocessor. More particularly it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

2

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system, including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions is connected to receive the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control

5,809,336

3

the counter in response to an instruction utilizing a variable width operand A means is connected to the counter to select the variable width operand in response to the counter

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit A first push down stack is connected to the arithmetic logic unit The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit The arithmetic logic unit has an output connected to the means for storing a top item The means for storing a top item is connected to provide an input to a register file The register file desirably is a second push down stack and the means for storing a top item and the register file are bidirectionally connected

In another aspect of the invention, a data processing system has a microprocessor including a sensing circuit and a driver circuit a memory and an output enable line connected between the memory the sensing circuit and the driver circuit The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to exchange coupling control signals addresses and data with the input/output interface A second clock independent of the ring counter variable speed system clock is connected to the input/output interface

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit The arithmetic logic unit has an output connected to the means for storing a top item The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit A third plurality of stack elements is configured as a random access memory external to the single integrated circuit In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements The central processing unit is connected to pop items from the first plurality of stack elements The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit

In another aspect of the invention a first register is connected to supply a first input to the arithmetic logic unit A first shifter is connected between an output of the arithmetic logic unit and the first register A second register is

4

connected to receive a starting polynomial value An output of the second register is connected to a second shifter A least significant bit of the second register is connected to The arithmetic logic unit A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE" and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO" until the down counter completes a count. The polynomial to be generated results in said first register

In still another aspect of the invention a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register A multiplier register is connected to receive a multiplier in bit reversed form An output of the multiplier register is connected to a second, right shifting shifter A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier is connected to the arithmetic logic unit The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count The product results in the result register

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings in which:

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is an external plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention

FIG 2 is a block diagram of a microprocessor in accordance with the invention

FIG 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS 1 and 2

FIG 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG 2

FIG 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG 2

FIG 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS 1–2 and 4–5

FIGS 7 and 8 are layout diagrams for the data processing system shown in part in FIGS 3 and 6

FIG 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit

FIG 10 is a more detailed block diagram of a portion of the data processing system of FIGS 7 and 8

FIG 11 is a timing diagram useful for understanding operation of the system portion shown in FIG 12

FIG 12 is another more detailed block diagram of a further portion of the data processing system of FIGS 7 and 8

5,809,336

FIG 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG 2

FIG 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS 3 and 7-8

FIG 15 is a graph useful for understanding operation of the system portion shown in FIG 14

FIG 16 is a more detailed block diagram showing part of the system portion shown in FIG 4

FIG 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG 2

FIG 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG 17

FIG 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG 18

FIG 20 is a more detailed block diagram showing another part of the system portion shown in FIG 4

FIG 21 is a more detailed block diagram showing another part of the system portion shown in FIG 4

FIGS 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG 4

DETAILED DESCRIPTION OF THE
INVENTION

Overveiw

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of this philosophy are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions Two positive products of this philosophy are:

Programs are smaller.

Programs can execute much faster

The bottleneck in most computer systems is the memory bus The bus is used to fetch instructions and fetch and store data The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data

Turning now to the drawings more particularly to FIG 1 there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier shown approximately 100 times its actual size of about 0 8 inch on a side The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins The microprocessor 50 is rated at 20 million instructions per second (MIPS) Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates as will be explained below

DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is

that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include $V_{DD}$ pins 56, $V_{SS}$ pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66

All high speed computers require high speed and expensive memory to keep up The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode Page-mode dynamic RAMs offer static RAM performance without the cost penalty For example, low-cost 85 nsec dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG 2 The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50 The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84 An output of the ALU 80 is connected to the top item register 76 by line 86 The output of the top item register at 82 is also connected by line 88 to an internal data bus 90

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98 The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100 Stack pointer 102, return stack pointer 104 mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110 112 114 and 116 respectively The internal data bus 90 is connected to memory controller 118 and to gate 120 The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134 The X register 128 program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138 140 and 142 The internal address bus provides inputs to the memory controller 118 and to an incrementer 144 The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122 124 and 126 The DMA CPU 72 provides inputs to the memory controller 118 on line 148 The memory controller 118 is connected to a RAM (not shown) by address/data bus 150 and control lines 152

FIG 2 shows that the microprocessor 50 has a simple architecture Prior art RISC microprocessors are substantially more complex in design For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50 and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50 The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems

5,809,336

7

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178 respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50 there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

8

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC-DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips giving every memory a direct bus the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 mega-

5,809,336

9

bit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent, and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V4 is being enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL SYSTEMS and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

10

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution. Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:

CONTROL LINES
4—POWER/GROUND
1—CLOCK
32—DATA I/O
4—SYSTEM CONTROL
   EXTERNAL MEMORY FETCH
   EXTERNAL MEMORY FETCH AUTOINCREMENT X
   EXTERNAL MEMORY FETCH AUTOINCREMENT Y
   EXTERNAL MEMORY WRITE
   EXTERNAL MEMORY WRITE AUTOINCREMENT X
   EXTERNAL MEMORY WRITE AUTOINCREMENT Y
   EXTERNAL PROM FETCH
   LOAD ALL X REGISTERS
   LOAD ALL Y REGISTERS
   LOAD ALL PC REGISTERS
   EXCHANGE X AND Y
   INSTRUCTION FETCH
   ADD TO PC
   ADD TO X
   WRITE MAPPING REGISTER
   READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
X0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
Y0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter, X Register and Y register. As a result, to access the intelligent DRAM no address is required, and a total access cycle could be as short as 10 nsec. Each

5,809,336

**11**

expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 50 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allows architectural changes in the microprocessor 310 logic to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16x32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide the equivalent of two 32x32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The microprocessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 310 eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the

**12**

limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact.

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines.

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

Microloops in the microprocessor 50 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor 50 offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310 the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor 310 CPU 316 resides on an already crowded DRAM die 312. To keep chip size as small as

5,809,336

13

possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

    Video output to a CRT

    Multiprocessor serial communications

    8-bit parallel I O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310.

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines channel |
| 3. 8-bit parallel | BOTH | 8 data, 1 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore all three may be active simultaneously without interference.

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. 10 and 11 provide details of the PROM DMA used in the microprocessor 50. The microprocessor 50 executes faster than all but the fastest PROMs. PROMS are used in a microprocessor 50 system to store program segments and perhaps entire programs. The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller 118. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor 50 chip, then written to the DRAM 150.

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350 which carries RAS addresses, CAS addresses and data. The EPROM 260, on the other hand, is read with non-multiplexed busses. The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus 350 is turned back on and the data is written to the DRAM 150.

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register. The DMA instruction directs the memory controller to read the EPROM 260 data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor 50, this means an access time of 320 nsec. The instruction also indicates:

    The selection address of the EPROM 260 to be loaded.

    The number of 32-bit words to transfer.

    The DRAM 150 address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1. RAS goes low at 352, latching the EPROM 260 select information from the high order address bits. The EPROM 260 is selected.

2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address

14

pins. These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50. For the first byte, the byte select bits will be binary 00.

3. CAS goes low at 354, enabling the EPROM 260 data onto the lower 8 bits of the external address/data bus 350. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs but the rest of the bus is still acting as outputs.

4. The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.

5. Steps 2, 3 and 4 are repeated with byte address 01.

6. Steps 2, 3 and 4 are repeated with byte address 10.

7. Steps 2, 3 and 4 are repeated with byte address 11.

8. CAS goes high at 356, taking the EPROM 260 off the data bus.

9. RAS goes high at 358, indicating the end of the EPROM 260 access.

10. RAS goes low at 360, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM 150. The DRAM 150 is selected.

11. CAS goes low at 362, latching the DRAM 150 CAS addresses.

12. The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350. W goes low at 364 writing the 32 bits into the DRAM 150.

13. W goes high at 366. CAS goes high at 368. The process continues with the next word.

FIG. 12 shows details of the microprocessor 50 memory controller 118. In operation, bus requests stay present until they are serviced. CPU 70 requests are prioritized at 370 in the order of: 1 Parameter Stack; 2 Return Stack; 3 Data Fetch; 4 Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372 which provides a bus grant signal at 374. Internal address bus 136 and a DMA counter 376 provide inputs to a multiplexer 378 Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378. The multiplexed address bus 380 and the internal data bus 90 provide address and data inputs, respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete.

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

5,809,336

15

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both.

BENEFITS

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most programmers and optimizing compilers can take advantage of this feature.

2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine.

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14 the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached a predetermined level to generate the READY signal driver 418 generates an OUTPUT ENABLE signal on OE line 152.

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108 as shown in FIG. 16. A class of test and skip instructions can very rapidly execute a very fast jump operation within the four instruction cache.

SKIP CONDITIONS

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful SKIP will jump over the remaining one, two or three 8-bit instructions in the instruction register

16

108 and cause the next four-instruction group to be loaded into the register 108. As shown the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result in very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108 the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock, with its stages 431 producing phase 0-phase 3 outputs 433 shown in FIG. 19 because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring

17

oscillator 430. CPU 70 will always execute at the maximum frequency possible but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates, it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17, with the CPU 70 operating a synchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring counter clock 430. Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432 speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432, optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with handshake signals on lines 436, with data/addresses passing on bus 90, 136.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature, not only would the CPU 314 execute at 100 MHZ, but the DRAM 311 would access fast enough to keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock.

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 2-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits, JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit

18

bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450, 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations (never push or pull more than four consecutive items on the stack operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled, the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled, the data in the bottom of the off-chip RAM stack 452 is written to the top of the off-chip RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 21, a polynomial is generated by loading the order (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY

5,809,336

19

instruction executes. C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474 when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a ONE, the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a ZERO, the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

| | | |
|---|---|---|
| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch store on-chip RAM | 2 cycles | 40 nsec |
| Fetch store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses
Fetching up to four instructions per memory cycle.
Pipelineless instruction decoding
Generating results before they are needed
Use of three level stack caching

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch decode, register read execute and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called

20

pipelining, the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL FETCH and STORE all require a memory access to

5,809,336

21

execute It all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

INTERNAL ARCHITECTURE

The microprocessor 50 architecture consists of the following:

| PARAMETER STACK | <---> ALU <---> | Y REGISTER RETURN STACK |
|---|---|---|
| <---32 BITS---> 16 DEEP Used for math and logic | | <---32 BITS---> 16 DEEP Used for subroutine and interrupt return addresses as well as local variables |
| Push down stack Can overflow into off-chip RAM | | Push down stack Can overflow into off-chip RAM Can also be accessed relative to top of stack |
| LOOP COUNTER | | (32-bits, can decrement by 1) Used by class of test and Loop instructions |
| X REGISTER | | (32-bits, can increment or decrement by 4). Used to point to RAM locations |
| PROGRAM COUNTER | | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM |
| INSTRUCTION REG | | (32-Bits) Holds 4-byte instruction groups while they are being decoded and executed |

MODE - A register with mode and status bits
MODE-BITS:
 - Slow down memory accesses by 8 if '1' Run full speed if '0' (Provided for access to slow EPROM)
 - Divide the system clock by 1023 if '1' to reduce power consumption Run full speed if '0' (On-chip counters slow down if this bit is set)
    Enable cache if bit set '1'
  - Enable external interrupt 2
  - Enable external interrupt 3
  - Enable external interrupt 4
  - Enable external interrupt 5
  - Enable external interrupt 6
  - Enable external interrupt 7
ON-CHIP MEMORY LOCATIONS:
    MODE-BITS
    DMA-POINTER
    DMA-COUNTER
    STACK-POINTER    - Pointer into Parameter Stack.
    STACK-DEPTH      - Depth of on-chip Parameter Stack
    RSTACK-POINTER   - Pointer into Return Stack
    RSTACK-DEPTH     - Depth of on-chip Return Stack

¹Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands. The result is pushed onto the Parameter Stack.
²Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack nesting of indices is straightforward

ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide All memory fetches and stores are 32-bits across. Memory bus addresses are 30 bits The least significant 2 bits are used to select one-of-four bytes in some addressing modes The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly because the incremented value has already rippled through the inc/dec logic and need only be

22

clocked into the latch Branches and Calls are made to 32-bit word boundaries

INSTRUCTION SET

32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE These instructions require the calculation of an effective address In many computers the effective address is calculated by adding or subtracting an operand with the current Program Counter This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler 'Increment to next page' or 'Decrement to previous page' operation at run time As a result, the microprocessor branches execute in a single cycle.

24-BIT OPERAND FORM

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| WWWWWW XX | YYYYYYYY | YYYYYYYY | YYYYYYYY |

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.

16-BIT OPERAND FORM: QQQQQQQQ-WWWWWW XX-YYYYYYYY-YYYYYYYY With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter

8-BIT OPERAND FORM: QQQQQQQQ-QQQQQQQQ-WWWWWW XX-YYYYYYYY With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter

QQQQQQQQ—Any 8-bit instruction

WWWWWW—Instruction op-code.

XX—Select how the address bits will be used.

 00—Make all high-order bits zero (Page zero addressing)

 01—Increment the high-order bits. (Use next page)

 10—Decrement the high-order bits. (Use previous page)

 11—Leave the high-order bits unchanged. (Use current page)

YYYYYYYY—The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions The effective address is calculated by combining

 The current Program Counter.

 The 8, 16, or 24 bit address operand in the instruction

 Using one of the four allowed addressing modes

EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

Example 1

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The 'QQQQQQQQs' in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other

5,809,336

23

instructions to be executed prior to the CALL instruction
Byte 3 indicates a CALL instruction (six zeros) in the
current page (indicated by the 11 bits) Byte 4 indicates that
the hexadecimal number 98 will be forced into the Program
Counter bits 2 through 10. (Remember, a CALL or
BRANCH always goes to a word boundary so the two least
significant bits will always be set to zero) The effect of this
instruction would be to CALL a subroutine at WORD
location HEX 98 in the current page. The most significant 22
bits of the Program Counter define the current page and will
be unchanged

Example 2

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 00000101 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000
0156 which is binary:

00000000 00000000 00000001 01010110=OLD PRO-
GRAM COUNTER

Byte 1 indicates a BRANCH instruction op code (000001)
and "01" indicates select the next page. Byte 2,3, and 4 are
the address operand. These 24-bits will be shifted to the left
two places to define a WORD address HEX 0156 shifted
left two places is HEX 0558. Since this is a 24-bit operand
instruction, the most significant 6 bits of the Program
Counter define the current page. These six bits will be
incremented to select the next page. Executing this instruc-
tion will cause the Program Counter to be loaded with HEX
0400 0558 which is binary:

00000100 00000000 00000101 01011000=NEW PRO-
GRAM COUNTER

INSTRUCTIONS
CALL-LONG

0000 00XX-YYYYYYYY-YYYYYYYY-YYYYYYYY
Load the Program Counter with the effective WORD
address specified. Push the current PC contents onto the
RETURN STACK.

OTHER EFFECTS: CARRY or modes no effect May
cause Return Stack to force an external memory cycle if
on-chip Return Stack is full
BRANCH

0000 01XX-YYYYYYYY-YYYYYYYY-YYYYYYYY
Load the Program Counter with the effective WORD
address specified

OTHER EFFECTS: NONE
BRANCH-IF-ZERO

0000 10XX-YYYYYYYY-YYYYYYYY-YYYYYYYY
Test the TOP value on the Parameter Stack. If the value is
equal to zero, load the Program Counter with the effective
WORD address specified If the TOP value is not equal to
zero, increment the Program Counter and fetch and execute
the next instruction.

OTHER EFFECTS: NONE
LOOP-IF-NOT-DONE

0000 11YY-(XXXX XXXX)-(XXXX XXXX)-(XXXX
XXXX)

If the LOOP COUNTER is not zero, load the Program
Counter with the effective WORD address specified. If the
LOOP COUNTER is zero, decrement the LOOP
COUNTER, increment the Program Counter and fetch and
execute the next instruction.

OTHER EFFECTS: NONE
8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor 50 is done by the
8-bit instructions Eight bit instructions are possible with the

24

microprocessor because of the extensive use of implied
stack addressing Many 32-bit architectures use 8-bits to
specify the operation to perform but use an additional
24-bits to specify two sources and a destination

For math and logic operations, the microprocessor 50
exploits the inherent advantage of a stack by designating the
source operand(s) as the top stack item and the next stack
item The math or logic operation is performed, the operands
are popped from the stack and the result is pushed back on
the stack The result is a very efficient utilization of instruc-
tion bits as well as registers. A comparable situation exists
between Hewlett Packard calculators (which use a stack)
and Texas Instrument calculators which don't The identical
operation on an HP will require one half to one third the
keystrokes of the TI.

The availability of 8-bit instructions also allows another
architectural innovation, the fetching of four instructions in
a single 32-bit memory cycle The advantages of fetching
multiple instructions are:

Increased execution speed even with slow memories
Similar performance to the Harvard (separate data and
instruction busses) without the expense.
Opportunities to optimize groups of instructions.

The capability to perform loops within this mini-cache
The microloops inside the four instruction group are effec-
tive for searches and block moves.
SKIP INSTRUCTIONS

The microprocessor 50 fetches instructions in 32-bit
chunks called 4-byte instruction groups These four bytes
may contain four 8-bit instructions or some mix of 8-bit and
16 or 24-bit instructions SKIP instructions in the micropro-
cessor skip any remaining instructions in a 4-byte instruction
group and cause a memory fetch to get the next 4-byte
instruction group. Conditional SKIPs when combined with
3-byte BRANCHES will create conditional BRANCHES
SKIPs may also be used in situations when no use can be
made of the remaining bytes in a 4-instruction group A
SKIP executes in a single cycle whereas a group of three
NOPs would take three cycles

SKIP-ALWAYS—Skip any remaining instructions in this
4-byte instruction group Increment the most significant
30-bits of the Program Counter and proceed to fetch the
next 4-byte instruction group

SKIP-IF-ZERO—If the TOP item of the Parameter Stack is
zero skip any remaining instructions in the 4-byte
instruction group. Increment the most significant 30-bits
of the Program Counter and proceed to fetch the next
4-byte instruction group. If the TOP item is not zero,
execute the next sequential instruction

SKIP-IF-POSITIVE—If the TOP item of the Parameter
Stack has the most significant bit (the sign bit) set to
"0" skip any remaining instructions in the 4-byte instruc-
tion group. Increment the most significant 30-bits of the
Program Counter and proceed to fetch the next 4-byte
instruction group If the TOP item is not "0" execute the
next sequential instruction

SKIP-IF-NO-CARRY—If the CARRY flag from a SHIFT
or arithmetic operation is not equal to "1", skip any
remaining instructions in the 4-byte instruction group
Increment the most significant 30-bits of the Program
Counter and proceed to fetch the next 4-byte instruction
group If the CARRY is equal to "1", execute the next
sequential instruction

SKIP-NEVER (NOP) execute the next sequential instruc-
tion. (Delay one machine cycle)

SKIP-IF-NOT-ZERO—If the TOP item on the Parameter
Stack is not equal to "0" skip any remaining instructions

5,809,336

25

in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal '0' execute the next sequential instruction.

SKIP-IF-NEGATIVE—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to '1', skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to '0' execute the next sequential instruction.

SKIP-IF-CARRY—If the CARRY flag is set to '1' as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is '0' execute the next sequential instruction.

MICROLOOPS

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for '0' and may perform an additional test. If the LOOP COUNTER is not '0' and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is '0' or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to '0', the LOOP COUNTER will remain at '0'. Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

EXAMPLE

| Byte 1 | Byte 2 |
|---|---|
| FETCH-VIA-X-AUTO-INCREMENT | STORE-VIA-Y-AUTOINCREMENT |
| Byte 3 | Byte 4 |
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move. To initiate the transfer X will be loaded with the starting address of the source. Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not '0' continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0', continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not 0 and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is 0 or the TOP item is '1', continue execution with the next instruction.

26

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not '0' and the most significant bit (sign bit) is '0' continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is 0 or the TOP item is '1', continue execution with the next instruction.

ULOOP-IF-NOT-CARRY-CLEAR—If the LOOP COUNTER is not '0' and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not '0' and the TOP item of the Parameter Stack is '0' continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the TOP item is '1' continue execution with the next instruction.

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not '0' and the most significant bit (sign bit) of the TOP item of the Parameter Stack is '1', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is '0' or the most significant bit of the Parameter Stack is '0', continue execution with the next instruction.

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not '0' and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0' or the exponents are aligned, continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE. When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

RETURN INSTRUCTIONS

RETURN-ALWAYS—Pop the top item from the Return Stack and transfer it to the Program Counter.

RETURN-IF-ZERO—If the TOP item on the Parameter Stack is '0' pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-POSITIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a '0' pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-CLEAR—If the exponents of the floating point numbers found in TOP and NEXT are not aligned pop the top item from the Return Stack and

5,809,336

27

transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-NEVER (NOP)—Execute the next instruction.

RETURN-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not '0', pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-NEGATIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a '1', pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-SET—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called 'Immediate' or 'Literal' in other computers. When used as memory pointer, the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged.

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. Y is unchanged.

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged.

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged.

28

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

NOTE: When this instruction executes, the PC is pointing to the memory location following the instruction. The effect is of loading a 32-bit immediate operand. This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch. It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch. The PC increments after each execution of FETCH-VIA-PC. so it is possible to push four immediate operands on the stack. The four operands would be the found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack.

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack. Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X.

OTHER EFFECTS OF MEMORY ACCESS INSTRUCTIONS:

Any FETCH instruction will push a value on the Parameter Stack 74. If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle. Any STORE instruction will pop a value from the Parameter Stack 74. If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES. These variables are used by a particular procedure and discarded. In cases of nested procedures, layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM. so a means of keeping local variables on-chip can make operations run faster. The microprocessor 50 provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

5,809,336

## 29

The Return Stack 134 is implemented as 16 on-chip RAM locations. The most common use for the Return Stack 134 is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack 134. Eventually, the Return Stack will automatically overflow into off-chip RAM

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack

OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to READ the fifth item, unknown data will be returned

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111 )

OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to WRITE to the fifth item, it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer

## 30

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits

OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group

### EXAMPLE

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |
| BYTE 4 | | |
| 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed binary 00001111(HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1 | BYTE 2 |
|---|---|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |
| BYTE 3 | BYTE 4 |
| LOAD-SHORT-LITERAL | 00001111 |
| SHORT-LITERAL-INSTRUCTION | |

LOAD-SHORT-LITERAL—Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack

LOGIC INSTRUCTIONS

Logical and math operations used the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74

AND—Pop TOP and NEXT from the Parameter Stack perform the logical AND operation on these two operands, and push the result onto the Parameter Stack

OR—Pop TOP and NEXT from the Parameter Stack perform the logical OR operation on these two operands, and push the result onto the Parameter Stack

XOR—Pop TOP and NEXT from the Parameter Stack perform the logical exclusive OR on these two operands and push the result onto the Parameter Stack

BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT )

5,809,336

## 31

MATH INSTRUCTIONS

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result.

ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack, Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

SUB-X—

SIGNED-MULT-STEP—

UNSIGNED-MULT-STEP—

SIGNED-FAST-MULT—

FAST-MULT-STEP—

UNSIGNED-DIV-STEP—

GENERATE-POLYNOMIAL—

ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected.

SHIFT/ROTATE

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

OTHER INSTRUCTIONS

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles.

## 32

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles.

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

What is claimed is:

1. A microprocessor system, comprising a single integrated circuit including a central processing unit and an entire ring oscillator variable speed system clock in said single integrated circuit and connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring oscillator variable speed system clock each including a plurality of electronic devices correspondingly constructed of the same process technology with corresponding manufacturing variations, a processing frequency capability of said central processing unit and a speed of said ring oscillator variable speed system clock varying together due to said manufacturing variations and due to at least operating voltage and temperature of said single integrated circuit; an on-chip input/output interface connected to exchange coupling control signals, addresses and data with said central processing unit; and a second clock independent of said ring oscillator variable speed system clock connected to said input/output interface.

2. The microprocessor system of claim 1 in which said second clock is a fixed frequency clock.

3. In a microprocessor integrated circuit, a method for clocking the microprocessor within the integrated circuit, comprising the steps of:

providing an entire ring oscillator system clock constructed of electronic devices within the integrated circuit, said electronic devices having operating characteristics which will, because said entire ring oscillator system clock and said microprocessor are located within the same integrated circuit, vary together with operating characteristics of electronic devices included within the microprocessor;

using the ring oscillator system clock for clocking the microprocessor, said microprocessor operating at a variable processing frequency dependent upon a variable speed of said ring oscillator system clock;

providing an on chip input/output interface for the microprocessor integrated circuit; and

clocking the input/output interface with a second clock independent of the ring oscillator system clock.

4. The method of claim 3 in which the second clock is a fixed frequency clock.

5. The method of claim 3 further including the step of:

transferring information to and from said microprocessor in synchrony with said ring oscillator system clock.

6. A microprocessor system comprising:

a central processing unit disposed upon an integrated circuit substrate, said central processing unit operating at a processing frequency and being constructed of a first plurality of electronic devices;

an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking said central processing unit at a clock rate and being constructed of a second plurality of electronic devices, thus varying the processing frequency of said first plurality of electronic devices and

5,809,336

33

the clock rate of said second plurality of electronic devices in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation;

an on-chip input output interface connected between said said central processing unit and an external memory bus for facilitating exchanging coupling control signals addresses and data with said central processing unit; and

an external clock independent of said oscillator connected to said input/output interface wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator

7 The microprocessor system of claim 6 wherein said one or more operational parameters include operating temperature of said substrate or operating voltage of said substrate.

8 The microprocessor system of claim 6 wherein said external clock comprises a fixed-frequency clock which operates synchronously relative to said oscillator

9 The microprocessor system of claim 6 wherein said oscillator comprises a ring oscillator

10 In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of:

providing said central processing unit upon an integrated circuit substrate said central processing unit being

34

constructed of a first plurality of transistors and being operative at a processing frequency:

providing an entire variable speed clock disposed upon said integrated circuit substrate said variable speed clock being constructed of a second plurality of transistors;

clocking said central processing unit at a clock rate using said variable speed clock with said central processing unit being clocked by said variable speed clock at a variable frequency dependent upon variation in one or more fabrication or operational parameters associated with said integrated circuit substrate said processing frequency and said clock rate varying in the same way relative to said variation in said one or more fabrication or operational parameters associated with said integrated circuit substrate;

connecting an on chip input/output interface between said central processing unit and an external memory bus, and exchanging coupling control signals addresses and data between said input/output interface and said central processing unit; and

clocking said input/output interface using an external clock wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator

*   *   *   *   *

US005440749A

# United States Patent [19]

## Moore et al.

[11] Patent Number: 5,440,749

[45] Date of Patent: Aug. 8, 1995

[54] **HIGH PERFORMANCE, LOW COST MICROPROCESSOR ARCHITECTURE**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Nanotronics Corporation**, Eagle Point, Oreg.

[21] Appl. No.: **389,334**

[22] Filed: **Aug. 3, 1989**

[51] Int. Cl.6 .................................... G06F 9/22

[52] U.S. Cl. .......................... 395/800; 364/931; 364/925.6; 364/937.1; 364/965.4; 364/232.8; 364/244.3

[58] Field of Search ........... 395/425, 725, 775, 800

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 | 9/1971 | Heath | 364/DIG. 1 |
| 4,003,033 | 1/1977 | O'Keefe et al | 364/200 |
| 4,037,090 | 7/1977 | Raymond | 364/200 |
| 4,042,972 | 8/1977 | Grunes et al | 364/200 |
| 4,050,058 | 9/1977 | Garlic | 395/800 |
| 4,067,059 | 1/1978 | Derchak | 364/DIG. 1 |
| 4,079,455 | 3/1978 | Ozga | 395/800 |
| 4,110,822 | 8/1978 | Porter | 364/200 |
| 4,125,871 | 11/1978 | Martin | 364/DIG. 2 |
| 4,128,873 | 12/1978 | Lamiaux | 364/200 |
| 4,255,785 | 3/1981 | Chamberlin | 395/375 |
| 4,354,228 | 10/1982 | Moore et al | 364/200 |
| 4,376,977 | 3/1983 | Brunshorst | 364/DIG. 1 |
| 4,382,279 | 5/1983 | Mgon | 364/200 |
| 4,403,303 | 9/1983 | Howes et al | 364/900 |
| 4,450,519 | 5/1984 | Guttag et al | 364/200 |
| 4,463,421 | 7/1984 | Laws | 395/325 |
| 4,538,239 | 8/1985 | Magar | 364/759 |
| 4,541,045 | 9/1985 | Kromer | 395/375 |
| 4,562,537 | 12/1985 | Barnett et al | 395/375 |
| 4,577,282 | 3/1986 | Caudel et al | 395/800 |
| 4,607,332 | 8/1986 | Goldberg | 364/900 |
| 4,626,988 | 12/1986 | George et al | 364/200 |
| 4,649,471 | 3/1987 | Briggs | 395/325 |
| 4,665,495 | 5/1987 | Thaden | 345/185 |
| 4,709,329 | 11/1987 | Hecker | 395/275 |
| 4,713,749 | 12/1987 | Magar et al | 395/375 |
| 4,714,994 | 12/1987 | Oklobdzija et al | 395/375 |
| 4,720,812 | 1/1988 | Kao et al | 395/700 |
| 4,772,888 | 9/1988 | Kimura | 340/825.5 |
| 4,777,591 | 10/1988 | Chang et al | 395/800 |
| 4,787,032 | 11/1988 | Culley et al | 364/200 |
| 4,803,621 | 2/1989 | Kelly | 395/400 |
| 4,860,198 | 8/1989 | Takenaka | 364/DIG. 1 |
| 4,870,562 | 9/1989 | Kimoto | 364/DIG. 1 |
| 4,931,986 | 6/1990 | Daniel et al | 395/550 |
| 5,036,460 | 7/1991 | Takahira | 395/425 |
| 5,070,451 | 12/1991 | Moore et al | 395/375 |
| 5,127,091 | 6/1992 | Bonfarah | 395/375 |

### OTHER PUBLICATIONS

Intel 80386 Programmer's Reference Manual, 1986.

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward Castro Huddleson & Tatum

[57] **ABSTRACT**

A microprocessor (50) includes a main central processing unit (CPU) (70) and a separate direct memory access (DMA) CPU (72) in a single integrated circuit making up the microprocessor (50). The main CPU (70) has a first 16 deep push down tack (74), which has a to item register (76) and a next item register (78), respectively connected to provide inputs to an arithmetic logic unit (ALU) (80) by lines (82) and (84). An output of the ALU (80) is connected to the top item register at (82) is also connected by line (88) to an internal data bus (90). CPU (70) is pipeline free. The simplified CPU (70) requires fewer transistors to implement than pipelined architectures, yet produces performance which matches or exceeds existing techniques. The DMA CPU (72) provides inputs to the memory controller (118) on line (148). The memory controller (118) is connected to a RAM by address/data bus (150) and control lines (152). The DMA CPU (72) enables the CPU (70) to execute instructions four times faster than the RAM speed by fetching four instructions in a single memory cycle.

**29 Claims, 19 Drawing Sheets**





EXHIBIT
B



**FIG._1**



*FIG._2*



*FIG._3*



FIG._4



FIG._5



*FIG._6*



*FIG._7*



*FIG._8*



**FIG._9**



*FIG._10*



*FIG.—11*



FIG._12



REGISTER ARRAY                    COMPUTATION STACK

*FIG._13*



*FIG._14*



*FIG._15*



**FIG._16**



**FIG._18**



**FIG._17**



**FIG._19**



*FIG._20*



*FIG._21*



**FIG._22**



**FIG._23**

5,440,749

1

# HIGH PERFORMANCE, LOW COST MICROPROCESSOR ARCHITECTURE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and The Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

2

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit, a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system, including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory, and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions is connected to receive the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control the counter in response to an instruction utilizing a variable width operand. A means is connected to

5,440,749

3

the counter to select the variable width operand in response to the counter.

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit. A first push down stack is connected to the arithmetic logic unit. The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The means for storing a top item is connected to provide an input to a register file. The register file desirably is a second push down stack, and the means for storing a top item and the register file are bidirectionally connected.

In another aspect of the invention, a data processing system has a microprocessor including a sensing circuit and a driver circuit, a memory, and an output enable line connected between the memory, the sensing circuit and the driver circuit. The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage. The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal.

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit. The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to exchange coupling control signals, addresses and data with the input/output interface. A second clock independent of the ring counter variable speed system clock is connected to the input/output interface.

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit. The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory. The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit. A third plurality of stack elements is configured as a random access memory external to the single integrated circuit. In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements. The central processing unit is connected to pop items from the first plurality of stack elements. The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit. The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit.

In another aspect of the invention, a first register is connected to supply a first input to the arithmetic logic

4

unit. A first shifter is connected between an output of the arithmetic logic unit and the first register. A second register is connected to receive a starting polynomial value. An output of the second register is connected to a second shifter. A least significant bit of the second register is connected to The arithmetic logic unit. A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit. A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE" and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO", until the down counter completes a count. The polynomial to be generated results in said first register.

In still another aspect of the invention, a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register. A multiplier register is connected to receive a multiplier in bit reversed form. An output of the multiplier register is connected to a second, right shifting shifter. A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit. A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count. The product results in the result register.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1-2 and 4-5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit

5,440,749

| 5 | 6 |

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

## DETAILED DESCRIPTION OF THE INVENTION

Overview

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST.

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller,

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below. Dynamic Ram

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include VDD pins 56, VSS pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec. dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148. The memory controller 118 is connected to a RAM (not shown) by address/data bus 151 and control lines 153.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on

5,440,749

7          8

the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ⅓ the system cost of static RAM used in most RISC systems.

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses, rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 15. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to

the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation when the most significant bits 190 of remaining instructions 1–4 are a "1" in a clock cycle of the microprocessor 50, there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HCO4 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two

5,440,749

9

IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC-DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus to the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 megabit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way, the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent, and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled

10

by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:

Control Lines
4—POWER/GROUND
1—CLOCK
32—DATA I/O
4—SYSTEM CONTROL
    EXTERNAL MEMORY FETCH
    EXTERNAL MEMORY FETCH AUTOINCREMENT X
    EXTERNAL MEMORY FETCH AUTOINCREMENT Y
    EXTERNAL MEMORY WRITE
    EXTERNAL MEMORY WRITE AUTOINCREMENT X
    EXTERNAL MEMORY WRITE AUTOINCREMENT Y
    EXTERNAL PROM FETCH
    LOAD ALL X REGISTERS
    LOAD ALL Y REGISTERS
    LOAD ALL PC REGISTERS
    EXCHANGE X AND Y
    INSTRUCTION FETCH
    ADD TO PC
    ADD TO X

5,440,749

11

WRITE MAPPING REGISTER
READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
XO REGISTER 32 BITS (ACTIVATED ONLY
FOR ON-CHIP ACCESSES)
YO REGISTER 32 BITS (ACTIVATED ONLY
FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
Transfer Size Counter 12 Bits
Interval Counter 12 Bits

To offer memory expansion for the basic chip 312, an
intelligent DRAM can be produced. This chip will be
optimized for high speed operation with the integrated
circuit 312 by having three on-chip address registers:
Program Counter, X Register and Y register. As a re-
sult, to access the intelligent DRAM, no address is
required, and a total access cycle could be as short as 10
nsec. Each expansion DRAM would maintain its own
copy of the three registers and would be identified by a
code specifying its memory address. Incrementing and
adding to the three registers will actually take place on
the memory chips. A maximum of 64 intelligent DRAM
peripherals would allow a large system to be created
without sacrificing speed by introducing multiplexers
or buffers.

There are certain differences between the micro-
processor 310 and the microprocessor 50 that arise from
providing the microprocessor 310 on the same die 312
with the DRAM 311. Integrating the DRAM 311 al-
lows architectural changes in the microprocessor 310
logic to take advantage of existing on-chip DRAM 311
circuitry. Row and column design is inherent in mem-
ory architecture. The DRAMs 311 access random bits
in a memory array by first selecting a row of 1024 bits,
storing them into a column latch, and then selecting one
of the bits as the data to be read or written.

The time required to access the data is split between
the row access and the column access. Selecting data
already stored in a column latch is faster than selecting
a random bit by at least a factor of six. The microproces-
sor 310 takes advantage of this high speed by creating a
number of column latches and using them as caches and
shift registers. Selecting a new row of information may
be thought of as performing a 1024-bit read or write
with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction
register 108 (see FIGS. 2 and 4) as a cache for four 8-bit
instructions. Since the DRAM 311 maintains a 1024-bit
latch for the column bits, the microprocessor 310 treats
the column latch as a cache for 128 8-bit instructions.
Therefore, the next instruction will almost always be
already present in the cache. Long loops within the
cache are also possible and more useful than the 4 in-
struction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16×32-bit deep
register arrays 74 and 134 (FIG. 2) for the parameter
stack and the return stack. The microprocessor 310
creates two other 1024-bit column latches to provide

12

the equivalent of two 32×32-bit arrays, which can be
accessed twice as fast as a register array.

3. The microprocessor 50 has a DMA capability
which can be used for I/O to a video shift register. The
microprocessor 310 uses yet another 1024-bit column
latch as a long video shift register to drive a CRT dis-
play directly. For color displays, three on-chip shift
registers could also be used. These shift registers can
transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an
external 32-bit bus. Most of the memory 311 for the
microprocessor 310 is on the same die 312. External
access to more memory is made using an 8-bit bus. The
result is a smaller die, smaller package and lower power
consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of
its operating power charging and discharging the I/O
pins and associated capacitances. The DRAMs 150
(FIG. 8) connected to the microprocessor 50 dissipate
most of their power in the I/O drivers. A microproces-
sor 310 system will consume about one-tenth the power
of a microprocessor 50 system, since having the DRAM
311 next to the processor 310 eliminates most of the
external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task
between numerous processors in order to speed up the
solution. The popularity of multiprocessing is limited by
the expense of current individual processors as well as
the limited interprocessor communications ability. The
microprocessor 310 is an excellent multiprocessor can-
didate, since the chip 312 is a monolithic computer
complete with memory, rendering it low-cost and phys-
ically compact.

The shift registers implemented with the micro-
processor 310 to perform video output can also be con-
figured as interprocessor communication links. The
INMOS transputer attempted a similar strategy, but at
much lower speed and without the performance bene-
fits inherent in the microprocessor 310 column latch
architecture. Serial I/O is a prerequisite for many multi-
processor topologies because of the many neighbor
processors which communicate. A cube has 6 neigh-
bors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-
chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture
allows neighbor processors to deliver information di-
rectly to internal registers or even instruction caches of
other chips 312. This technique is not used with existing
processors, because it only improves performance in a
tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two
types of looping structures: LOOP-IF-DONE and MI-
CRO-LOOP. The former takes an 8-bit to 24-bit oper-
and to describe the entry point to the loop address. The
latter performs a loop entirely within the 4 instruction
queue and the loop entry point is implied as the first
instruction in the queue. Loops entirely within the
queue run without external instruction fetches and exe-
cute up to three times as fast as the long loop construct.
The microprocessor 310 retains both constructs with a
few differences. The microprocessor 310 microloop

5,440,749

13

functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

Microloops in the microprocessor 50 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor 50 offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor 310 CPU 316 resides on an already existing DRAM die 312. To keep chip size as small as possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

Video output to a CRT
Multiprocessor serial communications
8-bit parallel I/O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. 10 and 11 provide details of the PROM DMA used in the microprocessor 50. The microprocessor 50 executes faster than all but the fastest PROMs. PROMS are used in a microprocessor 50 system to store program segments and perhaps entire programs. The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller 118. The operation is similar to DMA, but not identical, since four 8-bit bytes must be

14

assembled on the microprocessor 50 chip, then written to the DRAM 150.

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350, which carries RAS addresses, CAS addresses and data. The EPROM 260, on the other hand, is read with non-multiplexed busses. The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus 350 is turned back on, and the data is written to the DRAM 150.

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register. The DMA instruction directs the memory controller to read the EPROM 260 data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor 50, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM 260 to be loaded

The number of 32-bit words to transfer;

The DRAM 150 address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1. RAS goes low at 352, latching the EPROM 260 select information from the high order address bits. The EPROM 260 is selected.

2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address pins. These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50. For the first byte, the byte select bits will be binary 00.

3. CAS goes low at 354, enabling the EPROM 260 data onto the lower 8 bits of the external address-/data bus 350. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs.

4. The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.

5. Steps 2, 3 and 4 are repeated with byte address 01.

6. Steps 2, 3 and 4 are repeated with byte address 10.

7. Steps 2, 3 and 4 are repeated with byte address 11.

8. CAS goes high at 356, taking the EPROM 260 off the data bus.

9. RAS goes high at 358, indicating the end of the EPROM 260 access.

10. RAS goes low at 360, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM 150. The DRAM 150 is selected.

11. CAS goes low at 362, latching the DRAM 150 CAS addresses.

12. The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350. W goes low at 364, writing the 32 bits into the DRAM 150.

13. W goes high at 366 CAS goes high at 368. The process continues with the next word.

FIG. 12 shows details of the microprocessor 50 memory controller 118. In operation, bus requests stay present until they are serviced. CPU 70 requests are priorit-

5,440,749

15

ized at 370 in the order of: 1, Parameter Stack; 2, Return Stack; 3, Data Fetch; 4. Instruction Fetch The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372, which provides a bus grant signal at 374. Internal address bus 136 and a DMA counter 376 provide inputs to a multiplexer 378. Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378 The multiplexed address bus 380 and the internal data bus 90 provide address and data inputs, respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete

### Stack/Register Architecture

Most microprocessors use on-chip registers for temporary storage of variables The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both

Benefits

1 Stack math and logic is twice as fast as those available on an equivalent register only machine Most programmers and optimizing compilers can take advantage of this feature.

2 Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation The accessing of variables is three to four times as fast as available on a strictly stack machine

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

### ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected A speed compromise of as much as 50% is required.

As shown in FIG 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and

16

slower with large ones The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system When the OE line 152 has reached a predetermined level to generate the READY signal, driver 418 generates an OUTPUT ENABLE signal on OE line 152

### Skip Within The Instruction Cache

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG 16 A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache

Skip Conditions

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108 If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108 As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108 Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction The microprocessor 50 provides the ability to skip up to three instructions

### Microloop In The Instruction Cache

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108 The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG 2) connected to the internal data bus 90 To execute a microloop, the program stores a count in LOOP COUNTER 92 MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108 If placed in the first position, execution will just create a delay equal to the

5,440,749

17                                    18

number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT I for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable microloop.

### Optimal CPU Clock Scheme

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17-19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock, with its stages 431 producing phase O-phase 3 outputs 433 shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator 430, CPU 70 will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates, it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

### Asynchronous/Synchronous CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17, with the CPU 70 operating asynchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring counter clock 430. Speed

may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432, speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432, optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with handshake signals on lines 436, with data/addresses passing on bus 90, 136.

### Asynchronous/Synchronous CPU Imbedded On A Dram Chip

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature, not only would the CPU 314 execute at 100 MHZ, but the DRAM 311 would access fast enough to keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock.

### Variable Width Operands

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits, JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

### Triple Stack Cache

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought

5,440,749

19                                                20

of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique, shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450, 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled, the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled, the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

Polynomial Generation Instruction

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 22, a polynomial is generated by loading the 'order' (also known as the feedback terms) into C register 470. The value thirty one (resulting in 32 is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

Fast Multiply

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE" the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a "ZERO" the contents of the A register are passed through to ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction 30 execution is to create a hierarchy of speed as follows:

| Logic and D latch transfers | 1 cycle | 20 nsec |
|---|---|---|
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec. and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses,
Fetching up to four instructions per memory cycle,
Pipelineless instruction decoding
Generating results before they are needed,
Use of three level stack caching

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

5,440,749

21

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

### The Pipeline Approach

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec. The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline

22

stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

### OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

### INTERNAL ARCHITECTURE

The microprocessor 50 architecture consists of the following:

| PARAMETER STACK | <-->   ALU* | Y REGISTER RETURN STACK |
| --- | --- | --- |
|  | <--> |  |
| <---32 BITS---> 16 DEEP Used for math and logic |  | <---32 BITS---> 16 DEEP Used for subroutine and interrupt return addresses as well as local variables |
| Push down stack Can overflow into off-chip RAM |  | Push down stack. Can overflow into off-chip RAM. Can also be accessed relative to top of stack. |
| LOOP COUNTER |  | (32-bits, can decrement by 1) Used by class of test and loop instructions. |
| X REGISTER |  | (32-bits, can increment or decrement by 4). Used to point to RAM locations. |
| PROGRAM COUNTER |  | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM |
| INSTRUCTION REG |  | (32-Bits). Holds 4-byte instruction groups while they are being decoded |

5,440,749

23                                            24

-continued

and executed.

*Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands.
The result is pushed onto the Parameter Stack.
*Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a
pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack nesting of indices
is straightforward.

MODE—A register with mode and status bits.

Mode-Bits

Slow down memory accesses by 8 if "1". Run full speed if "0" (Provided for access to slow EPROM.)

Divide the system clock by 1023 if "1" to reduce power consumption. Run full speed if "0". (On-chip counters slow down if this bit is set.)

Enable external interrupt 1
Enable external interrupt 2
Enable external interrupt 3
Enable external interrupt 4
Enable external interrupt 5
Enable external interrupt 6
Enable external interrupt 7

On-Chip Memory Locations

MODE-BITS
DMA-POINTER
DMA-COUNTER
STACK-POINTER—Pointer into Parameter Stack
STACK-DEPTH—Depth of on-chip Parameter Stack
RSTACK-POINTER—Pointer into Return Stack
RSTACK-DEPTH—Depth of on-chip Return Stack

### Addressing Mode High Points

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch. Branches and Calls are made to 32-bit word boundaries.

### INSTRUCTION SET

#### 32-Bit Instruction Format

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page" operation at run time. As a result, the microprocessor branches execute in a single cycle.

24-Bit Operand Form

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| WWWWWW XX · | YYYYYYYY · | YYYYYYYY · | YYYYYYYY |

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.

16-Bit Operand Form

QQQQQQQQ—Wwwwww
XX—YYYYYYYY—YYYYYYYY With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter.

8-Bit Operand Form

QQQQQQQQ—QQQQQQQQ—WwWwWw
XX—YYYYYYYY With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter.

QQQQQQQQ—Any 8-bit instruction.

WWWWWW—Instruction op-code.

XX—Select how the address bits will be used:

00 - Make all high-order bits zero. (Page zero addressing)

01 - Increment the high-order bits. (Use next page)

10 - Decrement the high-order bits. (Use previous page)

11 - Leave the high-order bits unchanged. (Use current page)

YYYYYYYY - The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes.

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:

The current Program Counter,

The 8, 16, or 24 bit address operand in the instruction,

Using one of the four allowed addressing modes.

### EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

Example 1

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The "QQQQQQQQs" in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits). Byte 4 indicates that the hexadecimal number 98 will be forced into the Program Counter bits 2 through 10 (Remember, a CALL or BRANCH always goes to a

5,440,749

25

word boundary so the two least significant bits are always set to zero). The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged.

Example 2

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

00000000 00000000 00000001 01010110=OLD PRO-GRAM COUNTER

Byte 1 indicates a BRANCH instruction op code (000001) and "01" indicates select the next page. Byte 2,3, and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

00000100 00000000 00000101 01011000=NEW PRO-GRAM COUNTER.

Instructions

Call-Long
    0000    00XX—YYYYYYYY—YYYYYYYY—YY-YYYYYY
    Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.
    Other Effects: CARRY or modes, no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full.
Branch
    0000 01XX—YYYYYYYY—Yyyyyyyy—yyyyyyyy
    Load the Program Counter with the effective WORD address specified
    Other Effects: NONE
Branch-If-Zone
    0000 10XX—YYYYYYYY—yyyyyyyy—yyyyyyyy
    Test the TOP value on the Parameter Stack. If the value is equal to zero, load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction.
    Other Effects: NONE
Loop-If-Not-Done
    0000    11YY—(XXXX    XXXX)—(XXXX XXXX)—(XXXX XXXX)
    If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero, decrement the LOOP COUNTER, increment the Program Counter and fetch and execute the next instruction.
    Other Effects: NONE

8-Bit Instructions Philosophy

Most of the work in the microprocessor 50 is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use

26

8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination.

For math and logic operations, the microprocessor 50 exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed, the operands are popped from the stack, and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation, the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:
    Increased execution speed even with slow memories,
    Similar performance to the Harvard (separate data and
    instruction busses) without the expense,
    Opportunities to optimize groups of instructions,
    The capability to perform loops within this mini-cache.
The microloops inside the four instruction group are effective for searches and block moves.

Skip Instructions

The microprocessor 50 fetches instructions in 32-bit chunks called 4-byte instruction groups. These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES. SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle, whereas a group of three NOPs would take three cycles.
    Skip-Always—skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group
    Skip-If-Zero—If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero, execute the next sequential instruction
    Skip-If-Positive—If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not "0" execute the next sequential instruction
    Skip-If-No-Carry—If the CARRY flag from a SHIFT or arithmetic operation is not equal to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to

5,440,749

27

fetch the next 4-byte instruction group. If the CARRY is equal to "1", execute the next sequential instruction.

Skip-Never Execute the next sequential (NOP) instruction. (Delay one machine cycle)

Skip-If-Not-Zero—If the TOP item on the Parameter Stack is not equal to "0" skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal '0' execute the next sequential instruction.

Skip-If-Negative—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0" execute the next sequential instruction.

Skip-If-Carry—If the CARRY flag is set to "1" as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0" execute the next sequential instruction.

Microloops

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is '0' or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to '0' the LOOP COUNTER will remain at "0". Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

Example

| Byte 1 | Byte 2 |
|---|---|
| FETCH-VIA-X-AUTOINCREMENT | STORE-VIA-Y-AUTOINCREMENT |

| Byte 3 | Byte 4 |
|---|---|
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move. To initiate the transfer, X will be loaded with the starting address of the source Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow

28

Microloop Instructions

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not '0', continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not '0' and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1" continue execution with the next instruction.

Uloop-if-positive—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0" continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

Uloop-if-not-carry-clear—If the LOOP COUNTER is not '0' and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULoop-Never—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULoop-If-Not-Zero—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULoop-If-Negative—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is "0" continue execution with the next instruction.

ULoop-If-Carry-Set—If the LOOP COUNTER is not '0' and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction.

29

### Return From Subroutine Or Interrupt

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

### Return Instructions

Return-Always—Pop the top item from the Return Stack and transfer it to the Program Counter

Return-If-Zero—If the TOP item on the Parameter Stack is "0" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

return-If-Positive—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-If-Carry-Clear—If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-Never—Execute the next instruction. (NOP)

Return-If-Not-Zero—If the TOP item on the Parameter Stack is not "0" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-If-Negative—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-If-Carry-Set—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

### HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-Register—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Y-Register—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

30

Program-Counter—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called "Immediate" or "Literal" in other computers. When used as memory pointer, the PC is also incremented after each operation

### Memory Load & Store Instructions

Fetch-Via-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged

Fetch-Via-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. Y is unchanged

Fetch-Via-X-Autoincrement—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit address

Fetch-Via-Y-Autoincrement—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address

Fetch-Via-X-Autodecrement—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address

Fetch-Via-Y-Autodecrement—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address

Store-Via-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged.

Store-Via-X-Autoincrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged STORE-VIA-X-AUTOINCREMENT - Pop the top item of the Parameter Stack and store it in the memory location pointed to by X After storing, increment the most significant 30 bits of X to point to the next 32-bit word address

Store-Via-Y-Autoincrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address

Store-Via-X-Autodecrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

Store-Via-Y-Autodecrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

Fetch-Via-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the

5,440,749

31
32

instruction. The effect is of loading a 32-bit immediate operand. This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch. It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch. The PC increments after each execution of FETCH-VIA-PC, so it is possible to push four immediate operands on the stack. The four operands would be found in the four memory locations following the instruction.

Bye-Fetch-Via-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack.

Byte-Store-Via-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack. Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X.

### Other Effects Of Memory Access Instructions

Any FETCH instruction will push a value on the Parameter Stack 74. If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle. Any STORE instruction will pop a value from the Parameter Stack 74. If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack.

### Handling On-Chip Variables

High-level languages often allow the creation of LOCAL VARIABLES. These variables are used by a particular procedure and discarded. In cases of nested procedures, layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM, so a means of keeping local variables on-chip can make operations run faster. The microprocessor 50 provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

The Return Stack 134 is implemented as 16 on-chip RAM locations. The most common use for the Return Stack 134 is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack 134. Eventually, the Return Stack will automatically overflow into off-chip RAM.

### On-Chip Variable Instructions

Read-Local-Variable XXXX—Read the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack. OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to READ the fifth item, unknown data will be returned.

Write-Local-Variable XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111.) OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to WRITE to the fifth item, it is possible to clobber return addresses or wreak other havoc.

### Register and Flip-Flop Transfer And Push Instructions

Drop—Pop the TOP item from the Parameter Stack and discard it.

Swap—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location.

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack.

Push-Loop-CounterPush the value in LOOP COUNTER onto the Parameter Stack.

Pop-RStack-Push-To-stack—Pop the top item from the Return Stack and push it onto the Parameter Stack.

Push-X-Reg—Push the value in the X Register onto the Parameter Stack.

Push-Stack-Pointer—Push the value of the Parameter Stack pointer onto the Parameter Stack.

Push-RStack-Pointer—Push the value of the Return Stack pointer onto the Return Stack.

Push-Mode-Bits—Push the value of the MODE REGISTER onto the Parameter Stack.

Push-Input—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack.

Set-Loop-Counter—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER.

Pop-Stack-Push-To-RStack—Pop the TOP item from the Parameter Stack and push it onto the Return Stack.

Set-X-Reg—Pop the TOP item from the Parameter Stack and store it into the X Register.

Set-Stack-Pointer—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer.

Set-RStack-Pointer—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer.

Set-Mode-Bits—Pop the TOP value from the Parameter Stack and store it into the MODE BITS.

Set-output—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits. OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

### Loading A Short Literal

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruc

5,440,749

33

tion op-code loading the literal may reside in ANY of the other three bytes in the instruction group

Example

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |

| BYTE 4 |
|---|
| 00001111 |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary **00001111** (HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1 | BYTE 2 |
|---|---|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |

| BYTE 3 | BYTE 4 |
|---|---|
| LOAD-SHORT-LITERAL | 00001111 |

### Short-literal-Instruction

Load-Short-Literal—Push the 8bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack.

### Logic Instructions

Logical and math operations used the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack **74**. NEXT indicates the next to top value on the Parameter Stack **74**.

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack.

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack.

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack.

Bit-Clear—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack. (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

### Math Instructions

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack **74** to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result.

Add—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and

34

push the result back on the Parameter Stack. The CARRY flag may be changed.

Add-With-Carry—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack, Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is '1' increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed

SUB-X—

SIGNED-MULT-STEP—

UNSIGNED-MULT-STEP—

SIGNED-FAST-MULT—

FAST-MULT-STEP—

UNSIGNED-DIV-STEP—

GENERATE-POLYNOMIAL—

ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive ), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected

### Shift/Rotate

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

### Other Instructions

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction useful for multitasking applications) This instruction accesses a counter which holds the depth

5,440,749

35

of the on-chip stack and can require from none to 16 external memory cycles

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles.

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

What is claimed is:

1. A microprocessor system, comprising a central processing unit integrated circuit, a memory extend of said central processing unit integrated circuit, a bus connecting said central processing unit integrated circuit to said memory, and means connected to said bus for fetching instructions for said central processing unit integrated circuit on said bus from said memory, said means for fetching instructions being configured and connected to fetch multiple sequential instructions from said memory in parallel and supply the multiple sequential instructions to said central processing unit integrated circuit during a single memory cycle, said bus having a width at least equal to a number of bits in each of the instructions times a number of the instructions fetched in parallel, said central processing unit including an arithmetic logic unit and a first push down stack connected to said arithmetic logic unit, said first push down stack including means for storing a top item connected to a first input of said arithmetic logic unit to provide the top item to the first input and means for storing a next item connected to a second input of said arithmetic logic unit to provide the next item to the second input, a remainder of said first push down stack being connected to said means for storing a next item to receive the next item from said means for storing a next item when pushed down in said push down stack said arithmetic logic unit having an output connected to said means for storing a top item.

2. The microprocessor system of claim 1 additionally comprising means connected to said means for fetching multiple instructions for determining by decoding the multiple instructions if multiple instructions fetched by said means for fetching multiple instructions require a memory access, said means for fetching multiple instructions fetching additional multiple instructions if decoding the multiple instructions shows that the multiple instructions do not require a memory access.

3. The microprocessor system of claim 2 in which the decoding determines if the multiple instructions do not require a memory access by a state of a bit of each of the multiple instructions.

4. The microprocessor system of claim 3 in which the bit is a most significant bit of the multiple instructions.

5. The microprocessor system of claim 1 additionally comprising an instruction register for the multiple instructions connected to said means for fetching instructions, means connected to said instruction register for supplying the multiple instructions in succession from said instruction register, a counter connected to control said means for supplying the multiple instructions to supply the multiple instructions in succession, means for decoding the multiple instructions connected to receive the multiple instructions in succession from the means for supplying the multiple instructions, said counter

36

being connected to said means for decoding to receive incrementing and reset control signals from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and to supply a control signal to said means for fetching instructions in response to a SKIP instruction in the multiple instructions.

6. The microprocessor system of claim 5 additionally comprising a loop counter connected to receive a decrement control signal from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and the decrement control signal to said loop counter in response to a MICROLOOP instruction in the multiple instructions to provide a microloop within the multiple instructions in said instruction register for a number of repetitions controlled by said loop counter.

7. The microprocessor system of claim 1 additionally comprising an instruction register for the multiple instructions and a variable width operand to be used with one of the multiple instructions connected to said means for fetching instructions, means connected to said instruction register for supplying the multiple instructions in succession from said instruction register, a counter connected to control said means for supplying the multiple instructions to supply the multiple instructions in succession,

means for decoding the multiple instructions connected to receive the multiple instructions in succession from the means for supplying the multiple instructions, said counter being connected to said means for decoding to receive incrementing and reset control signals from said means for decoding, said means for decoding being configured to control said counter in response to an instruction utilizing the variable width operand stored in said instruction register, and means connected to said counter to select the variable width operand for use with the instruction utilizing the variable width operand in response to said counter.

8. A microprocessor system, comprising a central processing unit, a memory, a bus connecting said central processing unit to said memory, and means connected to said bus for fetching instructions for said central processing unit on said bus from said memory, said means for fetching instructions being configured and connected to fetch multiple sequential instructions from said memory in parallel and supply the multiple sequential instructions to said central processing unit during a single memory cycle said central processing unit including an arithmetic logic unit and a first push down stack connected to said arithmetic logic unit, said first push down stack further including means for storing a top item connected to a first input of said arithmetic logic unit to provide the top item to the first input, means for storing a next item connected to a second input of said arithmetic logic unit to provide the next item to the second input, said arithmetic logic unit having an output connected to said means for storing a top item, a second push down stack, said means for storing a top item being connected to provide an input to said second push down stack and a control means connected between said means for storing a top item and said second push down stack for controlling provision of the input to said second push down stack, said second push down stack additionally being configured as a register file and said means for storing a top item and said sec-

5,440,749

37                                                    38

ond push down stack additionally configured as the register file being bidirectionally connected

9. A microprocessor system, comprising a central processing unit, a dynamic random access memory, a bus connecting said central processing unit to said dynamic random access memory, and multiplexing means on said bus between said central processing unit and said dynamic random access memory, said multiplexing means being connected and configured to provide multiplexed row addresses, column addresses and data on said bus from said central processing unit to said dynamic random access memory and to provide data from said dynamic random access memory to said central processing unit, and

means connected to said bus for fetching instructions for said central processing unit on said bus from said dynamic random access memory, said means for fetching instructions being configured to fetch multiple sequential instructions from said dynamic random access memory in parallel and supply the multiple instructions to said central processing unit during a single memory cycle,

said central processing unit including an arithmetic logic unit and a first push down stack connected to said arithmetic logic unit, said first push down stack including means for storing a top item connected to a first input of said arithmetic logic unit to provide the top item to the first input, and means for storing a next item connected to a second input of said arithmetic logic unit to provide the next item to the second input, a remainder of said first push down stack being connected to said means for storing a next item to receive the next item from said means for storing a next item when pushed down in said push down stack, said arithmetic logic unit having an output connected to said means for storing a top item.

10. The microprocessor system of claim 9 additionally comprising a second push down stack, said means for storing a top item being connected to provide an input to said second push down stack and a control means connected between said means for storing a top item and said second push down stack for controlling provision of the input to said second push down stack.

11. The microprocessor system of claim 10 in which said second push down stack is additionally configured as a register file and said means for storing a top item and said second push down stack additionally configured as the register file are bidirectionally connected

12. The microprocessor system of claim 11 additionally comprising means connected to said means for fetching multiple instructions for determining by decoding the multiple instructions if multiple instructions fetched by said means for fetching multiple instructions require a memory access, said means for fetching multiple instructions fetching additional multiple instructions if decoding the multiple instructions shows that the multiple instructions do not require a memory access.

13. The microprocessor system of claim 12 additionally comprising an instruction register for the multiple instructions connected to said means for fetching instructions, means connected to said instruction register for supplying the multiple instructions in succession from said instruction register, a counter connected to control said means for supplying the multiple instructions to supply the multiple instructions in succession, means for decoding the multiple instructions connected to receive the multiple instructions in succession from the means for supplying the multiple instructions, said counter being connected to said means for decoding to receive incrementing and reset control signals from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and to supply a control signal to said means for fetching instructions in response to a SKIP instruction in the multiple instructions.

14. The microprocessor system of claim 13 additionally comprising a loop counter connected to receive a decrement control signal from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and the decrement control signal to said loop counter in response to a MICROLOOP instruction in the multiple instructions within the multiple instructions in said instruction register for a number of repetitions controlled by said loop counter.

15. The microprocessor system of claim 13 in which said means for decoding is configured to control said counter in response to one of the multiple instructions utilizing a variable width operand stored in said instruction register with the multiple instructions, said microprocessor system additionally comprising means connected to said counter to select the variable width operand for use with the instruction utilizing the variable width operand in response to a state of said counter resulting from control of said counter by said means for decoding.

16. The microprocessor system of claim 12 in which the decoding determines if the multiple instructions do not require a memory access by a state of a bit of each of the multiple instructions.

17. The microprocessor system of claim 16 in which the bit is a most significant bit of the multiple instructions.

18. The microprocessor system of claim 9 additionally comprising a programmable read only memory containing instructions connected to said bus, means connected to said bus for fetching instructions for said central processing unit on said bus, said means for fetching instructions including means for assembling a plurality of instructions from said programmable read only memory, storing the plurality of instructions in said dynamic random access memory and subsequently supplying the plurality of instructions from said dynamic random access memory to said central processing unit on said bus

19. The microprocessor system of claim 9 additionally comprising a direct memory access processing unit having the capacity to request and execute instructions, said bus connecting said direct memory access processing unit to said dynamic random access memory, said dynamic random access memory containing instructions for said central processing unit and said direct memory access processing unit, said direct memory access processing unit being connected to means for fetching instructions for said central processing unit on said bus and for fetching instructions for said direct memory access processing unit on said bus.

20. The microprocessor system of claim 19 additionally comprising a variable speed system clock connected to said central processing unit and a fixed speed system clock connected to control said means for fetching instructions for said central processing unit and for fetching instructions for said direct memory access processing unit

21. The microprocessor system of claim 9 in which said microprocessor system is configured to provide

5,440,749

39

different memory access timing for different storing capacity sizes of said dynamic random access memory by including a sensing circuit and a driver circuit, and an output enable line connected between said dynamic random access memory, said sensing circuit and said driver circuit, said sensing circuit being configured to provide a ready signal when said output enable line reaches a predetermined electrical level after a memory read operation as a function of different capacitance on said bus as a result of the different storing capacity sizes of said dynamic random access memory, said microprocessor system being configured so that said driver circuit provides an enabling signal on said output enable line responsive to the ready signal

22. The microprocessor system of claim 21 in which the predetermined electrical level is a predetermined voltage.

23. The microprocessor system of claim 9 in which said microprocessor system is configured to operate at a variable clock speed; said microprocessor system additionally comprising a ring counter variable speed system clock connected to said central processing unit, said central processing unit and said ring counter variable speed system clock being provided in a single integrated circuit said ring counter variable speed system clock being configured to provide different clock speed to said central processing unit as a result of transistor propagation delays, depending on at least one of temperature of said single integrated circuit voltage and microprocessor fabrication process for said single integrated circuit.

24. The microprocessor system of claim 23 additionally comprising an input/output interface connected between said microprocessor system and an external memory bus to exchange coupling control signals, addresses and data between said central processing unit and said input/output interface, and a second clock independent of said ring counter variable speed system clock connected t said input/output interface to provide clock signals for operation of said input/output interface asynchronously from said central processing unit

25. The microprocessor system of claim 24 in which said second clock is a fixed frequency clock.

26. The microprocessor system of claim 9 in which said first push down stack has a first plurality of stack registers having stack memory elements configured as latches, a second plurality of stack registers having stack memory elements configured as a random access memory, said first and second plurality of stack registers and said central processing unit being provided in a single integrated circuit with a top one of said second plurality of stack registers being connected to said a bottom one of said first plurality of stack registers, and a third plurality of stack registers having stack memory elements configured as a random access memory external to said single integrated circuit with a top one of said third plurality of stack registers being connected to a bottom one of said second plurality of stack registers, said microprocessor system being configured to operate

40

said first, second and third plurality of stack registers hierarchically as interconnected stacks

27 The microprocessor system of claim 26 additionally comprising a first pointer connected to said first plurality of stack registers, a second pointer connected to said second plurality of stack registers, and a third pointer connected to said third plurality of stack registers, said microprocessor system being configured to operate said first, second and third plurality of stack registers hierarchically as interconnected stacks by having said central processing unit being connected to pop items from said first plurality of stack registers, said first stack pointer being connected to said second stack pointer to pop a first plurality of items from said second plurality of stack registers when said first plurality of stack registers are empty from successive pop operations by said central processing unit, said second stack pointer being connected to said third stack pointer to pop a second plurality of items from said third plurality of stack registers when said second plurality of stack registers are empty from successive pop operations by said central processing unit

28. The microprocessor system of claim 9 additionally comprising a first register connected to supply a first input to said arithmetic logic unit, a first shifter connected between an output of said arithmetic logic unit and said first register, a second register connected to receive a starting polynomial value, an output of said second register being connected to a second shifter, a least significant bit of said second register being connected to said arithmetic logic unit, a third register connected to supply feedback terms of a polynomial to said arithmetic logic unit, a down counter, for counting down a number corresponding to digits of a polynomial to be generated, connected to said arithmetic logic unit, said arithmetic logic unit being responsive to a polynomial instruction to carry out an exclusive OR of the contents of said first register with the contents of said third register if the least significant bit of said second register is a "ONE" and to pass the contents of said first register unaltered if the least significant bit of said second register is a "ZERO" until said down counter completes a count, the polynomial to be generated resulting in said first register

29. The microprocessor system of claim 28 in which said first register is a result register, said first shifter is a left shifting shifter, said second register is a multiplier register connected to receive a multiplier in bit reversed form, said second shifter is a right shifting shifter, said third register is connected to supply a multiplicand to said arithmetic logic unit, said down counter is configured for counting down a number corresponding to one less than the number of digits of the multiplier, said arithmetic logic unit being responsive to a multiply instruction to add the contents of said result register with the contents of said third register, if the least significant bit of said second register is a "ONE" and to pass the contents of said first register unaltered if the least significant bit of said second register is a 'ZERO" until said down counter completes a count the product resulting in said first register

*    *    *    *    *

US006438638B1

(12) **United States Patent** (10) Patent No.: **US 6,438,638 B1**
Jones et al. (45) **Date of Patent:** Aug. 20, 2002

(54) **FLASH TOASTER FOR READING SEVERAL TYPES OF FLASH-MEMORY CARDS WITH OR WITHOUT A PC**

(75) Inventors: **Larry Lawson Jones**, Palo Alto; **Sreenath Mambakkam**, San Jose; **Arockiyaswamy Venkidu**, Menlo Park, all of CA (US)

(73) Assignee: **OnSpec Electronic, Inc.**, Santa Clara, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 267 days.

(21) Appl. No.: **09/610,904**

(22) Filed: **Jul. 6, 2000**

(51) Int. Cl.[7] ............... G06F 13/00; G06F 1/16
(52) U.S. Cl. ............................ 710/301; 710/303
(58) Field of Search ..................... 710/300, 301, 710/302, 303

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,296,692 A | * | 3/1994 | Shino | | 235/486 |
| 5,394,206 A | * | 2/1995 | Cocca | | 354/21 |
| 5,576,698 A | * | 11/1996 | Card et al. | | 340/825.52 |
| 5,589,719 A | * | 12/1996 | Fiset | | 307/131 |
| 5,640,541 A | * | 6/1997 | Bartram et al. | | 395/500 |
| 5,729,204 A | * | 3/1998 | Fackler et al. | | 340/825.04 |
| 5,786,769 A | * | 7/1998 | Coteus et al. | | 340/687 |
| 5,815,426 A | * | 9/1998 | Jigour et al. | | 365/51 |
| 5,828,905 A | * | 10/1998 | Rao | | 395/883 |
| 5,877,975 A | * | 3/1999 | Jigour et al. | | 365/52 |
| 5,905,888 A | * | 5/1999 | Jones et al. | | 395/652 |
| D416,541 S | * | 11/1999 | Hirai et al. | | D13/147 |
| 5,995,376 A | * | 11/1999 | Schultz et al. | | 361/788 |
| 6,006,295 A | * | 12/1999 | Jones et al. | | 710/62 |

| | | | | | |
|---|---|---|---|---|---|
| 6,026,007 A | * | 2/2000 | Jigour et al. | | 365/51 |
| 6,075,706 A | | 6/2000 | Learmonth et al. | | 361/737 |
| 6,264,506 B1 | | 7/2001 | Yasufuku et al. | | 439/638 |
| 6,353,870 B1 | * | 3/2002 | Mills et al. | | 710/301 |

OTHER PUBLICATIONS

Lexar Media Weg Pages—Parallel Port, Universal Readers, FAQ, Jumpshot, Jun. 5, 2000.*
Microtouch Smart Media to PCMCIA Adapter Product Sheet, Jun. 8, 2000.*

* cited by examiner

*Primary Examiner*—Peter Wong
*Assistant Examiner*—Tim Vo
(74) *Attorney, Agent, or Firm*—Stuart T. Auvine

(57) **ABSTRACT**

A flash-memory-card reader reads and writes multiple types of flash-memory cards, including CompactFlash, and the smaller SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick. A converter chip converts the different card signals for transfer to a host personal computer (PC). Serial-to-parallel data conversion is performed for the smaller card formats with serial data interfaces, but not for CompactFlash with a parallel-data interface. A single slot has a 50-pin connector for CompactFlash cards or passive adapters. The passive adapters have the CompactFlash form factor and a smaller connector fitting smaller flash cards. Passive adapters have no components but simply wire the smaller connector to the CompactFlash connector. A pin mapping allows card-type detection by sensing the LSB address pins of the CompactFlash connector. A larger CompactFlash reader has multiple slots for each card type. The reader is connected to the PC by a cable, or located within the PC chassis in a drive bay. A stand-alone reader copies images from the flash-memory card to a removable disk media. Pressing a button initiates image transfer.

**28 Claims, 11 Drawing Sheets**







# FIG. 1A

PRIOR ART

# FIG. 1B



PRIOR ART

# FIG. 1C



SMART MEDIA

SM TO 10'
PCMCIA    24

# FIG. 2A

SD    26

MMC    28

14

MEM STICK    18

CF TO 10
PCMCIA    CF
16

PRIOR ART

MEM STK TO PCMCIA



11    15

# FIG. 2B



FIG. 3A

FIG. 3B



# FIG. 4A



HH = CF

# FIG. 4B



FIG. 4C

LH = MMC/SD



FIG. 4D

HL = SMRT MEDIA



FIG. 4E

LL = MEM STK

| Pin | CF | Smart Media | MMC/SD | Memory Stick |
|-----|-----|-----|-----|-----|
| 1 | Ground | Ground | Ground | Ground |
| 2 | D3 | D3 | --- | --- |
| 3 | D4 | D4 | --- | --- |
| 4 | D5 | D5 | --- | --- |
| 5 | D6 | D6 | --- | --- |
| 6 | D7 | D7 | --- | --- |
| 7 | -CE1 | -SMCS | --- | --- |
| 8 | A10 | --- | --- | --- |
| 9 | -OE | -OE | --- | --- |
| 10 | A9 | --- | --- | --- |
| 11 | A8 | --- | --- | --- |
| 12 | A7 | --- | --- | --- |
| 13 | Power | Power | Power | Power |
| 14 | A6 | CLE | | |
| 15 | A5 | ALE | | |
| 16 | A4 | READY | | |
| 17 | A3 | -WP | | |
| 18 | A2 | LVD | SCLK | SCLK |
| 19 | A1 | | DIO | DIO |
| 20 | A0 | | CMD | BS |
| 21 | D0 | D0 | | |
| 22 | D1 | D1 | | |
| 23 | D2 | D2 | | |
| 24 | --- | --- | --- | --- |
| 25 | -CD2 | -CD2 | -CD2 | -CD2 |
| 26 | -CD1 | -CD1 | -CD1 | -CD1 |
| 27 | D11 | --- | --- | --- |
| 28 | D12 | --- | --- | --- |
| 29 | D13 | --- | --- | --- |
| 30 | D14 | --- | --- | --- |
| 31 | D15 | --- | --- | --- |
| 32 | -CE2 | --- | --- | --- |
| 33 | --- | --- | --- | --- |
| 34 | tie high | --- | --- | --- |
| 35 | tie high | --- | --- | --- |
| 36 | -WE | -WE | --- | --- |
| 37 | INTRQ | --- | --- | --- |
| 38 | Power | Power | Power | Power |
| 39 | --- | --- | --- | --- |
| 40 | --- | --- | --- | --- |
| 41 | RESET | --- | --- | --- |
| 42 | --- | --- | --- | --- |
| 43 | --- | --- | --- | --- |
| 44 | -REG | --- | --- | --- |
| 45 | --- | --- | --- | --- |
| 46 | --- | --- | --- | --- |
| 47 | D8 | --- | --- | --- |
| 48 | D9 | --- | --- | --- |
| 49 | D10 | --- | --- | --- |
| 50 | Ground | Ground | Ground | Ground |

FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



# FIG. 10

US 6,438,638 B1

| 1 | 2 |

## FLASHTOASTER FOR READING SEVERAL TYPES OF FLASH-MEMORY CARDS WITH OR WITHOUT A PC

### FIELD OF THE INVENTION

This invention relates to flash-memory readers, and more particularly for interfacing several different types of flash-memory cards to a personal computer.

### BACKGROUND OF THE INVENTION

Digital cameras have become one of the most popular of electronic devices. In a recent year, more digital cameras were sold than traditional film cameras. Images from digital cameras can be downloaded and stored on personal computers. Digital pictures can be converted to common formats such as JPEG and sent as e-mail attachments or posted to virtual photo albums on the Internet. Video as well as still images can be captured, depending on the kind of digital camera.

Digital cameras typically capture images electronically and ultimately store the images as bits (ones and zeros) on a solid-state memory. Flash memory is the most common storage for digital cameras. Flash memory contains one or more electrically-erasable read-only-memory (EEPROM) integrated circuit chips that allow reading, writing, and block erasing.

Early digital cameras required the user to download or transfer the images from the flash memory within the digital camera to a personal computer (PC). A serial cable was most widely used. However, the limited transfer rate of the serial cable and the large size of the digital images made such serial downloads a patience-building experience. Serial downloads could easily take half an hour for only a few dozen images.

Digital camera manufacturers solved this problem by placing the flash memory chips on a small removable card. The flash-memory card could then be removed from the digital camera, much as film is removed from a standard camera. The flash-memory card could then be inserted into an appropriate slot in a PC, and the image files directly copied to the PC.

FIG. 1A shows a flash memory card and adapter for transferring images from a digital camera to a PC. A user takes pictures with digital camera 14 that are stored in image files on flash memory chip(s). The flash memory chip is contained, in CompactFlash card 16, which can be removed from digital camera 14 by pressing a card-eject button. Thus CompactFlash card 16 contains the image files.

While some smaller hand-held computers or personal-digital-assistants (PDA) have slots that receive Compact-Flash cards, most PC's do not. Laptop or notebook PC's have PC-card (earlier known as PCMCIA, Personal Computer Memory Card International Association) slots that can receive PCMCIA cards. Many functions have been placed on PCMCIA cards, such as modems, Ethernet, flash memory, encryption keys, and even miniature hard drives.

CF-to-PCMCIA adapter 10 is a passive adapter that contains an opening that receives CompactFlash card 16. FIG. 1B shows CF-to-PCMCIA adapter 10 with Compact-Flash card 16 inserted. Such CF-to-PCMCIA adapters 10 sell for as little as $5–10. CompactFlash is a trademark of SanDisk Corp of Sunnyvale, Calif.

FIG. 1C shows a PC connected to a PCMCIA reader. Most laptop and notebook PC's contain one or two PCMCIA slots 22 that CF-to-PCMCIA adapter 10 can fit into. Then the user

merely has to copy the image files from CompactFlash card 16 to the hard disk of PC 20. Since high-speed parallel buses are used, transfer is rapid, about the same speed as accessing the hard disk. Thus a half-hour serial-cable transfer can be reduced to less than a minute with the $5 CF-to-PCMCIA adapter.

Desktop PC's usually do not have PCMCIA slots. Then PCMCIA reader 12 can be used. PCMCIA reader 12 accepts CF-to-PCMCIA adapter 10 and connects to PC 20 through a parallel or high-speed Universal Serial Bus (USB) cable.

### Multiple Flash-Card Formats

Although the CompactFlash card format is relatively small, being not much more than an inch square, other smaller cards have recently emerged. FIG. 2A illustrates various formats of flash-memory cards used with digital cameras. Many digital cameras still use CompactFlash card 16, which can be inserted into CF-to-PCMCIA adapter 10 for transfer to a PC. Other smaller, thinner formats have emerged and are used with some manufacturer's digital cameras. For example, SmartMedia card 24 is less than half an inch long, yet has enough flash memory capacity for dozens of images. SmartMedia-to-PCMCIA adapter 10' is available commercially for about $60. The higher cost is believed to be due to a converter chip within adapter 10'. Also, different adapters 10' are required for different memory capacities of SmartMedia card 24. SmartMedia is a trademark of the SSFDC Forum of Tokyo, Japan.

Other kinds of flash-memory cards that are being championed by different manufacturers include MultiMediaCard (MMC) 28 and the related Secure Digital Card (SD) 26. MMC is a trademark of SanDisk Corp of Sunnyvale, Calif. while SD is controlled by the SD Group that includes Matsushita Electric Industrial Co., SanDisk Corporation, Toshiba Corp. Another emerging form factor from SONY is Memory Stick 18. Memory Stick has a PCMCIA/Floppy adapter while MMC has a floppy adapter.

The different physical shapes and pin arrangements of cards 24, 26, 28 and Memory Stick 18 prevent their use in CF-to-PCMCIA adapter 10. Indeed, most of these cards 24, 26, 28 have less than a dozen pins, while CompactFlash card 16 has a larger 50-pin interface. Furthermore, serial data interfaces are used in the smaller cards 24, 26, 28 while a parallel data bus is used with CompactFlash card 16.

FIG. 2B shows a Memory Stick-to-PCMCIA adapter using an active converter chip. Memory Stick 18 fits into an opening in Memory Stick-to-PCMCIA adapter 15, allowing adapter 15 and the Memory Stick to be plugged into a standard PCMCIA slot on a PC. However, adapter 15 has an integrated circuit (IC) converter chip 11 within it. Converter chip 11 may be needed to convert the serial data format of Memory Stick 18 to the parallel data format of a 68-pin PCMCIA slot. Inclusion of converter chip 11 in adapter 15 significantly increases the cost and complexity of adapter 15 compared to CF-to-PCMCIA adapter 10 which is a passive adapter without a converter chip.

While the advances in flash-memory card technology are useful, the many different card formats present a confusing array of interface requirements to a PC. Different adapters are needed for each of the card formats. PCMCIA card reader 12 can be replaced with other format readers, such as a SmartMedia Card reader, and even some multi-standard readers are available, such as a universal reader from Lexar Media that reads CompactFlash or SmartMedia in addition to PCMCIA.

What is desired is a universal adapter for flash-memory cards of several different formats. An adapter that accepts

US 6,438,638 B1

3

SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick cards is desired A flash-card reader with a single slot that accepts any format card using the adapter is desired Special detection logic on the flash reader is desired to distinguish between the many flash-card formats is desirable. A low-cost passive adapter is desired that does not need an expensive converter chip A multi-format reader is desired for a PC. A stand-alone flash reader is desired that can copy image files from flash cards without a PC is also desired

SUMMARY OF THE INVENTION

A single-slot multi-flash-card reader has a personal computer interface for transferring data to a personal computer A converter means is coupled to the personal computer interface It converts multiple flash-card interfaces to a format used by the personal computer interface The multiple flash-card interfaces include a CompactFlash interface and smaller interfaces having fewer pins that the Compact-Flash interface

A CompactFlash connector is coupled to the converter means It receives a CompactFlash card through a single slot in the single-slot multi-flash-card reader. The CompactFlash connector makes electrical connection with the Compact-Flash card for signals in the CompactFlash interface

An adapter has a physical shape to removably insert into the CompactFlash connector. The adapter has a mating CompactFlash connector that fits the CompactFlash connector. The adapter also has a smaller connector The smaller connector fits to other flash-memory cards having the smaller interfaces

A wiring means in the adapter connects between the smaller connector and the mating CompactFlash connector It directly connects signals from the smaller connector in the smaller interface with signals in the mating CompactFlash connector. Thus the adapter allows the other flash-memory cards having the smaller interfaces to fit into the Compact-Flash connector through the single slot to be read by the converter means

In further aspects the wiring means connects card select signals from all of the smaller interfaces to card select signals in the CompactFlash connector The converter means includes a card-detect means that is coupled to sense the card select signals. It detects presence of a flash-memory card inserted into the CompactFlash connector Thus the converter means detects presence of CompactFlash and the other flash-memory cards having the smaller interfaces

BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1A shows a flash memory card and adapter for transferring images from a digital camera to a PC

FIG 1B shows CF-to-PCMCIA adapter 10 with CompactFlash card 16 inserted

FIG 1C shows a PC connected to a PCMCIA reader

FIG 2A illustrates various formats of flash-memory cards used with digital cameras.

FIG 2B shows a Memory Stick-to-PCMCIA adapter using an active converter chip.

FIG 3A shows a universal CompactFlash adapter that accepts SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards

FIG 3B shows a CompactFlash reader that reads SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards through passive adapters to the CompactFlash form factor

4

FIGS. 4A–E show card-type detection using the A1, A0 pins of the CompactFlash reader interface

FIG. 5 is a table of pin mappings for the SmartMedia, MMC/SD, and Memory Stick to CompactFlash adapters.

FIG. 6 is a diagram of a multi-slot embodiment of the flash-card reader

FIG 7 shows a flash-memory reader within a PC

FIG 8 shows a PC chassis with a flash-card reader in one of the drive bays.

FIG 9 is a diagram of a stand-alone FlashToaster that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC.

FIG 10 is a diagram of the converter chip for the flash-memory reader

DETAILED DESCRIPTION

The present invention relates to an improvement in flash-memory readers The following description is presented to enable one of ordinary skill in the art to make and use the invention as provided in the context of a particular application and its requirements. Various modifications to the preferred embodiment will be apparent to those with skill in the art, and the general principles defined herein may be applied to other embodiments. Therefore, the present invention is not intended to be limited to the particular embodiments shown and described, but is to be accorded the widest scope consistent with the principles and novel features herein disclosed

The inventors have realized that a universal adapter can be constructed using the CompactFlash card form factor A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the Compact-Flash adapter The adapters are simple, inexpensive passive adapters without a conversion chip

The inventors have found a pin mapping from the smaller flash-card formats to CompactFlash that allows for easy detection of the type of flash-memory card inserted into the adapter Detection of the type of flash-memory card is thus performed automatically by electronic detection by the CompactFlash reader. The CompactFlash reader is modified to perform this card-type detection Signal conversion such as serial-to-parallel is performed by the CompactFlash reader rather than by the adapter Adapter costs are reduced while CompactFlash reader cost is increased only slightly. The CompactFlash reader can use a single CompactFlash slot to read multiple flash-card types, including SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash

In another embodiment, the CompactFlash reader is somewhat larger, and has multiple slots The adapter is not needed in this embodiment Instead, a slot is provided for each of the flash-memory card formats—SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash. A PCMCIA can also be added This Compact-Flash reader can be connected to the PC by a USB cable, or it can be located within the PC chassis

In a third embodiment, the CompactFlash reader is a stand-alone device that can operate without a PC A removable disk media such as a R/W CD-ROM is included Images from the flash-memory card are copied to the removable disk media by the CompactFlash reader A simple interface is used, such as having the user presses a button to initiate image transfer

Universal, Passive Adapters—FIGS 3A–B

FIG 3A shows a universal CompactFlash adapter that accepts SmartMedia, MultiMediaCard, Secure Digital, and

5

Memory Stick flash-memory cards. Digital camera 14 stores images on flash memory that is in one of several card types. CompactFlash card 16 uses a 50-pin connector and transfers image data in a 16-bit parallel format.

SmartMedia card 24 is smaller flash-memory card with a 22-pin interface and transfers data in an 8-bit parallel format. SmartMedia adapter 30 converts the 22-pin SmartMedia interface to fit within the 50-pin CompactFlash interface. When SmartMedia card 24 is plugged into SmartMedia adapter 30, both can be plugged into a CompactFlash slot on a CompactFlash reader. Of course, ordinary CompactFlash readers will not be able to read SmartMedia card 24 since special signal conversion is required by the CompactFlash reader.

MultiMediaCard 28 and Secure Digital card 26 are flash-memory cards with similar 9-pin interfaces. Serial data transfer is used through a single Data I/O pin. MMC/SD adapter 32 has an opening with a 9-pin connector to receive either MultiMediaCard 28 or Secure Digital card 26. Once MultiMediaCard 28 or Secure Digital card 26 is inserted into MMC/SD adapter 32, then MMC/SD adapter 32 can be inserted into a CompactFlash slot on a special CompactFlash reader. The CompactFlash reader then detects the card type and performs serial-to-parallel conversion.

Memory Stick 18 is also a flash-memory card with a 9-pin, serial-data interface, but is narrower and longer than MultiMediaCard 28 or Secure Digital card 26. Memory Stick adapter 34 has an opening with a 10-pin connector to receive Memory Stick 18. Once Memory Stick 18 is inserted, Memory Stick adapter 32 can itself be inserted into a CompactFlash slot on a special CompactFlash reader. The CompactFlash reader then detects the card type and performs serial-to-parallel conversion.

FIG. 3B shows a CompactFlash reader that reads SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards through passive adapters to the CompactFlash form factor. CompactFlash Reader 42 has an opening or slot with 50-pin connector 44 that accepts CompactFlash card 16. Controller chip 40 performs hand-shaking with CompactFlash card 16 and performs data transfer. CompactFlash reader 42 also connects to a PC over USB connector 46. Controller chip 40 also controls the USB interface to the host PC, allowing image files to be transferred to the PC from CompactFlash card 16.

Other kinds of flash-memory cards can also be read by CompactFlash reader 42. For example, adapter 34 allows Memory Stick 18 to be read. Memory Stick adapter 34 has an opening that Memory Stick 18 fits into, while Memory Stick adapter 34 itself fits into 50-pin connector 44, since adapter 34 has the same form factor as a CompactFlash card.

SmartMedia card 24 can also be read by CompactFlash reader 42, using SmartMedia adapter 30. Likewise, Multi-MediaCard 28 or Secure Digital card 28 can be read using MMC/SD adapter 32.

Adapters 30, 32, 34 are passive adapters that only connect pins from the smaller flash-memory cards to the 50-pin CompactFlash connector. An active converter chip is not required, greatly reducing cost and complexity.

Detection of Card Type—FIGS 4A–E

FIGS 4A–E detail detection of the type of flash-memory card by the CompactFlash reader. Since the same Compact-Flash slot is used for many kinds of flash-memory cards, a detection method is useful so that the user doesn't have to explicitly indicate what type of flash-memory card is inserted into the CompactFlash reader.

6

The inventors have carefully examined the pins of the interfaces to the various flash-memory cards and have discovered that type-detection can be performed by exam-ining two address pins. Address pins A0 and A1 are the least-significant-bits (LSB) of the address of the 50-pin CompactFlash interface. These pins are normally inputs to the CompactFlash card and thus are driven by the Compact-Flash reader. When the reader does not drive A0, A1 to the inserted CompactFlash card, the A0, A1 pins float or are pulled high by pullup resistors.

Address pins are not present on the other kinds of flash-memory cards. Instead, the address and data are multiplexed. For MMC/SD and Memory Stick, the address is sent seri-ally. Using the adapters, pins from the other flash-memory cards can be connected to the CompactFlash pins. Pins A0 and A1 are used to detect the type of card. For SmartMedia, the addresses are sent by using a special control- sequence followed by 3 or 4 bytes of starting address.

In FIG. 4A, the A1, A0 pins of the CompactFlash reader interface are highlighted. Converter chip 40 in the Com-pactFlash reader normally drives all 11 address pins in the CompactFlash interface when reading a CompactFlash card plugged into connector 44. The A0 pin from the Compact-Flash card plugs into connector cup 56, while the A1 pin from the CompactFlash card plugs into connector cup 58 of 50-pin connector 44.

Card-type detector 50 has two pullup resistors added to lines A0, A1. Resistor 52 pulls line A0 high to power (Vcc) when neither converter chip 40 nor a card plugged into connector 44 drives line A0. Likewise, resistor 54 pulls line A1 high when line A1 is not being actively driven. During detection mode, converter chip 40 is programmed to not drive lines A0, A1 and instead use them as inputs to the detector logic.

In FIG. 4B, a CompactFlash card is inserted into the connector for card-type detection. CompactFlash card 16 is plugged into connector 44. Since A0 and A1 are inputs to CompactFlash card 16, they are not driven by CompactFlash card 16. During detection mode, converter chip 40 also does not drive lines A0, A1. Thus lines A0, A1 are left floating and are each pulled high by resistors 52, 54.

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs. Both inputs are high. The detection logic in converter chip 40 recognizes the HH state of A0, A1 as indicating that a CompactFlash card is plugged into con-nector 44. Converter chip 40 then exits detection mode and configures its interface to connector 44 for the 50-pin CompactFlash interface as shown later in FIG. 5.

In FIG. 4C, a MultiMediaCard or Secure Digital card is inserted into the connector for card-type detection. MMC/SD card 28 (not shown) is plugged into MMC/SD adapter 32 which is plugged into connector 44.

Converter chip 40 does not drive pins A1, A0 during detection mode. Thus pin A1 floats and is pulled high by resistor 54. The A0 pin is driven low by the MMC card.

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs. While A0 is low, A1 is high. The detection logic in converter chip 40 recognizes the LH state of A0, A1 as indicating that a MMC or SD card is plugged into connector 44. Converter chip 40 then exits detection mode and configures its interface to connector 44 for the 9-pin MMC/SD interface as shown later in FIG. 5.

US 6,438,638 B1

7

In FIG. 4D, a SmartMedia card is inserted into the connector for card-type detection. SmartMedia card 24 (not shown) is plugged into SmartMedia adapter 30 which is plugged into connector 44. The adapter 30 does not connect pins A0, A1 from the CompactFlash interface to any pins on the SmartMedia card. Adapter 30 internally connects pin A1 from the CompactFlash interface to the ground pin on the CompactFlash interface.

The SmartMedia card does not drive either pin A1, A0, although adapter 30 drives pin A1 low. Likewise, converter chip 40 does not drive pins A1, A0 during detection mode. Pin A0 floats and is pulled high by resistor 52.

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs. While A0 is high, A1 is low. The detection logic in converter chip 40 recognizes the HL state of A0, A1 as indicating that a SmartMedia card is plugged into connector 44. Converter chip 40 then exits detection mode and configures its interface to connector 44 for the 22-pin SmartMedia interface as shown later in FIG. 5.

In FIG. 4E, a Memory Stick card is inserted into the connector for card-type detection. Memory Stick card 18 (not shown) is plugged into Memory Stick adapter 34 which is plugged into connector 44.

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs. Both pins A0, A1 are low. The detection logic in converter chip 40 recognizes the LL state of A0, A1 as indicating that a Memory Stick card is plugged into connector 44.

### Pin Mapping—FIG. 5

FIG. 5 is a table of pin mappings for the SmartMedia, MMC/SD, and Memory Stick to CompactFlash adapters. The pin numbers for the smaller interfaces for SmartMedia, MMC/SD, and Memory Stick are not shown but can be in any order or designation. The adapter connects the proper pin on the smaller interface to the CompactFlash pin number shown in FIG. 5. Simple wiring such as individual wires, flat cables, printed-circuit board (PCB), or wiring traces can be used.

The ground pins on the smaller interfaces are connected to CompactFlash pins 1 and 50. Power pins are connected to CompactFlash pins 13, 38. Pins 25, 26 are the card detect signals for CompactFlash, which the adapters connect to the card-detect signals on all smaller interfaces.

The CompactFlash connectors use pins 2–6, 21–23, 27–31, and 47–49 for the 16-bit parallel data bus to the CompactFlash card. Pins 8, 10–12, and 14–20 form a separate 11-bit address bus. The separate data and address buses provide for rapid random addressing of CompactFlash cards. Other control signals include pins 6, 32 chip enables, pin 9 output enable, pin 36 write enable, interrupt pin 37, reset pin 41, and register REG pin 44. REG pin 44 is the Attribute Memory Select, defined based on the CF mode of operation, i.e. PCMCIA I/O mode, IDE or CompactFlash Memory Mode. Several pins in the 50-pin interface are not connected.

The smaller SmartMedia interface also has a parallel data bus of 8 bits. These are mapped to pins 2–6, and 21–23 of the CompactFlash interface to match the CompactFlash DO:7 signals. While no separate address bus is provided, address and data are multiplexed. Control signals for latch enables, write enable and protect, output enable, and ready

8

handshake are among the control signals. Output enable—OE and write enable—WE are mapped to the same function pins 9, 36 of the CompactFlash interface. The total number of pins in the SmartMedia interface is 22.

The Memory Stick and MMC/SD flash-memory-card interfaces are smaller still, since parallel data or address busses are not present. Instead, serial data transfers occur through serial data pin DIO, which is mapped to pin 19 (A1). Data is clocked in synchronization to clock SCLK on pin 18. A command signal CMD or BS occupies pin 20 (A0). The MMC/SD and Memory Stick interfaces require only 6 pins plus power and ground.

Detection logic in converter chip 40 reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs to determine the card type. The pullup resistors of FIG. 4A together with wiring inside the adapter and the card's behavior determines whether A0, A1 are pulled low by the adapter or pulled high by the pullup resistors.

### Multi-Slot Multi-Flash-Card Reader—FIG. 6

FIG. 6 is a diagram of a multi-slot embodiment of the flash-card reader. While the single-slot embodiment of FIG. 3B results in the smallest physical design, somewhat larger flash-card readers can be made that have separate slots for each type of flash-memory card, rather than a single slot. This negates the need for the adapters.

Four connectors are provided in flash reader 42: a 50-pin CompactFlash connector 62 that fits CompactFlash card 16, a 9-pin MMC/SD connector 64 that fits MultiMediaCard 28 or a Secure Digital card, a 22-pin SmartMedia connector 66 that fits SmartMedia card 24, and a 10-pin Memory Stick connector 68 that fits Memory Stick 18.

Each of the four connectors 62, 64, 66, 68 route their signals to converter chip 40.

Converter chip 40 detects when a flash-memory card has been inserted into one of the connectors 62, 64, 66, 68 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type.

Converter chip 40 executes various routines to perform handshaking with the flash-memory cards and accept data, either serially or in parallel. The data is buffered and then sent to the host PC 20 through USB connector 46. Converter chip 40 generates the appropriate USB-interface signals to transfer the data to host PC 20.

Having separate connectors 62, 64, 66, 68 with separate slots in flash reader 42 allows for card-to-card transfers. For example, images or other files from Memory Stick 18 could be transferred to CompactFlash card 16 by converter chip 40 reading serial data from Memory Stick inserted into connector 68, converting to parallel, and writing to connector 62 and CompactFlash card 16. Each of the flash-memory cards in connectors 62, 64, 66, 68 can be assigned a different drive letter by the operating system, such as e:, f:, g:, and h:

In this embodiment, flash reader 42 is contained in an external housing that connects to host PC 20 through a USB cable. Of course, other cables and interfaces such as IEEE 1394 FireWire may be substituted.

### Flash Reader Within PC—FIG. 7

FIG. 7 shows a flash-memory reader within a PC. Four slots and four connectors are provided in flash reader 42. A 50-pin CompactFlash connector 62 fits CompactFlash card 16, a 9-pin MMC/SD connector 64 fits MultiMediaCard 28

9

or a Secure Digital card, a 22-pin SmartMedia connector 66 fits SmartMedia card 24, and a 10-pin Memory Stick connector 68 fits Memory Stick 18.

Each of the four connectors 62, 64, 66, 68 route their signals to converter chip 40. Converter chip 40 detects when a flash-memory card has been inserted into one of the connectors 62, 64, 66, 68 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type. Each of the flash-memory cards in connectors 62, 64, 66, 68 can be assigned a different drive letter by the operating system, such as e:, f:, g:, and h:.

Converter chip 40 executes various routines to perform handshaking with the flash-memory cards and accept data, either serially or in parallel. The data is buffered and then sent to the CPU 21 in PC 20 through an internal USB bus. Converter chip 40 generates the appropriate USB-interface signals to transfer the data to CPU 21.

FIG. 8 shows a PC chassis with a flash-card reader in one of the drive bays. PC 20 is enclosed by a chassis or case that has several drive bays allowing the user or manufacturer to insert peripherals such as hard and floppy disk drives, CD-ROM and DVD drives, and tape drives. HDD bay 72 contains a hard-disk drive, while FDD bay 74 contains a floppy disk drive. These are connected by cables to cards inserted into a USB, ATA, or other expansion bus connectors on the motherboard.

Flash reader 42 is inserted into one of the drive bays. The four slots face forward, allowing the user to insert flash-memory cards into flash reader 42 much as a floppy disk is inserted into the floppy-disk drive in FDD bay 74.

Flash reader 42 can be installed by the user from a kit purchased at a store, or it can be pre-installed by an original-equipment manufacturer (OEM) or retailer. The user can easily transfer digital images from a digital camera, regardless of the type of flash-card used by the camera, due to the many different formats of flash-memory cards read by flash reader 42.

FlashToaster—FIG. 9

FIG. 9 is a diagram of a stand-alone FlashToaster that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC. Digital photographers may not always have their PC's nearby. While extra flash-memory cards can be purchased and swapped in the digital camera, these flash-memory cards are somewhat expensive, especially when many high-resolution images are captured. Especially during a long trip away from the PC, the user may be limited by the capacity of the flash-memory cards.

FlashToaster 80 has four slots and four connectors are provided in FlashToaster 80. A 50-pin CompactFlash connector 62 fits CompactFlash card 16, a 9-pin MMC/SD connector 64 fits MultiMediaCard 28 or a Secure Digital card, a 22-pin SmartMedia connector 66 fits SmartMedia card 24, and a 10-pin Memory Stick connector 68 fits Memory Stick 18.

Each of the four connectors 62, 64, 66, 68 route their signals to converter chip 40. Converter chip 40 detects when a flash-memory card has been inserted into one of the connectors 62, 64, 66, 68 by sensing card select lines CD0, CD1 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type.

Converter chip 40 executes various routines to perform handshaking with the flash-memory cards and accept data,

10

either serially or in parallel. The data is buffered and then sent either to host PC 20 through USB connector 46 or to removable mass storage 70. Converter chip 40 generates the appropriate USB-interface signals to transfer the data to host PC 20. Converter chip 40 also generates the control signals for removable mass storage 70, allowing the image data read from the flash-memory card to be written to removable disk 76. Removable disk 76 could be a standard or a high-density floppy diskette, a tape drive, a writeable CD-R/W disk, or other proprietary media such as LS120 by Imation of Oakdale, Minnesota, or ZIP drives by Iomega Corp of Roy, Utah.

Each of the flash-memory cards in connectors 62, 64, 66, 68 can be assigned a different drive letter by the operating system, such as e:, f:, g:, and h:. Removable mass storage 70 can also be signed a drive letter.

When FlashToaster 80 is not attached to host PC 20, image files may still be copied to removable mass storage 70. FlashToaster 80 may be carried along on a trip by the user, allowing the user to download image files to removable disk 76. Since removable disk 76 ordinarily has a much higher capacity than the flash-memory cards, many pictures may be captured when no access to host PC 20 is available. FlashToaster 80 can be provided with battery power or, with its own AC converter.

FlashToaster 80 is provided with a simple user interface, including light-emitting diode LED 78 and button 79. When the user inserts a flash-memory card into one of connectors 62, 64, 66, 68, and removable disk 76 is inserted into removable mass storage 70, the user presses button 79. This activates controller chip 40, which determines which of connectors 62, 64, 66, 68 has a memory card inserted, and copies the image files to removable mass storage 70. LED 78 can be programmed to blink during the copying process, and remain lit when the copying is complete, or vice-versa. This provides a simple visual indication to the user of the copying progress. Errors can be indicated with additional LED indicator lamps, or other blinking arrangements or colors.

Converter Chip—FIG. 10

FIG. 10 is a diagram of the converter chip for the flash-memory reader. Converter chip 40 can be implemented as a commercially-available micro-controller chip that is programmed to read and write I/O pins that are connected to the flash-memory-card connectors and USB interface. Several different control and transfer routines are written and programmed into RAM/ROM 94. CPU 92 then executes these routines. A high-level scanning routine can sense when a flash-memory card is inserted. CPU 92 can then begin execution of another routine specific to that type of flash-memory card. Transfer and handshake sub-routines can then be called.

General-purpose input-output GPIO 99 provides registers or I/O ports that drive external I/O pins of converter chip 40, or read the logic-levels or voltages on input pins to converter chip 40. CPU 92 can read registers in GPIO 99 that are written by control signals that are coupled to I/O pins of converter chip 40 from connectors 62, 64, 66, 68. Control signals to the flash-memory cards can be switched high or low by writing a 1 or a 0 to a register for that control signal in GPIO 99.

Timers 96 are useful for asserting control signals for a required amount of time. For example, a control signal may need to be asserted for a specified number of microseconds. CPU 92 can write a 1 to a register in GPIO 99 and start a timer in timers 96. Timer 6 can sent an interrupt to CPU 96

US 6,438,638 B1

11

when the specified time has elapsed, or CPU 92 can continuously or periodically poll timers 96 to determine when the specified time has elapsed. Then CPU 92 can write a 0 to the register in GPIO 99, causing the control signal to transition from 1 to 0.

Shifter 98 is connected to the data and clock signals from connectors 64, 68. When data is read from the flash-memory card, a clock is pulsed to synchronize the data transfer. Shifter 98 clocks in one bit (serial) or word (parallel) of data for each clock pulse. A cyclical-redundancy-check (CRC) can be performed on the data to detect errors. CPU 92 can request re-transmission of data from the flash-memory card when an error is detected.

Data read by shifter 98 can be sent over internal bus 90 to be stored in a buffer in RAM/ROM 94. Later, CPU 92 can execute a routine to transfer this data from RAM/ROM 94 to USB interface 100. USB interface 100 then transmits the data over an external USB link to a host PC. When a removable mass storage is present, some of the I/O pins from GPIO 99 can connect to the removable mass storage, or a separate disk controller can be included on controller chip 40.

### ADVANTAGES OF THE INVENTION

A universal adapter for flash-memory cards accepts cards of several different formats. The adapter accepts SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick cards. The flash-card reader with a single slot accepts any format card using the adapter. Special detection logic on the flash reader distinguishes between the many flash-card formats. The low-cost passive adapter does not need an expensive converter chip. A multi-format reader is ideal for use with a PC. However, a stand-alone flash reader can copy image files from flash cards without a PC. Additionally, preparation of media for use in devices (format and erase operations) can be done using this reader.

A universal adapter is constructed using the Compact-Flash card form factor. A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the CompactFlash adapter. The adapters are simple, inexpensive passive adapters without a conversion chip.

The disclosed pin mapping from the smaller flash-card formats to CompactFlash allows for easy detection of the type of flash-memory card inserted into the adapter. Detection of the type of flash-memory card is thus performed automatically by electronic detection by the CompactFlash reader. The CompactFlash reader is modified to perform this card-type detection. Signal conversion such as serial-to-parallel is performed by the CompactFlash reader rather than by the adapter. Adapter costs are reduced while lowering the CompactFlash reader cost is increased only slightly. The Compact-Flash reader can use a single CompactFlash slot to read multiple flash-card types, including SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash.

### ALTERNATE EMBODIMENTS

Several other embodiments are contemplated by the inventors. Different flash-card formats can be supported such as Smart Cards, and more or less than the four slots shown in the multi-card flash reader can be included. Other adapters can be used for newer flash formats for the single-slot CompactFlash reader. Any device that needs Control Bus, Clock, Data Bus and Address Bus can be designed to fit into this slot. Examples of such devices include (but are

12

not limited to) DSL Modems, Fingerprint security devices, Miniature Hard disks, etc.

While the invention has been described as connecting to a personal computer PC host, the host may also be an Apple-computer such as the iMAC or G3. The host may also be a SUN computer, or any host computer using USB or IDE interfaces. The invention can also apply to Personal Digital Assistants (PDAs) such as by Palm Computer or other handheld appliances, such as a Cell phone with USB capability.

The term "CompactFlash reader" has been used for simplicity, since digital images are often read from the flash-memory card and then written to the PC. However, the CompactFlash reader is capable of reading files from the PC or from another flash-memory card and writing the file to the flash-memory card. Thus the CompactFlash reader is really a reader/writer.

In another embodiment, the CompactFlash reader is somewhat larger, and has multiple slots. The adapter is not needed in this embodiment. Instead, a slot is provided for each of the flash-memory card formats—SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash. A PCMCIA slot can also be added. This CompactFlash reader can be connected to the PC by a USB cable, or it can be located within the PC chassis.

In a third embodiment, the CompactFlash reader is a stand-alone device that can operate without a PC. A removable disk media such as a R/W CD-ROM is included. Images from the flash-memory card are copied to the removable disk media by the CompactFlash reader. A simple interface is used, such as having the user presses a button to initiate image transfer.

The foregoing description of the embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. It is intended that the scope of the invention be limited not by this detailed description, but rather by the claims appended hereto.

We claim:

1. A single-slot multi-flash-card reader comprising:

a personal computer interface for transferring data to a personal computer;

a converter means, coupled to the personal computer interface, for converting multiple flash-card interfaces to a format used by the personal computer interface;

wherein the multiple flash-card interfaces include a CompactFlash interface and smaller interfaces having fewer pins that the CompactFlash interface;

a CompactFlash connector, coupled to the converter means, for receiving a CompactFlash card through a single slot in the single-slot multi-flash-card reader, the CompactFlash connector making electrical connection with the CompactFlash card for signals in the CompactFlash interface;

an adapter, having a physical shape to removably insert into the CompactFlash connector, the adapter having a mating CompactFlash connector that fits the Compact-Flash connector, the adapter also having a smaller connector, the smaller connector for fitting to other flash-memory cards having the smaller interfaces; and

wiring means, in the adapter, connected between the smaller connector and the mating CompactFlash connector, for directly connecting signals from the

US 6,438,638 B1

| 13 | 14 |

smaller connector in the smaller interface with signals in the mating CompactFlash connector;

whereby the adapter allows the other flash-memory cards having the smaller interfaces to fit into the Compact-Flash connector through the single slot to be read by the converter means.

2. The single-slot multi-flash-card reader of claim 1 wherein the wiring means connects card select signals from all of the smaller interfaces to card select signals in the CompactFlash connector;

wherein the converter means includes card-detect means, coupled to sense the card select signals, for detecting presence of a flash-memory card inserted into the CompactFlash connector,

whereby the converter means detects presence of Com-pactFlash and the other flash-memory cards having the smaller interfaces.

3. The single-slot multi-flash-card reader of claim 2 wherein the wiring means connects signals from the smaller interfaces to least-significant-bit (LSB) address signals in the CompactFlash connector;

wherein the converter means includes card-type-detect means, coupled to sense the LSB address signals, for detecting a type of a flash-memory card inserted into the CompactFlash connector;

wherein the type of flash-memory card detected includes CompactFlash cards and smaller flash-memory cards having the smaller interface;

whereby the converter means detects the type of flash-memory card inserted including CompactFlash and the other flash-memory cards having the smaller interfaces.

4. The single-slot multi-flash-card reader of claim 3 wherein the LSB address

signals comprise an A0 signal and an A1 signal in the CompactFlash interface; wherein the A1 signal is con-nected to a serial data signal in the smaller interface when

the smaller interface is a MultiMediaCard, Secure Digital interface or a Memory Stick interface,

whereby type detection is performed using the A1 signal connected to the serial data signal of the smaller interfaces.

5. The single-slot multi-flash-card reader of claim 4 wherein each type of the flash-memory cards for the smaller interfaces drives signals connected to the LSB address signals by the adapter to different logic levels;

wherein CompactFlash cards do not drive the LSB address signals, whereby the LSB address signals float for CompactFlash cards, but at least one of the LSB address signals are driven by the other flash-memory cards having the smaller interfaces when connected by the adapter.

6. The single-slot multi-flash-card reader of claim 5 further comprising: pullup resistors, connected to the LSB address signals from the CompactFlash connector, for pull-ing the LSB address signals high when the converter means and the flash-memory card are not driving signals connected to the LSB address signals,

whereby the pullup resistors assist card-type detection.

7. The single-slot multi-flash-card reader of claim 6 wherein the wiring means is a passive wiring means without active components including integrated circuit chips, transistors, resistors, or capacitors,

whereby the adapter is a passive adapter.

8. The single-slot multi-flash-card reader of claim 7 wherein the smaller interfaces are selected from the group consisting of MultiMediaCard, Secure Digital, and Memory Stick flash-memory-card interfaces.

9. The single-slot multi-flash-card reader of claim 8 further comprising:

a second adapter, having a physical shape to removably insert into the CompactFlash connector, the second adapter having a mating CompactFlash connector that fits the CompactFlash connector, the second adapter also having a second smaller connector, the second smaller connector for fitting to a SmartMedia flash-memory cards having the smaller interface for SmartMedia, whereby the second adapter connects SmartMedia flash-memory cards to the CompactFlash connector.

10. The single-slot multi-flash-card reader of claim 9 further comprising:

a third adapter, having a physical shape to removably insert into the CompactFlash connector, the third adapter having a mating CompactFlash connector that fits the CompactFlash connector, the third adapter also having a third smaller connector, the third smaller connector for fitting to a Memory Stick flash-memory cards having the smaller interface for Memory Stick,

whereby the third adapter connects Memory Stick flash-memory cards to the CompactFlash connector.

11. The single-slot multi-flash-card reader of claim 10 wherein the CompactFlash interface has 50 pins including power and ground pins;

wherein the smaller interfaces have no more than 10 pins including power and ground pins.

12. The single-slot multi-flash-card reader of claim 10 wherein the converter means further comprises:

serial-to-parallel means, receiving serial data from the smaller interfaces, for converting serial data to a par-allel data format for transfer to the personal computer,

whereby serial data from the smaller interfaces is con-verted to parallel, but parallel data

from CompactFlash cards are not converted.

13. A multi-flash-card reader comprising:

a host connection for transferring data to a host computer;

a converter chip, coupled to the host connection, for converting signals from flash-memory cards to read data from the flash-memory cards for transfer to the host computer;

a first connector, coupled to the converter chip, for accepting a CompactFlash card inserted into a first slot for the first connector, the first connector having a parallel-data bus and an address bus and control signals for controlling parallel data transfer from the Compact-Flash card to the converter chip;

a second connector, coupled to the converter chip, for accepting a SmartMedia card inserted into a second slot for the second connector, the second connector having a parallel-data bus and control signals for controlling parallel data transfer from the SmartMedia card to the converter chip; and

a third connector, coupled to the converter chip, for accepting a MultiMediaCard MMC card inserted into a third slot for the third connector, the third connector having a serial-data pin and a clock pin for controlling serial data transfer from the MMC card to the converter chip;

wherein the converter chip controls parallel data and address transfer for the CompactFlash card, parallel

US 6,438,638 B1

15

data transfer for the SmartMedia card, and serial data transfer for the MMC card,

whereby multiple flash-memory cards can be read by the multi-flash-card reader using the converter chip

14 The multi-flash-card reader of claim 13 wherein the first connector, the second connector, and the third connector each have card detect signals for detecting presence of a flash-memory card inserted into a connector;

wherein the converter chip senses a voltage change in the card detect signals from a connector and activates a routine to access the flash-memory card activating the card detect signals,

whereby flash-memory cards are detected by the converter chip

15 The multi-flash-card reader of claim 14 further comprising:

a fourth connector, coupled to the converter chip, for accepting a Memory Stick card inserted into a fourth slot for the fourth connector, the fourth connector having a serial-data pin and a clock pin for controlling serial data transfer from the Memory Stick card to the converter chip;

wherein the converter chip also controls serial data transfer for the Memory Stick card.

16 The multi-flash-card reader of claim 14 further comprising:

a fourth connector, coupled to the converter chip, for accepting a Memory Stick card inserted into the fourth connector, the fourth connector having at least one serial data pin and a clock pin for controlling serial data transfer from the Memory Stick card to the converter chip;

wherein the converter chip also controls serial data transfer for the Memory Stick card

17 The multi-flash-card reader of claim 15 wherein the host connection is through an external cable to the host computer;

wherein the multi-flash-card reader is in an external housing separate from the host computer chassis,

whereby the multi-flash-card reader is external

18 The multi-flash-card reader of claim 15 wherein the host connection is through an internal cable to a board for the host computer; wherein the multi-flash-card reader is in a computer chassis that contains the host computer, whereby the multi-flash-card reader is internal

19 The multi-flash-card reader of claim 15 wherein the converter chip further comprises:

a memory for storing routines for detecting presence of the flash-memory cards in the first, second, and third connectors, and routines for transferring data from the flash-memory car to the host computer;

central processing unit means for executing the routines stored in the memory;

timers, coupled to the central processing unit means, for determining a time interval;

input-output means, responsive to the central processing unit means, for sensing input signals from the first, second, and third connectors, and for driving output signals to the first, second, and third connectors;

shift means, responsive to the central processing unit means, for shifting serial data from the third and fourth connectors, but for shifting parallel data from the first and second connectors

20 The multi-flash-card reader of claim 17 further comprising:

16

a removable mass storage, coupled to the converter chip, for accepting a removable disk through a fifth slot in the external housing, the removable mass storage storing data from the flash-memory card in response to the converter chip,

whereby data is transferred to the removable mass storage

21 The multi-flash-card reader of claim 18 wherein the multi-flash-card reader is located in a drive bay for an extra disk drive in the computer chassis

22 The multi-flash-card reader of claim 20 further comprising:

an activating switch, closable by a user, for initiating transfer of data from a flash-memory card inserted into the first, second, or third connector to the removable mass storage, the activating switch coupled to activate a transfer routine in the converter chip,

whereby user-activated data transfer to the removable mass storage is initiated by the activating switch

23 The multi-flash-card reader of claim 22 wherein the activating switch operates

when the host connection is not currently connected to the host computer, whereby the multi-flash-card reader is a stand-alone reader for transferring data from a flash-memory card to the removable mass storage

24 The multi-flash-card reader of claim 23 wherein the removable mass storage accepts a removable tape or a removable rotating disk as a storage media

25 A multi-flash-card reader comprising:

a host connection for transferring data to a host computer;

a converter chip, coupled to the host connection, for converting signals from flash-memory cards to read data from the flash memory cards for transfer to the host computer;

a first connector coupled to the converter chip, for accepting a CompactFlash card inserted into the first connector, the first connector having a data bus and an address bus and control signals for controlling parallel data transfer from the CompactFlash card to the converter chip;

a second connector, coupled to the converter chip, for accepting a SmartMedia card inserted into the second connector, the second connector having a data bus and control signals for controlling parallel data transfer from the SmartMedia card to the converter chip; and

a third connector, coupled to the converter chip, for accepting a MultiMediaCard MMC card iced into the i connector, the third connector having at least one serial-data pin and a clock pin for controlling serial data transfer from the MMC card to the converter chip;

wherein the converter chip controls parallel data and address transfer for the CompactFlash card, data transfer for the SmartMedia card, and serial data transfer for the MMC card,

whereby multiple flash-memory cards can be read by the multi-flash-card reader using the converter chip

26 A multi-flash-card reader comprising:

a host connection for transferring data to and from a host computer;

a converter chip, coupled to the host connection, for converting signals from flash-memory cards to read data from the flash-memory cards for transfer to and from the host computer;

a first connector, coupled to the converter chip, for accepting a CompactFlash card inserted into the first

US 6,438,638 B1

17

connector, the first connector having a data bus and an address bus and control signals for controlling parallel data transfer from the CompactFlash card to the converter chip;

a second connector, coupled to the convener chip, for accepting a SmartMedia card insured into the second connector, the second connector having a data bus and control signals for controlling parallel data transfer to and from the SmartMedia card to and from the converter chip; and

a third connector, coupled to the converter chip, for accepting a MultiMediaCard (MMC) or Secure Digital (SD) card inserted into the third connector, the third connector having at least one serial pin and a clock pin for controlling serial data transfer to and from the MMC/SD card to and from the converter chip;

wherein the converter chip controls data and address transfer for the CompactFlash card, data transfer for the SmartMedia card, and serial data transfer for the MMC/SD card,

whereby multiple flash-memory cards can be read by the multi-flash-card reader using the converter chip

18

27. The multi-flash-card reader of claim 26 further comprising:

a fourth connector, coupled to the converter chip, for accepting a Memory Stick card inserted into the forth connector, the fourth connector having at least one serial-data pin and a clock pin for controlling serial data transfer from the Memory Stick card to the converter chip;

wherein the converter chip also controls serial data transfer for the Memory Stick.

28. The multi-flash-card reader of claim 27 further comprising:

a removable mass storage, coupled to the converter chip, for accepting a removable disk in the external housing, the removable mass storage storing data from the flash-memory card in response to the converter chip, whereby data is transferred to the removable mass storage

*   *   *   *   *

US006976623B1

(12) **United States Patent**  (10) Patent No.: **US 6,976,623 B1**
Mambakkam et al.  (45) Date of Patent:  Dec. 20, 2005

(54) **FLASH JUKE BOX**

(75) Inventors: **Sreenath Mambakkam**, San Jose, CA (US); **Arockiyaswamy Venkidu**, Menlo Park, CA (US); **Larry Lawson Jones**, Stockton, CA (US)

(73) Assignee: **OnSpec Electronic, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/065,771**

(22) Filed: **Nov. 18, 2002**

(51) Int. Cl.⁷ ............................................. **G06K 7/06**
(52) U.S. Cl. ........................... **235/441**; 361/737
(58) Field of Search ................... 700/231; 235/435, 235/439, 440, 441, 492; 710/62, 301, 302, 710/63 64; 361/737

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,821,518 A * | 6/1974 | Miller | 235/441 |
| 5,561,628 A * | 10/1996 | Terada et al. | 365/185.04 |
| 5,594,233 A * | 1/1997 | Kenneth et al. | 235/492 |
| 5,679,007 A * | 10/1997 | Potdevin et al. | 439/76.1 |
| 5,680,579 A * | 10/1997 | Young et al. | 711/157 |
| 5,750,973 A * | 5/1998 | Kaufman et al. | 235/441 |
| 5,929,427 A * | 7/1999 | Harada et al. | 235/492 |
| 6,010,066 A * | 1/2000 | Itou et al. | 235/379 |
| 6,097,605 A * | 8/2000 | Klatt et al. | 361/737 |
| 6,438,638 B1 * | 8/2002 | Jones et al. | 710/301 |
| 6,681,991 B1 * | 1/2004 | Li | 235/439 |
| 6,722,572 B2 * | 4/2004 | Ono et al. | 235/492 |
| 6,859,369 B2 * | 2/2005 | Mambakkam et al. | 361/737 |
| 2001/0019077 A1 * | 9/2001 | Buschmann | 235/439 |

| | | | |
|---|---|---|---|
| 2002/0080142 A1 * | 6/2002 | Takase et al. | 345/530 |
| 2002/0178307 A1 * | 11/2002 | Pua et al. | 710/62 |
| 2003/0041203 A1 * | 2/2003 | Jones et al. | 710/301 |
| 2003/0046469 A1 * | 3/2003 | Lui et al. | 710/301 |
| 2003/0060085 A1 * | 3/2003 | Reece | 439/630 |
| 2003/0084220 A1 * | 5/2003 | Jones et al. | 710/301 |
| 2003/0084221 A1 * | 5/2003 | Jones et al. | 710/302 |
| 2003/0095386 A1 * | 5/2003 | Le et al. | 361/737 |
| 2003/0168511 A1 * | 9/2003 | Lin | 235/441 |
| 2003/0178186 A1 * | 9/2003 | Teng et al. | 235/441 |
| 2003/0229745 A1 * | 12/2003 | Shih | 710/301 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 744 708 A2 * | 11/1996 | |
| JP | 5-108905 A | 4/1993 | |
| JP | 2000-200652 A * | 7/2000 | |
| JP | 2000-235463 A * | 8/2000 | |

* cited by examiner

Primary Examiner—Jared J. Fureman
(74) Attorney, Agent, or Firm—Greenberg Traurig, LLP

(57) **ABSTRACT**

A memory card reading apparatus is described including a plurality of memory card interfaces, with at least of subset of the plurality memory card interfaces configured to interface with a memory card of a first type. the plurality of memory card interfaces accessible in parallel. In one embodiment, at least on of the memory card interfaces is configured to interface with a plurality of different memory card types. In another embodiment, a first subset of the plurality of memory card interfaces are configured to interface with a memory card of a first type and a second subset of the plurality of memory card interfaces are configured to interface with a memory card of a second type, wherein the first and second subset of memory card interfaces are accessible in parallel

**19 Claims, 3 Drawing Sheets**







FIG. 1



# FIG. 2



FIG. 3

US 6,976,623 B1

1

# FLASH JUKE BOX

## COPYRIGHT STATEMENT

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF INVENTION

1. Field

The present invention relates generally to flash memory readers and more specifically to an improved configuration of the same.

2. Background

Digital cameras have become one of the most popular of electronic devices. In a recent year, more digital cameras were sold than traditional film cameras. Images from digital cameras can be downloaded and stored on personal computers. Digital pictures can be converted to common formats such as JPEG and sent as e-mail attachments or posted to virtual photo albums on the Internet. Video as well as still images can be captured, depending on the kind of digital camera.

Digital cameras typically capture images electronically and ultimately store the images as bits (one and zeros) on a solid-state memory. Flash memory is the most common storage for digital cameras. Flash memory contains one or more electrically-erasable programmable read-only memory (EEPROM) integrated circuit chips that allow reading, writing, and block erasing.

Early digital cameras required the user to download or transfer the images from the flash memory within the digital camera to a personal computer (PC). A standard serial cable was most widely used. However, the limited transfer rate of the serial cable and the large size of the digital images made such serial downloads a patience-building experience. Serial downloads could easily take half an hour for only a few dozen images.

Digital camera manufacturers solved this problem by placing the flash memory chips on a small removable card. The flash-memory card could then be removed from the digital camera, much as film is removed from a standard camera. The flash-memory card could then be inserted into an appropriate slot in a PC, and the image files directly copied to the PC.

The flash-memory cards are also used for many other electronic devices. As a result, a user may have multiple memory cards of several different types. For example, a user may have two or three Memory Stick cards for a Sony MP3 player, a couple of Smart Media cards for a Fujitsu camera etc.

When the user sits at his computer he may want to keep the cards in a device designed like a juke box, so he can access them, transfer files among them, and otherwise manipulate them "on demand." Furthermore, with the recent development of write once/read many (WORM) flash modules such as are offered by various companies, including Matrix Semiconductor, users now have the opportunity to create archives of media files such as music, movies, etc.

What is clearly needed is a memory card jukebox that may be used to make a multitude of such memory/media cards

2

available simultaneously, allowing a user to read and copy among them, etc., without having to manually shuffle them in and out of their readers.

## SUMMARY OF INVENTION

Other features and advantages of embodiments of the present invention will be apparent from the accompanying drawings and from the detailed description that follows below.

An embodiment of the present invention provides a memory card reading apparatus including a plurality of memory card interfaces, with at least a subset of the plurality memory card interfaces configured to interface with a memory card of a first type, the plurality of memory card interfaces accessible in parallel. In one embodiment, at least one of the memory card interfaces is configured to interface with a plurality of different memory card types. In another embodiment, a first subset of the plurality of memory card interfaces are configured to interface with a memory card of a first type, and a second subset of the plurality of memory card interfaces are configured to interface with a memory card of a second type, wherein the first and second subset of memory card interfaces are accessible in parallel. In yet another embodiment, at least one of the memory card interfaces includes an indicator identifying a status of an operation for a respective memory card interface.

Other features and advantages of embodiments of the present invention will be apparent from the accompanying drawings, and from the detailed description that follows below.

## BRIEF DESCRIPTION OF DRAWINGS

The invention may be best understood by referring to the following description and accompanying drawings that are used to illustrate embodiments of the invention. In the drawings:

FIG. 1 shows a view of memory media jukebox 100 in accordance with one embodiment;

FIG. 2 illustrates a diagram of controller 200, in accordance with one embodiment; and

FIG. 3 illustrates the mechanical configuration of the memory/media jukebox, in accordance with one embodiment.

## DETAILED DESCRIPTION

In the following description, numerous specific details are set forth. However, it is understood that embodiments of the invention may be practiced without these specific details. In other instances, well-known circuits, structures and techniques have not been shown in detail in order not to obscure the understanding of this description.

Reference throughout the specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present invention. Thus, the appearance of the phrases "in one embodiment" or "in an embodiment" in various places throughout the specification are not necessarily all referring to the same embodiment. Furthermore, the particular features, structures, or characteristics may be combined in any suitable manner in one or more embodiments.

Similarly, it should be appreciated that in the foregoing description of exemplary embodiments of the invention, various features of the invention are sometimes grouped

US 6,976,623 B1

3

together in a single embodiment, figure or description thereof for the purpose of streamlining the disclosure and aiding in the understanding of one or more of the various inventive aspects. This method of disclosure, however, is not to be interpreted as reflecting an intention that the claimed invention requires more features than are expressly recited in each claim. Rather, as the following claims reflect, inventive aspects lie in less than all features of a single foregoing disclosed embodiment. Thus, the claims following the Detailed Description are hereby expressly incorporated into this Detailed Description, with each claim standing on its own as a separate embodiment of this invention.

FIG. 1 shows a view of media jukebox 100, in accordance with one embodiment. Visible at the front are the slot modules 102a–n and slot openings 103a–n (not all openings identified as illustrated in FIG. 1). For example, opening 103a of slot module 102 may be for a single medium type in one embodiment. In an alternative embodiment, opening 103a of slot module 102 may be for multiple media types. As described herein, the terms memory and media are used interchangeably within the scope of the invention.

In one embodiment, the slot module and slot opening are implemented using the techniques and specifications disclosed in co-pending application titled SMART UNIVERSAL FLASH MEDIA CARD ADAPTERS filed Sep. 4, 2002, application Ser. No. 10/064,966, which is a continuation of Ser. No. 10/167,929 which is a continuation of Ser. No. 09/610,904, also a continuation of Ser. Nos. 10/039,685 and 10/002,567, all of which are herein incorporated by reference.

In one embodiment, each slot, or less than all slots, may have an indicator, such as, for example, indicator 104a, as shown in FIG. 1. In one embodiment, the indicator may be a LED. In some cases, for example, the indicator may be green during a read operation, or red during a write operation (to warn the user not to eject the card during a write operation). In alternative embodiments, indicators other than LED may be used to indicate specific activity of a respective slot, without departing from the scope of the invention.

In one embodiment, the number of slots in a juke box may vary within the scope of the invention. For example, the range of slots may vary from perhaps eight at the low end to up to 20, 50, or even 100 at the high end, depending on many application factors.

In one embodiment, the slots may accept, as mentioned above, not only standard flash media, but also Write Once Read Many (WORM) flash media that are used for archive purposes and are intended to replace film, for example, on a permanent basis. Furthermore, the juke box, apparatuses, system, and devices as described herein are also applicable to memory and media cards other than flash, without departing from the scope of the invention.

Also shown in FIG. 1 are foot 110 and cable 112 which in one embodiment comes from USB connector 111, which supplies power, control, and data signals from a host computer (not shown) that manages the jukebox. In other embodiments, interfaces other than USB or USB 2.0 are also suitable, such as "1394" (a.k.a. Fire Wire or IEEE 1394), power, or any of many other proprietary or industry-standard interface protocols. In some cases, a separate external power supply (not shown) may be desired or required; and in yet other cases, the unit may include a battery compartment (also not shown) for operation in situations where no external power is available.

FIG. 2 illustrates a diagram of controller 200, in accordance with one embodiment. In one embodiment, the controller 200 is implemented and includes the techniques and

4

specifications as disclosed in co-pending U.S. application Ser. No. 10/167,929, which was filed on Jun. 11, 2002, entitled "Smartconnect Universal Flash Media Card Adapters", which is incorporated herein by reference.

As illustrated in FIG. 2, USB connector 111 connects controller 200 to the host computer. In addition to a standard bus 201 for controlling the slots 102a–n, controller 200 has a multitude of multiplexed control lines 202a–n. In one embodiment the lines 202a–n address multiplexors, or transfer buffers, 220a–n, which in one embodiment may turn on off selected control lines 212a–n and/or data lines 211a–n to activate/deactivate or communicate data with the flash media in each respective slot(s).

Depending on the implementation, the multiplexors 220a–n may disconnect all the control lines 211a–n connecting to the flash media, or in some cases, they may disconnect only selected lines of flash media. Selected data lines 212a–n may also activate the actual flash media, in case they are all parallel, and, depending on the configuration, power to the flash media may also be turned on or off.

Furthermore, in cases where an indicator (e.g. an LED) such as 104a–n is available, that indicator may also be controlled by certain lines, such as, for example, one of the control lines of 211a–n, or alternative one the bus lines 212a–n. As described above, the indicator may, for example, be multi colored, offering various colors, such as red during writing and green during reading, and no light when not in use. Alternatively, a single light may be used, such as for example, blue, with a steady light to indicate writing and a rapidly blinking light to indicate reading.

In alternative embodiments, if the unit has only a small number of slots, buffers may not be needed and only chip select signals may be used to activate and deactivate the various cards. In yet other cases, multi-tiered bus lines may be used. For example, a unit with 100 slots may use five segments with 20 slots each, and an additional layer of buffers must be introduced in a hierarchical wiring scheme.

FIG. 3 illustrates the mechanical configuration of the flash jukebox, in accordance with one embodiment. In one embodiment, previously discussed the slot modules are implemented with the techniques and include the specifications as disclosed in co-pending U.S. application Ser. No. 10/064,966, which is incorporated herein by reference. For example, in one embodiment the slot modules may have pins that go directly into a vertical PCB (i.e., a backplane), such as backbone 300. As illustrated in FIG. 3, backbone 300 is connected to a controller board 301, containing controller 200, which connects to cable 112 for USB port 111. In the example configuration, the buffer chips would be slightly skewed (offset) to the contacts 302a–n, and the mechanical pins from each of the single-port multimedia adaptors 102a–n would be inserted directly into backbone 300. Such an arrangement could reduce wiring.

In other cases (not shown), backbone 300 may be composed of sections, and each section may have a ribbon cable or flexible PCB attachment (not shown) to connect to controller board 301. Other, similar configurations may be used without departing from the spirit of the novel art of this disclosure.

While the invention has been described in terms of several embodiments, those skilled in the art will recognize that the invention is not limited to the embodiments described, but can be practiced with modification and alteration within the spirit and scope of the appended claims. The description is thus to be regarded as illustrative instead of limiting.

It is further desired that in one embodiment the jukebox include a text display, such as an LCD panel. The text

US 6,976,623 B1

5

display of the jukebox would include a method by which text can be scrolled or written and manipulated. In one embodiment, the SCSI (Small Computers System Interface) command set is utilized to scroll, write, and manipulate text displayed on a display of the jukebox.

In one embodiment, the SCSI command set is extended to support a new class of devices, called the Simple Display device. In one embodiment, the commands to manipulate text and simple graphics would include commands such as: Get Display sizeWrite One RowWrite One ColumnRead One RowRead One ColumnSet Window Size (a sub-set of Get Display Size)Get Window SizeSet Repetition RateGet Repetition RateGet Display capabilities. In alternative embodiment, additional commands may be used, or less than all the commands listed above may be used without departing from the scope of the invention.

In one embodiment, to assist in providing compatibility with the Operating Systems and the driver stack, a jukebox with display capabilities will report itself as a Mass Storage Device on LUN (Logical Unit) 0 with 0 LUNs and a Simple Display Device on LUN 1. Application software issues inquiry command with LUN 0 and then LUN 1 and a jukebox with display capabilit ie ans would respond with success to both the LUNs whereas a jukebox without would only respond to LUN 0. Alternative encodings may be implemented without departing from the scope of the invention

What is claimed is:

1. A memory card interface apparatus comprising:
a plurality of memory card interfaces comprising a first subset to interface with a memory card of a first type and a second subset to interface with a memory card of a second type, wherein the memory card of the first type and the memory card of the second type are accessible in parallel to transfer data from the memory card of the first type to the memory card of the second type

2. The apparatus of claim 1, wherein at least one of the memory card interfaces is configured to read a plurality of different memory card types

3. The apparatus of claim 1, wherein at least one of the memory card interfaces includes an indicator identifying a status of an operation for a respective memory reader interface

4. The apparatus of claim 1, wherein the indicator includes a light indicating data is being written to a card in the respective memory card interface

5. The apparatus of claim 1, wherein at least one of the memory card interfaces is configured to interface with a Write Once Read Many (WORM) memory card

6. The apparatus of claim 1, wherein mechanical pins, of at least one of the plurality of memory card interfaces, are inserted directly into a backbone of the apparatus

7. The apparatus of claim 1, wherein the apparatus includes a text display, wherein text on the display is manipulated using Simple Display Device commands

6

8. The apparatus of claim 1 wherein the apparatus includes a text display, wherein text on the display is manipulated using Small Computer System Interface commands.

9. A system comprising:
a controller circuit;
a bus coupled to the controller circuit;
a plurality of memory card interfaces comprising a first subset to interface with a memory card of a first type and a second subset to interface with a memory card of a second type, wherein the memory card of the first type and the memory card of the second type are accessible in parallel to transfer data from the memory card of the first type to the memory card of the second type

10. The system of claim 7, wherein at least one of the memory card interfaces is configured to interface with a plurality of different memory card types

11. The system of claim 7, wherein at least one of the memory card interfaces includes an indicator identifying a status of an operation for a respective memory card interface.

12. The system of claim 9, wherein the indicator includes a light indicating data is being written to a card in the respective memory card interface

13. The system of claim 7, wherein at least one of the memory card interfaces is configured to interface with a Write Once Read Many (WORM) memory card

14. The system of claim 7, wherein mechanical pins, of at least one of the plurality of memory card interfaces, are inserted directly into a backbone of the system

15. The system of claim 9, wherein the system includes a text display, wherein text on the display is manipulated using Simple Display Device commands

16. The system of claim 9, wherein the system includes a text display, wherein text on the display is manipulated using Small Computer System Interface commands

17. A method comprising:
providing access to a plurality of memory card interfaces comprising a first subset to interface with a memory card of a first type and a second subset to interface with a memory card of a second type; and
selectively operating the first and second subsets to provide access to the memory cards of the first and second types in parallel to transfer data from the memory card of the first type to the memory card of the second type.

18. The method of claim 17, wherein at least one of the memory card interfaces is configured to interface with a plurality of different memory card types

19. The method of claim 17, wherein at least one of the memory card interfaces includes an indicator identifying a status of an operation for a respective memory card interface

* * * * *

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974  is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

| I. (a) PLAINTIFFS | DEFENDANTS   2-08CV-177 |
|---|---|
| Technology Properties Limited, MCM Portfolio, LLC and Patriot Scientific Corporation | ASUSTek Computer, Inc.   TGW/CC |

| (b)   County of Residence of First Listed Plaintiff _____ (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE   IN LAND CONDEMNATION CASES  USE THE LOCATION OF THE LAND INVOLVED |

| (C)    Attorney's (Firm Name  Address  and Telephone Number) | Attorneys (If Known) |
|---|---|
| S  Calvin Capshaw Capshaw DeRieux, LLP 1127 Judson Road, Suite 220 P O  Box 3999 (75606-3999) Longview, TX 75601 (903) 236-9800 | |

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question (U S  Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Nation | ☐ 3 | ☐ 3 | Foreign Country | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R R  & Truck | | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers | Injury Product | ☐ 650 Airline Regs | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 830 Patent | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| (Excl  Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | | | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1 395ff) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | ☐ 720 Labor/Mgmt  Relations | ☐ 863 DIWC/DIWW | ☐ 891 Agricultural Acts |
| | | | ☐ 730 Labor/Mgmt. Reporting | (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc | **FEDERAL TAX SUITS** | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | **HABEAS CORPUS:** | Security Act | | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | or Defendant | Access to Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party | ☐ 950 Constitutionality of State |
| | | ☐ 550 Civil Rights | | 26 USC 7609 | State Statutes |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S  Civil Statute Under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271
(Brief description of cause:

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER FR C P  23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND:  ☒ YES   ☐ NO |
|---|---|---|---|

**VII. RELATED CASE(S)** (See Instructions)
IF ANY   See the attached page

| DATE   April 25, 2008 | SIGNATURE OF ATTORNEY OF RECORD   Elizabeth L. DeRieux |
|---|---|

FOR OFFICE USE ONLY

## Related Cases

1.  Technology Properties Limited, Inc., et al v. Fujitsu Limited, et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:05-cv-00494 (TJW).

2.  Technology Properties Limited, Inc., et al v. HTC Corporation, et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

3.  Technology Properties Limited, Inc., et al v. HTC Corporation, et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

4.  Technology Properties Limited, Inc., et al v. ASUSTek Computer, Inc; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

5.  Technology Properties Limited, Inc., et al v. ASUSTek Computer, Inc; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

6.  Technology Properties Limited, Inc., et al v. Acer, Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

7.  Technology Properties Limited, Inc., et al v. Acer, Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2008 JUN -4  PM 2: 15

TX EASTERN-MARSHALL

BY_____

(1) TECHNOLOGY PROPERTIES
LIMITED, INC. and (2) PATRIOT
SCIENTIFIC CORPORATION,

    Plaintiffs,

vs.

ASUSTeK COMPUTER, INC.,

    Defendant.

CASE NO **2 - 0 8** C V - 2 2 7 DF

**Jury Trial Demanded**

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiffs, Technology Properties Limited, Inc. ("TPL") and Patriot Scientific Corporation ("Patriot"), (collectively "Plaintiffs"), allege the following in support of their Complaint for Patent Infringement and Demand for Jury Trial ("Complaint") against Defendant, ASUSTeK Computer, Inc. ("ASUSTeK").

### PARTIES

1.  Plaintiff, Technology Properties Limited, Inc. ("TPL") is a corporation duly organized and existing under the laws of the State of California and maintains its principal place of business in San Jose, California

2.  Plaintiff, Patriot Scientific Corporation ("Patriot") is a corporation duly organized and existing under the laws of the State of Delaware and maintains its principal place of business in Carlsbad, California.

1

3.      Upon information and belief, Defendant ASUSTeK Computer, Inc. is a Taiwan corporation with its principal place of business in Taipei, Taiwan, R.O.C.

## JURISDICTION

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. §§ 101, *et seq.* and 271, *et seq.* This Court has personal jurisdiction over Defendant because Defendant infringes Plaintiffs' patent by offering on its website infringing products to its users and/or customers who reside in, or may be found in, the Eastern District of Texas. Further, Defendant has actually transacted business with users of it website in the Eastern District of Texas.

## VENUE

5.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because Defendant has committed acts of infringement in this district.

## GENERAL ALLEGATIONS

6.      On June 25, 1996, United States Patent No. 5,530,890 ("'890 patent") entitled "High Performance, Low Cost Microprocessor" was duly and legally issued. All rights and interest in the '890 patent were assigned to Patriot Scientific Corporation. A true and correct copy of the '890 patent is attached hereto as Exhibit A.

7.      TPL and Patriot are co-owners of the '890 patent. TPL has the exclusive right to enforce and license the '890 patent, and has standing to sue.

## COUNT 1

(Patent infringement ASUSTeK Computer, Inc.)

8.      Paragraphs 1-7 of the Complaint set forth above are incorporated herein by

2

reference.

9.    Upon information and belief Defendant ASUSTeK has infringed and continues to infringe under 35 U.S.C. § 271 the '890 patent.

10.    ASUSTeK's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from ASUSTeK the damages sustained by Plaintiffs as a result of its infringement of the '890 patent. ASUSTeK's infringement of Plaintiffs' exclusive rights under the '890 patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy of law, unless enjoined by this Court under 35 U.S.C. § 283.

11.    Plaintiffs allege, on information and belief, that ASUSTeK's acts of infringement were willful and deliberate.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendants as follows:

A.    For judgment that Defendant ASUSTeK Computer, Inc. has infringed and continue to infringe the '890 patent;

B.    For permanent injunctions under 35 U.S.C. § 283 against Defendant and its directors, officers, employees, agents, subsidiaries, parents, attorneys, and all persons acting in concert, on behalf of, in joint venture, or in partnership with Defendant from further acts of infringement;

C.    For damages to be paid by Defendant adequate to compensate Plaintiffs for its infringement, including interests, costs and disbursements as the Court may deem appropriate under 35 U.S.C. § 284;

D.    For judgment finding that Defendant infringement was willful and deliberate, entitling Plaintiffs to increased damages under 35 U.S.C. § 284;

E.    For judgment finding this to be an exceptional case against Defendant and awarding Plaintiffs attorney fees under 35 U.S.C. § 285; and,

F    For such other and further relief at law and in equity as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure Rule 38, Plaintiffs hereby demand a jury trial on all issues triable by jury.

Dated: June 4, 2008                    Respectfully submitted,

By: _____

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
N. Claire Abernathy
State Bar No. 24053063
E-mail: chenry@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Robert E. Krebs
California Bar No. 57526
Email: rkrebs@thelen.com
Christopher L. Ogden
California Bar No. 235517
Email: cogden@thelen.com

4

Thelen Reid Brown Raysman & Steiner, LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Ronald F. Lopez
California Bar No. 11756
Email: rflopez@thelen.com
Thelen Reid Brown Raysman & Steiner, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

ATTORNEYS FOR PLAINTIFFS
TECHNOLOGY PROPERTIES LIMITED, INC.


By: _____ by permission NCA
Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Charles T. Hoge
California Bar No. 110696
Email: choge@knlh.com
Kirby Noonan Lance & Hoge, LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

ATTORNEYS FOR PLAINTIFF
PATRIOT SCIENTIFIC CORPORATION

US005530890A

# United States Patent [19]

## Moore et al.

[11]  Patent Number:  **5,530,890**

[45]  Date of Patent:  **Jun. 25, 1996**

[54]  **HIGH PERFORMANCE, LOW COST MICROPROCESSOR**

[75]  Inventors:  **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73]  Assignee:  **Nanotronics Corporation**, Eagle Point, Oreg.

[21]  Appl. No.: **480,206**

[22]  Filed:  **Jun. 7, 1995**

### Related U.S. Application Data

[62]  Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51]  Int. Cl.⁶ ................................................. **G06F 9/22**
[52]  U.S. Cl. ................... **395/800**; 364/931; 364/925.6; 364/937.1; 364/965.4; 364/232.8; 364/244.3
[58]  **Field of Search** ........................... 395/375, 500, 395/775, 800

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 | 9/1971 | Heath | 395/181 |
| 4,003,033 | 1/1977 | O'Keefe et al. | 395/287 |
| 4,037,090 | 7/1977 | Raymond | 364/706 |
| 4,042,972 | 8/1977 | Grunes et al. | 395/375 |
| 4,050,058 | 9/1977 | Garlic | 395/800 |
| 4,067,058 | 1/1978 | Derchak | 395/740 |
| 4,079,455 | 3/1978 | Ozga | 395/800 |
| 4,110,822 | 8/1978 | Porter | 395/375 |
| 4,125,871 | 11/1978 | Martin | 395/550 |
| 4,128,873 | 12/1978 | Lamiaux | 395/183.06 |
| 4,253,785 | 3/1981 | Chamberlin | 375/375 |
| 4,354,228 | 10/1982 | Moore et al. | 395/800 |
| 4,376,977 | 3/1983 | Brunshorst | 395/375 |
| 4,382,279 | 5/1983 | Mgon | 395/800 |
| 4,403,303 | 9/1983 | Howes et al. | 395/500 |
| 4,450,519 | 5/1984 | Guttag et al. | 395/800 |
| 4,463,421 | 7/1984 | Laws | 395/325 |
| 4,538,239 | 8/1985 | Magar | 364/759 |

(List continued on next page.)

### OTHER PUBLICATIONS

C. Whitby–Strevans, "The transputer", *The 12th Annual International Symposium on Computer Architecture Conference Proceeding*, Jun. 17–19, 1985, pp. 292–300.

D. W. Best et al., "An Advanced–Architecture CMOS/SOS Microprocessor", *IEEE Micro* vol. 2, No. 3, Aug. 1982, pp. 11–25.

*Primary Examiner*—David Y. Eng
*Attorney, Agent or Firm*—Cooley Godward Castro Huddleson & Tatum

[57]  **ABSTRACT**

A microprocessor (**50**) includes a main central processing unit (CPU) (**70**) and a separate direct memory access (DMA) CPU (**72**) in a single integrated circuit making up the microprocessor (**50**). The main CPU (**70**) has a first 16 deep push down stack (**74**), which has a top item register (**76**) and a next item register (**78**), respectively connected to provide inputs to an arithmetic logic unit (ALU) (**80**) by lines (**82**) and (**84**). An output of the ALU (**80**) is connected to the top item register (**76**) by line (**86**). The output of the top item register (**76**) at (**82**) is also connected by line (**88**) to an internal data bus (**90**). A loop counter (**92**) is connected to a decrementer (**94**) by lines (**96**) and (**98**). The loop counter (**92**) is bidirectionally connected to the internal data bus (**90**) by line (**100**). Stack pointer (**102**), return stack pointer (**104**), mode register (**106**) and instruction register (**108**) are also connected to the internal data bus (**90**) by lines (**110**), (**112**), (**114**) and (**116**), respectively. The internal data bus (**90**) is connected to memory controller (**118**) and to gate (**120**). The gate (**120**) provides inputs on lines (**122**), (**124**), and (**126**) to X register (**128**), program counter (**130**) and Y register (**132**) of return push down stack (**134**). The X register (**128**), program counter (**130**) and Y register (**132**) provide outputs to internal address bus (**136**) on lines (**138**), (**140**) and (**142**). The internal address bus provides inputs to the memory controller (**118**) and to an incrementer (**144**). The incrementer (**144**) provides inputs to the X register, program counter and Y register via lines (**146**), (**122**), (**124**) and (**126**). The DMA CPU (**72**) provides inputs to the memory controller (**118**) on line (**148**). The memory controller (**118**) is connected to a RAM by address/data bus (**150**) and control lines (**152**).

**10 Claims, 19 Drawing Sheets**





**5,530,890**
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,541,045 | 9/1985 | Kromer | 395/375 |
| 4,562,537 | 12/1985 | Barnett et al | 395/375 |
| 4,577,282 | 3/1986 | Candel et al | 395/800 |
| 4,607,332 | 8/1986 | Goldberg | 395/375 |
| 4,626,988 | 12/1986 | George et al | 395/375 |
| 4,649,471 | 3/1987 | Briggs | 395/325 |
| 4,665,495 | 5/1987 | Thaden | 345/185 |
| 4,709,329 | 11/1987 | Hecker | 395/275 |
| 4,713,749 | 12/1987 | Magar et al | 395/375 |
| 4,714,994 | 12/1987 | Oklobdzija et al | 395/375 |
| 4,720,812 | 1/1988 | Kao et al | 395/700 |
| 4,772,888 | 9/1988 | Kimura | 340/825.5 |
| 4,777,591 | 10/1988 | Chang et al | 395/800 |
| 4,787,032 | 11/1988 | Culley et al | 395/725 |
| 4,803,621 | 2/1989 | Kelly | 395/400 |
| 4,860,198 | 8/1989 | Takenaka | 395/307 |
| 4,870,562 | 9/1989 | Kimoto | 395/550 |
| 4,931,986 | 6/1990 | Daniel et al | 395/550 |
| 5,036,460 | 7/1991 | Takahira | 395/425 |
| 5,070,451 | 12/1991 | Moore et al | 395/375 |
| 5,127,091 | 6/1992 | Bonfarah | 395/375 |



**FIG._1**



*FIG._2*



**FIG._3**



*FIG._4*



FIG._5



*FIG._6*



*FIG._7*



**FIG._8**



*FIG._9*



FIG._10



FIG._11



FIG._12

REGISTER ARRAY                                    COMPUTATION STACK



**FIG._13**



*FIG._14*



*FIG._15*



FIG._16



FIG._18



**FIG._17**



**FIG._19**



**FIG._20**



*FIG._21*



*FIG._22*



*FIG._23*

5,530,890

1

## HIGH PERFORMANCE, LOW COST MICROPROCESSOR

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a division of U.S. application Ser. No. 07/389,334, filed Aug. 3, 1989, now U.S. Pat. No. 5,440,749.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a simplified reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of for example 20 million instructions per second (MIPS) at a price of for example 20 dollars.

2. Description of the Prior Art

since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

### SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

2

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit, a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system, including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory, and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions is connected to receive the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control

5,530,890

3

the counter in response to an instruction utilizing a variable width operand. A means is connected to the counter to select the variable width operand in response to the counter.

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit. A first push down stack is connected to the arithmetic logic unit. The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The means for storing a top item is connected to provide an input to a register file. The register file desirably is a second push down stack, and the means for storing a top item and the register file are bidirectionally connected.

In another aspect of the invention a data processing system has a microprocessor including a sensing circuit and a driver circuit, a memory and an output enable line connected between the memory, the sensing circuit and the driver circuit. The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage. The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal.

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit. The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to a coupling control signals, addresses and data with the input/output interface. A second clock independent of the ring counter variable speed system clock is connected to the input/output interface.

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit. The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory. The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit. A third plurality of stack elements is configured as a random access memory external to the single integrated circuit. In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements. The central processing unit is connected to pop items from the first plurality of stack elements. The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit. The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit.

In another aspect of the invention a first register is connected to supply a first input to the arithmetic logic unit. A first shifter is connected between an output of the arithmetic logic unit and the first register. A second register is

4

connected to receive a starting polynomial value. An output of the second register is connected to a second shifter. A least significant bit of the second register is connected to The arithmetic logic unit. A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit. A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE" and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO", until the down counter completes a count. The polynomial to be generated results in said first register.

In still another aspect of the invention, a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register. A multiplier register is connected to receive a multiplier in bit reversed form. An output of the multiplier register is connected to a second, right shifting shifter. A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit. A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count. The product results in the result register.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

5,530,890

5

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

DETAILED DESCRIPTION OF THE INVENTION

OVERVIEW

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED and

LOW SYSTEM COST

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller,

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below

DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is

6

that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include $V_{DD}$ pins 56, $V_{SS}$ pins 58, output enable pin 60, write pin 62 clock pin 64 and reset pin 66

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124 and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148. The memory controller 118 is connected to a RAM (not shown) by address/data bus 150 and control lines 152

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems

5,530,890

7

8

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses. rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown. the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when left justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50 there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290 and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC–DC converter circuit 294. 34-pin dual AMP type headers 296, a coaxial female power connector 298. and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips giving every memory a direct bus the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 mega-

5,530,890

| 9 | 10 |

bit of DRAM 311 in a single integrated circuit 312 Until the present invention this solution has not been practical, because most high performance CPUs require from 500.000 to 1.000.000 transistors and enormous die sizes just by themselves The microprocessor 50 is equivalent to the microprocessor 50 in FIGS 1–8 The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50 000 transistors for dual processors 70 and 72 (FIG 2) or 314 and 316 (less memory) The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent and probably more

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312 The microprocessor 310 is a particularly good core for multiprocessing since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower Multiprocessor systems have typically been built up from numerous board level or box level computers The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces

In addition, multiprocessor system software has been scarce A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software which allows one CPU to do a great deal of work and the others to be idle Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now

The microprocessor 310 architecture eliminates most of the interface friction since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50 A 64 chip array of these chips 312 is more powerful than any other existing computer Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television

Dramatic changes in price/performance always reshape existing applications and almost always create new ones The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals

The integrated circuit 312 will find applications in all of the above areas plus create some new ones A common generic parallel processing algorithm handles convolution/ Fast Fourier Transform (FFT)/pattern recognition Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition spoken language translation, real-time robot vision, a product to identify people by their faces and an automotive or aviation collision avoidance system

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth would be very feasible. The load sharing in HDTV could be very straightforward Splitting up the task according to color and frame would require 6 9 or 12 processors Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:
CONTROL LINES
4 - POWER/GROUND
1 - CLOCK
32 - DATA I/O
4 - SYSTEM CONTROL
  EXTERNAL MEMORY FETCH
  EXTERNAL MEMORY FETCH AUTOINCREMENT X
  EXTERNAL MEMORY FETCH AUTOINCREMENT Y
  EXTERNAL MEMORY WRITE
  EXTERNAL MEMORY WRITE AUTOINCREMENT X
  EXTERNAL MEMORY WRITE AUTOINCREMENT Y
  EXTERNAL PROM FETCH
  LOAD ALL X REGISTERS
  LOAD ALL Y REGISTERS
  LOAD ALL PC REGISTERS
  EXCHANGE X AND Y
  INSTRUCTION FETCH
  ADD TO PC
  ADD TO X
  WRITE MAPPING REGISTER
  READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
X0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
Y0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter X Register and Y register As a result to access the intelligent DRAM no address is required and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address Incrementing and adding to the three

5,530,890

11

registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 50 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allows architectural changes in the microprocessor 310 to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore. the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16×32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The microprocessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 310 eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate, since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact.

12

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

Microloops in the microprocessor 50 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor 50 offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310 the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor 310 CPU 316 resides on an already crowded DRAM die 312. To keep chip size as small as possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

Video output to a CRT.

5,530,890

13

Multiprocessor serial communications
8-bit parallel I/O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data  1 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. 10 and 11 provide details of the PROM DMA used in the microprocessor 50. The microprocessor 50 executes faster than all but the fastest PROMs. PROMS are used in a microprocessor 50 system to store program segments and perhaps entire programs. The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller 118. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor 50 chip, then written to the DRAM 150.

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350, which carries RAS addresses, CAS addresses and data. The EPROM 260, on the other hand, is read with non-multiplexed busses. The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus 350 is turned back on and the data is written to the DRAM 150.

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register. The DMA instruction directs the memory controller to read the EPROM 260 at 8 times the normal access time for data. Assuming a 50 MHz microprocessor 50, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM 260 to be loaded.

The number of 32-bit words to transfer.

The DRAM 150 address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1. RAS goes low at 352, latching the EPROM 260 select information from the high order address bits. The EPROM 260 is selected.

2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address pins. These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50. For the first byte, the byte select bits will be binary 00.

3. CAS goes low at 354, enabling the EPROM 260 data onto the lower 8 bits of the external address/data bus

14

350. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs

4. The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position

5. Steps 2, 3 and 4 are repeated with byte address 01

6. Steps 2, 3 and 4 are repeated with byte address 10

7. Steps 2, 3 and 4 are repeated with byte address 11

8. CAS goes high at 356, taking the EPROM 260 off the data bus

9. RAS goes high at 358, indicating the end of the EPROM 260 access

10. RAS goes low at 360, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM 150. The DRAM 150 is selected

11. CAS goes low at 362, latching the DRAM 150 CAS addresses

12. The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350. W goes low at 364, writing the 32 bits into the DRAM 150

13. W goes high at 366. CAS goes high at 368. The process continues with the next word

FIG. 12 shows details of the microprocessor 50 memory controller 118. In operation, bus requests stay present until they are serviced. CPU 70 requests are prioritized at 370 in the order of: 1, Parameter Stack; 2, Return Stack; 3, Data Fetch; 4, Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372, which provides a bus grant signal at 374. Internal address bus 136 and a DMA counter 376 provide inputs to a multiplexer 378. Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378. The multiplexed address bus 380 and the internal data bus 90 provide address and data inputs respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete.

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both.

BENEFITS:

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most program-

5,530,890

**15**

mers and optimizing compilers can take advantage of this feature

2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to an address/data bus on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached a predetermined level to generate the READY signal, driver 418 generates an OUTPUT ENABLE signal on OE line 152

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache

SKIP CONDITIONS:

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108. As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the old SKIP in the instruction register are overwritten by the new instructions and not executed

**16**

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast code

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is used as a system clock, with its stages 431 producing phase 0-phase 3 outputs 433 shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator 430, CPU 70 will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates, it too will

5,530,890

**17**

operate slower (oscillating at a lower frequency) providing compensation which allows the rest of the chip's logic to operate properly.

## ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17, with the CPU 70 operating asynchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring oscillator clock 430. Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432, speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432, optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with hand shake signals on lines 436, with data/addresses passing on bus 90, 136.

## ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature, not only would the CPU 314 execute at 100 MHZ, but the DRAM 311 would access fast enough to keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required. and the I/O clock would be tied to the ring counter clock.

## VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits, JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

## TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the

**18**

computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique, shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450, 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled, the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled, the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

## POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 21, a polynomial is generated by loading the "order" (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations and the resulting polynomial is left in A register 474.

5,530,890

**19**

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor **50** provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG **23** shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER **472**. For a four bit multiplier, the number three would be stored in the DOWN COUNTER **472**. Zero is loaded into the A register **474**. The multiplier is written bit reversed into the B Register **476**. For example. a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register **470**. Executing the FAST MULT instruction will leave the result in the A Register **474**, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE", the contents of the A register **474** and the C register **470** are added. If the least significant bit of the multiplier is a 'ZERO", the contents of the A register are passed through the ALU **80** unaltered. The output of the ALU **80** is shifted left by shifter **482** in each iteration. The contents of the B register **476** are shifted right by the shifter **480** in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor **50** uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor **50** philosophy of instruction execution is to create a hierarchy of speed as follows:

| | | |
|---|---|---|
| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock. many operations can be performed in 20 nsec. and almost everything else in 40 nsec.

To maximize speed. certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses.

Fetching up to four instructions per memory cycle,

Pipelineless instruction decoding

Generating results before they are needed

Use of three level stack caching.

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing plumbing and wiring, roofing, and interior finish Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on

**20**

the second one, and so on At the end of five weeks, the first home is complete, but you also have five foundations If you have kept the framing, plumbing, roofing and interior guys all busy, from five weeks on. a new house will be completed each week

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs. the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor **50** has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that. over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2 5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline stalls cannot exist Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor **50** performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched The microprocessor **50** is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s) The microprocessor **50** fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply

When a new instruction group is fetched. the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL. FETCH, and STORE all require a memory access to execute If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution

5,530,890

## 21

### INTERNAL ARCHITECTURE

The microprocessor **50** architecture consists of the following:

| PARAMETER STACK | <--> ALU* <--> | Y REGISTER RETURN STACK |
|---|---|---|
| <--- 32 BITS --- > | | <---32 BITS---> |
| 16 DEEP | | 16 DEEP |
| Used for math and logic | | Used for subroutine and interrupt return addresses as well as local variables |
| Push down stack. Can overflow into off-chip RAM | | Push down stack. Can overflow into off-chip RAM Can also be accessed relative to top of stack. |
| LOOP COUNTER | | (32-bits, can decrement by 1) Used by class of test and loop instructions |
| X REGISTER | | (32-bits, can increment or decrement by 4). Used to point to RAM locations |
| PROGRAM COUNTER | | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM |
| INSTRUCTION REG | | (32-Bits) Holds 4-byte instruction groups while they are being decoded and executed |

*Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands The result is pushed onto the Parameter Stack.
*Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations Since the Y REGISTER is the top item of the Return Stack nesting of indices is straightforward.
MODE - A register with mode and status bits
MODE-BITS:
Slow down memory accesses by 8 if 1 Run full speed if "0" (Provided for access to slow EPROM )
Divide the system clock by 1023 if 1" to reduce power consumption Run full speed if "0" (On-chip counters slow down if this bit is set )
Enable external interrupt 1
Enable external interrupt 2
Enable external interrupt 3
Enable external interrupt 4
Enable external interrupt 5
Enable external interrupt 6
Enable external interrupt 7.
ON-CHIP MEMORY LOCATIONS:
MODE-BITS
DMA-POINTER
DMA-COUNTER

| STACK-POINTER | Pointer into Parameter Stack. |
|---|---|
| STACK-DEPTH | Depth of on-chip Parameter Stack |
| RSTACK-POINTER | Pointer into Return Stack |
| RSTACK-DEPTH | Depth of on-chip Return Stack |

### ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch Branches and Calls are to 32-bit word-boundaries.

## 22

### INSTRUCTION SET

#### 32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO and LOOP-IF-NOT-DONE These instructions require the calculation of an effective address In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page operation at run time As a result. the microprocessor branches execute in a single cycle

24-BIT OPERAND FORM:
Byte 1  Byte 2  Byte 3  Byte 4
WWWWWW XX - YYYYYYYY - YYYYYYYY - YYYYYYYY
With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter
16-BIT OPERAND FORM:
QQQQQQQQ - WWWWWW XX - YYYYYYYY - YYYYYYYY
With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter
8-BIT OPERAND FORM:
QQQQQQQQ - QQQQQQQQ - WWWWWW XX - YYYYYYYY
With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter
QQQQQQQQ - Any 8-bit instruction
WWWWWW - Instruction op-code.
XX - Select how the address bits will be used:
00 - Make all high-order bits zero (Page zero addressing)
01 - Increment the high-order bits. (Use next page)
10 - Decrement the high-order bits (Use previous page)
11 - Leave the high-order bits unchanged (Use current page)
YYYYYYYY - The address operand field This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:

The current Program Counter,

The 8. 16. or 24 bit address operand in the instruction,

Using one of the four allowed addressing modes

#### EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

Example 1:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The QQQQQQQQs in Byte **1** and **2** indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits) Byte 4 indicates that the hexadecimal number 98 will be forced into the Program Counter bits **2** through **10** (Remember a CALL or BRANCH always goes to a word boundary so the two least

23

significant bits are always set to zero) The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged
Example 2:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

00000000 00000000 00000001 01010110 = OLD PROGRAM COUNTER

Byte 1 indicates a BRANCH instruction op code (000001) and ' 01 ' indicates select the next page. These 2, 3, and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

00000100 00000000 00000101 01011000 = NEW PROGRAM COUNTER.
INSTRUCTIONS
CALL-LONG
0000 00XX · YYYYYYYY · YYYYYYYY · YYYYYYYY

Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.
OTHER EFFECTS: CARRY or modes, no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full

BRANCH
0000 01XX · YYYYYYYY · YYYYYYYY · YYYYYYYY

Load the Program Counter with the effective WORD address specified.
OTHER EFFECTS: NONE

BRANCH-IF-ZERO
0000 10XX · YYYYYYYY · YYYYYYYY · YYYYYYYY

Test the TOP value on the Parameter Stack. If the value is equal to zero load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction.
OTHER EFFECTS: NONE

LOOP-IF-NOT-DONE
0000 11YY · (XXXX XXXX) · (XXXX XXXX) · (XXXX XXXX)

If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero, decrement the LOOP COUNTER, increment the Program Counter and fetch and execute the next instruction.

24

OTHER EFFECTS: NONE
8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor 50 is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use 8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination

For math and logic operations, the microprocessor 50 exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed. The operands are popped from the stack and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation. the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

Increased execution speed even with slow memories,

Similar performance to the Harvard (separate data and instruction busses) without the expense,

Opportunities to optimize groups of instructions

The capability to perform loops within this mini-cache The microloops inside the four instruction group are effective for searches and block moves.
SKIP INSTRUCTIONS

The microprocessor 50 fetches instructions in 32-bit chunks called 4-byte instruction groups. These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle whereas a group of three NOPs would take three cycles.

| SKIP-ALWAYS · | skip any remaining instructions in this 4-byte instruction group Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. |
|---|---|
| SKIP-IF-ZERO · | If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero, execute the next sequential instruction. |
| SKIP-IF-POSITIVE · | If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not "0", execute the next sequential instruction. |

5,530,890

<table>
<tr><td>25</td><td>26</td></tr>
</table>

-continued

| | |
|---|---|
| SKIP-IF-NO-CARRY - | If the CARRY flag from a SHIFT or arithmetic operation is not equal to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY is equal to "1" execute the next sequential instruction. |
| SKIP-NEVER (NOP) | Execute the next sequential instruction. (Delay one machine cycle). |
| SKIP-IF-NOT-ZERO - | If the TOP item on the Parameter Stack is not equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal 0 , execute the next sequential instruction. |
| SKIP-IF-NEGATIVE - | If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1" skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0", execute the next sequential instruction. |
| SKIP-IF-CARRY - | If the CARRY flag is set to 1 as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0", execute the next sequential instruction. |

MICROLOOPS

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is "0" or the test is not met. instruction execution continues with the next instruction. If the microloop is the last byte in the instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to "0", the LOOP COUNTER will remain at "0". Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.
EXAMPLE:

| Byte 1 FETCH-VIA-X-AUTOINCREMENT | Byte 2 STORE-VIA-Y-AUTO-INCREMENT |
|---|---|
| Byte 3 ULOOP-UNTIL-DONE | Byte 4 QQQQQQQQ |

This example will perform a block move. To initiate the transfer X will be loaded with the starting address of the source Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not "0" and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0" continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NOT-CARRY-CLEAR—If the LOOP COUNTER is not "0" and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is 0 , continue execution with the next instruction.

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not "0" and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to

5,530,890

| 27 | 28 |

perform a test and execute a return conditional on the outcome of the test in a single cycle A RETURN pops an address from the Return Stack and stores it to the Program Counter

RETURN INSTRUCTIONS

| | |
|---|---|
| RETURN-ALWAYS - | Pop the top item from the Return Stack and transfer it to the Program Counter |
| RETURN-IF-ZERO - | If the TOP item on the Parameter Stack is 0, pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction. |
| RETURN-IF-POSITIVE - | If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction |
| RETURN-IF-CARRY-CLEAR - | If the exponents of the floating point numbers found in TOP and NEXT are not aligned pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-NEVER - (NOP) | Execute the next instruction |
| RETURN-IF-NOT-ZERO - | If the TOP item on the Parameter Stack is not '0', pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-IF-NEGATIVE - | If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-IF-CARRY-SET - | If the exponents of the floating point numbers found in TOP and NEXT are aligned pop the top item from the Return Stack and transfer it to the Program Counter Otherwise execute the next instruction |

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50 like any RISC type architecture is optimized to handle as many operations as possible on-chip for maximum speed External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec to 30 nsec. There are times when external memory must be accessed

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC The operands are sometimes called "Immediate or "Literal" in other computers When used as

memory pointer, the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack X is unchanged

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack Y is unchanged

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack After fetching decrement the most significant 30 bits of X to point to the previous 32-bit word address

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X X is unchanged.

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y Y is unchanged

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y After storing increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction. The effect is of loading a 32-bit immediate operand This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch. It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch The PC incre-

5,530,890

29

30

ments after each execution of FETCH-VIA-PC, so it is possible to push four immediate operands on the stack. The four operands would be the found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack. Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X

OTHER EFFECTS OF MEMORY ACCESS INSTRUCTIONS:

Any FETCH instruction will push a value on the Parameter Stack 74. If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle. Any STORE instruction will pop a value from the Parameter Stack 74. If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES. These variables are used by a particular procedure and discarded. In cases of nested procedures, layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM so a means of keeping local variables on-chip can make operations run faster. The microprocessor 50 provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

The Return Stack 134 is implemented as 16 on-chip RAM locations. The most common use for the Return Stack 134 is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack 134. Eventually, the Return Stack will automatically overflow into off-chip RAM

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111) Push the item read onto the Parameter Stack

OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to READ the fifth item, unknown data will be returned

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111.)

OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to

WRITE to the fifth item it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack.

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack.

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer.

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits

OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

EXAMPLE:

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |
| BYTE 4 | | |
| 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary 00001111 (HEX 0F) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

5,530,890

31

| BYTE 1 | BYTE 2 |
|--------|--------|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |
| BYTE 3 | BYTE 4 |
| LOAD-SHORT-LITERAL | 0000H11 |
| SHORT-LITERAL- | |
| INSTRUCTION | |
| LOAD-SHORT-LITERAL - | Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack |

LOGIC INSTRUCTIONS

Logical and math operations used the stack for the source of one or two operands and as the destination for results The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands. and push the result onto the Parameter Stack

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack

XOR—Pop TOP and NEXT from the Parameter Stack. perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack

BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

MATH INSTRUCTIONS

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack The CARRY flag is used to latch the "33rd bit" of the ALU result

ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack The CARRY flag may be changed.

ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack The CARRY flag may be changed

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack Add the values together and push the result back on the Parameter Stack The CARRY flag may be changed

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP and push the result back on the Parameter Stack The CARRY flag may be changed.

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack The CARRY flag may be changed.

SUB-X—
SIGNED-MULT-STEP—
UNSIGNED-MULT-STEP—
SIGNED-FAST-MULT—
FAST-MULT-STEP—
UNSIGNED-DIV-STEP—
GENERATE-POLYNOMIAL
ROUND—

32

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack Subtract NEXT from TOP If the result has the most significant bit equal to '0' (the result is positive), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack The CARRY flag may be affected

SHIFT/ROTATE

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

OTHER INSTRUCTIONS

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made It is intended that such changes be included within the spirit and scope of the claims appended hereto

What is claimed is:

1 A microprocessor, which comprises a main central processing unit and a separate direct memory access central processing unit in a single integrated circuit comprising said microprocessor, said main central processing unit having an arithmetic logic unit, a first push down stack with a top item register and a next item register, connected to provide inputs to said arithmetic logic unit, an output of said arithmetic logic unit being connected to said top item register, said top item register also being connected to provide inputs to an internal data bus, said internal data bus being bidirectionally connected to a loop counter, said loop counter being connected to a decrementer, said internal data bus being bidirectionally connected to a stack pointer, return stack pointer, mode register and instruction register, said internal data bus being connected to a memory controller, to a Y register of a return push down stack, an X register and a program counter said Y register, X register and program counter providing outputs to an internal address bus, said internal address bus providing inputs to said memory controller and to an incrementer, said incrementer being connected to said internal data bus, said direct memory access central processing unit providing inputs to said memory controller. said memory controller having an address/data bus and a plurality of control lines for connection to a random access memory.

5,530,890

33

**2** The microprocessor of claim **1** in which said memory controller includes a multiplexing means between said central processing unit and said address/data bus, said multiplexing means being connected and configured to provide row addresses, column addresses and data on said address/ 5 data bus

**3** The microprocessor of claim **1** in which said memory controller includes means for fetching instructions for said central processing unit on said address/data bus, said means for fetching instructions being configured to fetch multiple 10 sequential instructions in a single memory cycle.

**4** The microprocessor of claim **3** additionally comprising means connected to said means for fetching instructions for determining if multiple instructions fetched by said means for fetching instructions require a memory access, said 15 means for fetching instructions fetching additional multiple instructions if the multiple instructions do not require a memory access

**5** The microprocessor of claim **3** in which said microprocessor and a dynamic random access memory are con- 20 tained in a single integrated circuit and said means for fetching instructions includes a column latch for receiving the multiple instructions

**6** The microprocessor of claim **1** in which said microprocessor includes a sensing circuit and a driver circuit, and 25 an output enable line for connection between the random access memory, said sensing circuit and said driver circuit, said sensing circuit being configured to provide a ready signal when said output enable line reaches a predetermined electrical level, said microprocessor being configured so that 30 said driver circuit provides an enabling signal on said output enable line responsive to the ready signal

**7** The microprocessor of claim **1** additionally comprising a ring oscillator variable speed system clock connected to said main central processing unit, said main central process-

34

ing unit and said ring oscillator variable speed system clock being provided in a single integrated circuit.

**8** The microprocessor of claim **7** in which said memory controller includes an input/output interface connected to exchange coupling control signals, addresses and data with said main central processing unit, said microprocessor additionally including a second clock independent of said ring oscillator variable speed system clock connected to said input/output interface

**9** The microprocessor of claim **1** in which said first push down stack has a first plurality of stack elements configured as latches, a second plurality of stack elements configured as a random access memory said first and second plurality of stack elements and said central processing unit being provided in a single integrated circuit, and a third plurality of stack elements configured as a random access memory external to said single integrated circuit.

**10** The microprocessor of claim **9** additionally comprising a first pointer connected to said first plurality of stack elements, a second pointer connected to said second plurality of stack elements, and a third pointer connected to said third plurality of stack elements. said central processing unit being connected to pop items from said first plurality of stack elements, said first stack pointer being connected to said second stack pointer to pop a first plurality of items from said second plurality of stack elements when said first plurality of stack elements are empty from successive pop operations by said central processing unit said second stack pointer being connected to said third stack pointer to pop a second plurality of items from said third plurality of stack elements when said second plurality of stack elements are empty from successive pop operations by said central processing unit

\*    \*    \*    \*    \*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Technology Properties Limited and Patriot Scientific Corporation

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(C)** Attorney's (Firm Name, Address, and Telephone Number)

S Calvin Capshaw
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
P O Box 3999 (75606-3999)
Longview, TX 75601
(903) 236-9800

## DEFENDANTS
ASUSTeK Computer, Inc.    2 - 08 C V - 2 2 7

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

1 ☐ U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

2 ☐ U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an 'X' in One Box for Plaintiff and One
(For Diversity Cases Only)                Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Nation | 3 | 3 | Foreign Country | 6 | 6 |

## IV. NATURE OF SUIT (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - | 620 Other Food & Drug | 423 Withdrawal | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | Med. Malpractice | 625 Drug Related Seizure | 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | Liability | 365 Personal Injury – | of Property 21 USC 881 | | 450 Commerce |
| 150 Recovery of Overpayment | ☐ 320 Assault Libel & | Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 460 Deportation |
| & Enforcement of Judgment | Slander | 368 Asbestos Personal | 640 R.R. & Truck | | 470 Racketeer Influenced and |
| 151 Medicare Act | 330 Federal Employers | Injury Product | 650 Airline Regs. | 820 Copyrights | Corrupt Organizations |
| 152 Recovery of Defaulted | Liability | Liability | 660 Occupational | x 830 Patent | 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | 840 Trademark | 490 Cable/Sat.TV |
| (Excl. Veterans) | 345 Marine Product | 370 Other Fraud | 690 Other | | 810 Selective Service |
| 153 Recovery of Overpayment | Liability | 371 Truth in Lending | | | 850 Securities/Commodities/ |
| of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle | Property Damage | 710 Fair Labor Standards | 861 HIA (1 395ff) | 875 Customer Challenge |
| 190 Other Contract | Product Liability | 385 Property Damage | Act | 862 Black Lung (923) | 12 USC 3410 |
| 195 Contract Product Liability | 360 Other Personal | Product Liability | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW | 890 Other Statutory Actions |
| 196 Franchise | Injury | | 730 Labor/Mgmt. Reporting | (405(g)) | 891 Agricultural Acts |
| | | | & Disclosure Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | 865 RSI (405(g)) | 893 Environmental Matters |
| | | | 790 Other Labor Litigation | | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate | 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | 895 Freedom of |
| 220 Foreclosure | 442 Employment | Sentence | Security Act | | Information Act |
| 230 Rent Lease & Ejectment | 443 Housing | **HABEAS CORPUS:** | | 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| 240 Torts to Land | Accommodations | 530 General | | or Defendant | Determination Under Equal |
| 245 Tort Product Liability | 444 Welfare | 535 Death Penalty | | 871 IRS – Third Party | Access to Justice |
| 290 All Other Real Property | 440 Other Civil Rights | 540 Mandamus & Other | | 26 USC 7609 | 950 Constitutionality of State |
| | | 550 Civil Rights | | | State Statutes |
| | | 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute Under which you are filing (Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. § 271
(Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER FR C P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VII. RELATED CASE(S) (See Instructions):
IF ANY   See the attached page

DATE
June 4, 2008

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## Related Cases

1.   Technology Properties Limited, Inc., et al v. HTC Corporation, et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-172 (DF).

2.   Technology Properties Limited, Inc., et al v. ASUSTek Computer, Inc.; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-177 (TJW)

3.   Technology Properties Limited, Inc., et al v. Acer, Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:08-cv-176 (TJW).

4.   Technology Properties Limited, Inc., et al v. HTC Corporation, et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on June 4, 2008.

5.   Technology Properties Limited, Inc., et al v. Acer, Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on June 4, 2008.

6.   Technology Properties Limited, Inc., et al v. ASUSTek Computer, Inc.; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on June 4, 2008.

EXHIBIT I



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 25 2008

DAVID J. MALAND, CLERK
BY
DEPUTY_____

(1) TECHNOLOGY PROPERTIES
LIMITED and (2) PATRIOT SCIENTIFIC
CORPORATION,

        Plaintiffs,

vs.

(1) HTC CORPORATION
(2) HTC AMERICA, INC. and
(3) ASUSTeK COMPUTER, INC.,

        Defendants.

CASE NO. 2-08 CV - 174 TQ~

**Jury Trial Demanded**

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

    Plaintiffs, Technology Properties Limited ("TPL") and Patriot Scientific Corporation ("Patriot"), (collectively "Plaintiffs"), allege the following in support of their Complaint for Patent Infringement and Demand for Jury Trial ("Complaint") against Defendants, HTC Corporation ("HTC"), HTC America, Inc. ("HTC America"), and ASUSTeK Computer, Inc. ("ASUSTeK")

### PARTIES

    1.    Plaintiff, Technology Properties Limited ("TPL") is a corporation duly organized and existing under the laws of the State of California and maintains its principal place of business in Cupertino, California

    2.    Plaintiff, Patriot Scientific Corporation ("Patriot") is a corporation duly organized and existing under the laws of the State of Delaware and maintains its principal place

1

of business in Carlsbad, California.

3.    Upon information and belief, Defendant HTC Corporation is a Taiwan corporation with its principal place of business in Taoyuan, Taiwan, R.O.C.

4.    Upon information and belief, Defendant HTC America, Inc. is a Texas corporation with its principal place of business in Bellevue, Washington.

5.    Upon information and belief, Defendant ASUSTeK Computer, Inc. is a Taiwan corporation with its principal place of business in Taipei, Taiwan, R.O.C.

## JURISDICTION

6.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. §§ 101, *et seq.* and 271, *et seq.* This Court has personal jurisdiction over Defendants because they each infringe Plaintiffs' patent by offering on their websites infringing products to their users and/or customers who reside in, or may be found in, the Eastern District of Texas. Further, each Defendant has actually transacted business with users of their websites in the Eastern District of Texas.

## VENUE

7.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1400(b) because Defendants reside in this district, have each committed acts of infringement in this district and, through their websites, have a regular and established place of business in this district.

## GENERAL ALLEGATIONS

8.    On July 21, 1998, United States Patent No. 5,784,584 ('584 Patent") entitled "High Performance Microprocessor Using Instructions That Operate Within Instruction

2

Groups" was duly and legally issued. All rights and interest in the '584 Patent are co-owned by TPL and Patriot. TPL has the sole and exclusive right and obligation to license and enforce the '584 Patent. A true and correct copy of the '584 Patent is attached hereto as Exhibit A.

## COUNT 1

(Patent Infringement Against HTC Corporation)

9.      Paragraphs 1-8 of the Complaint set forth above are incorporated herein by reference.

10.     Upon information and belief Defendant HTC has infringed and continues to infringe under 35 U.S.C. § 271 United States Patent No. 5,784,584.

11.     HTC's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from HTC the damages sustained by Plaintiffs as a result of its infringement of the '584 Patent. HTC's infringement of Plaintiffs' exclusive rights under the '584 Patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

12.     Plaintiffs allege, on information and belief, that HTC's acts of infringement were willful and deliberate.

## COUNT 2

(Patent Infringement Against HTC America, Inc.)

13.     Paragraphs 1-8 of the Complaint set forth above are incorporated herein by reference.

14.     Upon information and belief Defendant HTC America has infringed and continues to infringe under 35 U.S.C. § 271 United States Patent No. 5,784,584.

15.     HTC America's acts of infringement have caused damage to Plaintiffs. Under 35

3

U.S.C. § 284, Plaintiffs are entitled to recover from HTC America the damages sustained by Plaintiffs as a result of its infringement of the '584 Patent. HTC America's infringement of Plaintiffs' exclusive rights under the '584 Patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

16.    Plaintiffs allege, on information and belief, that HTC America's acts of infringement were willful and deliberate.

### COUNT 3

(Patent Infringement Against ASUSTeK Computer, Inc.)

17.    Paragraphs 1-8 of the Complaint set forth above are incorporated herein by reference.

18.    Upon information and belief Defendant ASUSTeK has infringed and continues to infringe under 35 U.S.C. § 271 United States Patent No. 5,784,584.

19.    ASUSTeK's acts of infringement have caused damage to Plaintiffs. Under 35 U.S.C. § 284, Plaintiffs are entitled to recover from ASUSTcK the damages sustained by Plaintiffs as a result of its infringement of the '584 Patent. ASUSTeK's infringement of Plaintiffs' exclusive rights under the '584 Patent will continue to damage Plaintiffs' business, causing irreparable harm, for which there is no adequate remedy at law, unless enjoined by this Court under 35 U.S.C. § 283.

20.    Plaintiffs allege, on information and belief, that ASUSTeK's acts of infringement were willful and deliberate.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against

Defendants as follows:

A    For judgment that Defendants HTC Corporation, HTC America, Inc. and ASUSTeK Computer, Inc have infringed and continue to infringe the '584 patent;

B    For permanent injunctions under 35 U.S.C. § 283 against Defendants and their directors, officers, employees, agents, subsidiaries, parents, attorneys, and all persons acting in concert, on behalf of, in joint venture, or in partnership with Defendants from further acts of infringement;

C    For damages to be paid by Defendants adequate to compensate Plaintiffs for their infringement, including interests, costs and disbursements as the Court may deem appropriate under 35 U.S.C. § 284;

D    For judgment finding that Defendants infringement was willful and deliberate, entitling Plaintiffs to increased damages under 35 U.S.C. § 284;

E    For judgment finding this to be an exceptional case against Defendants and awarding Plaintiffs attorney fees under 35 U.S.C. § 285; and,

F    For such other and further relief at law and in equity as the court may deem just and proper

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure Rule 38, Plaintiffs hereby demand a jury trial on all issues triable by jury

Dated:  April 25, 2008                          Respectfully submitted,


By:  _____

(S. Calvin Capshaw
State Bar No. 03783900
Email:  ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email:  ederieux@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787

Robert E. Krebs
California Bar No. 57526
Email:  rkrebs@thelen.com
Christopher L. Ogden
California Bar No. 235517
Email:  cogden@thelen.com
Thelen Reid Brown Raysman & Steiner, LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Ronald F. Lopez
California Bar No. 11756
Email: rflopez@thelen.com
Thelen Reid Brown Raysman & Steiner, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211

ATTORNEYS FOR PLAINTIFF
TECHNOLOGY PROPERTIES LIMITED

6

By: _____ *Charles J. Hoge - by permission*

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Charles T. Hoge
California Bar No. 110696
Email: choge@knlh.com
Kirby Noonan Lance & Hoge, LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

ATTORNEYS FOR PLAINTIFF
PATRIOT SCIENTIFIC CORPORATION

US005784584A

# United States Patent [19]

## Moore et al.

[11] Patent Number: 5,784,584

[45] Date of Patent: Jul. 21, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III** Mt. View, both of Calif

[73] Assignee: **Patriot Scientific Corporation**, San Diego, Calif

[21] Appl No : 484,935

[22] Filed: **Jun 7, 1995**

### Related U.S. Application Data

[62] Division of Ser No 389,334, Aug 3, 1989 Pat No 5,440,749

[51] Int. Cl.6 ............................................ G06F 9/30
[52] U.S. Cl. .................................................... 395/376
[58] Field of Search .......................... 395/376, 382, 395/384, 588, 800 23

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,967,326  10/1990  May ................................. 395/800

5,127,091  6/1992  Bonfarat et al .................... 395/375

Primary Examiner—David Y Eng
Attorney, Agent, or Firm—Cooley Godward LLP

[57] **ABSTRACT**

A high-performance microprocessor system using instruction that access operands and instructions located relative to the current instruction group rather than located relative to the current instructions, as is the convention is disclosed herein. The microprocessor system includes a central processing unit, memory, and a bus connecting the central processing unit and memory. An instruction fetching unit, connected to the bus, is provided for fetching instruction groups from the memory for use by the central processing unit and for storage within an instruction register. An instruction supplying unit operates to supply, in succession from the instruction register to the central processing unit, one or more instructions from each of the instruction groups. The system further includes an instruction decoder for configuring the instruction supplying unit to select, from the instruction register, operands associated with instructions from particular instruction groups.

**29 Claims, 19 Drawing Sheets**



**U.S. Patent**     Jul. 21, 1998     Sheet 1 of 19     **5,784,584**



*FIG._1*

Case 5:08-cv-00884-JF    Document 51-10    Filed 07/19/2008    Page 11 of 47



*FIG._2*



**FIG._3**



**FIG._4**



**FIG._5**



FIG._6



**FIG._7**



*FIG._8*



*FIG._9*



*FIG.—10*



FIG._11



FIG._12

REGISTER ARRAY

COMPUTATION STACK

DATA BUS

*80*

ALU

REGISTER 0
REGISTER 1
REGISTER 2
REGISTER 3
REGISTER 4
REGISTER 5
REGISTER 6
REGISTER 7

*134*

TOP OF STACK
NEXT ITEM

*74*

REGISTER
ADDRESS BUS

STACK POINTER

*FIG._13*



**FIG._14**



**FIG._15**



*FIG._16*



*FIG._18*



**FIG._17**



**FIG._19**



**FIG._20**



*FIG._21*



*FIG._22*



*FIG._23*

5,784,584

| 1 | 2 |

### HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS

This application is a division of U.S. application Ser. No. 07/389,334 filed Aug. 3, 1989, now U.S. Pat. No. 5,440,749.

#### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

#### SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses, and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a memory and a bus connecting the central processing unit to the memory. Instruction fetching means are connected to the bus to fetch instruction groups via the bus from the memory. Each of the instruction groups include at least one instruction that accesses operands or instructions or both. The operands and instructions are located relative to the instruction groups. An instruction register receives a first of the instruction groups from the instruction fetching means. The first of the instruction groups include one or more sequential instructions. Instruction supplying means supplies, in succession from the instruction register, the one or more sequential instructions of the first of the instruction groups to the central processing unit. An instruction decoding means configures the instruction supplying means to select from the instruction register an operand associated with one of the instructions from the first of the instruction groups.

In accordance with another aspect of the invention, the microprocessor has a central processing unit and an instruction register operatively coupled to the central processing unit. An instruction fetching means provides instruction groups to the instruction register wherein certain of the instruction groups include one or more operands or sequential instructions or both. The one or more sequential instructions including at least one instruction that accesses operands or instructions or both being located relative to the instruction groups. An instruction supplying means successively couples the one or more sequential instructions of the certain of the instruction groups to the central processing unit. An instruction decoding means configures the instruction supplying means to select operands from the instruction register associated with particular ones of the sequential instructions.

In another aspect of the invention, the microprocessor system includes a central processing unit, memory, and an instruction register. A method provides instructions from the instruction register to the central processing unit and comprises the steps of:

  providing instruction groups to the instruction register from the memory wherein certain of the instruction groups include one or more operands or sequential instructions or both;

  supplying, in succession from the instruction register, the one or more sequential instructions of the certain of the instruction groups to the central processing unit; and

  selecting an operand from the one of the instruction groups for use by the central processing unit.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

5,784,584

3

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

DETAILED DESCRIPTION OF THE INVENTION

OVERVIEW

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST.

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

4

Programs are smaller.

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1 there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below.

DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is that it operates directly with dynamic random access memories (DRAMs) as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include $V_{DD}$ pins 56, $V_{SS}$ pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116 respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148

5,784,584

5

The memory controller 118 is connected to a RAM (not shown) by address/data bus 151 and control lines 153.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example the SPARC RISC microprocessor has three times the gates of the microprocessor 50 and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems.

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses, rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O lines 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 15C. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A

6

microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50 there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic 266 provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50. MSM514258-10 type DRAMs 150 totalling 2 megabytes, a

5,784,584

**7**

Motorola 50 MegaHertz crystal oscillator clock 282. I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290. and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC—DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus to the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 megabit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an

**8**

inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/ Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:

CONTROL LINES

4—POWER/GROUND

1—CLOCK

32—DATA I/O

4—SYSTEM CONTROL

    EXTERNAL MEMORY FETCH

    EXTERNAL MEMORY FETCH AUTOINCREMENT X

    EXTERNAL MEMORY FETCH AUTOINCREMENT Y

    EXTERNAL MEMORY WRITE

    EXTERNAL MEMORY WRITE AUTOINCREMENT X

    EXTERNAL MEMORY WRITE AUTOINCREMENT Y

    EXTERNAL PROM FETCH

    LOAD ALL X REGISTERS

    LOAD ALL Y REGISTERS

    LOAD ALL PC REGISTERS

    EXCHANGE X AND Y

    INSTRUCTION FETCH

    ADD TO PC

    ADD TO X

    WRITE MAPPING REGISTER

    READ MAPPING REGISTER

REGISTER CONFIGURATION

5,784,584

<table>
<tr><td>9</td><td>10</td></tr>
</table>

MICROPROCESSOR **310** CPU **316** CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
XO REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
YO REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU **314** CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip **312**, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit **312** by having three on-chip address registers: Program Counter, X Register and Y register. As a result, to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor **310** and the microprocessor **50** that arise from providing the microprocessor **310** on the same die **312** with the DRAM **311**. Integrating the DRAM **311** allows architectural changes in the microprocessor **310** logic to take advantage of existing on-chip DRAM **311** circuitry. Row and column design is inherent in memory architecture. The DRAMs **311** access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor **310** takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor **50** treats its 32-bit instruction register **108** (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM **311** maintains a 1024-bit latch for the column bits, the microprocessor **310** treats the column latch as a cache for **128** 8-bit instructions. Therefore the next instruction will almost always be present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor **50**.

2. The microprocessor **50** uses two 16×32-bit deep register arrays **74** and **134** (FIG. 2) for the parameter stack and the return stack. The microprocessor **310** creates two other 1024-bit column latches to provide the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor **50** has a DMA capability which can be used for I/O to a video shift register. The microprocessor **310** uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor **50** accesses memory via an external 32-bit bus. Most of the memory **311** for the microprocessor **310** is on the same die **312**. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor **50**.

5. The microprocessor **50** consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs **150** (FIG. 8) connected to the microprocessor **50** dissipate most of their power in the I/O drivers. A microprocessor **310** system will consume about one-tenth the power of a microprocessor **50** system, since having the DRAM **311** next to the processor **310** eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor **310** is an excellent multiprocessor candidate, since the chip **312** is a monolithic computer complete with memory, rendering it low-cost and physically compact.

The shift registers implemented with the microprocessor **310** to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor **310** column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM **311** in each of the processors.

The microprocessor **310** column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips **312**. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor **50** architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor **310** retains both constructs with a few differences. The microprocessor **310** microloop functions in the same fashion as the microprocessor **50** operation, except the queue is 1024-bits or **128** 8-bit instructions long. The microprocessor **310** microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor **50** queue

5,784,584

11

Microloops in the microprocessor **50** can only perform simple block move and compare functions. The larger microprocessor **310** queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor **50** offers four instructions to redirect execution:

CALL

BRANCH

BRANCH-IF-ZERO

LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor **50** next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor **310** the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor **50**. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8 The microprocessor **310** CPU **316** resides on an already crowded DRAM die **312**. To keep chip size as small as possible, the DMA processor **72** of the microprocessor **50** has been replaced with a more traditional DMA controller **314**. DMA is used with the microprocessor **310** to perform the following functions:

Video output to a CRT

Multiprocessor serial communications

8-bit parallel I/O

The DMA controller **314** can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor **310**:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1 Video shift register | OUTPUT | 1 to 3 |
| 2 Multiprocessor serial | BOTH | 6 lines/channel |
| 3 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore all three may be active simultaneously without interference.

The microprocessor **310** can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. **10** and **11** provide details of the PROM DMA used in the microprocessor **50**. The microprocessor **50** executes faster than all but the fastest PROMs. PROMs are used in a microprocessor **50** system to store program segments and perhaps entire programs. The microprocessor **50** provides a feature on power-up to allow programs to be loaded from low-cost slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller **118**. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor **50** chip, then written to the DRAM **150**.

The microprocessor **50** directly interfaces to DRAM **150** over a triple multiplexed data and address bus **350**, which carries RAS addresses, CAS addresses and data. The EPROM **260**, on the other hand, is read with non-

12

multiplexed busses. The microprocessor **50** therefore has a special mode which unmultiplexes the data and compares lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus **350** is turned back on and the data is written to the DRAM **150**.

When the microprocessor **50** detects a RESET condition, the processor stops the main CPU **70** and forces a mode 0 (PROM LOAD) instruction into the DMA CPU **72** instruction register. The DMA instruction directs the memory controller to read the EPROM **260** data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor **50**, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM **260** to be loaded.

The number of 32-bit words to transfer

The DRAM **150** address to transfer into

The sequence of activities to transfer one 32-bit word from EPROM **260** to DRAM **150** are:

1. RAS goes low at **352**, latching the EPROM **260** select information from the high order address bits. The EPROM **260** is selected.

2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus **350** going to the EPROM **260** address pins. These signals will remain on the lines until the data from the EPROM **260** has been read into the microprocessor **50**. For the first byte, the byte select bits will be binary 00.

3. CAS goes low at **354**, enabling the EPROM **260** data onto the lower 8 bits of the external address/data bus **350**. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs.

4. The microprocessor **50** latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.

5. Steps 2, 3 and 4 are repeated with byte address **01**.

6. Steps 2, 3 and 4 are repeated with byte address **10**

7. Steps 2, 3 and 4 are repeated with byte address **11**

8. CAS goes high at **356**, taking the EPROM **260** off the data bus.

9. RAS goes high at **358**, indicating the end of the EPROM **260** access.

10. RAS goes low at **360**, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM **150**. The DRAM **150** is selected.

11. CAS goes low at **362**, latching the DRAM **150** CAS addresses.

12. The microprocessor **50** places the previously latched EPROM **260** 32-bit data onto the external address/data bus **350**. W goes low at **364**, writing the 32 bits into the DRAM **150**.

13. W goes high at **366**. CAS goes high at **368**. The process continues with the next word.

FIG. **12** shows details of the microprocessor **50** memory controller **118**. In operation, bus requests stay present until they are serviced. CPU **70** requests are prioritized at **370** in the order of: 1. Parameter Stack; 2. Return Stack; 3. Data Fetch; 4. Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control **372**, which provides a bus grant signal at **374**. Internal address bus **136** and a DMA counter **376** provide inputs to a multiplexer **378**. Either a row address or a column address are provided as an output to multiplexed address bus **380** as an output from the multiplexer **378**. The multiplexed

5,784,584

13

address bus 380 and the internal data bus 90 provide address and data inputs respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete.

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both.

BENEFITS:

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most programmers and optimizing compilers can take advantage of this feature.

2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine.

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14 the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached

14

a predetermined level to generate the READY signal, driver 418 generates an OUTPUT ENABLE signal on OE line 152.

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache.

SKIP CONDITIONS:

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108. As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. A hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges,

5,784,584

15

wide voltage swings. and wide variations in semiconductor processing. Temperature. voltage. and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters. the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance. so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature. voltage. and process. At room temperature. the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade. the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock. with its stages 431 producing phase 0-phase 3 outputs 433 shown in FIG. 19. because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator 430. CPU 70 will always execute at the maximum frequency possible. but never too fast. For example. if the processing of a particular die is not good resulting in slow transistors. the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates. it too will operate slower (oscillating at a lower frequency). providing compensation which allows the rest of the chip s logic to operate properly.

ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17. with the CPU 70 operating asynchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest time possible using the adaptive ring counter clock 430. Speed may vary by a factor of four depending upon temperature. voltage. and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432. speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432. optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with handshake signals on lines 436. with data/addresses passing on bus 90. 136.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature. not only would the CPU 314 execute at 100 MHZ. but the DRAM 311 would access fast enough to

16

keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required. and the I/O clock would be tied to the ring counter clock.

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8. 16. or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits. JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits. but the operand can be 8. 16. or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded. the state of the 2-bit microinstruction counter selects the required 8. 16. or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories. the faster the computer. Fast memories are expensive. so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory. giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb. it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique. shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip. delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches. but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450. 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack. operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled. the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled. the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip

5,784,584

RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 22, a polynomial is generated by loading the ' order" (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less once is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474 when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE", the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a "ZERO", the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

| Logic and D latch transfers | 1 cycle | 20 nsec |
|---|---|---|
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec, and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses.

Fetching up to four instructions per memory cycle.

Pipelineless instruction decoding.

Generating results before they are needed.

Use of three level stack caching.

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec.

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster

5,784,584

19

ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor **50** performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor **50** is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor **50** fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

INTERNAL ARCHITECTURE

The microprocessor **50** architecture consists of the following:

| PARAMETER STACK <--> | Y REGISTER |
| ALU* | RETURN STACK |
| <--> | |
| <--32 BITS--> | <--32 BITS--> |
| 16 DEEP | 16 DEEP |
| Used for math and logic | Used for subroutine and interrupt return addresses as well as local variables |
| Push down stack. | Push down stack. |
| Can overflow into off-chip RAM. | Can overflow into off-chip RAM. Can also be accessed relative to top of stack. |
| LOOP COUNTER | (32-bits, can decrement by 1) Used by class of test and loop instructions. |
| X REGISTER | (32-bits, can increment or decrement by 4). Used to point to RAM locations |
| PROGRAM COUNTER | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM |
| INSTRUCTION REG | (32-Bits) Holds 4-byte instruction groups while they are being decoded and executed |

* Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands. The result is pushed onto the Parameter Stack.

* Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices is straightforward.

MODE—A register with mode and status bits

20

MODE-BITS:

Slow down memory accesses by 8 if "1". Run full speed if "0". (Provided for access to slow EPROM.)

Divide the system clock by 1023 if "1" to reduce power consumption. Run full speed if "0". (On-chip counters slow down if this bit is set.)

Enable external interrupt **1**

Enable external interrupt **2**

Enable external interrupt **3**

Enable external interrupt **4**

Enable external interrupt **5**

Enable external interrupt **6**

Enable external interrupt **7**.

ON-CHIP MEMORY LOCATIONS:

MODE-BITS

DMA-POINTER

DMA-COUNTER

STACK-POINTER—Pointer into Parameter Stack

STACK-DEPTH—Depth of on-chip Parameter Stack

RSTACK-POINTER—Pointer into Return Stack

RSTACK-DEPTH—Depth of on-chip Return Stack

ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch. Branches and Calls are made to 32-bit word boundaries.

INSTRUCTION SET

32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page" operation at run time. As a result, the microprocessor branches execute in a single cycle.

24-BIT OPERAND FORM:

Byte **1** Byte **2** Byte **3** Byte **4**

WWWWWW XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter

16-BIT OPERAND FORM:

QQQQQQQQ—WWWWWW XX—YYYYYYYY—YYYYYYYY

With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter

5,784,584

**21**

8-BIT OPERAND FORM:

QQQQQQQQ—QQQQQQQQ—W W W W W
XX—YYYYYYYY

With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter.

QQQQQQQQ—Any 8-bit instruction

WWWWWW—Instruction op-code.

XX—Select how the address bits will be used:

00—Make all high-order bits zero. (Page zero addressing)

01—Increment the high-order bits. (Use next page)

10—Decrement the high-order bits. (Use previous page)

11—Leave the high-order bits unchanged. (Use current page)

YYYYYYYY—The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes.

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:

The current Program Counter.

The 8, 16, or 24 bit address operand in the instruction.

Using one of the four allowed addressing modes.

EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

EXAMPLE 1:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The "QQQQQQQQs" in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits) Byte 4 indicates that the hexadecimal number 98 will be forced into the Program Counter bits 2 through 10. (Remember, a CALL or BRANCH always goes to a word boundary so the two least significant bits are always set to zero). The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged.

EXAMPLE 2:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

00000000 00000000 00000001 01010110=OLD PROGRAM COUNTER.

Byte 1 indicates a BRANCH instruction op code (000001) and "01" indicates select the next page. Byte 2 3, and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruc-

**22**

tion will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

00000100 00000000 00000101 01011000 = NEW PROGRAM COUNTER.

INSTRUCTIONS
CALL-LONG
0000 00XXX – YYYYYYYY – YYYYYYYY – YYYYYYYY

Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.

OTHER EFFECTS: CARRY or modes. no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full.

BRANCH

0000 01XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

Load the Program Counter with the effective WORD address specified.

OTHER EFFECTS: NONE

BRANCH-IF-ZERO

0000 10XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

Test the TOP value on the Parameter Stack. If the value is equal to zero. load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero. increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

LOOP-IF-NOT-DONE

0000 11YY—(XXXX XXXX)—(XXXX XXXX)—(XXXX XXXX)

If the LOOP COUNTER is not zero. load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero. decrement the LOOP COUNTER. increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor **50** is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use 8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination.

For math and logic operations. the microprocessor **50** exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed. the operands are popped from the stack. and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation. the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

Increased execution speed even with slow memories.

Similar performance to the Harvard (separate data and instruction busses) without the expense.

Opportunities to optimize groups of instructions.

The capability to perform loops within this mini-cache.

5,784,584

## 23

The microloops inside the four instruction group are effective for searches and block moves

SKIP INSTRUCTIONS

The microprocessor **50** fetches instructions in 32-bit chunks called 4-byte instruction groups These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group A SKIP executes in a single cycle. whereas a group of three NOPs would take three cycles.

SKIP-ALWAYS—Skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group.

SKIP-IF-ZERO—If the TOP item of the Parameter Stack is zero. skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero. execute the next sequential instruction.

SKIP-IF-POSITIVE—If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0". skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group If the TOP item is not "0". execute the next sequential instruction.

SKIP-IF-NO-CARRY—If the CARRY flag from a SHIFT or arithmetic operation is not equal to '1". skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY is equal to "1". execute the next sequential instruction.

SKIP-NEVER Execute the next sequential (NOP) instruction. (Delay one machine cycle).

SKIP-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not equal to "0". skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal to "0". execute the next sequential instruction.

SKIP-IF-NEGATIVE—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1" skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0". execute the next sequential instruction.

SKIP-IF-CARRY—If the CARRY flag is set to "1" as a result of SHIFT or arithmetic operation. skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0". execute the next sequential instruction

MICROLOOPS

## 24

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met. instruction execution continues with the first instruction in the 4-byte instruction group. and the LOOP COUNTER is decremented A microloop instruction will usually be the last byte in a 4-byte instruction group. but it can be any byte If the LOOP COUNTER is "0" or the test is not met. instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group. the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory On a termination of the loop on LOOP COUNTER equal to "0" the LOOP COUNTER will remain at "0" Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

EXAMPLE:

| Byte 1 | Byte 2 |
|---|---|
| FETCH-VIA-X-AUTOINCREMENT | STORE-VIA-Y-AUTOINCREMENT |
| Byte 3 | Byte 4 |
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move. To initiate the transfer. X will be loaded with the starting address of the source Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not "0". continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0". continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not "0" and the TOP item on the Parameter Stack is "0". continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1". continue execution with the next instruction.

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0". continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1". continue execution with the next instruction.

ULOOP-IF-NOT-CARRY—If the LOOP COUNTER is not "0" and the floating point exponents found in TOP and NEXT are not aligned. continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned. continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

5,784,584

25

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1" continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is '0', continue execution with the next instruction.

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not "0" and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

RETURN INSTRUCTIONS

RETURN-ALWAYS—Pop the top item from the Return Stack and transfer it to the Program Counter.

RETURN-IF-ZERO—If the TOP item on the Parameter Stack is "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-POSITIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-CLEAR—If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-NEVER—Execute the next instruction (NOP).

RETURN-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-NEGATIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-SET—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50, like any RISC type architecture, is optimized to handle as many operations as possible

26

on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called "Immediate" or "Literal" in other computers. When used as memory pointer the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged.

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. Y is unchanged.

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching decrement the most significant 30 bits of X to point to the previous 32-bit word address.

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged.

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged.

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter

27

Stack. After fetching increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction The effect is of loading a 32-bit immediate operand. This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch. The PC increments after each execution of FETCH-VIA-PC so it is possible to push four immediate operands on the stack The four immediate operands would be found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X select one of four bytes from the 32-bit memory fetch right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack.

Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X.

OTHER EFFECTS OF MEMORY ACCESS INSTRUC-TIONS:

Any FETCH instruction will push a value on the Param-eter Stack 74 If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an addi-tional memory cycle Any STORE instruction will pop a value from the Parameter Stack 74 If the on-chip stack is empty a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES These variables are used by a particular procedure and discarded. In cases of nested procedures layers of these variables must be maintained On-chip stor-age is up to five times faster than off-chip RAM so a means of keeping local variables on-chip can make operations run faster. The microprocessor 50 provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

The Return Stack 134 is implemented as 16 on-chip RAM locations The most common use for the Return Stack 134 is storage of return addresses from subroutines and interrupt calls The microprocessor allows these 16 locations to also be used as addressable registers The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level proce-dures are nested the current procedure variables push the previous procedure variables further down the Return Stack 134. Eventually, the Return Stack will automatically over-flow into off-chip RAM.

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111) Push the item read onto the Parameter Stack.

OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction If four local variables have been

28

pushed onto the Return Stack, and an instruction attempts to READ the fifth item unknown data will be returned

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack (XXXX is a binary number from 0000–1111 )

OTHER EFFECTS: If the Parameter Stack is empty the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction If four local variables have been pushed onto the Return Stack and an instruction attempts to WRITE to the fifth item, it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it.

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack loca-tion

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack.

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack

PUSH-STACK-POINTER—Push the value of the Param-eter Stack pointer onto the Parameter Stack.

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack

PUSH-MODE-BITS—Push the value of the MODE REG-ISTER onto the Parameter Stack

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits.

OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruc-tion requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

5,784,584

29

EXAMPLE:

| BYTE 1 LOAD-SHORT-LITERAL | BYTE 2 QQQQQQQQ | BYTE 3 QQQQQQQQ |
| BYTE 4 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary 00001111 (HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1 LOAD-SHORT-LITERAL | BYTE 2 LOAD-SHORT-LITERAL |
| BYTE 3 LOAD-SHORT-LITERAL | BYTE 4 00001111 |

SHORT-LITERAL-INSTRUCTION
LOAD-SHORT-LITERAL —Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack.
LOGIC INSTRUCTIONS
Logical and math operations use the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack. 74. NEXT indicates the next to top value on the Parameter Stack 74.
AND—Pop TOP and NEXT from the Parameter Stack. perform the logical AND operation on these two operands. and push the result onto the Parameter Stack.
OR—Pop TOP and NEXT from the Parameter Stack. perform the logical OR operation on these two operands. and push the result onto the Parameter Stack
XOR—Pop TOP and NEXT from the Parameter Stack. perform the logical exclusive OR on these two operands. and push the result onto the Parameter Stack
BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack. toggle all bits in NEXT, perform the logical AND operation on TOP. and push the result onto the Parameter Stack. (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)
MATH INSTRUCTIONS
Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result
ADD—Pop the TOP item and NEXT to top item from the Parameter Stack. add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.
ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter. Stack. add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.
ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed
SUB—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed

30

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.
SUB-X—
SIGNED-MULT-STEP—
UNSIGNED-MULT-STEP SIGNED-FAST-MULT—
FAST-MULT-STEP—
UNSIGNED-DIV-STEP—
GENERATE-POLYNOMIAL—
ROUND—
COMPARE—Pop the TOP item and NEXI to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive). push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative). push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected.
SHIFT/ROTATE
SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.
SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.
DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word. shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.
DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word. shift the combined 64-bit entity right one bit The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.
OTHER INSTRUCTIONS
FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles.
FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM (This instruction is useful for multitasking applications) This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles
It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made It is intended that such changes be included within the spirit and scope of the claims appended hereto.
What is claimed is:
1 A microprocessor system comprising:
a central processing unit;
memory;
a bus connecting said central processing unit to said memory;
instruction fetching means that are connected to said bus to fetch instruction groups via said bus from said memory certain of said instruction groups including at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located a predetermined position from a boundary of said instruction groups;

5,784,584

31

an instruction register for receiving sequential instructions from a first of said instruction groups from said instruction fetching means. said first of said instruction groups including said at least one instruction;

instruction decoding means having means for generating a counter control signal and an operand control signal;

a counter that is connected to receive said counter control signal from said instruction decoding means;

operand selection means that is responsive to said operand control signal from said instruction decoding means;

instruction supplying means. responsive to said counter to select said predetermined position. for supplying. in succession from said instruction register. said sequential instructions to said central processing unit;

said instruction supplying means being further responsive to said counter and said operand selection means for selecting and supplying operand from said predetermined position in said instruction groups to said central processing unit;

said instruction decoding means providing said counter control signal and said operand control signal to cause said instruction supplying means to select from said instruction groups said operand or instruction or both associated with one of said instructions from said first of said instruction groups.

2. The microprocessor system of claim 1 wherein said instruction decoding means further includes means. responsive to a SKIP instruction in said instruction register. for configuring said instruction fetching means such that the next instruction group is supplied to the instruction register. and for configuring said instruction supplying means to supply in succession from said instruction register. said sequential instructions. beginning with the first instruction in said instruction register from said next instruction group. to said central processing unit. and in which said means for generating counter control signal also in response to the SKIP instruction. supplies the counter control signal to reset said counter to zero.

3. The microprocessor system of claim 2 further comprising:

  means for determining whether a predefined condition exists within said microprocessor system. and

  means for controlling response of said instruction decoding means to said SKIP instruction and said predefined condition to execute or not execute said SKIP instruction based on existence of said predefined condition.

4. The microprocessor system of claim 1 further comprising:

  a loop counter that is connected to receive a decrement control signal from said instruction decoding means. said instruction decoding means further including means. responsive to a MICROLOOP instruction in said instruction register. configured to supply said decrement control signal to said loop counter. said instruction supplying means being configured to supply from said instruction register beginning with the first instruction in said instruction register. from said first of said instruction groups. to said central processing unit. and in which said means for generating the counter control signal. also in response to the MICROLOOP instruction. supplies the counter control signal for resetting said counter to zero.

5. The microprocessor system of claim 4 further comprising:

  means for determining whether a predefined condition exists within said microprocessor system. and

32

  means for controlling response of said instruction decoding means to said MICROLOOP instruction and said predefined condition to execute or not execute said MICROLOOP instruction based on existence of said predefined condition.

6. The microprocessor system of claim 1 wherein said instruction decoding means includes means for supplying control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied to said instruction register. and for configuring said instruction supplying means to supply to said central processing unit a remainder of said first of said instruction groups as said operand.

7. The microprocessor system of claim 6 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups supplied to said instruction register is determined in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

8. The microprocessor system of claim 1 wherein said instruction decoding means configures said instruction supplying means to supply to said central processing unit a last byte of said first of said instruction groups as said operand in response to one of said sequential instructions within said first of said instruction groups.

9. The microprocessor system of claim 1 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied as an operand in response to one of said sequential instructions within said first of said instruction groups.

10. The microprocessor system of claim 1 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups supplied to said instruction register is determined in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

11. The microprocessor system of claim 10 in which said instruction decoding means supplies said counter control signal to reset said counter in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

12. The microprocessor system of claim 10 further comprising means for determining whether a predefined condition exists within said microprocessor system. and

  means for controlling response of said instruction decoding means to said branch-type instruction and said predefined condition to execute or not execute said branch-type instruction based on existence of said predefined condition

13. The microprocessor system of claim 10 in which said instruction supplying means includes means for gating said sequential instructions within said instruction register to said central processing unit based on signals produced by said counter.

14. The microprocessor system of claim 1 wherein said instruction fetching means fetches said sequential instructions in parallel for each of said instruction groups in a single memory cycle

15. The microprocessor system of claim 1 further comprising:

  memory access testing means for testing said first of said instruction groups to determine if said sequential instructions require a memory access; and

  if said memory access testing means determine a memory access is not required. then supplying of control signals

5,784,584

33

to said instruction fetching means to fetch the next instruction group during the execution of a current of said instruction groups.

16. The microprocessor of claim 1 wherein said instruction supplying means includes:

a decoder connected to an output of said counter; and

a plurality of gates interposed between said instruction register and said central processing unit, said gates being controlled by signals from said decoder.

17. The microprocessor of claim 1 wherein said instruction decoding means includes means for determining a width of said operand, said width being related to position in said instruction register of said one of said instructions of said first of said instruction groups.

18. The microprocessor of claim 1 wherein said first of said instruction groups includes a first instruction and multiple operand bytes, said instruction decoding means including means for determining a width of said operand associated with said first instruction based on position of said first instruction within said instruction register.

19. The microprocessor of claim 18 wherein said instruction supplying means includes gating means for selecting one or more of said multiple operand bytes within said instruction register corresponding to said operand.

20. A microprocessor comprising:

a central processing unit;

an instruction register operatively coupled to said central processing unit;

instruction fetching means for providing sequential instructions within instruction groups to said instruction register wherein certain of said instruction groups include at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located at a predetermined position from a boundary of said instruction groups;

instruction decoding means having a means for generating a counter control signal and an operand control signal;

a counter that is connected to receive said counter control signal from said instruction decoding means;

operand selection means that is responsive to said operand control signal from said instruction decoding means;

instruction supplying means, responsive to said counter to select said predetermined position, for successively coupling said sequential instructions of said certain of said instruction groups to said central processing unit;

said instruction supplying means being further responsive to said counter and said operand selection means for selection and supplying operands from said predetermined position in said instruction groups to said central processing unit; and

said instruction decoding means providing said counter control signal and said operand control signal to cause said instruction supplying means to select from said instruction groups said operand or instruction or both associated with particular ones of said sequential instructions.

21. The microprocessor of claim 20 wherein said instruction decoding means, upon receiving a SKIP one of said sequential instructions from a current one of said instruction groups, configures said instruction fetching means to fetch a next one of said instruction groups to said instruction register, supplies the counter control signal to reset said counter to zero and configures said instruction supplying means to supply a first one of said sequential instructions.

34

22. The microprocessor of claim 21 further including means for determining whether a predefined condition exists within said microprocessor system; and

means for controlling response of said instruction decoding means to said SKIP instruction and said predefined condition to execute or not execute said SKIP instruction based on existence of said predefined condition.

23. The microprocessor of claim 20 further comprising a loop counter, said instruction decoding means responsive to a MICROLOOP instruction within said instruction register, providing a decrement signal to said loop counter and priding the counter control signal to reset said counter to zero, and said instruction supplying means being configured to supply from said instruction register said sequential instructions beginning with the first instruction in said instruction register from a current one of said instruction groups, to said central processing unit.

24. The microprocessor of claim 23 further comprising: means for determining whether a predefined condition exists within said microprocessor system; and

means for controlling response of said instruction decoding means to said MICROLOOP instruction and said predefined condition to execute or not execute said MICROLOOP instruction based on existence of said predefined condition.

25. The microprocessor of claim 20 wherein said instruction decoding means includes means, responsive to ones of said sequential instructions of predetermined type, for supplying control signals to said instruction fetching means such that a subsequent one of said instruction groups is provided to said instruction register.

26. The microprocessor of claim 25 wherein said instruction decoding means includes means for configuring said instruction supplying means to supply a remainder of a current one of said instruction groups within said instruction register as said operand to said central processing unit.

27. The microprocessor of claim 25 further comprising means for determining whether a predefined condition exists within said microprocessor system; and means for controlling response of said instruction decoding means to branch-type ones of said instructions and said predefined condition to execute or not execute said branch-type ones of said instructions based on existence of said predefined condition.

28. The microprocessor of claim 20 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied as an operand in response to one of said sequential instructions.

29. In a microprocessor system including a central processing unit, memory, and an instruction register, a method for providing instructions and operands from said memory to said central processing unit comprising the steps of:

providing instruction groups to said instruction register from said memory wherein certain of said instruction groups include at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located at a predetermined position from a boundary of said instruction groups;

decoding said at least one instruction to determine said predetermined position;

locating said predetermined position; and

supplying, from said instruction groups, using the predetermined location, said operand or instruction or both to said central processing unit.

* * * * *

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

2 - 0 8 C V - 1 7 4 TGW

## I. (a) PLAINTIFFS

**Technology Properties Limited and Patriot Scientific Corporation**

**DEFENDANTS** ~
HTC Corporation, HTC America, Inc. and ASUSTek Computer, Inc

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(C)** Attorney's (Firm Name, Address, and Telephone Number)

S. Calvin Capshaw
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601
(903) 236-9800

Attorneys (If Known)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government
   Plaintiff

☒ 3 Federal Question
   (U.S. Government Not a Party)

☐ 2 U.S. Government
   Defendant

☐ 4 Diversity
   (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Nation | ☐ 3 | ☐ 3 | Foreign Country | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS – Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute Under which you are filing (Do not cite jurisdictional statutes unless diversity):
**35 U.S.C. § 271**
(Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VII. RELATED CASE(S) IF ANY (See Instructions):

See the attached page

DATE  **April 25, 2008**

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

## Related Cases

1.    Technology Properties Limited, Inc., et al v. Fujitsu Limited, et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:05-cv-00494 (TJW).

2.    Technology Properties Limited, Inc., et al v. HTC Corporation, et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

3.    Technology Properties Limited, Inc., et al v. HTC Corporation, et al; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

4.    Technology Properties Limited, Inc., et al v. ASUSTek Computer, Inc.; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

5.    Technology Properties Limited, Inc., et al v. ASUSTek Computer, Inc.; In the United States District Court for the Eastern District of Texas, Marshall Division - Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

6.    Technology Properties Limited, Inc., et al v. Acer, Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.

7.    Technology Properties Limited, Inc., et al v. Acer, Inc., et al; In the United States District Court for the Eastern District of Texas, Marshall Division; Cause No. 2:08-cv-_____ - No cause number yet – filed simultaneously on April 25, 2008.