**E-filed 8/12/08**

| | |
|---|---|
| Robert E. Krebs, State Bar No. 57526 | William Sloan Coats, III, State Bar No. 94864 |
| Christoper L. Ogden, State Bar No. 235517 | Mark R. Weinstein, State Bar No. 193043 |
| Thelen Reid Brown Raysman & Steiner LLP | Kyle D. Chen, State Bar No. 239501 |
| 225 West Santa Clara Street, Suite 1200 | White & Case LLP |
| San Jose, CA 95113-1723 | 3000 El Camino Real |
| Tel. 408.292.5800 | 5 Palo Alto Square, 9th Fl |
| Fax 408.287.8040 | Palo Alto, CA 94306 |
| | Tel.: 650-213-0300 |
| Ronald F. Lopez, State Bar No. 11756 | Fax: 650-213-8158 |
| Sushila Chanana, State Bar No. 254100 | |
| Thelen Reid Brown Raysman & Steiner LLP | ATTORNEYS FOR PLAINTIFFS ASUSTeK |
| 101 Second Street, Suite 1800 | COMPUTER INC., and ASUS COMPUTER |
| San Francisco, CA 94105–3606 | INTERNATIONAL |
| Tel. 415.371.1200 | |
| Fax. 415.371.1211 | |

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
MCM Portfolio LLC, and ALLIACENSE
LIMITED

Charles T. Hoge, State Bar No. 110696
Kirby Noonan Lance & Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel.: (619) 231-8666
Fax: (619) 231-9593

ATTORNEY FOR DEFENDANT
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC., et al. | Case No. CV-08-884-JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON MOTIONS TO DISMISS, TRANSFER OR STAY AND CASE MANAGEMENT CONFERENCE** |
| vs. | |
| TECHNOLOGY PROPERTIES LIMITED, et al. | |
| Defendant. | |

1  WHEREAS, on February 8, 2008, plaintiffs ASUSTeK Computer Inc. ("ASUSTeK") and ASUS Computer International ("ASUS") (collectively, "Plaintiffs") filed a complaint (and a First Amended Complaint on February 13, 2008 (Docket No. 3)) against Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (as well as MCM Portofolio LLC by the First Amended Complaint) (collectively, "Defendants") for declaratory judgment of patent non-infringement and invalidity of U.S. Patent Nos. 5,809,336 ("the '336 patent"); 5,784,584 ("the '584 patent"); 5,440,749 ("the '749 patent"); 6,438,638 ("the '638 patent") and 6,976,623 ("the '623 patent");

WHEREAS, on April 25, 2008, one or more Defendants filed complaints for patent infringement against Plaintiffs for alleged infringement as to the '336 patent, the '749 patent, the '638 patent, and the '623 patent in the Eastern District of Texas, Case No. 2-08-cv-177 (TJW); as to the '584 patent in Case No. 2-08cv-174 (TJW); and as to U.S. Patent Nos. 7,295,443 and 7,162,549 in Case No.2-08-cv-175 (TJW);

WHEREAS, on June 4, 2008 Defendants filed a complaint for patent infringement against Plaintiffs for alleged infringement as to U.S. Patent No. 5,530,890 ("the '890 patent") in the Eastern District of Texas, Case No. 2:08-cv-227 (DF) (all Texas cases collectively, "the Texas Actions");

WHEREAS, the Court entered a Related Case Order determining that the present case and the following two cases pending in this district are related to one another: (1) *Acer, Inc. et al v. Technology Properties Limited et al* (C 08-00877 JF); and (2) *HTC Corporation et al v. Technology Properties Limited et al* (C 08-00882 JL) (Docket No. 30) ("Related Matters");

WHEREAS, Defendants in the present action and each of the Related Matters filed motions on April 25, 2008 to dismiss or in the alternative to transfer to the Eastern District of Texas, with all such motions currently set for hearing on August 29, 2008 ("Motions");

WHEREAS, the Case Management Conference ("CMC") for the present action and the Related Matters is currently scheduled for August 29, 2008;

WHEREAS, Defendants have requested a continuance of the Motions and CMC due to a conflict in scheduling; and

WHEREAS, Plaintiffs have agreed to a continuance of the hearing date for the Motions and the CMC in the present action and the Related Matters, while the Defendants have agreed to an extension of time for Plaintiffs to respond to the Texas Actions until October 3, 2008;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

The Case Management Conference and the hearings on the Motions in the present action and the Related Matters currently set for August 29, 2008 shall be continued to September 19, 2008.

Respectfully submitted,

Dated: August 6, 2008    THELEN REID BROWN RAYSMAN & STEINER LLP

By: /s/ Robert E. Krebs
　　Robert E. Krebs

　　Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM Portfolio LLC and ALLIACENSE LIMITED

Dated: August 6, 2008    KIRBY NOONAN LANCE & HOGE

By: /s/ Charles T. Hoge
　　Charles T. Hoge

　　Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

Dated: August 6, 2008    WHITE & CASE LLP

By: /s/ Kyle D. Chen
　　Kyle D. Chen

　　Attorneys for Plaintiffs ASUSTeK COMPUTER INC., and ASUS COMPUTER INTERNATIONAL

3

**STIPULATION TO CONTINUE MOTIONS TO DISMISS, TRANSFER, OR STAY AND CASE MANAGEMENT CONFERENCE**
Case No. CV-00884-JF

SF #1536774v3

1
2  PURSUANT TO STIPULATION IT IS SO ORDERED:
3
4  Dated: _____8/12/08_____
5
6                                        _____
                                         The Honorable Jeremy Fogel
7                                        United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                         4
**STIPULATION TO CONTINUE MOTIONS TO DISMISS, TRANSFER, OR STAY AND CASE MANAGEMENT CONFERENCE**
Case No. CV-00884-JF

SF #1536774v3