1  Robert E. Krebs, State Bar No. 57526
   Christopher L. Ogden, State Bar No. 235517
2  Thelen LLP
3  225 West Santa Clara Street, Suite 1200
   San Jose, CA  95113-1723
4  Tel. 408.292.5800
   Fax 408.287.8040
5
6  Ronald F. Lopez, State Bar No. 11756
   Sushila Chanana, State Bar No. 254100
7  Thelen LLP
8  101 Second Street, Suite 1800
   San Francisco, CA 94105–3606
9  Tel. 415.371.1200
   Fax. 415.371.1211
10
11 ATTORNEYS FOR DEFENDANTS
   TECHNOLOGY PROPERTIES LIMITED,
12 MCM Portfolio LLC, and ALLIACENSE
   LIMITED
13
14 Charles T. Hoge, State Bar No. 110696
   Kirby Noonan Lance & Hoge
15 350 Tenth Avenue, Suite 1300
   San Diego,  CA  92101
16 Tel.: (619) 231-8666
   Fax: (619) 231-9593
17
18 ATTORNEY FOR DEFENDANT
   PATRIOT SCIENTIFIC CORPORATION

William Sloan Coats, III, State Bar No. 94864
Mark R. Weinstein, State Bar No. 193043
Kyle D. Chen, State Bar No. 239501
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Fl
Palo Alto, CA 94306
Tel.: 650-213-0300
Fax: 650-213-8158

ATTORNEYS FOR PLAINTIFFS ASUSTeK
COMPUTER INC., and ASUS COMPUTER
INTERNATIONAL

19                 UNITED STATES DISTRICT COURT

20              FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                      SAN JOSE DIVISION

22 ASUSTEK COMPUTER INC., et al.                Case No. CV-08-884-JF

23                 Plaintiffs,         **STIPULATION AND [PROPOSED]**
                                       **ORDER GRANTING PLAINTIFFS**
24      vs.                            **LEAVE TO FILE SECOND AMENDED**
                                       **COMPLAINT**
25 TECHNOLOGY PROPERTIES LIMITED,
   et al.
26
27                 Defendants.
28

1    WHEREAS, on February 8, 2008, ASUSTeK Computer Inc. ("ASUSTeK") filed a

2    complaint against Defendants Technology Properties Limited ("TPL"), Patriot Scientific

3    Corporation ("Patriot"), and Alliacense Limited ("Alliacense") for declaratory judgment of patent

4    noninfringement and invalidity of U.S. Patent Nos. 5,809,336; 5,784,584; and 5,440,749, which

5    are part of the Moore Microprocessor Patent Portfolio ("MMP Portfolio$^{TM}$"); and U.S. Patent Nos.

6    6,438,638; and 6,976,623, which are part of the CORE Flash Portfolio$^{TM}$ (MMP Portfolio$^{TM}$ and

7    CORE Flash Portfolio$^{TM}$ patents , collectively, "Patents-in-Suit"); and

8    WHEREAS, on February 13, 2008, ASUSTeK and ASUS Computer International

9    ("ASUS International") (collectively "Plaintiffs") filed their First Amended Complaint against

10   TPL, Patriot, Alliacense, and MCM Portfolio LLC ("MCM") (collectively "Defendants") for

11   declaratory judgment of patent noninfringement and invalidity of the Patents-in-Suit; and

12   WHEREAS, on April 25, 2008, in response to the First Amended Complaint,

13   Defendants filed a motion to dismiss, or in the alternative to transfer the instant declaratory

14   judgment action to the Eastern District of Texas, or to stay, which motion has been opposed by

15   Plaintiffs and is currently set for hearing on September 19, 2008 ("Motion to Dismiss"); and

16   WHEREAS, on April 25 and June 4, 2008, one or more Defendants filed

17   complaints for patent infringement against ASUSTeK as to the Patents-in-Suit as well as U.S.

18   Patent Nos. 5,530,890, which is part of the MMP Portfolio$^{TM}$; and U.S. Patent Nos. 7,295,443 and

19   7,162,549, which are part of the CORE Flash Portfolio$^{TM}$, in the Eastern District of Texas;

20   WHEREAS, the parties have met and conferred, and if this Court retains

21   jurisdiction over the present matter, Defendants have agreed to grant Plaintiffs leave to file a

22   Second Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a), in the

23   form attached hereto as Exhibit A; and

24   WHEREAS, the parties have met and conferred, and if this Court does not retain

25   jurisdiction over the present matter, Defendants do not agree to grant Plaintiffs leave to file a

26   Second Amended Complaint, as the issue will consequently be moot;

27

28

**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT**
Case No. CV-00884-JF

1     NOW, THEREFORE, BY AND THROUGH THEIR RESPECTIVE COUNSEL,

2 THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THE

3 COURT ORDER, AS FOLLOWS:

4    1.  Following the Court's order retaining jurisdiction over the present matter, the

5 Plaintiffs are hereby granted leave to file their Second Amended Complaint in accordance with

6 Rule 15(a) in the form attached hereto as Exhibit A;

7    2.  If the Court does not retain jurisdiction over the present matter, Plaintiffs will not

8 file a Second Amended Complaint, as the issue will consequently be moot;

9    3.  This stipulation to allow Plaintiffs' leave to file their Second Amended Complaint

10 shall not in any way prejudice the Defendants' Motion to Dismiss, nor the Plaintiffs' opposition

11 thereto.

12    4.  The filing of Plaintiffs' Second Amended Complaint in accordance with this Order

13 shall not affect or alter any scheduling orders already in place at the time of its filing.

14            Respectfully submitted,

15

16 Dated: September 17, 2008     THELEN LLP

17             By:  _/s/ Ronald F. Lopez /s/_____
               Robert E. Krebs
18
             Attorneys for Defendants TECHNOLOGY
19             PROPERTIES LIMITED, MCM Portfolio
             LLC, and ALLIACENSE LIMITED
20
 Dated: September 17, 2008     KIRBY NOONAN LANCE & HOGE
21

22             By:  _/s/ Charles Hoge /s/_____
               Charles T. Hoge
23
             Attorney for Defendant PATRIOT
24             SCIENTIFIC CORPORATION

25

26

27

28

1 | Dated: September 17, 2008

WHITE & CASE LLP

2

3 | By: _/s/ Mark F. Lambert /s/_____
      Mark F. Lambert

4 | Attorneys for Plaintiffs ASUSTeK
5 | COMPUTER INC., and ASUS COMPUTER
      INTERNATIONAL

6

7 | PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

8

Dated: __9/19/08_____

9 | The Honorable Jeremy Fogel
10 | United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28