| | | |
|---|---|---|
| 1 | William Sloan Coats (SBN 98464)<br>Mark R. Weinstein (SBN 193043)<br>Mark F. Lambert (SBN 197410)<br>Kyle D. Chen (SBN 239501)<br>White & Case LLP<br>3000 El Camino Real<br>Five Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Tel. 650.213.0300<br>Fax 650.213.8158 | Robert E. Krebs (SBN 57526)<br>Christoper L. Ogden (SBN 235517)<br>Nixon Peabody LLP<br>200 Page Mill Road, 2nd Floor<br>Palo Alto, CA 94305–2022<br>Tel.: 650.320.7700<br>Fax: 650.320.7701 |

1  William Sloan Coats (SBN 98464)
2  Mark R. Weinstein (SBN 193043)
   Mark F. Lambert (SBN 197410)
3  Kyle D. Chen (SBN 239501)
   White & Case LLP
4  3000 El Camino Real
   Five Palo Alto Square, 9th Floor
5  Palo Alto, California 94306
   Tel. 650.213.0300
6  Fax 650.213.8158

7  ATTORNEYS FOR PLAINTIFFS ASUS
   COMPUTER INTERNATIONAL and ASUSTEK
8  COMPUTER INC.
   (Case No. C 08 00884)

9  Charles T. Hoge, (SBN 110696)
   Kirby Noonan Lance & Hoge
10 350 Tenth Avenue, Suite 1300
   San Diego, CA 92101
11 Tel.: (619) 231-8666
   Fax: (619) 231-9593

13 ATTORNEY FOR DEFENDANT
   PATRIOT SCIENTIFIC CORPORATION

Robert E. Krebs (SBN 57526)
Christoper L. Ogden (SBN 235517)
Nixon Peabody LLP
200 Page Mill Road, 2nd Floor
Palo Alto, CA 94305–2022
Tel.: 650.320.7700
Fax: 650.320.7701

Ronald F. Lopez (SBN 11756)
Sushila Chanana (SBN 254100)
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111–3600
Tel.: 415.984.8200
Fax: 415.984.8300

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES
LIMITED, MCM PORTFOLIO LLC,
and ALLIACENSE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,

Plaintiffs,

v.

TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED,

Defendants.

Case No. C 08 00884 JF
(related to C 08 00877 JF and C 08 00882)

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(2) AND [PROPOSED] ORDER THEREON**

12387952

STIPULATION AND PROPOSED ORDER
CASE NO. C 08-00884 JF (and related cases)

WHEREAS all matters in controversy between plaintiffs ASUSTeK Computer, Inc. and Asus Computer International (collectively, "Plaintiffs") and defendants Technology Properties Limited, Patriot Scientific Corporation, MCM Portfolio, LLC, and Alliacense Limited (collectively, "Defendants") have been settled;

WHEREFORE, Plaintiffs and Defendants hereby stipulate, and respectfully request that the Court order, as follows:

(1) All claims asserted by Plaintiffs and all counterclaims asserted by Defendants in this action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2);

(2) Fed. R. Civ. P. 41(a)(1)(B) does not apply to the dismissal of this action nor to the dismissal of the pending and related actions in the Eastern District of Texas (case nos. 2:08-cv-174, 175, 177, and 227); and

(3) All attorneys' fees and costs shall be borne by the party that incurred them.

**IT IS SO STIPULATED**.

Dated: February 9, 2009           WHITE & CASE LLP

                                  By: /s/
                                  Mark R. Weinstein

                                  Attorneys for Plaintiffs

Dated: February 9, 2009           NIXON PEABODY LLP

                                  By: /s/
                                  Ronald F. Lopez
                                  Attorneys for TECHNOLOGY PROPERTIES
                                  LIMITED, MCM PORTFOLIO LLC, and
                                  ALLIACENSE LIMITED

Dated: February 9, 2009           Kirby Noonan Lance & Hoge

                                  By: /s/
                                  Charles H. Hoge
                                  Attorneys for PATRIOT SCIENTIFIC
                                  CORPORATION

-2-

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.

Date: __2/23/09__  _____
The Honorable Jeremy Fogel
United States District Judge

## ATTESTATION UNDER GENERAL ORDER 45

I, Sushila Chanana, am the ECF User whose ID and password is being used to file this **STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(2) AND [PROPOSED] ORDER THEREON**. In compliance with General Order 45, X.B., I hereby attest that Mark Weinstein and Charges Hoge have concurred in this filing and that I will keep their electronic signature on file